# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC § § § | |
| and § | |
| § | CIVIL ACTION NO. 2:08cv381 |
| LOCATION BASED SERVICES LLC, § § | **JURY TRIAL DEMANDED** |
| Plaintiffs, § § | |
| v. § § | |
| METROPCS COMMUNICATIONS, INC., et al. § § § | |
| Defendants. § | |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Before the Court is Plaintiffs' Motion for Leave to Amend Infringement Contentions (Dkt. No. 117). The court GRANTS the Plaintiffs' motion for leave.

IT IS THEREFORE ORDERED that Plaintiffs shall have 5 days from the entry of this Order to serve their amended infringement contentions on Defendants.

SIGNED this 17th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE