# Exhibit 1

# EXHIBIT 1

## Proposed Claim Constructions Regarding U.S. Patent Nos. 5,946,611 (‘611 patent), 6,324,404 (‘404 patent), 6,847,822 (‘822 patent), and 7,289,763 (‘763 patent)

| <u>Term</u> | <u>Plaintiffs’ Proposed Construction</u> | <u>Defendants’ Proposed Construction</u> |
|---|---|---|
| **exact geographic location**<br><br>‘611 Patent, Claims 1, 5<br><br>‘404 Patent, Claim 9<br><br>‘822 Patent, Claims 21, 34, 37<br><br>‘763 Patent, Claim 23 | A position in latitude and longitude having a degree of accuracy and precision typical of that obtained from a Global Positioning System (GPS), LORAN, or other position determining system. | indefinite<br><br>**<u>Alternatively, MetroPCS’s Construction</u>:**<br>a position in latitude and longitude that has a degree of preciseness greater than that derived from cell site location (i.e., measurements related to cell site id, cell sector or signal strength)<br><br>**<u>Alternatively, Centennial’s Construction</u>:**<br>a precise and accurate position in latitude and longitude that is not determined using cell site location, cell site ID, coverage area, signal strength, two-way ranging, or hyperbolic ranging |
| **determining the exact geographic location of the mobile unit**<br><br>‘611 Patent, Claim 1 | No construction of this phrase is necessary apart from the construction of the constituent term, “exact geographic location.” This phrase should otherwise be accorded its plain and ordinary meaning, which is best recognized by the express words. | **<u>MetroPCS’s Construction</u>:**<br>calculating the exact geographic location of the mobile unit, wherein the mobile unit independently calculates its position using logic circuitry in the mobile unit<br><br>**<u>Centennial’s Construction</u>:**<br>plain meaning |

| | | |
|---|---|---|
| **subsequent service**<br><br>'822 Patent, Claims 21, 34, 37 | A service occurring during a call in progress, including emergency 911, taxes, communication process rating, message unit, customer service frequency selection, changing frequencies, changing cell site (handover) and changing cell system. | subscriber services occurring after the communication process between the network and the specific mobile unit has ended |
| **location-based service**<br><br>'763 Patent, Claims 23, 32 | A service providing information based, at least in part, on the location of the mobile unit. | wireless communications service provided based, at least in part, on the location of the mobile unit |
| **triangulation**<br><br>'763 Patent, Claim 31 | A method of calculating an unknown point, used by position determining systems such as LORAN, by forming a triangle having the unknown point and two known points as the vertices. | **Centennial's Construction:**<br>a method of calculating the location of an object by determining the angles from the object to two points having known locations<br><br>**MetroPCS's Construction:**<br>(Did not include this term as part of its proposed constructions) |
| **override criteria**<br><br>'404 Patent, Claim 9 | A preemptive rule for deciding, updating or adjusting something. | two or more rules that alter the operation of the system based on the exact geographic location of the mobile unit |

| | | |
|---|---|---|
| **service provider**<br><br>'404 Patent, Claim 9 | The ordinary meaning of the phrase is clear and unambiguous. Thus, the phrase does not require construction. | provider of wireless communications service (i.e. wireless carrier) |
| **positioning system obtaining a position**<br><br>'822 Patent, Claims 21, 34 | The ordinary meaning of the phrase is clear and unambiguous. Thus, the phrase does not require construction. | **MetroPCS's Construction:**<br>system in which the logic circuitry in the mobile unit independently calculates a position of the mobile unit in longitude and latitude<br><br>**Centennial's Construction:**<br>plain meaning |
| **positional data**<br><br>'763 Patent, Claims 23, 26, 31, 32 | The ordinary meaning of the phrase is clear and unambiguous. Thus, the phrase does not require construction. | **MetroPCS's Construction:**<br>position of the mobile unit in longitude and latitude calculated independently by logic circuitry in the mobile unit<br><br>**Centennial's Construction:**<br>plain meaning |
| **based on the comparison regardless of cell site location**<br><br>'611 Patent, Claim 1 | The parties **AGREE** that this term should be construed as:<br><br>Based on the comparison [of step E] instead of based on cell site location. | |