# Exhibit 27

# HANDBOOK OF MODERN ELECTRONICS AND ELECTRICAL ENGINEERING

*Editor-in-Chief*

**CHARLES BELOVE**

*Department of Electrical and Computer Engineering*
*Florida Atlantic University*
*Boca Raton, Florida*

A Wiley-Interscience Publication

**JOHN WILEY & SONS**

**New York · Chichester · Brisbane · Toronto · Singapore**

Copyright © 1986 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

***Library of Congress Cataloging in Publication Data:***

Main entry under title:
Handbook of modern electronics and electrical engineering.

"A Wiley-Interscience publication."
Includes index.
1. Electronics—Handbooks, manuals, etc.
2. Electric engineering—Handbooks, manuals, etc.
I. Belove, Charles. II. Hopkins, Phillip.

TK7825.H38 1986 621.3 85-29450
ISBN 0-471-09754-3

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

Case: 4:10-cv-02567-LW Doc #: 138-27 Filed: 04/30/10 4 of 7. PageID #: 1752



16 *Minimum Performance Standards—Airborne ADF Equipment*, DO-142, RTCA, Washington, DC, 8 Jan. 1970.

17 "The Decca Navigator System and Its Uses," Pub. K20/3, Decca Navigator Co., Ltd., London, 1980.

18 "Selection Order: U.S. National Standard for the IFF Mark X (SIF) Air Traffic Control Radar Beacon System (ATCRBS) Characteristics," DOT/FAA Order 1010.51, 10 Oct. 1968.

19 "Design for the National Airspace Utilization System," FAA, Washington, DC, Jun. 1962.

20 *Minimum Performance Standards—Airborne ATC Transponder Equipment*, D0-150, RTCA, Washington, DC, 17 Mar. 1972.

21 "Discrete Address Beacon System (DABS) National Standard," FAA Order #6365.1, 9 Dec. 1980.

22 V. A. Orlando and P. R. Drouilhet, "Discrete Address Beacon System (DABS) Functional Description," MIT Lincoln Labs, FAA-RD-80-41, Apr. 1980, NTIS AD-A085169.

23 Characteristic 718-2, "Mark 3 Air Traffic Control Transponder (ATCRBS/DABS)," Aeronautical Radio Inc. (ARINC), Annapolis, MD, 8 Aug. 1980.

24 J. D. Welch and V. A. Orlando, "Active Beacon Collision Avoidance System—Functional Overview," MIT Lincoln Labs, FAA-RD-80-127, Dec. 1980, NTIS AD-A094177.

25 "Briefing Spurs Carrier Issue of Beacon," *Aviat. Week Space Technol.*, 3 Aug. 1981.

26 R. L. Eisenberg, "JTIDS System Overview," in C. T. Leondes, ed., *Principles of Precision Position Determination Systems*, AGARDograph No. 245, Jul. 1979.

27 G. I. Palattucci, "JTIDS Signal Structure," in C. T. Leondes, ed., *Principles of Precision Position Determination Systems*, AGARDograph No. 245, Jul. 1979.

28 "Long Range Navigation Market Thriving," *Aviat. Week Space Technol.*, 5 Jun. 1978.

29 *Minimum Performance Standards—Airborne Omega Receiving Equipment*, DO-164A, RTCA, Washington, DC, 21 Sep. 1979.

30 *Minimum Performance Standards—Airborne LORAN Equipment*, DO-159, RTCA, Washington, DC, 17 Oct. 1975.

31 *Minimum Performance Standards—Airborne Doppler Radar Navigation Equipment*, DO-158, RTCA, Washington, DC, 17 Oct. 1975.

32 *Minimum Performance Standards—Airborne Weather and Ground Mapping Pulsed Radars*, DO-134, RTCA, Washington, DC, 16 Feb. 1967.


## 52.3 NAVIGATION AIDS FOR MARITIME USE

*Thomas J. Cutler*

### 52.3-1 Introduction

The science of finding one's location at sea (navigation) is many faceted and ranges from the very simple to the extremely complex. The one common denominator to nearly every system of navigation, however, is the "line of position" (LOP). Simple piloting while within sight of land is accomplished by observing a known charted object in conjunction with a compass to determine a straight-line visual bearing. That bearing, when transferred to a chart, is an LOP. The rather complex science of celestial navigation utilizes the angle of altitude of astronomical bodies (obtained by the sextant) to determine a "circle of equal altitude," which is simply another form of LOP.

The LOP by itself does not reveal position to the navigator but instead provides a *clue* as to location. The navigator knows that he or she is somewhere on that LOP but cannot determine exactly where with any degree of precision without more information. But if the navigator is able to obtain two or more LOPs, he knows that where they intersect is his location, which he calls a fix.

Electronic navigation is no different. Despite the degrees of complexity and sophistication, nearly all systems have only one basic purpose: to provide the navigator with LOPs. How this is accomplished varies considerably over a wide spectrum of systems and equipment designs. Some of the electronic systems used by mariners to aid in navigation, specifically radar, sonar, and satellite systems, are addressed in other sections of this handbook because their applications range far beyond the science of navigation. There are, however, a significant number of systems that exist solely for the purpose of navigation and these will be addressed in this section.

It should be emphasized that no true navigator relies on only one source of information for fixes. All methods of obtaining LOPs have limitations. Electronic systems are subject to power failures or fluctuations, atmospheric conditions, and operator error. Celestial navigation can be constrained by

clouds that mask the heavenly bodies from view, and coastal piloting is worthless in fog. Further, th utter importance of what he is doing and the consequences of failure dictate to the navigator that h must never be satisfied until he has tapped all available sources of information to satisfy himself thε his vessel is not standing into danger.

### *Electronic Systems*

The electronic systems unique to maritime navigation are radio direction finding (RDF), long-rang navigation (LORAN), OMEGA, DECCA, and CONSOL. Table 52.4 provides a comparison of thes systems. The ranges and accuracies portrayed are theoretical ideals and would not necessarily b actually encountered except under the best circumstances; they are provided to facilitate comparisor of the systems. "Hyperbolic" and "radial" are explained in a later subsection.

Another navigational system, ships inertial navigation system (SINS), also addressed in a later subsection, is not included in Table 52.4 because its uniqueness does not permit a meaningful comparison with the other systems.

**Frequencies.** All of the systems to be discussed (except SINS) rely on the transmission of radio signals through the earth's atmosphere and therefore occupy portions of the radio frequency spectrum. Table 52.5 illustrates the relationship of marine navigation usage of the spectrum to the usage by other electronic systems.

It can be seen that electronic navigation is confined to the lower portion of the RF spectrum (i.e., MF and below) except for satellite navigation.

Very high frequencies (VHF) and above are limited in range to line of sight. Medium and high frequencies (MF and HF) are vulnerable to high propagation losses when traveling over land, and propagation predictability can be erratic if man-made conductive structures whose size is a significant fraction of the wavelength being used are in the path of transmission. Low frequency (LF) transmissions are much more stable and therefore predictable and because of their large wavelength are suitable for accurate time and phase comparisons. At longer ranges, however, skywaves begin to return to the earth's surface and cause interference with the groundwave, necessitating some means of discerning between the two (Fig 52.20). Very low frequencies (VLF) travel for tremendously long distances in the natural waveguide created between the earth's surface and the ionospheric layers of the atmosphere. The range is of great advantage, but the necessity for real-time knowledge of ionospheric conditions complicates the usage of these frequencies.

It can be seen from Table 52.5 that the LF portion of the radio-frequency spectrum has been the most popular for navigation systems. LORAN-A started in the MF region, but its improved successor LORAN-C opted for the more stable LF portion. Only OMEGA has appeared in the VLF region; the desire to create a worldwide navigation system with a minimum number of required transmitting sites was sufficient to overcome the drawbacks of cost magnification and design complexity.

**Radial Systems.** Early attempts at incorporating electronics into the realm of navigation employed shore-based direction-finding antennae that could take directional bearings from ships transmitting their radios at sea. The shore station could then send this information to the ship, thus providing the vessel with an LOP. Two or more of these shore stations could provide a fix.

Later development reversed the roles by placing the direction-finding antenna aboard the vessel and the shore stations became the transmitting sites. The result was the same but permitted the vessel to operate in a receive-only, or passive, mode and did not require communications to be established. This is radio direction finding (RDF) and is explained in more detail in a later subsection.

The principle of obtaining a straight-line bearing from a single object makes this a radial system, since the bearing is obtained from a transmitter radiating signals in all directions.

**Hyperbolic Systems.** Hyperbolic systems are created by placing two transmitting stations at a considerable distance apart and having them transmit a recognizable signal. A theoretical line between the two stations is called the baseline and the line continued beyond the stations is the baseline extension (Fig. 52.21*a*). If a vessel is equipped to receive the signals and to discern any difference in the time that each signal is received, an indication of the vessel's position can be obtained (i.e., an LOP). For example, if the vessel receives both transmitted signals simultaneously (i.e., no time difference), then the vessel must be somewhere along the perpendicular bisector of the baseline (indicated by "Zero" in Fig. 52.21*a*). The lack of a time difference indicates to the vessel's navigator that he is located at some point equidistant from the two transmitting stations. As soon as the vessel is no longer exactly the same distance from each of the stations, one station's signal will arrive before the other (there will be a discernible time difference in the receipt of the signals). Once again this indicates to the navigator that he is somewhere along a definable line. But because we are dealing with differences in the mathematical sense, the resulting line is not straight but hyperbolic in

**TABLE 52.4. COMPARISON OF MARITIME NAVIGATION SYSTEMS**

| | RDF | LORAN-A | LORAN-C | OMEGA | DECCA | CONSOL |
|---|---|---|---|---|---|---|
| Frequency (kHZ) | 285–325 | 1850–1950 | 90–110 | 10.2–13.6 | 70–130 | 190–370 |
| Area Covered | Most coastal areas out to 175 nm | Japan | Most coastal areas out to 2000 nm | Virtually worldwide | Eastern Canada; Western Europe; Japan; Persian Gulf; portions of Africa, India, Australia | USSR; Europe (Norway to Spain); United States (Nantucket, San Francisco, Miami) |
| Type | Radial bearing measurement | Hyperbolic time difference | Hyperbolic time difference | Hyperbolic phase | Hyperbolic phase | Hyperbolic/radial |
| Maximum Range (nmi) | 175 | 800 | 1500 | Virtually unlimited | 240 | 1400 (min 25–30) |
| Best Accuracy (nmi) | Variable | 0.5 | 0.25 | 1 | 0.1 | 1 |
| Comments | Least expensive | Phasing out; only Japan phaseout undetermined | Recognized as primary U.S. electronic navigation system | Most expensive; newest | Privately owned | "CONSOL" in Europe; "CONSOLAN" in U.S.; USSR has comparable but different system |

[a] RDF, radio direction finding; LORAN, long-range navigation; nmi, nautical miles (1 nmi = 2000 yd = 1828.8 m).

ranges created new problems in distinguishing between groundwaves and skywaves. LORAN-C emerged employing methods of phase comparison as well as time-difference measurement.

The first LORAN-C stations began operating in 1957, and LORAN-A began phasing out in 1977 LORAN-A is scheduled for complete phaseout during the early 1980s; the one exception appears to be Japan where scheduled termination is listed as "undetermined" in Defense Mapping Agency Publication 117B (*Radio Navigation Aids*).

Referring to Table 52.4, the improvements in range and accuracy are evident. The ranges listed in the table can be more meaningfully analyzed as follows (1 nmi = 2000 yd = 1828.8 m):

| | Groundwave Range (nmi) | One-Hop Skywave Range (nmi) | Two-Hop Skywave Range (nmi) |
|---|---|---|---|
| LORAN-A | 450–800 | 1400 | — |
| LORAN-C | 1200 | 2300 | 4000 |

Being a hyperbolic system, LORAN requires a two-station arrangement for each LOP to be generated. The possible distance between stations increased from a maximum of 500 nmi for LORAN-A to 1500 nmi with LORAN-C. This increase in the baseline distance gives greater flexibility in station site selection as well as provides a much broader area of coverage by the resulting hyperbolae.

*Stations, Chains.* Although a minimum of two stations are required, the normal arrangement is a chain comprising a master and two, three, or four secondary stations (master designated M and secondaries designated W, X, Y, Z). Configurations are determined by the coverage desired and the availability of station sites, but adherence to the basic patterns illustrated in Fig. 52.22 is attempted wherever possible to optimize efficiency.




**Fig. 52.22** LORAN station arrangement patterns. M, master station; X, Y, Z, secondary stations.