# Exhibit 29

Case: 4:10-cv-02567-LW Doc #: 138-29 Filed: 04/30/10 2 of 3. PageID #: 1765

Pub. No. 9

# AMERICAN PRACTICAL NAVIGATOR

## AN EPITOME OF NAVIGATION

ORIGINALLY BY

NATHANIEL BOWDITCH, LL.D.

Volume I

1977 Edition

PUBLISHED BY THE

DEFENSE MAPPING AGENCY HYDROGRAPHIC CENTER

For sale by authorized Sales Agents of the Defense Mapping Agency Hydrographic Center

DMA STOCK NO. NVPUB9V1

geodetic latitude differs from the corresponding astronomic latitude by the amount of the meridional component of the local deflection of the vertical.

**Geodetic longitude** is the angle between the plane of the geodetic meridian at a station and the plane of the geodetic meridian at Greenwich. A geodetic longitude differs from the corresponding astronomic longitude by the amount of the prime-vertical component of the local deflection of the vertical divided by the cosine of the latitude.

*The geodetic coordinates are the ones used for mapping.*

**Geographic latitude** is a general term applying alike to astronomic latitudes and geodetic latitudes. **Geographic longitude** is a general term applying alike to astronomic longitudes and geodetic longitudes.

**Geocentric latitude** is the angle at the center of the ellipsoid (used to represent the earth) between the plane of its equator and a straight line (or radius vector) to a point on the surface of the ellipsoid. This differs from geodetic latitude because the earth is a spheroid rather than a sphere, and the meridians are ellipses. Since the parallels of latitude are considered to be circles, geodetic longitude is geocentric, and a separate expression is not used. The difference between geocentric and geodetic latitudes has a maximum of about 11.'6 at latitude 45°.

Because of the oblate shape of the ellipsoid, the length of a degree of geodetic latitude is not everywhere the same, increasing from about 59.7 nautical miles at the equator to about 60.3 nautical miles at the poles, as shown by table 6.

**X6. Geodetic surveys.**—The most common type of geodetic survey is known as **triangulation** (fig. X6a). Basically, triangulation consists of the measurement of the angles of a series of triangles. The principle of triangulation is based on simple trigonometric procedures. If the distance along one side of the triangle and the angles at each end are accurately measured, the other two sides and the remaining angle can be computed. In practice all of the angles of every triangle are measured to provide exact data for use in computing the precision of the measurements. Also, the latitude and longitude of one end of the measured side along with the length and direction (azimuth)




FIGURE X5a.—Astronomic coordinates.