# Exhibit 30

# Medium Frequency Broadcast of Differential GPS Data

PER K. ENGE, Member, IEEE
KATHARYN E. OLSON
Worcester Polytechnic Institute

**A medium frequency (MF) radio system is being investigated by the United States Coast Guard for the broadcast of differential corrections to users of the Global Positioning System (GPS). This system would add a digitally modulated subcarrier to transmissions from some of the marine radio beacons, which currently operate in the 285 to 325 kHz band. The radio beacons with the differential GPS subcarrier are called DGPS/radio beacons and can be chosen from a well located and wide spread transmitter network which is already in place. Additionally, the DGPS/radio beacon signal can be designed such that it does not interfere with the direction finders which normally use the radio beacons. The broadcast performance of such DGPS/radio beacons is studied. It is found that a combination of receiver limiting and forward error correction is very effective against the atmospheric noise which characterizes the MF band. This combination significantly reduces the probability of bit error and the average time between differential updates. This paper also computes the probability of link outage versus range, and finds that forward error correction significantly increases DGPS/radio beacon coverage. Additionally, it finds that groundwave/skywave interference slightly increases the probability of outage at moderate ranges. Finally, it estimates the expected duration of outage for the DGPS/radio beacon signal. All results are based on analytical and experimental results.**

Manuscript received July 18, 1989; revised January 25, 1990.

IEEE Log No. 36734.

This work was supported by the U.S. Coast Guard Office of Research and the Center for Navigation of the Transportation Systems Center under Contract DTRS57-86-P-80336. Also supporting part of this work was the University Research Program of the U.S. Department of Transportation under contract DTRS-57-85-00091.

Preliminary versions of this paper were presented at the 1986 Conference on Information Sciences and Systems, Princeton University, Princeton, NJ, Mar. 1986; the 1986 IEEE Position, Location and Navigation Symposium, Las Vegas, NV, Nov. 1986; and the 1988 IEEE Position, Location and Navigation Symposium, Orlando, FL, Nov. 1988.

Authors' current addresses: P. K. Enge, Dep't. of Electrical Engineering, Worcester Polytechnic Institute, 100 Institute Rd., Worcester, MA 01609; K. E. Olson, School of Law, University of Minnesota, Minneapolis, MN.

0018-9251/90/0700-0607 $1.00 © 1990 IEEE

## I. INTRODUCTION

A medium frequency (MF) radio system for the broadcast of differential corrections to users of the Global Positioning System (GPS) is analyzed. GPS is a satellite-based navigation and positioning system currently being developed by the U.S. Department of Defense. It will provide 24 h, global, high accuracy service to military and civilian users at all altitudes. GPS will include at least 21 satellites, and each satellite will continuously transmit spread-spectrum signals on which receivers can perform pseudorange measurements. (A pseudorange is equal to the true range plus an unknown bias due to the offset between the user clock and the satellite clock.) A pseudorandom sequence with a 10 MHz chipping rate modulates the phase of a carrier at 1575.42 MHz ($L_1$) and it also modulates a carrier at 1227.60 MHz ($L_2$). A pseudorandom sequence with a 1 MHz chipping rate modulates a quadrature carrier at $L_1$ only.

Authorized users will have access to the Precise Positioning Service (PPS), which will provide accuracies of 10 to 20 m (95 percentile level), depending on platform dynamics. Civilian users will have access to the Standard Positioning Service (SPS), which will provide 100 m accuracy. SPS accuracy is intentionally limited to 100 m for security reasons by a program called Selective Availability (SA). While the details of SA are classified, it is known that SA can involve a combination of signal "dithering" and ephemeris data manipulation. In the first case, SA adds an unknown delay to the time of satellite signal transmission. In the second case, SA introduces an error into the satellite ephemeris data which is broadcast by the satellites.

Some of the errors which make up the SPS error budget vary quickly with time or space and cannot be treated with "differential" techniques. However, most vary slowly with time and space and can therefore be reduced by using a technique known as differential GPS (DGPS) ([18, 12, 1, 9]). A DGPS system is shown in Fig. 1 and includes a local reference station which has a high quality GPS receiver and an antenna at a known, surveyed location. The reference station continuously measures the pseudoranges for every satellite in view. It also computes the true range to each satellite, based on the satellite ephemeris data and the known location of the GPS antenna of the reference station. The difference between the measured pseudorange and the true range is the error (within a common bias) associated with each satellite. These errors are broadcast as corrections to the users of differential GPS. Users near the station are expected to achieve accuracies of 2 to 8 m, depending on platform dynamics and receiver/processor sophistication. The accuracy of the corrections is



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on February 9, 2010 at 14:55 from IEEE Xplore. Restrictions apply.




Fig. 1. Differential operation of GPS.




Fig. 2. Spectra of radio beacon main carrier and DGPS subcarrier for 2 adjacent beacons.

reduced as the user-reference station separation increases (spatial decorrelation) and as time passes (temporal decorrelation). DGPS provides an additional benefit as well: the reference station acts as a monitor, and can inform the users if any of the satellite signals are unhealthy. Incidentally, while the achievable accuracies are better than the PPS, DGPS does not pose a security problem because the corrections are available and accurate only over a limited area.

Several communication links have been considered for the DGPS data. An MF broadcast system is being investigated by the U.S. Coast Guard and is the subject of this work. This system would add a digitally modulated subcarrier to transmissions from existing marine radio beacons, which operate in the 285 to 325 kHz band.

A DGPS/radio beacon broadcast network is attractive for many reasons. First of all, the beacons are widespread, and so the DGPS capability could become widely available at low cost. In fact, the International Association of Lighthouse Authorities [10] has international responsibility for the marine radio beacons, and they are hoping to establish an international standard for the DGPS/radio beacon signal.

The beacons are also well located for some known DGPS applications. For example, the U.S. Coast Guard is interested in using DGPS for harbor and harbor entrance navigation [19], and radio beacons are frequently located near the critical harbors. Finally, user equipment is inexpensive to design and manufacture at medium frequencies.

However, the DGPS/radio beacon signal must satisfy the following constraints. 1) It must not interfere with the direction finding equipment, which traditionally uses the radio beacon signal, and 2) the broadcast must provide reliable coverage in the presence of the atmospheric noise and skywave which characterize the radio beacon band.

As determined in [8] and [20], the DGPS/radio beacon signal shown in Fig. 2 will not interfere with the vast majority of marine and aviation direction finding equipment. The DGPS data would modulate a subcarrier, using minimum shift keying (MSK). The noise equivalent and 99 percent power bandwidths of an MSK subcarrier are $0.62R_b$ and $1.18R_b$, respectively, where $R_b$ is the baud rate. The subcarrier power should be 3 dB less than the main carrier of the host beacon, and the subcarrier frequency should be 500 Hz above the main carrier of the host beacon. The subcarrier power and frequency offsets would limit the amount of interference to direction finders, which are fairly selective. Among other things, they guarantee that the higher order harmonics due to intermodulation do not cause too much interference. The details of this interference analysis are presented in [8] and supporting measurements are described in [20].

An offset of 500 Hz would be particularly convenient in the United States and Canada because the radio beacon frequencies are separated by 1000 Hz. European beacon frequencies will only be spaced by 500 Hz [10], but the operation of special dual channel radio beacons may be possible. One of the channels would be dedicated to the DGPS signal.

This paper studies the coverage provided by the DGPS/radio beacon signal. Section II presents technical goals and standards for any DGPS broadcast system. Section III describes atmospheric noise and the test bed which was used to collect data on the atmospheric noise channel. Section IV computes the probability of bit error and the average time between differential updates for the DGPS/radio beacon signal. It estimates the performance gains made possible by forward error correction. The treatment in Section IV accounts for the non-Gaussian first order density of atmospheric noise samples, and it accounts for the statistical dependence which exists between atmospheric noise samples. Section V estimates the probability of outage for the broadcast as a function of range, and includes the impact of groundwave/skywave interference. Section VI estimates the duration of outages for the DGPS/radio beacon service as a function of range. Finally, Section VII is a summary.



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on February 9, 2010 at 14:55 from IEEE Xplore. Restrictions apply.