# Exhibit 31

# Performance of Dynamic Channel Allocation in the DECT System

Håkan Eriksson* and Randall Bownds**

Ericsson Radio Systems AB
*Research and Development Division
**Mobile Telephone Systems Division
Torshamnsgatan 21-23, S-164 80 Stockholm, Sweden

## ABSTRACT

This paper presents the results of computer simulations of an indoor wireless PABX system conforming to the Digital European Cordless Telecommunications (DECT) standard. Of particular interest is the evaluation of the Dynamic Channel Allocation algorithm proposed by the DECT standard. It is shown that this system is capable of meeting the expected capacity requirements for high density indoor application, as long as there are a sufficient number of base stations on each floor of the building. System performance has been measured in terms of set-up blocking, handover blocking, lost calls, cleared traffic and carrier-to-interference ratios.

## 1. INTRODUCTION

During recent years the demand for cordless and other mobile telephone communications has increased dramatically. To meet this demand, new systems with ever-shrinking cell sizes are being developed around the world. One such system, being developed in Europe within the ETSI framework, is the Digital European Cordless Telecommunications standard, DECT.

The largest market for DECT is expected to be wireless PABX's, where cell radii of 10-30 meters are necessary to meet the high traffic density. Because of the small cell size and dynamic nature of indoor traffic needs, it is extremely difficult to plan how such systems should be configured. Highly flexible methods are required.

By its nature, Dynamic Channel Allocation or DCA eliminates the need for frequency planning and should therefore be useful for indoor applications. Furthermore, theory and simulations [1,2] suggest that DCA uses the available frequency resource more efficiently than Fixed Channel Allocation, FCA, particularly when traffic is unevenly distributed. For these reasons, it is interesting to study the performance of DCA, not only for cordless telephone systems, but for larger cellular systems as well.

In order to study the performance of DCA in an actual system, we have built a system simulator which follows the DECT standard. Simulations have been run in a hypothetical office building under varying conditions, such as base station density, base station placement, traffic density, mobility of users and number of carrier frequencies. The results show that the desired capacity can be achieved, so long as there are a sufficient number of base stations on each floor.

## 2. DECT SPECIFICATIONS

Following is a simplified version of the DECT system specifications. Only those aspects relating to system performance are mentioned; more detailed information can be found in references [3],[4] and [5].

### 2.1. Physical Layer

DECT is an all-digital system using a TDMA/TDD (Time Division Multiple Access/Time Division Duplex) access method. Each carrier is divided into 24 timeslots, where slots 0–11 are used in the downlink (base-portable) direction, and slots 12–23 are used in the uplink (portable-base) direction. This gives 12 full duplex physical channels per carrier frequency.

Each physical channel consists of one information (traffic) channel and an associated control channel, which are multiplexed together. None of the physical channels

Table 1: DECT System Specifications

| | |
|---|---|
| Access Method | TDMA/TDD |
| Number of Carriers | 10[1] |
| Number of Duplex Channels per Carrier | 12 |
| Frame Duration | 10 ms |
| Max. Radiated Power | 250 mW |
| Channel Separation | 1.728 MHz |
| Frequency Band | 1878–1899 MHz |

[1] At the time of the simulations, values in the range 10–12 were discussed within the standardization group, thus 11 carrier frequencies has been used in the simulations.



CH2944-7/91/0000/0693 $1.00 © 1991 IEEE

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on March 02,2010 at 17:30:09 EST from IEEE Xplore. Restrictions apply.

are reserved as special control channels; control information is sent on one or more of the associated control channels. For this reason, each base station must always maintain at least one active physical channel, even when there is no user information to be sent. In the remainder of this paper, the expression "channel" is used to mean one full duplex physical (information + control) channel.

These and other DECT system characteristics are summarized in Table 1.

### 2.2. Call Set-Up and Channel Allocation

The procedure for call set-up and channel allocation in DECT is as follows:

(1) Handsets measure the signal strength from all base stations and lock on to the strongest.

(2) Handsets measure the signal strength on all channels and maintain a list of the quietest channels.

(3) When a page message is received by a handset or a handset initiates a call, the handset sends an Access Request message on the quietest channel in its list.

(4) If the base hears and is free to use this channel, the base returns an Access Granted message.

(5) When the handset hears Access Granted on the selected channel, it returns an Access Confirmed message and conversation begins.

(6) If, however, the handset never receives an Access Granted message, set-up has failed on this channel. The handset then tries again, this time using the next quietest channel, and so on. After 6 channels have been tried unsuccessfully, the call is blocked.

Note that because choice of channel is based on signal strength measurements at the handsets and nothing else, this method is a rather liberal form of Dynamic Channel Allocation.

### 2.3. Call Supervision and Handover

During communication, each handset monitors (1) signal strength from all base stations, (2) signal strength on all channels[1] and (3) communications quality (Message Error Rate) on both the uplink and downlink. If the signal strength to another base station is more than 10 dB greater than the current base, or if communications quality becomes too poor, the handset will initiate a handover.

The procedure for handover is identical to call set-up, except that the handset continues communicating with the old base until a new connection has been made. Also, the call is not dropped after six attempts; instead, the handset waits 1 second and then tries again.

There are no limits to the total number of times handover can be attempted. However, the call will be disconnected by the base station when no messages have been received error-free from the handset within the last 10 seconds.

[1]Because conversation is in progress, signal strength cannot be measured during the current timeslot or the two adjacent slots. This allows the transceiver time to switch frequency. These three slots are called the "Interslot Guardspace".

### 2.4. Other Aspects

Although it is not DECT standard, it is expected that the majority of base stations in DECT will be of the "Basic Base" type. This means that each base station contains only one transceiver and is limited to one frequency per timeslot, limiting capacity to 12 simultaneous calls per base station.

## 3. SIMULATION ENVIRONMENT

Based on the DECT standard, a system simulator program has been developed for indoor office conditions. The simulated building is 3 floors high and 60x60 meters, with a number of base stations (4–25) placed on each floor. The positions of the base stations are determined by dividing the floor into rectangular cells and placing one base station at the center of each cell. It is possible to randomly adjust the final positions in order to test what effect this has. Figure 1 shows the ideal positions of base stations when there are 9 bases per floor.

Calls are generated according to a Poisson process with constant arrival intensity, which can be varied between simulations. Call length is exponentially distributed with a mean of 100 seconds, and all traffic is assumed to be generated by the handsets.

The radio propagation model consists of a path loss part plus a log-normal fading part. Path loss equals $30 + 35 \log d + 15k$ dB, where $d$ is the distance in meters and $k$ is the number of floors between antennas. To this is added log-normal fading with a standard deviation of 8 dB, with an autocorrelation of 0.5 at 1 meters distance and cross-signal correlation between bases of 0.5 at the handsets. Radiated power is 250 mW, and background noise is -100 dBm.



Figure 1: Example of system geography and handset motion for 9 bases per floor.



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on March 02,2010 at 17:30:09 EST from IEEE Xplore. Restrictions apply.