# Exhibit 32

# HISTORICAL OVERVIEW OF AUTOMOBILE NAVIGATION TECHNOLOGY

Robert L. French
Consultant
3550 Hulen Street
Fort Worth, Texas 76107

## ABSTRACT

Sophisticated automobile navigation systems are becoming feasible largely because of low-cost computer technology. Computer technology is used to add artificial intelligence to dead reckoning navigation techniques that have been around for as long as 2000 years, and to automate radio frequency navigation concepts dating back to WW-II. This paper outlines the history of navigation technologies applicable to automobiles, and discusses their integration in various systems approaches ranging from the mechanical route guides of the early 1900's to the high-technology systems now beginning to appear.

## INTRODUCTION

Navigation is an applied science that uses a variety of techniques and procedures to determine present position, heading, and/or direction and distance to a destination. For centuries, navigation technology centered on the use of celestial observations and compass readings to fix the position and set the course of ships at sea. Similar techniques were adapted for aircraft navigation, and were soon joined by radio direction finding, triangulation, inertial guidance, and satellite positioning systems.

However, except for a brief period of activity starting around 1910, automobile navigation had received little attention compared to sea, air and space navigation prior to the recent flurry of engineering projects, concept car showings, and media reports. Recent developments include a pioneering map matching system that is already on the market in California, as well as Ford and Chrysler concept cars with satellite navigation. General Motors has recently launched institutional advertising foretelling "electronic navigation systems that tell you where you are and how to get where you're going." In addition, there are international developments that, in some ways, outpace the domestic programs.

Key developments relating to vehicle navigation are listed in Table 1, and are discussed by category below. Virtually all high-technology automobile navigation systems use on-board computers to integrate and automate two or more of these technologies to provide vehicle location, heading, routing, or step-by-step guidance. Subsequent sections describe system concepts and functions, and give examples of both early and emerging automobile navigation systems.

Table I. Vehicle Navigation Developments

| DATE | TECHNOLOGY |
|---|---|
| <60 AD | Odometer |
| 200-300 | Differential Odometer |
| 1100-1200 | Magnetic Compass |
| 1906 | Gyrocompass |
| 1910 | Programmed Routes |
| 1940 | Loran Positioning |
| 1964 | Satellite Positioning |
| 1966 | Proximity Beacon |
| 1971 | Map Matching |

## DEAD RECKONING TECHNIQUES

Dead reckoning is the process of determining a vehicle's location and heading relative to an initial position by integrating measured increments and directions of travel. A vehicle's current position in rectangular (x,y) coordinates is given by

$$x = x_o + \int \cos\phi(\ell)\,d\ell \qquad (1)$$

$$y = y_o + \int \sin\phi(\ell)\,d\ell \qquad (2)$$

where $x_o$, $y_o$ are the initial coordinates, $d\ell$ is the travel increment, and $\phi(\ell)$ is the vehicle heading associated with the distance increment.

Most dead reckoning technologies used in automobile navigation systems were developed long before the automobile itself. These include the odometer, the differential odometer, and the magnetic



CH2308-5/86/0000-0350 $1.00 © 1986 IEEE

### Other RF Techniques

Of the various other radio-frequency based approaches that have been proposed or tested for vehicle location monitoring (21), Loran (LOng RAnge Navigation) probably has the most potential for automobile navigation because of its relatively wide coverage. Invented in 1940 by Loomis, Loran is a hyperbolic navigation system using multiple pairs of ground-based master-slave transmitters. U. S. coverage is complete along all coasts and most inland areas except for a band from Texas to North Dakota (22).

The master transmitter emits a sequence of electromagnetic pulses which are received by a widely separated slave station and retransmitted on a slightly different frequency. The Loran user's receiver picks up both signals and analyses the difference in arrival time to establish a hyperbolic line-of-position associated with the time delay. Repetition of the procedure for a different master-slave pair yields the longitude and latitude of the receiver at the intersection of two hyperbolae.

The availability of microprocessor-controlled receivers with improved performance at lower cost may make Loran C an attractive alternative to proximity beacon AVL in some cases (22, 23, 24). But Loran has not been pursued extensively as the basis for automobile navigation systems, perhaps due to incomplete geographic coverage as well as location inaccuracies typically on the order of 600 feet. One known use of Loran in a U.S. automobile is a General Motors test system which also includes GPS positioning (19). Loran is also used in a Nissan delivery vehicle navigation system currently being tested in Japan (25).

## SYSTEMS ENGINEERING

Navigation and positioning techniques outlined above may be integrated in various combinations for automobile systems providing a wide range of functions.

### Navigation Functions

Automobile navigation system functions are broadly categorized according to whether they provide the driver with location information only, with other information useful in routing selection, or with explicit real-time route guidance.

Location Vehicle location information has several possible forms. A popular concept is to indicate vehicle location by the position of a cursor on a map display panel. Another concept is to display street name and to give position in terms of address range or distance to the next cross street. Vehicle coordinates *per se* are generally not provided.

Routing A variety of other information may be useful to the vehicle driver in selecting a route to a particular destination. Examples include vehicle heading, direction to destination, distance to destination, location of destination on map display, highlighted thoroughfares on map display, etc. An approach used in a few cases displays the route travelled to the present location by plotting it on a map.

Guidance Real-time route guidance prompts the driver turn-by-turn over an appropriate route to his destination. Once the driver specifies destination and routing criteria (fastest, shortest, scenic, etc.), the system makes all navigation decisions, freeing the driver to concentrate on driving safely. Explicit route guidance may be in the form of spoken instructions, displayed symbols (e.g., arrows shaped according to the maneuver), and/or displayed messages.

### System Concepts

Although the wide range of domestic and foreign systems approaches for automobile navigation defies precise categorization, it is convenient to use the classifications characterized in Table II for discussing major system concepts.

Table II. Automobile Navigation Systems

| CLASSIFICATION | TYPICAL CHARACTERISTICS |
|---|---|
| Dead Reckoning | |
| | Low Vehicular Expense |
| | Autonomous Operation |
| | Accuracy Degrades with Travel |
| | Requires Manual Updates |
| Proximity Beacon | |
| | Low to Moderate Vehicular Expense |
| | Requires Costly Roadway Equipment |
| | Dead Reckoning between Beacons |
| | Accuracy Updated at Beacons |
| Satellite Positioning | |
| | High Vehicular Expense |
| | Requires Satellite Service |
| | High Accuracy when Reception Good |
| | Dead Reckoning Backup Required |
| Map Matching | |
| | Moderate Vehicular Expense |
| | Requires Map Data Base |
| | High Accuracy when Map Correct |
| | Compensates Dead Reckoning Error |