# Exhibit 33

Case: 4:10-cv-02567-LW Doc #: 138-33 Filed: 04/30/10 2 of 4. PageID #: 1777

# Recognition of Vehicle's Location for Navigation

F. Iwaki
M. Kakihara
M. Sasaki

Mazda Motor Corporation
3-1, Shinchi, Fuchu-cho, Aki-gun,
Hiroshima, JAPAN
Tel:(082)282-1111, Fax:(082)287-5125

Abstract : Vigorous research and development on vehicle navigation has been underway for some years . Essential for a navigation system is the ability to recognize the location of a car accurately . Without that ability , it would be useless to provide detailed road map information , road and traffic information ( traffic jams , closed-road , traffic accidents , etc. ) , and parking space availability -- in development under a Japanese project of 'Road/Automobile Communication System '.

The methods to find car's location can be classified into two groups : dead-reckoning and radio navigation . The dead-reckoning system calculates car's location according to its direction and distance travelled . This method is advantageous in that there is no areal limitation for its operation . But it cannot be free from errors which increase as the car accumulates the distance , making it necessary to set the initial position . On the other hand, the radio navigation system pinpoints the location of a car in terms of absolute position through radio waves and has an advantage of always locating a car within the system's accuracy range . But this system requires a vast network of radio transmitters to be effective , and it can only operate in the areas covered by the system network .

Dead-reckoning is basis for car locating but will no purpose without some provision for automatic correction of its errors . Radio navigation is expected to give accurate location , although it would have difficulty in providing accurate location continuously . It seems by combining these two methods that a system capable of accurate and continuous car location will become a reality .

This paper describes the signpost navigation , map-matching , and satellite navigation as methods for correcting the accumulated errors of dead-reckoning , and methods to obtain accurate and continuous car location by combining those methods and dead-reckoning . Also discussed are the merits /demerits and feasibility of each method .

## 1. IMPORTANCE OF CAR LOCATING IN VEHICLE NAVIGATION SYSTEMS

### 1.1 Development Trend of Vehicle Navigation Systems

Vehicle navigation systems have been under development for many years . It was in 1981 that a system offering simple driving information , such as straight distance to the destination , percentage of distance covered , and direction of the destination , was first commercialized in Japan . In 1984 , another system was put on sale which offered a compact disc ( CD-ROM ) storing digital map data allowing the driver to call up a map in a scale desired and to show car's location on the map . This system features a self-complete navigation which can calculate its location with on-board computer and sensors and offer driving information stored in on-board device . This system can be called the first-generation navigation system .

On the other hand , a navigation system under intensive development all over the world is an information/communication type system which communicates with outside facilities and provides driving assistance such as road and traffic information , and route guidance . This type can be called the second-generation navigation system, examples of which are Auto-guide of Britain , LISB ( Navigation and Information System Berlin ) of West Germany , Pathfinder of the United States , and RACS ( Road/Automobile Communication system ) and AMTICS ( Advanced Mobile Traffic Information and Communication System ) of Japan .

### 1.2 Importance of Accurate Car Location

Essential for a navigation system is the ability to recognize the location of a car accurately anytime . The first-generation type car locating is a simple dead-reckoning via terrestrial magnetism , which is unable to locate the car in high accuracy . So even when a detailed road map is shown on the display and a current car location is indicated on the map , there is a possibility that actually the car is in the next block of the map . This would make all the driving information virtually useless . In other words no matter how detailed information may be given to the on-board computer , actual information the system can provided is limited by the accuracy of car location . Therefore , it was only rough driving information that the first-generation navigation system was able to offer .

In the second-generation navigation system , it is more important to recognize car's location accurately . Though the second-generation system is capable to offer various kinds of information from outside facilities , all those data may become useless when car location cannot be pinpointed . Traffic jam information is a typical case . Even if communication with outside facilities gives detailed information of a traffic congestion ahead , when car's location is not shown correctly , the driver cannot tell whether the congestion is occurring someplace where he or she is heading or some blocks away . If the former is the case , the driver can choose a route that avoids such a trouble spot . If the latter is the case , there would be no need to take a detouring route . Moreover , The same case can be about information on parking space , restaurants , hotels , etc . Although the driver may spot some information he can use , he may lose his way before arriving at the place unless he is certain of his car's position and unless he is familiar with the place he is visiting . Accuracy of car's location can have much influence on route guidance information also . For even if a recommended route

CH2789-6/89/0000-0131$01.00 © 1989 IEEE



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 7, 2010 at 10:26 from IEEE Xplore. Restrictions apply.

## 4. CAR LOCATING BY VARIOUS NAVIGATION SYSTEMS

This chapter gives the test results of the navigation methods used in the experimental system -- dead-reckoning via terrestrial magnetism , map-matching , signpost navigation , satellite navigation using GPS .

### 4.1 Dead-reckoning via Terrestrial Magnetism

Fig.4 plots the result of the experiment on the dead-reckoning navigation system using geomagnetic sensor . These data show the location errors detected at the checkpoints in driving around Tokyo . In this figure , the horizontal line shows the distance between checkpoints and the vertical line shows the distance between actual car's location and dead-reckoning position at check-points .




Fig.4 Location error of dead-reckoning

As seen from this result , dead-reckoning using a geomagnetic sensor causes an error about 5% , on the average , in the distance covered . But the individual errors fell to under the 10% line even if unusually high deviations were cut off . If the error is as high as 10% , by the time the car has traveled 1km , car's location on a 1/25,000-scaled map will shift by 4mm . And the error increases in direct proportion in the distance covered . Therefore , assuming a 6-inch display ( the horizontal line about 10cm long ) , by the time the vehicle has run 25km , the deviation of car location would become such a proportion that its true location would no longer exist in the map displayed . At this level of accuracy , it is virtually impossible to pinpoint car's location on a detailed map or plot vehicle path .

Dead-reckoning , even with high-efficiency sensors used , inevitably produces location errors though differing in extent . Moreover, because of accumulating location errors , the dead-reckoned position must be corrected if this system is to be used effectively . In addition , since the relative change in car location is estimated , it is essential to set an initial position . To set or modify car's location on the map , it is necessary to pull up the map into close focus , find a point corresponding to car's location , and pinpoint car's location by moving the pointer . It seems very difficult for an ordinary driver to perform this series of operation by hand . And performing these operations while driving the car would not be recommendable for the sake of safety.

Dead-reckoning is capable of estimating car location wherever the car can operate -- even in the desert or underground passages -- , so it is the basis for car locating . Yet , this method by itself dose not have the ability to locate the car continuously . This calls for some means for automatic setting of an initial location and automatic correction of accumulated errors .

### 4.2 Map-matching

The experiment system has also the function of map-matching to upgrade car locating accuracy of dead-reckoning . The map data for map-matching was made from maps drawn to a scale of 1/25,000 .

Fig.5 shows the car location errors in dead-reckoning with map-matching . Note that there were 5～10% location errors in the case of no map-matching , while map-matching greatly improved dead-reckoning accuracy . Thus , map-matching can be said highly effective for increasing the positioning capability of dead-reckoning . However, there were some cases of missmatching . For instance , when the car turned right or left after running several kilometers on a straight road , car's location was missmatched to another road nearby ; missmatching occurred also when driving on a road not recorded in the map data .




Fig.5 Location error of dead-reckoning with map-matching

The primary cause of missmatching is inaccuracy of map data . Note that the map data used in the testing was based on 1/25,000 scale maps , and that map data was found to contain errors that had occurred in the course of reading original maps . Supposing that a digital map has an error of 1mm compared with an original map , the error corre-sponds to 25m in actual distance . It is not unusual to find two or more intersections before one goes 50m where the density of roads is high as in the central part of Tokyo . If the map data contains an error of 25m in an area with so many intersections , it would not be easy to discern a road to match . Thus , with a map data accuracy of the 1/25,000 scaling , it is difficult to keep map-matching accurately . Moreover , the map data used in the testing did not cover all the roads on which the car can run . Therefore , when the car is running on a road not covered by the data , there would be no road to which car's path should be matched , resulting in missmatching or no matching at all .



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 7, 2010 at 10:26 from IEEE Xplore. Restrictions apply.

If accurate map-matching is to be assured all the time, it would be necessary to use accurate map data for all roads available for vehicle operation. This would call for use of much reduced-scale maps -- 1/2,500 scaling, for instance. In this scaling, an error of 1mm on the map corresponds to only 2.5m in actual measurement and almost all roads usable by cars can be covered. However, the map data being planned for all over Japan at present is expected to be digitized from maps of 1/25,000 scale maps, and there are no moves for switching to 1/2,500 scale maps.

Map-matching is an effective means to improve the accuracy of dead-reckoning. Even when using map data prepared from 1/25,000 scale maps, considerably accurate map-matching should be possible, as can be noted from Fig.5. But since map-matching is just an aid for improving dead-reckoning, there still is a need to set an initial position by some means. In the event of missmatching, necessity remains for adjusting car's location, although at a low frequency compared with the simple dead-reckoning without map-matching.

## 4.3 Signpost Navigation

The signpost is available in some variations. Here, location beacon being researched for RACS is described. The location beacon is a means to signal its coordinates to the car passing nearby. Fig.6 shows a location beacon installed. These beacons are installed on overpasses, guideposts, etc. Fig.7 shows a reception antenna.




Fig.6 Location beacon



Fig.7 Beacon antenna

Fig.8 shows the measurement result of the electric field strength. This data is the measurements taken with the beacons installed beneath a overpass at 5.5m above the ground, and the reception antenna about 1m above the ground. The zero point in the figure indicates the position where the beacon is installed, and the horizontal line shows the road width, and the vertical line shows the longitudinal directions of the road. The result indicates that when the receiver's threshold is set as 80dBμV/m, the reception area is about a radius of 10m. This means that the instant the radio wave from the beacon is received, the on-board computer can recognize the beacon's position as car's location with a position error of about 10 m.




Fig.8 Field strength

【 IR ( Inductive Radio) Location Beacon 】

FREQUENCY : 247.2 KHz
TRANSFER RATE : 9600 bit/sec




Fig.9 Communication specifications

Fig.9 shows communication specifications of the beacon used for the experiment. Note that the reception area is a radius of 10m. When the car runs beneath the beacon at 100km/h, it receives the signal 20 times or so. Even when running in a lane 5m away from just under the beacon, the signal can be received about 5 times. This means that the signal can be received securely if the vehicle runs in the lane just under the beacon or the next lane. In the field experiment, the beacons were installed at 90 points in total on highways and general roads in the test area, and



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 7, 2010 at 10:26 from IEEE Xplore. Restrictions apply.