# Exhibit 34

# UNDERSTANDING GPS

## PRINCIPLES AND APPLICATIONS

Elliott D. Kaplan
Editor

Artech House
Boston • London

Library of Congress Cataloging-in-Publication Data
Kaplan, Elliott D.
Understanding GPS: principles and applications / Elliott D. Kaplan.
p. cm.
Includes bibliographical references and index.
ISBN 0-89006-793-7 (alk. paper)
1. Global Positioning System. I. Title
G109.5.K36 1996
623.89'3—dc20 95-49984
CIP

British Library Cataloguing in Publication Data
Kaplan, Elliott D.
Understanding GPS: principles and applications
1. Global positioning system 2. Artificial satellites in navigation
I. Title
629'.045

ISBN 0-89006-793-7

Cover design by Cheryl J. Cook.
Cover image courtesy of Lockheed Martin Corporation.

© 1996 ARTECH HOUSE, INC.
685 Canton Street
Norwood, MA 02062

All rights reserved. Printed and bound in the United States of America. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.
All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Artech House cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

International Standard Book Number: 0-89006-793-7
Library of Congress Catalog Card Number: 95-49984

10

CHAPTER 7

# PERFORMANCE OF STANDALONE GPS

Joseph L. Leva
*The MITRE Corporation*

Maarten Uijt de Haag
*Ohio University*

Karen Van Dyke
*Volpe Center*

## 7.1 ERROR SOURCES, MEASUREMENT ACCURACY, AND ESTIMATES OF USER POSITION AND TIME

### 7.1.1 Discussion

The accuracy with which a user receiver can determine its position or velocity, or synchronize to GPS system time, depends on a complicated interaction of various factors. In general, GPS accuracy performance depends on the quality of the pseudorange and delta pseudorange measurements as well as the satellite ephemeris data. In addition, the fidelity of the underlying physical model that relates these parameters is relevant. For example, the accuracy to which the satellite clock offsets relative to GPS system time are known to the user, or the accuracy to which satellite-to-user propagation errors are compensated, are important. Relevant errors are induced by the control, space, and user segments.

To analyze the effect of errors on accuracy, a fundamental assumption is usually made that the error sources can be allocated to individual satellite pseudoranges and can be viewed as effectively resulting in an equivalent error in the pseudorange values. The effective accuracy of the pseudorange value is termed the user-equivalent range error (UERE). The UERE for a given satellite is considered to be the (statistical) sum of the contributions from each of the error sources associated with the satellite. Usually, the error components are considered independent and the composite UERE for a satellite is approximated as a zero mean Gaussian random variable where its variance is determined as the sum of the variance of each of its components. UERE is usually assumed to be independent and identically distributed from satellite to satellite. However, for certain GPS augmentations, it is sometimes appropriate for these assumptions to be modified. (For example, if one is considering the addition of geosynchronous (GEOS) ranging satellites to the GPS constellation, the UERE associated with the GEOS might be modeled with a different variance as compared to the standard constellation satellites depending on the design characteristics of the satellites. In other situations, it might be appropriate to model certain components of UERE as correlated among the satellites.)

The accuracy of the position/time solution determined by GPS is ultimately expressed as the product of a geometry factor and a pseudorange error factor. Loosely speaking, error in the GPS solution is estimated by the formula

$$\text{(error in GPS solution)} = \text{(geometry factor)} \times \text{(pseudorange error factor)} \qquad (7.1)$$

Under appropriate assumptions, the pseudorange error factor is the satellite UERE. The geometry factor expresses the composite effect of the relative satellite/user geometry on the GPS solution error. It is generically called the dilution of precision (DOP) associated with the satellite/user geometry.

Section 7.1.2 describes the major error sources in GPS and develops error budgets for the PPS and SPS pseudorange UERE. Section 7.1.3 provides a derivation of (7.1). A variety of geometry factors are defined that are used in the estimation of the various components (e.g., horizontal, vertical) of the GPS navigation solution. Section 7.1.4 discusses how these formulations can be used to relate DOP and distributions of DOP to the distribution of vertical and horizontal accuracy in GPS.

### 7.1.2 Pseudorange Errors

In Chapters 2 and 5, we discussed the formulation of the pseudorange measurement. To further our treatment of the pseudorange measurement and GPS error analysis, an examination of pseudorange error sources is presented within this section. The effects of satellite and receiver clock offsets and various error sources "corrupt" the satellite-to-user geometric range measurement. The satellite signal experiences delays

as it propagates through the atmosphere. Further, reflections (i.e., multipath), SA, and hardware effects between the user's antenna phase center and receiver code correlation point may delay (or advance) the signal [1]. The total time offset due to all of these effects is:

$$\delta t_D = \delta t_{\text{atm}} + \delta t_{\text{noise\&res}} + \delta t_{\text{mp}} + \delta t_{\text{hw}} + \delta t_{\text{SA}}$$

where

$\delta t_{\text{atm}}$ = delays due to the atmosphere
$\delta t_{\text{noise\&res}}$ = receiver noise and resolution offset
$\delta t_{\text{mp}}$ = multipath offset
$\delta t_{\text{hw}}$ = receiver hardware offsets
$\delta t_{\text{SA}}$ = SA degradation

The pseudorange time equivalent is the difference between the receiver clock reading when the signal (i.e., a particular code phase) was received and the satellite clock reading when the signal was sent. These timing relationships are shown in Figure 7.1, where

$\Delta t$ = geometric range time equivalent
$T_s$ = system time at which the signal left the satellite
$T_u$ = system time at which the signal would have reached the user receiver without $\delta t_D$ (theoretical)
$T'_u$ = system time at which the signal reached the user receiver with $\delta t_D$
$\delta t$ = offset of the satellite clock from system time (advance is positive; retardation (delay) is negative)




**Figure 7.1** Range measurement timing relationships.

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 7 of 87. PageID #: 1786



$t_u$ = offset of the receiver clock from system time
$T_s + \delta t$ = satellite clock reading at time which the signal left the satellite
$T'_u + t_u$ = user receiver clock reading at time when the signal reached the use: receiver
$c$ = speed of light

It is observed that the pseudorange $\rho$ is:

$$
\begin{aligned}
\rho &= c[(T'_u + t_u) - (T_s + \delta t)] \\
&= c(T'_u - T_s) + c(t_u - \delta t) \\
&= c(T_u + \delta t_D - T_s) + c(t_u - \delta t) \\
&= r + c(t_u - \delta t + \delta t_D)
\end{aligned}
$$

where $r$ is the geometric range

$$r = c\ (T_u - T_s) = c\ \Delta t$$

Elaboration on these pseudorange error sources including relativistic effects i: provided below. Hardware delays, $\delta t_{hw}$, are also referred to as interchannel bias anc will not be discussed further since they are very small in comparison to all othe: error sources.

#### 7.1.2.1 *Satellite Clock Error*

As discussed in preceding chapters, the satellites contain atomic clocks that contro all onboard timing operations including broadcast signal generation. Although thes( clocks are highly stable, $\delta t$ may deviate up to approximately 1 msec from GPS systen time [2]. (An offset of 1 msec translates to a 300-km pseudorange error.) Ranging errors induced by clock errors are on the order of 3.0m ($1\sigma$) [3]. The master contro station (MCS) determines and transmits clock correction parameters to the satellite: for rebroadcast in the navigation message (see Section 3.1.2.4). These correctio1 parameters are implemented by the receiver using the second-order polynomial [4

$$\delta t = a_{f0} + a_{f1}(t - t_{oc}) + a_{f2}(t - t_{oc})^2 + \Delta t_r \qquad (7.2$$

where

$a_{f0}$ = clock bias (sec)
$a_{f1}$ = clock drift (sec/sec)
$a_{f2}$ = frequency drift (i.e., aging) (sec/sec$^2$)

$t_{oc}$ = clock data reference time (sec)
$t$ = current time epoch (sec)
$\Delta t_r$ = correction due to relativistic effects (sec)

Correction $\Delta t_r$ compensates for one of three GPS-related relativistic effects discussed in Section 7.1.2.4.

Since the above parameters are "fitted" estimates of the actual satellite clock errors, some residual error remains.

### 7.1.2.2 *Ephemeris Prediction Error*

Optimal estimates of ephemerides for all satellites are computed and uplinked to the satellites with other navigation data message parameters for rebroadcast to the user. As in the case of the satellite clock corrections, these corrections are estimates and contain a residual error. The residual error is a vector that is depicted in Figure 7.2. The magnitude of this error is realized as an effective pseudorange error by projecting the vector onto the satellite-to-user line-of-sight vector. The effective pseudorange error is on the order of 4.2m ($1\sigma$) [3].

### 7.1.2.3 *Selective Availability (SA)*

The single largest error source for SPS users is SA. SA is intentionally induced by the DOD to degrade the user's navigation solution. SA was formally implemented on March 25, 1990. The degradation is accomplished through manipulation of the broadcast ephemeris data (orbital error component) and through dithering of the




**Figure 7.2** Ephemeris error. (*After*: [5].)

satellite clock (clock error component) [6]. The orbital error component is referred to as epsilon, $\epsilon$, while the dither component is denoted as $\delta$ [7].

Accomplishment of SA through clock dithering results in a time-varying disturbance of the pseudorange that is illustrated in Figure 7.3. It is observed that the clock error shows a trend consisting of random oscillations with periods on the order of 4 to 12 minutes with variations in pseudorange error up to 70m [6]. Due to the fact that SA is generated at the transmitter side (i.e., the satellite), this error component is spatially correlated. Spatial correlation means that there is a strong relation between the error at one location and the error at a nearby location. This property of SA can be exploited to eliminate the error if DGPS is employed. DGPS removes all errors that are common to both a local GPS ground monitoring station and the user's receiver. DGPS is discussed in the following chapter.

Much effort has been expended in modeling and identifying the clock component of SA. The result is that many different models and approaches to modeling




**Figure 7.3** SA (clock error component), satellite #28, Dec. 1992 [6].

SA can be found in the literature. Lear [8] gives a summation of the most often used techniques to model the SA clock component. Globally, the model approaches can be divided into stochastic and deterministic models. An example of the former is the autoregressive SA model derived by Braasch [6], whereas an example of the latter is the Rater SA model contained in [8].

As stated above, another form of SA is the manipulation of the broadcast ephemerides. Introduction of intentional errors in the ephemeris parameters will result in the determination of an erroneous satellite position by the user. The broadcast ephemeris data contains 15 parameters (see Section 2.3), which means that the error could be induced in various ways. The effective pseudorange $\epsilon$ error would be the vector sum of the residual ephemeris error and the SA orbital component projected onto the satellite-to-user line-of-sight vector, as shown in Figure 7.4.

### *7.1.2.4 Relativistic Effects*

Both Einstein's general and special theories of relativity are factors in the pseudorange measurement process. The need for special relativity (SR) relativistic corrections arises any time the signal source (in this case, GPS satellites) or the signal receiver (GPS receiver) is moving with respect to the chosen isotropic light speed frame, which in the GPS system is the ECI frame. The need for general relativity (GR) relativistic corrections arises any time the signal source and signal receiver are located at different gravitational potentials [9].

The satellite clock is affected by both special and general relativity. In order to compensate for both of these effects, the satellite clock frequency is adjusted to 10.22999999545 MHz prior to launch [2]. The frequency observed by the user at sea level will be 10.23 MHz; hence, the user does not have to correct for this effect.




**Figure 7.4** Combined effect of SA orbital error component and ephemeris prediction error.

The user does have to make a correction for another relativistic periodic effect that arises because of the slight eccentricity of the satellite orbit. Exactly half of the periodic effect is caused by the periodic change in the speed of the satellite relative to the ECI frame and half is caused by the satellite's periodic change in its gravitational potential.

When the satellite is at perigee, the satellite velocity is higher and the gravitational potential is lower—both cause the satellite clock to run slower. When the satellite is at apogee, the satellite velocity is lower and the gravitational potential is higher—both cause the satellite clock to run faster [9]. This effect can be compensated for by [4]

$$\Delta t_r = Fe\sqrt{A}\,\sin E_k \tag{7.3}$$

where

$F$ = $-4.442807633 \times 10^{-10}$ sec/m
$e$ = satellite orbital eccentricity
$A$ = semimajor axis of the satellite orbit
$E_k$ = eccentric anomaly of the satellite orbit

Reference [5] states that this relativistic effect can reach a maximum of 70 nsec (21m in range). Correcting the satellite clock for this relativistic effect will result in a more accurate estimation of the time of transmission by the user.

Due to rotation of the Earth during the time of signal transmission, a relativistic error is introduced which is called the Sagnac effect. During the propagation time of the SV signal transmission, a clock on the surface of the Earth will experience a finite rotation with respect to the resting reference frame at the geocenter. Figure 7.5 illustrates this phenomenon known as the Sagnac effect. Clearly, if the user experiences a net rotation away from the SV, the propagation time will increase and vice versa. For example, an airborne user traveling easterly at Mach 2.5 (838.2 m/sec) such that the Earth rotation and aircraft velocity are additive, totaling 1,365 m/sec, could experience an error of 2.7m over an epoch of 100 sec under worst case SV/user geometry. The correction for this effect is given in [10].

Finally, the GPS signal experiences space-time curvature due to the gravitational field of the Earth. The magnitude of this relativistic effect can range from 0.001 ppm in relative positioning to about 18.7 mm for point positioning [11].

#### *7.1.2.5 Atmospheric Effect*

The propagation speed of a wave in a medium can be expressed in terms of the index of refraction for the medium. The index of refraction is defined as the ratio of the wave's propagation speed in free space to that in the medium by the formula




**Figure 7.5** The Sagnac effect.

$$n = \frac{c}{v} \tag{7.4}$$

for WGS-84, $c$ = 299,792,458 m/sec. The medium is dispersive if the propagation speed (or equivalently, the index of refraction) is a function of the wave's frequency. In a dispersive medium, the propagation velocity $v_p$ of the signal's carrier phase differs from the velocity $v_g$ associated with the waves carrying the signal information. The information-carrying aspect can be thought of as a group of waves traveling at slightly different frequencies.

To clarify the concepts of group and phase velocities, consider two components, $S_1$ and $S_2$, of an electromagnetic wave with frequencies $f_1$ and $f_2$ (or $\omega_1$ and $\omega_2$) and phase velocities $v_1$ and $v_2$, traveling in the $x$-direction. The sum $S$ of these signals is

$$S = S_1 + S_2 = \sin \omega_1\left(t - \frac{x}{v_1}\right) + \sin \omega_2\left(t - \frac{x}{v_2}\right)$$

Using the trigonometric identity,

$$\sin \alpha + \sin \beta = 2 \cos\frac{1}{2}(\alpha - \beta) \cdot \sin\frac{1}{2}(\alpha + \beta)$$

we find that

$$S = 2 \cos\left[\frac{1}{2}(\omega_1 - \omega_2)t - \frac{1}{2}\left(\frac{\omega_1}{v_1} - \frac{\omega_2}{v_2}\right)x\right] \times \sin\left[\frac{1}{2}(\omega_1 + \omega_2)t - \frac{1}{2}\left(\frac{\omega_1}{v_1} + \frac{\omega_2}{v_2}\right)x\right]$$

$$= 2 \cos \frac{1}{2}(\omega_1 - \omega_2)\left[t - \frac{x}{\dfrac{\frac{1}{2}(\omega_1 - \omega_2)}{\frac{1}{2}\left(\frac{\omega_1}{v_1} - \frac{\omega_2}{v_2}\right)}}\right] \times \sin\left[\frac{1}{2}(\omega_1 + \omega_2)t - \frac{1}{2}\left(\frac{\omega_1}{v_1} + \frac{\omega_2}{v_2}\right)x\right]$$

The cosine part is a wave group (the modulation imposed on the sinusoid—that part of the wave that carries the information) that moves with velocity

$$v_g = \frac{\frac{1}{2}(\omega_1 - \omega_2)}{\frac{1}{2}\left(\frac{\omega_1}{v_1} - \frac{\omega_2}{v_2}\right)} = \frac{2\pi(f_1 - f_2)}{2\pi\left(\frac{f_1}{v_1} - \frac{f_2}{v_2}\right)} = \frac{f_1 - f_2}{\frac{1}{\lambda_1} - \frac{1}{\lambda_2}} = \frac{\left(\frac{v_1}{\lambda_1} - \frac{v_2}{\lambda_2}\right)}{\left(\frac{1}{\lambda_1} - \frac{1}{\lambda_2}\right)}$$

$$= \frac{\left(\frac{v_1}{\lambda_1} - \frac{v_1}{\lambda_2} + \frac{v_1}{\lambda_2} - \frac{v_2}{\lambda_2}\right)}{\left(\frac{1}{\lambda_1} - \frac{1}{\lambda_2}\right)} = v_1 - \lambda_1 \frac{v_2 - v_1}{\lambda_2 - \lambda_1} \tag{7.5}$$

where $\lambda_1$ and $\lambda_2$ are the corresponding signal wavelengths.

For narrow bandwidths, such as those found in a GPS signal, we can replace $v_2 - v_1$ by the differential $dv$, $\lambda_2 - \lambda_1$ by the differential $d\lambda$, and $\lambda_1$ by $\lambda$, and add the subscript $p$ to $v$ to denote phase velocity explicitly to get

$$v_g = v_p - \lambda \frac{dv_p}{d\lambda} \tag{7.6}$$

which implies that the difference between the group velocity and phase velocity depends on both the wavelength and the rate of change of phase velocity with wavelength.

The corresponding indices of refraction are related by [11]

$$n_g = n_p + f \frac{dn_p}{df} \tag{7.7}$$

where the indices of refraction are defined by

$$n_p = \frac{c}{v_p} \qquad n_g = \frac{c}{v_g} \tag{7.8}$$

and $f$ denotes the signal frequency. In a nondispersive medium, wave propagation is independent of frequency and the signal phase and signal information propagate at the same speed with $v_g = v_p$ and $n_g = n_p$.

### *Ionospheric Effects*

The ionosphere is a dispersive medium located in the region of the atmosphere between about 70 km and 1000 km above the Earth's surface. Within this region, ultraviolet rays from the sun ionize a portion of gas molecules and release free

electrons. These free electrons influence electromagnetic wave propagation, including the GPS satellite signal broadcasts.

The following is based on a similar development in [11]. The index of refraction for the phase propagation in the ionosphere can be approximated as

$$n_p = 1 + \frac{c_2}{f^2} + \frac{c_3}{f^3} + \frac{c_4}{f^4} \cdots \tag{7.9}$$

where the coefficients $c_2$, $c_3$, and $c_4$ are frequency independent but are a function of the number of electrons (i.e., electron density) along the satellite-to-user signal propagation path. The electron density is denoted as $n_e$. A similar expression for $n_g$ can be obtained by differentiating (7.9) with respect to frequency and substituting the result along with (7.9) into (7.7). This results in the following:

$$n_g = 1 - \frac{c_2}{f^2} - \frac{2c_3}{f^3} - \frac{3c_4}{f^4} \cdots$$

To first-order, these approximations are

$$n_p = 1 + \frac{c_2}{f^2} \qquad n_g = 1 - \frac{c_2}{f^2} \tag{7.10}$$

The coefficient $c_2$ is estimated as $c_2 = -40.3\, n_e$ Hz$^2$. Rewriting the above yields

$$n_p = 1 - \frac{40.3\, n_e}{f^2} \qquad n_g = 1 + \frac{40.3\, n_e}{f^2} \tag{7.11}$$

Using (7.8), the phase and group velocity are estimated as

$$v_p = \frac{c}{1 - \frac{40.3\, n_e}{f^2}} \qquad v_g = \frac{c}{1 + \frac{40.3\, n_e}{f^2}} \tag{7.12}$$

It can be observed that the phase velocity will exceed that of the group velocity. The amount of retardation of the group velocity is equal to the advance of the carrier phase with respect to free-space propagation. In the case of GPS, this translates to the signal information (e.g., PRN code and navigation data) being delayed and the carrier phase experiencing an advance.

The measured range is

$$S = \int_{SV}^{User} n\, ds \tag{7.13}$$

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 16 of 87. PageID #: 1795



Whereas, the line-of-sight (i.e., geometric) range is

$$l = \int_{SV}^{User} dl \tag{7.14}$$

The path length difference due to ionospheric refraction is

$$\Delta S_{iono} = \int_{SV}^{User} n ds - \int_{SV}^{User} dl \tag{7.15}$$

The delay attributed to the phase refractive index is

$$\Delta S_{iono,p} = \int_{SV}^{User} \left(1 - \frac{40.3 n_e}{f^2}\right) ds - \int_{SV}^{User} dl \tag{7.16}$$

Similarly, the delay induced by the group refractive index is

$$\Delta S_{iono,g} = \int_{SV}^{User} \left(1 + \frac{40.3 n_e}{f^2}\right) ds - \int_{SV}^{User} dl \tag{7.17}$$

Since the delay will be small compared to the satellite-to-user distance, we simplify (7.16) and (7.17) by integrating the first term along the line-of-sight path. Thus, *ds* changes to *dl* and we now have

$$\Delta S_{iono,p} = -\frac{40.3}{f^2} \int_{SV}^{User} n_e \, dl \qquad \Delta S_{iono,g} = \frac{40.3}{f^2} \int_{SV}^{User} n_e \, dl \tag{7.18}$$

The electron density along the path length is referred to as the total electron count (TEC) and is defined as

$$\text{TEC} = \int_{SV}^{User} n_e \, dl$$

The TEC is expressed in units of electrons/m$^2$. The TEC is a function of time of day, user location, satellite elevation angle, season, ionizing flux, magnetic activity, sunspot cycle, and scintillation. It nominally ranges between $10^{16}$ and $10^{19}$ with the two extremes occurring around midnight and midafternoon, respectively. We can now rewrite (7.18) in terms of the TEC:

$$\Delta S_{iono,p} = -\frac{40.3 \text{ TEC}}{f^2} \qquad \Delta S_{iono,g} = \frac{40.3 \text{ TEC}}{f^2} \tag{7.19}$$

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 17 of 87. PageID #: 1796



Since the TEC is generally referenced to the vertical direction through the ionosphere, the above expressions reflect the path delay along the vertical direction with the satellite at an elevation angle of 90° (i.e., zenith). For other elevation angles, we multiply (7.19) with an obliquity factor. The obliquity factor accounts for the increased path length that the signal will travel within the ionosphere. The obliquity factor employed by the WAAS is (terms are defined in Figure 7.6)

$$F_{pp} = \left[1 - \left(\frac{R_e \cos \phi}{R_e + h_I}\right)^2\right]^{-\frac{1}{2}}$$

The height of the maximum electron density, $h_I$, used by the WAAS is 400 km. With the addition of the obliquity factor, the path delay expressions from (7.19) become




Figure 7.6 Ionospheric modeling geometry.

$$\Delta S_{\text{iono},p} = -F_{pp}\frac{40.3\ \text{TEC}}{f^2} \qquad \Delta S_{\text{iono},g} = F_{pp}\frac{40.3\ \text{TEC}}{f^2}$$

Since the ionospheric delay is frequency dependent, it can virtually be eliminated by making ranging measurements with a dual-frequency receiver. Differencing pseudorange measurements made on both L1 and L2 enables the estimation of both the L1 and L2 delays (neglecting multipath and receiver noise errors). These are first-order estimates since they are based on (7.10). The path length difference on L1 can be estimated using the following expression:

$$\Delta S_{\text{iono,corr}_{L1}} = \left(\frac{L_2^2}{L_2^2 - L_1^2}\right)(\rho_{L1} - \rho_{L2}) \tag{7.20}$$

The path length difference on L2 can be estimated by multiplying $\Delta S_{\text{iono,corr}_{L1}}$ by

$$(f_1/f_2)^2 = (77/60)^2$$

These estimated corrections are subtracted from pseudorange measurements made by each frequency; however, since these corrections are estimates, residual errors are usually present.

In case of a single-frequency receiver, it is obvious that (7.20) cannot be used. Consequently, models of the ionosphere are employed to correct for the ionospheric delay. One example is the Klobuchar model, which removes (on the average) about 50% of the ionospheric delay at midlatitudes. This model assumes that the vertical ionospheric delay can be approximated by half a cosine function of the local time during daytime and by a constant level during nighttime [12]. The original Klobuchar model was adapted by the OCS and the correction algorithm is provided in [4] and [13].

Almost three times as much delay is incurred when viewing satellites at low elevation than at the zenith. For a signal arriving at vertical incidence, the delay ranges from about 10 nsec (3m) at night to as much as 50 nsec (15m) during the day. At low satellite viewing angles (0° through 10°), the delay can range from 30 nsec (9m) at night up to 150 nsec (45m) during the day [2].

### *Tropospheric Delay*

The troposphere is the lower part of the atmosphere that is non-dispersive for frequencies up to 15 GHz [11]. Within this medium, the phase and group velocities associated with the GPS carrier and signal information (PRN code and navigation data) on both L1 and L2 are equally delayed with respect to free-space propagation. This delay is a function of the tropospheric refractive index, which is dependent on

the local temperature, pressure, and relative humidity. Left uncompensated, the range equivalent of this delay can vary from about 2.4m for a satellite at the zenith and the user at sea level to about 25m for a satellite at an elevation angle of approximately 5° [10, 11].

From (7.15), we have that the path length difference attributed to the tropospheric delay as

$$\Delta S_{\text{tropo}} = \int_{\text{sv}}^{\text{user}} (n - 1) ds$$

where the integration is along the signal path.

The path length difference can also be expressed in terms of refractivity,

$$\Delta S_{\text{tropo}} = 10^{-6} \int_{\text{sv}}^{\text{user}} N \, ds \qquad (7.21)$$

where the refractivity, $N$, is defined by

$$N \equiv 10^6 (n - 1)$$

The refractivity is often modeled using both a dry and wet component. The dry component, which arises from the dry air, gives rise to about 90% of the tropospheric delay and can be predicted very accurately. The wet component, which arises from the water vapor, is more difficult to predict due to uncertainties in the atmospheric distribution. Both components extend to different heights in the troposphere (see Figure 7.7); the dry layer extends to a height of about 40 km while the wet component extends to a height of about 10 km.

We define $N_{d,0}$ and $N_{w,0}$ as the dry and wet component refractivities, respectively, at standard sea level. To express both $N_{d,0}$ and $N_{w,0}$ in pressure and temperature, the formulas of [14] can be used:

$$N_{d,0} \approx a_1 \frac{p_0}{T_0}$$

with

$p_0$ = partial pressure of the dry component at standard sea level (mbar)
$T_0$ = absolute temperature at standard sea-level (K)
$a_1$ = empirical constant (77.624 K/mbar)

$$N_{w,0} \approx a_2 \frac{e_0}{T_0} + a_3 \frac{e_0}{T_0^2}$$

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 20 of 87. PageID #: 1799






Figure 7.7 Dry and wet components of the troposphere. (*After*: [11].)

where

$e_0$ = partial pressure of the water vapor at standard sea level (mbar)
$T_0$ = absolute temperature at standard sea level (K)
$a_2$ and $a_3$ are empirical constants (−12.92 K/mbar and 371,900 $K^2$/mbar, respectively)

Path delay also varies with the user's height, $h$. Thus, both the dry and wet component refractivities are dependent on the atmospheric conditions at the user's height above the reference ellipsoid. One model that takes the height into account and is successfully used by Remondi [15], combines parts of the works cited in [14, 16–18]. The dry component as a function of the height is determined by

$$N_d(h) = N_{d,0}\left[\frac{h_d - h}{h_d}\right]^{\mu} \tag{7.22}$$

and $h_d$, the upper extent of the dry component of the troposphere referenced to sea level, is determined from

$$h_d = 0.011385\frac{p_0}{N_{d,0} \times 10^{-6}}$$

where $\mu$ stems from the underlying use of the ideal gas law. Hopfield [17] found that setting $\mu = 4$ gives the best results for the model.

Similarly the refractivity, $N_w(h)$, of the wet component of the troposphere is determined from

$$N_w(h) = N_{w,0}\left[\frac{h_w - h}{h_w}\right]^{\mu} \tag{7.23}$$

where $h_w$ is the extent of the wet component of troposphere determined by

$$h_w = 0.011385\frac{1}{N_{w,0} \times 10^{-6}}\left[\frac{1{,}255}{T_0} + 0.05\right]e_0$$

The path length difference when the satellite is at zenith and the user is at sea level is from (7.21):

$$\Delta S_{\text{tropo}} = 10^{-6}\int_{h=0}^{h_d} N_{d,h}dh + 10^{-6}\int_{h=0}^{h_w} N_{d,w}\,dh \tag{7.24}$$

Evaluation of (7.24) using the expressions for $N_d(h)$ and $N_w(h)$ in (7.22) and (7.23) yields

$$\Delta S_{\text{tropo}} = \frac{10^{-6}}{5}[N_{d,0}h_d + N_{w,0}h_w]$$

For elevation angles other than 90°, the model takes the form shown in Figure 7.8 where the user's height, $h$, is replaced by the geocentric distance $r$. Equation (7.24) is now expressed as [10, 11]

$$\Delta S_{\text{tropo},k} = \frac{10^{-6}N_{k,0}}{(r_k - r_0)^4}\int_{r_0}^{r_k}\frac{r(r_k - r_0)^4}{\sqrt{r^2 - r_0^2\sin^2 E}}dr \tag{7.25}$$

with

$$r_k = \sqrt{(R_E + h_k)^2 - r_0^2\cos^2 E} - r_0\sin E$$

where

$r_0 = R_E + h$
$E$ is the satellite-to-user line-of-sight elevation angle
$k$ denotes either the wet or dry component

The mapping function for arbitrary elevation angles in (7.25), found by applying the law of sines to Figure 7.8, is

$$\frac{r}{\sqrt{r^2 - r_0^2\sin^2 E}}$$

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 22 of 87. PageID #: 1801






Figure 7.8 Tropospheric modeling geometry.

Equation (7.25) can be evaluated numerically using a series expansion (for details see [11]). The total path length difference is the sum of the integral evaluated separately for both the dry and wet components. This formulation also accounts for the delay attributed to the bending of the signal path due to tropospheric refraction at low elevation angles [10].

There are numerous tropospheric delay compensation models, the reason being is that the wet component is difficult to model. One method of determining this delay is to use a water vapor radiometer, which measures the sky brightness temperature via radiometric microwave observations along the signal path. However, this technique is expensive, does not provide accurate data for low elevation angles, and is impractical for most applications. Research is ongoing in this area [11].

### *7.1.2.6 Receiver Noise and Resolution*

Measurement errors are also induced by the receiver tracking loops. In terms of the DLL, dominant sources of pseudorange measurement error are thermal noise jitter and the effects of dynamic stress error. Secondary error sources include code hardware and software resolution and oscillator stability [1]. The C/A-code composite receiver noise and resolution error contribution will be approximately an order of magnitude larger than that for P(Y)-code because the chip wavelength of the C/A-

code is ten times longer than for P(Y)-code. Typical modern receiver $1\sigma$ values for the noise and resolution error are on the order of 1.5m for C/A-code and 20 cm for P(Y)-code.

Receiver noise and resolution errors affect carrier phase measurements made by either a FLL or PLL. PLL measurements errors are on the order of 1.2 mm ($1\sigma$) when tracking the C/A-code and 1.6 mm ($1\sigma$) when tracking the P(Y)-code. However, FLL phase measurements are usually an order of magnitude less accurate than those obtained with a PLL. Extensive treatment of DLL, FLL, and PLL errors is provided in Section 5.1.5. Carrier phase measurement techniques are discussed in Section 8.3.

### *7.1.2.7 Multipath and Shadowing Effects*

One of the major errors incurred in the receiver measurement process is multipath. With multipath, a signal arrives at the receiver via multiple paths due to reflections from the Earth and nearby objects (e.g., buildings, vehicles), as shown in Figure 7.9. Multipath not only distorts the PRN code and navigation data, which is modulated onto the carrier, but also the phase of the carrier itself. Under worst-case conditions, multipath can cause the receiver tracking loops to lose lock.

The degradation of the pseudoranges is caused by the distortion of the correlation peak by the presence of the indirect signal (i.e., reflected version of the signal). Distortion of the correlation peak causes the zero crossing of the early-late curve to be shifted and thus the receiver will determine an erroneous pseudorange. The dashed correlation peak in Figure 7.10(a) is the reflection that is a scaled (expressed by the multipath-to direct ratio, (MDR)) and delayed ($d$) version of the direct correlation peak. (The MDR is the ratio of the reflected and direct signal.) Adding both correla-




Figure 7.9 Depiction of multipath and shadowing effects.




**Figure 7.10** Early-late in case of code multipath.

tion peaks gives the resulting distorted early curve, shown in Figure 7.10(b)). Subtracting the late (Figure 7.10(c)) from the early gives us the so called "S-curve" (Figure 7.10(d)). An increase in the MDR results in more distortion of the S-curve and therefore larger multipath errors. Clearly, the zero crossing in Figure 7.10(d) differs from the zero crossing in the case of no multipath, resulting in a pseudorange measurement.

Considering $M$ possible reflections, the received spread spectrum signal can be written as

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 25 of 87. PageID #: 1804



$$x(t) = \sum_{i=0}^{M} a_i(t)p[t - \tau_i(t)]\cos[\omega t + \theta_i(t)]$$

where $p(t)$ is the PRN code, $\omega$ is the angular frequency of the line-of-sight signal (carrier plus Doppler) and $a_i(t)$, $\tau_i(t)$, and $\theta_i(t)$ are the time-dependent amplitude, delay, and phase of the *i*th signal, respectively.

An increase in the path delay of a reflected signal with respect to the direct signal causes the multipath to grow until a maximum error has been reached. After this, the multipath error decreases again until it is zero for a path delay of $1 + \tau/2$ chips where $\tau$ is the correlator spacing (ignoring error due to correlation sidelobes).

In general, all reflections are comprised of various spectral components that are dependent on the angular frequency of the line-of-sight signal and the phase rate of the *i*th reflection. The bandwidth of these frequencies is referred to as the fading bandwidth, which depends on the satellite/user receiver/reflector geometry as well as on the user's velocity. If the fading bandwidth is larger than the tracking loop bandwidth, it is referred to as the fast fading bandwidth; whereas, a fading bandwidth less than that of the tracking loop bandwidth is referred to as slow fading. In the case of fast fading, fast changes in the zero-crossing of the S-curve will occur that the DLL will be unable to follow. This results in an averaging effect [19]. In the case of slow fading, the DLL will be able to follow the zero crossing.

The effect on the carrier phase can be understood from the vector plots of Figure 7.11 [20]. The instantaneous carrier multipath error is the angle $\Psi$ between the vector $E_d$ of the direct signal and the vector $E_m$ of the sum vector of the direct and reflected signal. As can be seen from Figure 7.11, the carrier multipath error




Figure 7.11 Carrier phase multipath.

increases when the phase difference of the direct and reflected signal increases, caused by the increase in path length difference. The carrier phase error Ψ reaches a maximum when the vector of the reflected signal, $E_r$ and the sum vector are perpendicular.

As can be understood from Figures 7.10 and 7.11, the severity of the multipath is determined by the relative amplitude, the phase, the phase rate, and the delay of the indirect signals. A mathematical derivation of the magnitude of the multipath effects is provided in [19–21]. Besides being dependent on the parameters of the reflected signal, the type of receiver architecture is important for the effect.

Multipath mitigation techniques for GPS have been (and continue to be) the subject of extensive research. Multipath generally arrives along with signals from satellites at low elevation angles. Therefore, the antenna pattern gain should be designed to attenuate incoming signals at low elevation angles as well as those in the direction(s) of the reflector(s) [21]. The antenna gain "cutoff" angle (i.e., minimum desired elevation angle) is dependent on the receiver satellite selection algorithm. Some receivers normally use satellites at elevation angles ≥5°; thus, attenuating the antenna gain above the minimum usable elevation angle will limit satellite availability.

To combat multipath, antenna siting is of prime importance. The antenna should be placed above the highest reflector to prevent reflected waves from arriving from and above the horizon. Certain antennas require a ground plane to increase free-space antenna gain at low elevation angles. However, the ground plane may diffract energy incident on the antenna at low elevation angles. The use of absorbent material reduces this edge diffraction effect. Research is in process to investigate the use of absorbent material to reduce these unwanted reflections in close proximity of the antenna [21]. (The optimum situation is one where we can utilize signals from satellites at low elevation angles to increase our availability, but with diminished multipath error.)

Antenna height is also a factor. In some environments, it can be easily observed that a slight variation in antenna height significantly effects receiver performance. One will note improved signal-to-noise performance by adjusting the antenna height.

Of special interest is a choke ring antenna designed specifically to reduce multipath effects, as shown in Figure 7.12. The antenna is comprised of vertical-aligned concentric rings centered about the antenna element that are connected to the ground plane. These vertical rings shape the antenna pattern such that multipath signals incident on the antenna at the horizon and negative elevation angles are attenuated.

Reference [22] provided test results that indicated that multipath-induced ranging errors varied from 50 cm to 2m for a choke ring antenna sited at a "good" location. That is, the antenna was located above all reflectors in the area. On the other hand, test data collected in an urban environment near a large building (over 30 floors) with a stationary receiver showed a worst case ranging error of approximately




Figure 7.12 Choke ring antenna. (*After*: [5].)

100m. The use of a C/A-code narrow correlator receiver has shown that the peak multipath error is reduced by a factor of ten. Furthermore, the use of P(Y)-code with its smaller chip size reduces the worst case multipath to approximately 8m ($1\sigma$) for rare satellite geometries [10]. In terms of carrier phase measurements, errors up to about 5 cm can be expected using the L1 carrier [21].

A few conclusions can be drawn concerning multipath. In most cases, the multipath errors are not as pronounced as the above cited worst case values since the reflections are geometry dependent and time-variant. However, multipath errors are of concern especially in cases where high accuracy is required; thus, care must be taken with antenna siting.

### *7.1.2.8 Error Budgets*

Based on the above discussion regarding pseudorange error constituents, we can develop error budgets to aid our understanding of standalone GPS accuracy. These budgets are intended to serve as guidelines for position error analyses. However, as indicated in (7.1), position error is a function of both the pseudorange error (UERE) and user/satellite geometry (DOP).

Let us begin with a look at the GPS JPO UERE budget for the PPS presented in Table 7.1 [3]. (This budget was developed in the early 1980s and has not been updated even though all aspects of today's space, control, and user segments have been improved. While somewhat dated, the budget does provide guidance for conducting DOD-related analyses.) It is observed that the total system UERE is comprised of components from each system segment. This budget is predicated on the use of dual-frequency measurements to determine the ionospheric delay. In the case of the predictability of satellite perturbations, it is not distinctly clear that this error component should be attributed to the space segment or the control segment; however, it still needs to be included. Satellite perturbations stem from sources such as tidal attractions, solar radiation pressure, solar winds, and gas-propellant leakage, some of which are difficult to model. The error components are root-sum-squared (rss) to form the total system UERE, which is Gaussian distributed with a $1\sigma$ value

**Table 7.1**
GPS JPO PPS Pseudorange Error Budget

| *Segment Source* | *Error Source* | *GPS 1σ Error (m)* |
|---|---|---|
| Space | Satellite clock stability | 3.0 |
| | Predictability of satellite perturbations | 1.0 |
| | Other (thermal radiation, etc.) | 0.5 |
| Control | Ephemeris prediction error | 4.2 |
| | Other (thruster performance, etc.) | 0.9 |
| User | Ionospheric delay | 2.3 |
| | Tropospheric delay | 2.0 |
| | Receiver noise and resolution | 1.5 |
| | Multipath | 1.2 |
| | Other (interchannel bias, etc.) | 0.5 |
| System UERE | Total (rss) | 6.6 |

*Source:* [3].

of 6.6m. (The system UERE value is actually 6.5m but the value reported in [3] is 6.6m, both $1\sigma$.)

Table 7.2 is an estimate of a contemporary SPS receiver C/A-code UERE budget. The space and control segment contributions are identical to those in the P(Y)-code budget except for the inclusion of SA. As observed, SA is the dominant error source in SPS C/A-code pseudorange measurements. With respect to the PPS budgets, user segment error contributions differ for receiver noise and resolution, ionospheric delay and multipath. The value of ionospheric delay is an estimate that reflects delay compensation by an internal receiver model. The system UERE is computed with and without SA activated. Based on this estimated budget, SPS positioning accuracy would improve by a factor of approximately 4.1 times if SA were deactivated. It must be noted that even with SA off, the accuracy provided by the SPS would still be inadequate for applications such as aircraft precision landing and some forms of harbor navigation. These applications require the use of DGPS techniques, which are discussed in the next chapter.

### 7.1.3 Satellite Geometry and the Dilution of Precision in GPS

The defining relations for the dilution of precision parameters are developed in Section 7.1.3.1. Illustration of how these parameters vary as a function of location, time, and receiver implementation is presented in Section 7.1.3.2.

**Table 7.2**
Estimated SPS C/A-Code Pseudorange Error Budget

| *Segment Source* | *Error Source* | *GPS 1σ Error (m) With SA* | *GPS 1σ Error (m) Without SA* |
|---|---|---|---|
| Space | Satellite clock stability | 3.0 | 3.0 |
| | Satellite perturbations | 1.0 | 1.0 |
| | Selective Availability | 32.3 | – |
| | Other (thermal radiation, etc.) | 0.5 | 0.5 |
| Control | Ephemeris prediction error | 4.2 | 4.2 |
| | Other (thruster performance, etc.) | 0.9 | 0.9 |
| User | Ionospheric delay | 5.0 | 5.0 |
| | Tropospheric delay | 1.5 | 1.5 |
| | Receiver noise and resolution | 1.5 | 1.5 |
| | Multipath | 2.5 | 2.5 |
| | Other (interchannel bias, etc.) | 0.5 | 0.5 |
| System UERE | Total (rss) | 33.3 | 8.0 |

### *7.1.3.1 Definitions and Relationships for Dilution of Precision (DOP)*

As motivation for the concept of dilution of precision as it applies to GPS, consider once again the foghorn example introduced in Section 2.1.1. In this example, a user locates his or her position from ranging measurements from two foghorns. The assumptions are that the user has a synchronized time base relative to the foghorns and has knowledge of the location of the foghorns and their transmission times. The user measures the time of arrival of each of the foghorn signals and computes a propagation time, which determines the user's range from each foghorn. The user locates his or her position from the intersection of the range rings determined from the time-of-arrival measurements.

In the presence of measurement errors, the range rings used to compute the user's location will be in error and result in error in the computed position. The concept of dilution of precision is the idea that the position error that results from measurement errors depends on the user/foghorn relative geometry. Graphically, these ideas are illustrated in Figure 7.13. Two geometries are indicated. In Figure 7.13(a), the foghorns are located approximately at right angles with respect to the user location. In Figure 7.13(b), the angle between the foghorns as viewed from the user is much smaller. In both cases, portions of the error-free range rings are indicated and intersect at the user's location. Additional ring segments are included that illustrate the variation in range ring position resulting from ranging errors to the







**Figure 7.13** Relative geometry and dilution of precision: (a) geometry with low DOP, and (b) geometry with high DOP.

foghorns. The error range illustrated in both figures is the same. The shaded regions indicate the set of locations that can be obtained if one uses ranging measurements within the illustrated error bounds. The accuracy of the computed location is very different for the two cases. With the same measurement error variation, geometry (b) gives considerably more error in the computed user's location then in (a), as is evident from comparison of the shaded regions. Geometry (b) is said to have a larger dilution of precision then geometry (a). For comparable measurement errors, geometry (b) results in larger errors in the computed location.

A formal derivation of the DOP relations in GPS begins with the linearization of the pseudorange equations given in Section 2.4.2. The linearization is the Jacobian relating changes in the user position and time bias to changes in the pseudorange values. This relationship is inverted in accordance with the solution algorithm and is used to relate the covariance of the user position and time bias to the covariance of the pseudorange errors. The DOP parameters are defined as geometry factors that relate parameters of the user position and time bias errors to those of the pseudorange errors.

The offset $\Delta\mathbf{x}$ in the user's position and time bias relative to the linearization point is related to the offset in the error-free pseudorange values $\Delta\boldsymbol{\rho}$ by the relation

$$\mathbf{H}\Delta\mathbf{x} = \Delta\boldsymbol{\rho} \tag{7.26}$$

The vector $\Delta\mathbf{x}$ has four components. The first three are the position offset of the user from the linearization point; the fourth is the offset of the user time bias from the bias assumed in the linearization point. $\Delta\boldsymbol{\rho}$ is the vector offset of the error-free pseudorange values corresponding to the user's actual position and the pseudorange values that correspond to the linearization point. H is the $n$ by 4 matrix

$$\mathbf{H} = \begin{bmatrix} a_{x1} & a_{y1} & a_{z1} & 1 \\ a_{x2} & a_{y2} & a_{z2} & 1 \\ \vdots & \vdots & \vdots & \vdots \\ a_{xn} & a_{yn} & a_{zn} & 1 \end{bmatrix} \tag{7.27}$$

and the $\mathbf{a}_i = (a_{xi}, a_{yi}, a_{zi})$ are the unit vectors pointing from the linearization point to the location of the ith satellite. If $n = 4$ and data from just four satellites are being used, and if the linearization point is close to the user's location, the user's location and time offset are obtained by solving (7.26) for $\Delta\mathbf{x}$ (i.e., if the linearization point is close enough to the user position, iteration is not required). One obtains

$$\Delta\mathbf{x} = \mathbf{H}^{-1}\Delta\boldsymbol{\rho} \tag{7.28}$$

and the offset of the user's position from the linearization point is expressed as a linear function of $\Delta\boldsymbol{\rho}$. In the case of $n > 4$, the method of least squares can be used

to solve (7.26) for $\Delta\mathbf{x}$ (see the Appendix). The least square result can be obtained formally by multiplying both sides of (7.26) on the left by the matrix transpose of H obtaining $\mathbf{H}^T\mathbf{H}\Delta\mathbf{x} = \mathbf{H}^T\Delta\boldsymbol{\rho}$. The matrix combination $\mathbf{H}^T\mathbf{H}$ is a square 4 by 4 matrix, and one can solve for $\Delta\mathbf{x}$ by multiplying both sides by the inverse, $(\mathbf{H}^T\mathbf{H})^{-1}$. (The matrix will be invertible provided the tips of the unit vectors $\mathbf{a}_i$ do not all lie in a plane.) One obtains

$$\Delta\mathbf{x} = (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T\Delta\boldsymbol{\rho} \tag{7.29}$$

which is the least square formulation for $\Delta\mathbf{x}$ as a function of $\Delta\boldsymbol{\rho}$. We observe that if $n = 4$, $(\mathbf{H}^T\mathbf{H})^{-1} = \mathbf{H}^{-1}(\mathbf{H}^T)^{-1}$ and (7.29) reduces to (7.28).

The pseudorange measurements are not error free and can be viewed as a linear combination of three terms,

$$\Delta\boldsymbol{\rho} = \boldsymbol{\rho}_T - \boldsymbol{\rho}_L + d\boldsymbol{\rho} \tag{7.30}$$

where $\boldsymbol{\rho}_T$ is the vector of error-free pseudorange values, $\boldsymbol{\rho}_L$ is the vector of pseudorange values computed at the linearization point, and $d\boldsymbol{\rho}$ represents the net error in the pseudorange values. Similarly, $\Delta\mathbf{x}$ can be expressed as

$$\Delta\mathbf{x} = \mathbf{x}_T - \mathbf{x}_L + d\mathbf{x} \tag{7.31}$$

where $\mathbf{x}_T$ is the error-free position and time, $\mathbf{x}_L$ is the position and time defined as the linearization point, and $d\mathbf{x}$ is the error in the position and time estimate. Substituting (7.30) and (7.31) into (7.29) and using the relation $(\mathbf{x}_T - \mathbf{x}_L) = (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T(\boldsymbol{\rho}_T - \boldsymbol{\rho}_L)$ (this follows from the relation $\mathbf{H}(\mathbf{x}_T - \mathbf{x}_L) = (\boldsymbol{\rho}_T - \boldsymbol{\rho}_L)$, which is a restatement of (7.26)), one obtains

$$d\mathbf{x} = [(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T]d\boldsymbol{\rho} = \mathbf{K}d\boldsymbol{\rho} \tag{7.32}$$

The matrix K is defined by the expression in brackets. Equation (7.32) gives the functional relationship between the errors in the pseudorange values and the induced errors in the computed position and time bias. It is valid provided that the linearization point is sufficiently close to the user's location and that the pseudorange errors are sufficiently small so that the error in performing the linearization can be ignored.

Equation (7.32) is the fundamental relationship between pseudorange errors and computed position and time bias errors. The matrix $(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T$, which is sometimes called the least-squares solution matrix, is a $4 \times n$ matrix and depends only on the relative geometry of the user and the satellites participating in the least square solution computation. In many applications, the user/satellite geometry can be considered fixed and (7.32) yields a linear relationship between the pseudorange errors and the induced position and time bias errors.

The pseudorange errors are considered to be random variables and (7.32) expresses $d\mathbf{x}$ as a random variable functionally related to $d\boldsymbol{\rho}$. The error vector $d\boldsymbol{\rho}$ is usually assumed to have components that are jointly Gaussian and to be zero mean. With the geometry considered fixed, it follows that $d\mathbf{x}$ is also Gaussian and zero mean. The covariance of $d\mathbf{x}$ is obtained by forming the product $d\mathbf{x}\, d\mathbf{x}^t$ and computing an expected value. By definition, one obtains

$$\text{cov}(d\mathbf{x}) = E(d\mathbf{x}\, d\mathbf{x}^T) \tag{7.33}$$

where cov($d\mathbf{x}$) denotes the covariance of $d\mathbf{x}$ and $E$ represents the expectation operator. Substituting from (7.32) and viewing the geometry as fixed, one obtains

$$\begin{aligned}\text{cov}(d\mathbf{x}) &= E(\mathrm{K}\, d\boldsymbol{\rho}\, d\boldsymbol{\rho}^T\mathrm{K}^T) = E[(\mathrm{H}^T\mathrm{H})^{-1}\mathrm{H}^T d\boldsymbol{\rho}\, d\boldsymbol{\rho}^T\mathrm{H}(\mathrm{H}^T\mathrm{H})^{-1}] \\ &= (\mathrm{H}^T\mathrm{H})^{-1}\mathrm{H}^T\text{cov}(d\boldsymbol{\rho})\mathrm{H}(\mathrm{H}^T\mathrm{H})^{-1}\end{aligned} \tag{7.34}$$

Note that in this computation, $(\mathrm{H}^T\mathrm{H})^{-1}$ is symmetric. (This follows from an application of the general matrix relations $(\mathrm{AB})^T = \mathrm{B}^T\mathrm{A}^T$ and $(\mathrm{A}^{-1})^T = (\mathrm{A}^T)^{-1}$, which are valid whenever the indicated operations are defined.) The usual assumption is that the components of $d\boldsymbol{\rho}$ are identically distributed and independent and have a variance equal to the square of the satellite UERE. With these assumptions, the covariance of $d\boldsymbol{\rho}$ is a scalar multiple of the identity

$$\text{cov}(d\boldsymbol{\rho}) = \mathrm{I}_{n\times n}\sigma^2_{\text{UERE}} \tag{7.35}$$

where $\mathrm{I}_{n\times n}$ is the $n \times n$ identity matrix. Substitution into (7.34) yields

$$\text{cov}(d\mathbf{x}) = (\mathrm{H}^T\mathrm{H})^{-1}\sigma^2_{\text{UERE}} \tag{7.36}$$

Under the stated assumptions, the covariance of the errors in the computed position and time bias is just a scalar multiple of the matrix $(\mathrm{H}^T\mathrm{H})^{-1}$. The vector $d\mathbf{x}$ has four components, which represent the error in the computed value for the vector $\mathbf{x}_T = (x_u, y_u, z_u, ct_b)$. The covariance of $d\mathbf{x}$ is a $4 \times 4$ matrix and has an expanded representation

$$\text{cov}(d\mathbf{x}) = \begin{bmatrix} \sigma^2_{x_u} & \sigma^2_{x_u y_u} & \sigma^2_{x_u z_u} & \sigma^2_{x_u ct_b} \\ \sigma^2_{x_u y_u} & \sigma^2_{y_u} & \sigma^2_{y_u z_u} & \sigma^2_{y_u ct_b} \\ \sigma^2_{x_u z_u} & \sigma^2_{y_u z_u} & \sigma^2_{z_u} & \sigma^2_{z_u ct_b} \\ \sigma^2_{x_u ct_b} & \sigma^2_{y_u ct_b} & \sigma^2_{z_u ct_b} & \sigma^2_{ct_b} \end{bmatrix} \tag{7.37}$$

The components of the matrix $(\mathrm{H}^T\mathrm{H})^{-1}$ quantify how pseudorange errors translate into components of the covariance of $d\mathbf{x}$.

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 34 of 87. PageID #: 1813



Dilution of precision parameters in GPS are defined in terms of the ratio of combinations of the components of cov($d$**x**) and $\sigma_{\text{UERE}}$. (It is implicitly assumed in the DOP definitions that the user/satellite geometry is considered fixed. Situations where the geometry is considered to be variable are discussed in Sections 7.1.4.2 and 7.1.4.4. It is also assumed that local user coordinates are being used in the specification of cov($d$**x**) and $d$**x**. The positive $x$-axis points east, the $y$-axis points north, and the $z$-axis points up.) The most general parameter is termed the geometric dilution of precision (GDOP) and is defined by the formula

$$\text{GDOP} = \frac{\sqrt{\sigma_{x_u}^2 + \sigma_{y_u}^2 + \sigma_{z_u}^2 + \sigma_{ct_b}^2}}{\sigma_{\text{UERE}}} \qquad (7.38)$$

A relationship for GDOP is obtained in terms of the components of $(\mathbf{H}^T\mathbf{H})^{-1}$ by expressing $(\mathbf{H}^T\mathbf{H})^{-1}$ in component form

$$(\mathbf{H}^T\mathbf{H})^{-1} = \begin{bmatrix} D_{11} & D_{12} & D_{13} & D_{14} \\ D_{21} & D_{22} & D_{23} & D_{24} \\ D_{31} & D_{32} & D_{33} & D_{34} \\ D_{41} & D_{42} & D_{43} & D_{44} \end{bmatrix} \qquad (7.39)$$

and then substituting (7.39) and (7.37) into (7.36). A trace operation on (7.36) followed by a square root shows that GDOP can be computed as the square root of the trace of the $(\mathbf{H}^T\mathbf{H})^{-1}$ matrix:

$$\text{GDOP} = \sqrt{D_{11} + D_{22} + D_{33} + D_{44}} \qquad (7.40)$$

Equation (7.38) can be rearranged to obtain

$$\sqrt{\sigma_{x_u}^2 + \sigma_{y_u}^2 + \sigma_{z_u}^2 + \sigma_{ct_b}^2} = \text{GDOP} \times \sigma_{\text{UERE}} \qquad (7.41)$$

which has the form given in (7.1) The square root term on the left side gives an overall characterization of the error in the GPS solution. GDOP is the geometry factor. It represents the amplification of the standard deviation of the measurement errors onto the solution. From (7.40), GDOP is seen to be a function solely of the satellite/user geometry. The value $\sigma_{\text{UERE}}$ is the pseudorange error factor.

Several other DOP parameters are in common use that are useful to characterize the accuracy of various components of the position/time solution. These are termed position dilution of precision (PDOP), horizontal dilution of precision (HDOP), vertical dilution of precision (VDOP), and time dilution of precision (TDOP). These

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 35 of 87. PageID #: 1814



DOP parameters are defined in terms of the satellite UERE and elements of the covariance matrix for the position/time solution as follows:

$$\sqrt{\sigma_{x_u}^2 + \sigma_{y_u}^2 + \sigma_{z_u}^2} = \text{PDOP} \times \sigma_{\text{UERE}} \tag{7.42}$$

$$\sqrt{\sigma_{x_u}^2 + \sigma_{y_u}^2} = \text{HDOP} \times \sigma_{\text{UERE}} \tag{7.43}$$

$$\sigma_{z_u} = \text{VDOP} \times \sigma_{\text{UERE}} \tag{7.44}$$

$$\sigma_{t_b} = \text{TDOP} \times \sigma_{\text{UERE}} \tag{7.45}$$

The DOP values can be expressed in terms of the components of $(\text{H}^T\text{H})^{-1}$ as follows:

$$\text{PDOP} = \sqrt{D_{11} + D_{22} + D_{33}} \tag{7.46}$$

$$\text{HDOP} = \sqrt{D_{11} + D_{22}} \tag{7.47}$$

$$\text{VDOP} = \sqrt{D_{33}} \tag{7.48}$$

$$\text{TDOP} = \sqrt{D_{44}}/c \tag{7.49}$$

(In some treatments of DOP, TDOP is defined by the formula $\sigma_{ct_b} = \text{TDOP} \times \sigma_{\text{UERE}}$. In this case, (7.49) takes the simpler form $\text{TDOP} = \sqrt{D_{44}}$. The variable $ct_b$ represents a range equivalent of the time bias error and $\sigma_{ct_b}$ is its standard deviation. In the current formulation, TDOP is defined so that when multiplied by $\sigma_{\text{UERE}}$, the standard deviation of the time bias error is obtained directly. This is the more relevant formulation if actual time accuracy is of interest. The linear relationship between $t_b$ and $ct_b$ yields the formula $c\sigma_{t_b} = \sigma_{ct_b}$ between their standard deviations, and one can easily convert between the formulations.)

### *7.1.3.2 Dilution of Precision as a Function of Position, Time, and Receiver Implementation*

The DOP parameters defined in the previous subsection are expressed as combinations of components of the matrix $(\text{H}^T\text{H})^{-1}$. As noted earlier in (7.27), H is defined by the unit vectors pointing from the user to the satellites. Hence, $(\text{H}^T\text{H})^{-1}$ varies with the location of the user and the time of day since these parameters determine the user/satellite geometry. In addition, $(\text{H}^T\text{H})^{-1}$ is dependent on the receiver design

as different receivers implement different approaches to selecting the satellites for use in the position calculation.

Several U.S. military receivers use pseudorange data from only four satellites in the position calculation. About once a minute, the receiver determines the four satellites in view that give the best GDOP, and uses these satellites in the position calculation. With this implementation, the matrix **H** is 4 by 4 and incorporates information from only four satellites. A number of civil receivers, on the other hand, utilize pseudorange data from all satellites in view in the position computation. The number of satellites in view from a given location depends on the receiver mask angle and varies as a function of time. (The receiver mask angle is the elevation angle relative to the horizon below which a satellite is not considered visible. Satellites very near the horizon suffer from increased atmospheric propagation errors and have a larger UERE. The receiver mask angle is generally set between 0° and 10°.) In a receiver that processes all the satellites in view, the dimension of the **H** matrix varies as a function of time.

As an example of how DOP varies with time, Figures 7.14(a–d) illustrate GDOP, PDOP, HDOP, and VDOP for a 24-hr period as viewed from Boston, MA. At any given time, the receiver is assumed to select the four satellites in view that give the best GDOP. The receiver mask angle was set at 5°. The plots were generated using a computer simulation of the orbiting satellites. A full constellation of 24 satellites was used with an almanac reference time of July 16, 1995, 0000 hr UTC. The calculations of the user/satellite geometry were updated at 3-min intervals. Since the GPS satellites are in 12-hr orbits, the user/satellite geometry approximately repeats every 24 hr, and a 24-hr plot characterizes the DOP at a particular location.

The discontinuities in the plots occur when satellites move in and out of view. For example, if a satellite currently in view and selected for use by the receiver moves below the mask angle, the receiver is forced to select an alternate satellite with a presumably worse GDOP. Alternatively, if a satellite initially out of view moves above the mask angle, the receiver could choose to switch to it and the DOP would change abruptly with the satellite changeover.

### 7.1.4 Discussion and Computation of Measurement Accuracy

The formulations in Section 7.1.3.1 define DOP in terms of components of the covariance of the position and time solution and the pseudorange measurement accuracy. The DOP parameters were shown to be functions of the user/satellite geometry. This section shows how DOP and UERE parameters can be combined to estimate distribution characteristics of the user's vertical and horizontal position estimates.

Vertical accuracy is considered first. It is the easier to analyze since it involves just one dimension; accuracy in the horizontal plane requires treatment as a two-

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 37 of 87. PageID #: 1816






(a)




(b)

Figure 7.14 GDOP, PDOP, HDOP and VDOP for a 24-hr period from Boston, MA: (a) GDOP, (b) PDOP, (c) HDOP, (d) VDOP.

dimensional problem. In each case, two scenarios are considered. In the first, the user/satellite geometry is considered fixed. This is appropriate for estimating accuracy characteristics at a fixed location over a short time interval. The satellites used by the receiver and their relative geometry with respect to the user are assumed to be fixed. (By a fixed geometry, it is meant that the H matrix appearing in (7.32) can

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 38 of 87. PageID #: 1817






(c)




(d)

**Figure 7.14** (continued)

be considered constant over the observation interval of interest. As a result of the large distance from the user to the satellites, the user/satellite geometry remains essentially fixed for a user in motion over a short time interval. For example, this assumption applies to the analysis of precision approach landing using GPS where an aircraft might be traveling at 120 knots during a 2-min approach to a runway.) In the second scenario, the user's location and/or the time of observation is considered

to vary over a range of values. The accuracy distribution desired is that of the aggregate event. The question posed is to determine the accuracy of the position estimate for a user picked at random from a range of locations and from a range of times. Methods are presented for combining distributions of DOP and UERE to determine the distribution of the location accuracy that can be obtained. This type of analysis is relevant to understanding the composite accuracy provided by a GPS service over a geographical area and/or over a designated time interval.

### 7.1.4.1 Vertical Accuracy With a Fixed User/Satellite Geometry

Equation (7.32) expresses how pseudorange errors and geometry combine to effect the calculated position and time bias. Specializing this equation to the vertical dimension, we obtain

$$dz = \sum_{m=1}^{N} K_{3,m} d\rho_m \tag{7.50}$$

where $dz$ is the error in the vertical component of the computed position. The $d\rho_m$ represents the errors in the satellite pseudorange measurements where $m$ ranges from 1 to $N$ and $N$ is the number of satellites being used in the position computation. The value $K_{i,j}$ represents the $i$, $j$th component of the matrix K. For the standard least squares solution technique, $\mathrm{K} = (\mathrm{H}^T\mathrm{H})^{-1}\mathrm{H}^T$ and K is a function only of the user/satellite geometry. The formula (7.50) picks off the third row of K in the formulation for $dz$.

With the assumption that the $d\rho_m$ are zero mean and jointly Gaussian, and if the geometry is considered fixed, it follows from (7.50) that $dz$ is zero mean and Gaussian.

Under the additional assumption that the $d\rho_m$ are independent and identically distributed, and have standard deviation $\sigma_{\mathrm{UERE}}$, (7.44) and (7.48) apply, and one obtains that $\sigma_{dz}$ = VDOP $\sigma_{\mathrm{UERE}}$ and that VDOP is given by the square root of the third element on the diagonal of $(\mathrm{H}^T\mathrm{H})^{-1}$. Hence, if the geometry is considered fixed and the assumptions regarding the pseudorange measurement errors apply, $dz$ has a $N$(0, VDOP $\sigma_{\mathrm{UERE}}$) distribution, which is shorthand for saying that it is Gaussian, zero mean, and has standard deviation VDOP $\sigma_{\mathrm{UERE}}$.

Statistically, one can view the vertical error as given by the formula

$$dz = \mathrm{VDOP} \times \mathrm{UERE} \tag{7.51}$$

where UERE is a random variable with distribution $N(0, \sigma_{\mathrm{UERE}})$. The multiplication of UERE and VDOP adjusts the standard deviation of the result so that

$$\sigma_{dz} = \mathrm{VDOP}\ \sigma_{\mathrm{UERE}} \tag{7.52}$$

Equation (7.51) is a random variable formulation in the form of (7.1). VDOP is a function of the geometry, UERE represents the error in the pseudorange measurements, and $dz$ is the induced error in the vertical component of the computed position.

With a Gaussian distribution, 68% of the measurements fall within ±1 standard deviation of the mean. Approximately 95% of the measurements fall within two standard deviations of the mean. Hence, if the geometry is considered fixed, the 95% point for the distribution of the vertical error is estimated by the formula

$$2\sigma_{dz} = 2 \text{ VDOP } \sigma_{\text{UERE}} \tag{7.53}$$

As an example, suppose that VDOP = 2.0 at a particular time and location for a user with a particular receiver implementation. The satellite UERE for unaided C/A-code (see Section 7.1.2.10) is $\sigma_{\text{UERE}}$ = 33.3 m (see Table 7.2). Hence, the $2\sigma$ value for the error in the vertical direction is

$$2\sigma_{dz} = 2 \text{ VDOP } \sigma_{\text{UERE}} = 2 \times 2 \times 33.3 = 133.2 \text{ meters} \tag{7.54}$$

which gives the 95% point for the distribution of the error. The probability is 95% that the error in the vertical component of the position solution will be less than 133.2m. In a similar manner, other points on the distribution can be obtained.

#### *7.1.4.2 Vertical Accuracy With a Variable User/Satellite Geometry*

In the previous section, (7.50) expresses how the user/satellite geometry and pseudorange errors combine to effect vertical accuracy. In the present section, both the geometry and the pseudorange errors are considered random variables. Conceptually, the user's location and/or the time of observation are considered to vary over a range of values with an assumed distribution. For example, one might consider the location as being uniformly random across the continental United States and the time of observation as uniformly random over a 24-hr period. Alternatively, the location could be considered fixed and just the time element could be considered to vary. Many variants are possible. What is sought is the aggregate distribution of vertical error under the assumed distribution of allowed geometries.

In Section 7.1.4.1, it was shown that under Gaussian error assumptions and with the geometry considered fixed, the formulations in (7.50) and (7.51) are statistically equivalent. This equivalence is now extended to the more general setting where the geometry is considered to vary. Consider a random variable $dz$ defined by the formula

$$dz = \text{VDOP} \times \text{UERE} \tag{7.55}$$

where VDOP and UERE are considered to be independent random variables. UERE is considered to have a $N(0, \sigma_{\text{UERE}})$ distribution. With the standard pseudorange error assumptions (i.e., where its covariance equals a multiple of the identity), VDOP is defined by (7.48) as the square root of the third diagonal element of the $(\mathbf{H}^T\mathbf{H})^{-1}$ matrix. VDOP is a function of the user/satellite geometry and the receiver's satellite selection algorithm.

The previous section showed that for a fixed user/satellite geometry, $dz$ as given in (7.55) and in (7.50) have identical distributions. In other words, for a given geometry, the conditional distribution of $dz$ in these two formulations are equal. General probability considerations (see appendix to [23]) imply that it follows that the unconditional distributions of $dz$ are identical. Hence, the formulations for $dz$ as given in (7.50) and (7.55) are statistically equivalent where both UERE and the user/satellite geometry are considered random variables.

The mean and standard deviation for $dz$ are easily obtained from (7.55). Since VDOP and UERE are independent and UERE is zero mean, it follows that $dz$ is zero mean. Squaring (7.55) and taking an expected value leads to the result that the $1\sigma$ value for $dz$ is

$$\sigma_{dz} = \text{VDOP}_{\text{rms}}\ \sigma_{\text{UERE}} \tag{7.56}$$

where the rms subscript denotes the root mean square. A comparison of (7.56) and (7.52) indicates that when the geometry (i.e., VDOP) is considered a random variable, the rms of the VDOP distribution replaces VDOP in (7.52) to maintain a correct formulation for the standard deviation of $dz$.

Standard probability techniques can be applied to (7.55) to obtain the density function for $dz$. (One can obtain the cumulative distribution for $dz$ by integrating the joint density function for VDOP and UERE over appropriate regions and then obtaining the density by differentiating.) Alternatively, since the conditional distribution of $dz$ for a fixed geometry is Gaussian, the unconditional density function of $dz$ can be expressed immediately as a linear combination of Gaussian conditional density functions.

Assume that VDOP takes on values from some discrete set and let $f_{\text{VDOP}}(x)$ denote its density function. (The distribution of VDOP is generally obtained empirically from a satellite/user simulation. The distribution can be approximated as discrete by appropriately binning the data.) For a particular value of $x$, $f_{\text{VDOP}}(x)$ gives the probability that the user/satellite geometry has a VDOP with VDOP = $x$. Let $f_{dz|x}(h)$ be the conditional density for $dz$ given a particular value of VDOP. The unconditional density for $dz$ is given by

$$f_{dz}(h) = \sum_x f_{\text{VDOP}}(x) f_{dz|x}(h) \tag{7.57}$$

where the summation ranges over the values where the VDOP distribution is specified. The $f_{dz|x}$ are each the density for a Gaussian variable where the distribution is configured for the particular value of VDOP. The density of $dz$ is expressed as a weighted sum of Gaussian density functions where the weights are the probability each value of VDOP will occur. The conditional distribution functions can be represented in the form

$$f_{dz|x}(h) = \frac{1}{x} f_{\text{UERE}}\left(\frac{h}{x}\right) \tag{7.58}$$

where

$$f_{\text{UERE}}(y) = \frac{1}{\sqrt{2\pi}\,\sigma_{\text{UERE}}} \exp\left(\frac{-y^2}{2\sigma^2_{\text{UERE}}}\right) \tag{7.59}$$

is the (Gaussian) density function for UERE. Putting these results together, one obtains the representation

$$f_{dz}(h) = \sum_x \frac{1}{x} f_{\text{VDOP}}(x) f_{\text{UERE}}\left(\frac{h}{x}\right) \tag{7.60}$$

for the density of $dz$ in terms of the density for VDOP and UERE.

The cumulative distribution for $dz$ can be obtained by integrating (7.60) term by term with respect to $h$. If $\text{Cum}_{dz}(h)$ denotes the probability that $dz \le h$, one obtains

$$\text{Cum}_{dz}(h) = \sum_x f_{\text{VDOP}}(x) \text{Cum}_N\left(\frac{h}{x\sigma_{\text{UERE}}}\right) \tag{7.61}$$

The variable $N$ denotes a $N(0, 1)$ variable and the notation $\text{Cum}_N$ represents its cumulative distribution. Equation (7.61) represents the cumulative distribution of $dz$ in terms of the density function of VDOP and the cumulative for a standard Gaussian random variable. A formula for $\text{Cum}_N$ is given by

$$\text{Cum}_N(h) = \frac{1}{2}\left(\text{Erf}\left(\frac{h}{\sqrt{2}}\right) + 1\right) \tag{7.62}$$

which can readily be evaluated by computer. The Erf function represents the standard error function and is given by the formula $\text{Erf}(y) = \int_0^y (2/\sqrt{\pi}) e^{-x^2} dx$.

As an example of the application of these formulations, we reproduce a portion of the study presented in [23] regarding the distribution of vertical accuracy at

several locations around the world. A satellite simulation program was used to determine the VDOP distribution at Anchorage, Berlin, Boston, and Sydney. The simulation assumed a full constellation of 24 satellites and stepped in 1-min intervals through a 24-hr period. The VDOP was tabulated for the four satellites in view yielding the best GDOP (similar to the data collected to generate Figure 7.14). A 5° mask angle was used. Histograms representing the density function for VDOP are reproduced in Figure 7.15.

The distribution of vertical error was computed using (7.61) for each of the cities from the tabulated VDOP values. UERE was taken to have a value of 6.6m, which is the DOD error budget for a P(Y)-code receiver [see Section 7.1.2.8]. Figure 7.16, which is taken from [23], illustrates the resulting distributions. The cumulative distribution is given for $|dz|$ rather than for $dz$. (The cumulative distribution of $dz$ and $|dz|$ are related by the formula $\mathrm{Cum}_{|dz|}(h) = 2\,\mathrm{Cum}_{dz}(h) - 1$ for $h \geq 0$. This results from the observation that the distribution of $dz$ is symmetric about zero, which follows from (7.60) and the assumed symmetry for the density of UERE.)

The curves in Figure 7.16 represent the aggregate distribution of vertical error at each of the cities where the time of observation has been randomized. Although the VDOP distributions for the different cities show some variation, the cumulative distributions of vertical error are surprisingly similar, especially for probabilities below about 0.95. A formula for the $2\sigma$ value for $dz$ is obtained by doubling each side of (7.56). The value $\mathrm{VDOP}_{rms}$ can be computed from the discrete density values using the formula

$$\mathrm{VDOP}_{rms} = \left(\sum_x x^2 f_{\mathrm{VDOP}}(x)\right)^{\frac{1}{2}} \tag{7.63}$$

Data adapted from [23] is presented in Table 7.3, which shows $\mathrm{VDOP}_{rms}$ and the ratio of the 95% point for $dz$ and its $2\sigma$ value for the different cities. (The 95% point is denoted $dz_{95\%}$ and is the value of $h$ satisfying $\mathrm{Cum}_{|dz|}(h) = 0.95$.)

Although the VDOP distributions differ for the different cities, the $\mathrm{VDOP}_{rms}$ parameters are almost identical. This, in part, explains why the distribution for $dz$ is so similar for the different cities. Furthermore, the ratio $dz_{95\%}/2\sigma_{dz}$ is nearly constant and is almost the value one would obtain for a Gaussian random variable. (If $dz$ were Gaussian, the ratio $dz_{95\%}/(2\sigma_{dz})$ would be 0.980.) Hence, to a close approximation,

$$dz_{95\%} \approx 2\sigma_{dz} = 2\mathrm{VDOP}_{rms}\sigma_{\mathrm{UERE}} \tag{7.64}$$

When VDOP is considered a random variable, $dz$ is not Gaussian. However, these results indicate that the 95% point can still be estimated as twice the standard deviation.




**Figure 7.15** VDOP distribution at locations around the world: (a) VDOP distribution for Anchorage, (b) VDOP distribution for Berlin, (c) VDOP distribution for Boston, and (d) VDOP distribution for Sydney. (*Source:* [23] reprinted with permission, © 1994 IEEE.)




**Figure 7.16** Cumulative distributions of vertical error at locations around the world. (*Source*: [23], reprinted with permission, © 1994 IEEE.)

**Table 7.3**
Parameters for the Distribution of Vertical Error at Several Locations

| *City* | $VDOP_{rms}$ | $dz_{95\%}/(2\sigma_{dz})$ |
|---|---|---|
| Anchorage | 2.02 | 0.985 |
| Berlin | 1.92 | 0.99 |
| Boston | 1.93 | 0.99 |
| Sydney | 2.05 | 0.99 |

### *7.1.4.3 Horizontal Accuracy With a Fixed User/Satellite Geometry*

Equation (7.32) expresses how pseudorange errors and geometry combine to effect the calculated position and time bias and is the starting point for the analysis. Specializing this equation to the horizontal plane, we obtain

$$d\mathbf{R} = \mathbf{K}_{2\times n} d\boldsymbol{\rho} \tag{7.65}$$

where $d\mathbf{R} = (dx, dy)^T$ is the vector component of the position error in the horizontal plane, $d\boldsymbol{\rho} = (d\rho_1, \ldots, d\rho_n)^T$ represents the pseudorange measurement errors, and $n$ is the number of satellites being used in the position calculation. The value $\mathbf{K}_{2\times n}$ denotes the upper $2 \times n$ submatrix of $\mathbf{K}$ and consists of its first two rows. For the standard least square solution technique, $\mathbf{K} = (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T$.

If the geometry is considered fixed, (7.65) expresses the horizontal position error as a linear function of the pseudorange measurement errors. If the pseudorange errors are zero mean and jointly Gaussian, $d\mathbf{R}$ also has these properties. If the pseudorange errors are uncorrelated and identically distributed with variance $\sigma^2_{\text{UERE}}$, the covariance of the horizontal errors is given as

$$\text{cov}(d\mathbf{R}) = ((\mathbf{H}^T\mathbf{H})^{-1})_{2\times 2}\, \sigma^2_{\text{UERE}} \tag{7.66}$$

where the subscript notation denotes the upper left $2 \times 2$ submatrix of $(\mathbf{H}^T\mathbf{H})^{-1}$. The density function for $d\mathbf{R}$ is

$$f_{d\mathbf{R}}(x, y) = \frac{1}{2\pi[\det(\text{cov}(d\mathbf{R}))]^{\frac{1}{2}}} \exp\left(-\frac{1}{2}\mathbf{u}^T[\text{cov}(d\mathbf{R})]^{-1}\mathbf{u}\right) \tag{7.67}$$

where $\mathbf{u} = (x, y)^T$ and where det represents the determinant of a matrix.

The density function defines a two-dimensional bell-shaped surface. Contours of constant density are obtained by setting the exponent in parenthesis to a constant. One obtains equations of the form

$$\mathbf{u}^T[\text{cov}(d\mathbf{R})]^{-1}\mathbf{u} = m^2 \tag{7.68}$$

where the parameter $m$ ranges over positive values. The contour curves that result form a collection of concentric ellipses when plotted in the plane. The ellipse obtained when $m$ equals 1 is termed the $1\sigma$ ellipse and has the equation

$$\mathbf{u}^T[\text{cov}(d\mathbf{R})]^{-1}\mathbf{u} = 1 \tag{7.69}$$

(The $1\sigma$ ellipse is defined here as a specific cut through the probability density function and is not to be confused with $1\sigma$ containment. This latter curve is the locus of points, one point on each ray from the origin, where the points are at a distance of $1\sigma$ for the ray's direction. In general, the $1\sigma$ containment curve is a figure-eight-shaped curve that encloses the $1\sigma$ ellipse.) If the major and minor axis of the ellipse are aligned with the $x$ and $y$ axes, the equation for the ellipse reduces to $x^2/\sigma_x^2 + y^2/\sigma_y^2 = 1$. In general, however, the off-diagonal terms in $\text{cov}(d\mathbf{R})$ are nonzero, and the elliptical contours for the density function are rotated relative to the $x$ and $y$ axes. Denote the major and minor axes of the $1\sigma$ ellipse by $\sigma_L$ and $\sigma_S$.

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 47 of 87. PageID #: 1826



In general, the $1\sigma$ ellipse is contained in a box of width $2\sigma_x$ and height $2\sigma_y$ centered on the ellipse. Figure 7.17 illustrates graphically the relationship between the $1\sigma$ ellipse and the parameters $\sigma_x$, $\sigma_y$, $\sigma_L$, and $\sigma_S$.

The probability that the error lies within the elliptical contour defined for a specific value of $m$ is $1 - e^{-m^2/2}$. In particular, the probability of being in the $1\sigma$ ellipse ($m = 1$) is 0.39; the probability of being in the $2\sigma$ ellipse ($m = 2$) is 0.86. (These values are in contrast to the one-dimensional Gaussian result that the probability of being within $\pm 1\sigma$ of the mean is 0.68.)

Several parameters are in common use that characterize the magnitude of the horizontal error. The distance root mean square (drms) is defined by the formula

$$\text{drms} = \sqrt{\sigma_x^2 + \sigma_y^2} \qquad (7.70)$$

where $\sigma_x$ and $\sigma_y$ are the standard deviation of the error along the $x$ and $y$ axes. For a zero mean random variable such as $d\mathrm{R}$, one has drms $= \sqrt{E(|d\mathrm{R}|^2)}$ and the drms corresponds to the square root of the mean value of the squared error (hence, its name). From (7.43), one immediately has

$$\text{drms} = \text{HDOP}\ \sigma_{\text{UERE}} \qquad (7.71)$$




**Figure 7.17** Relationship between $1\sigma$ ellipse and distribution parameters.

and the drms can be computed from the values of HDOP and $\sigma_{UERE}$. The probability that the computed location is within a circle of radius drms from the true location depends on the ratio $\sigma_S/\sigma_L$ for the $1\sigma$ ellipse. If the two-dimensional error distribution is close to being circular ($\sigma_S/\sigma_L \approx 1$), the probability is about 0.63; for a more elongated distribution ($\sigma_S/\sigma_L \approx 0$), the probability approaches 0.69. Two times the drms is given by

$$2 \text{ drms} = 2 \text{ HDOP } \sigma_{UERE} \tag{7.72}$$

and the probability that the horizontal error is within a circle of radius 2 drms ranges between 0.95 and 0.98 depending on the ratio $\sigma_S/\sigma_L$. The 2 drms value is commonly taken as the 95% limit for the magnitude of the horizontal error.

A second parameter in wide use is the error distribution circular error probable (CEP). The CEP is defined as the radius of a circle that catches 50% of the error distribution when centered at the correct (i.e., error free) location. Thus, the probability that the magnitude of the error is less than the CEP is precisely 1/2. The CEP for a two-dimensional Gaussian random variable can be approximated by the formula

$$\text{CEP} \approx 0.59(\sigma_L + \sigma_S) \tag{7.73}$$

assuming it is zero mean. For a derivation of this and other approximations, see [24].

The CEP can also be estimated in terms of drms and, using (7.71), in terms of HDOP and $\sigma_{UERE}$. This is convenient since HDOP is widely computed in GPS applications. Figure 7.18 presents curves giving the probability that the magnitude of the error satisfies $|d\mathbf{R}| \leq k$ drms as a function of $k$ for different values of the ratio $\sigma_S/\sigma_L$. (The horizontal error is assumed to have a zero mean two-dimensional Gaussian distribution.) For $k$ equal to 0.75, one obtains a probability in the range 0.43 to 0.54. Hence, one has the approximate relation

$$\text{CEP} \approx 0.75 \text{ drms} = 0.75 \text{ HDOP } \sigma_{UERE} \tag{7.74}$$

It is interesting to note that for $k = 1.23$, the probability that $|d\mathbf{R}| \leq k$ drms is roughly 0.78, almost independent of $\sigma_S/\sigma_L$. The probabilities associated with several other values of $k$ are summarized in Table 7.4.

As an application of these formulations, for a geometry with HDOP = 1.5 and with $\sigma_{UERE} = 33.3$ m, estimates for the CEP, the 80% point, and the 95% point for the magnitude of the horizontal error are given as follows:

$$\begin{aligned} \text{CEP}_{50} &\approx 0.75 \text{ HDOP } \sigma_{UERE} = 0.75 \times 1.5 \times 33.3 = 37.5 \text{ meters} \\ \text{CEP}_{80} &\approx 1.28 \text{ HDOP } \sigma_{UERE} = 1.28 \times 1.5 \times 33.3 = 63.9 \text{ meters} \\ \text{CEP}_{95} &\approx 2.0 \text{ HDOP } \sigma_{UERE} = 2.0 \times 1.5 \times 33.3 = 99.9 \text{ meters} \end{aligned} \tag{7.75}$$




Figure 7.18 Cumulative distribution of radial error for various values of $\sigma_S/\sigma_L$ for a two-dimensional Gaussian random variable.

Table 7.4
Approximation Formulas for the Magnitude of the Horizontal Error

| *Approximation Formula** | *Probability Range* |
|---|---|
| $CEP_{50} \approx 0.75$ HDOP $\sigma_{UERE}$ | 0.43 to 0.54 |
| $CEP_{80} \approx 1.28$ HDOP $\sigma_{UERE}$ | 0.80 to 0.81 |
| $CEP_{90} \approx 1.6$ HDOP $\sigma_{UERE}$ | 0.89 to 0.92 |
| $CEP_{95} \approx 2.0$ HDOP $\sigma_{UERE}$ | 0.95 to 0.98 |

*$CEP_{xx}$ is defined as the radius of the circle that when centered at the error-free location includes *xx* % of the error distribution. Hence, $CEP_{50}$ = CEP.

### *7.1.4.4 Horizontal Accuracy With a Variable User/Satellite Geometry*

In the previous section, (7.65) expresses how the user/satellite geometry and pseudorange errors combine to effect horizontal accuracy. In the present section, both the geometry and the pseudorange errors are considered random variables. For example, one might consider the user location as being uniformly random across some region of the world and/or the time of observation as random within some interval of time. What is sought is the aggregate distribution of the horizontal error

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 50 of 87. PageID #: 1829



under the assumed distribution of allowed geometries. This will be formulated in terms of the distributions of UERE and the geometries. (This development parallels the development in Section 7.1.4.2 for the vertical error case.)

In Section 7.1.4.3, it is shown that under zero mean Gaussian pseudorange error assumptions and with the geometry considered fixed, the distribution of the horizontal error is zero mean Gaussian. Hence, the conditional distribution of $d\mathrm{R}$ given a fixed geometry is Gaussian. Using standard probability techniques, one can express the unconditional distribution of $d\mathrm{R}$ in terms of the conditional distribution of $d\mathrm{R}$ and the distribution of the geometry. Let $f_{d\mathrm{R}|G}(x, y)$ represent the conditional density of $d\mathrm{R}$ given a satellite/user geometry symbolized by $G$, and let $f_G$ represent the density function for the geometry. The unconditional density for $d\mathrm{R}$ is obtained from the integral expression

$$f_{d\mathrm{R}}(x, y) = \int f_G f_{d\mathrm{R}|G}(x, y)dG \tag{7.76}$$

where the integration is with respect to the allowed geometries.

The density function can be evaluated using a satellite simulation program coupled with a random number generator to make random draws on the allowed geometries. In addition, knowledge of the receiver satellite selection process is required. A "draw on the geometry" means selecting a location for the user and the time of observation, and determining from the receiver characteristics the satellites that would participate in the location calculation. Denote the conditional covariance matrix for $d\mathrm{R}$ by $\mathrm{C}_i$ where $i$ indexes the particular draw on the geometry. The value $\mathrm{C}_i$ is calculated from the satellite/user geometry using (7.66):

$$\mathrm{C}_i = ((\mathrm{H}^T\mathrm{H})^{-1})_{2\times 2}\sigma^2_{\mathrm{UERE}} \tag{7.77}$$

The conditional density for $d\mathrm{R}$ is given by (7.67) with $\mathrm{C}_i$ substituted for $\mathrm{cov}(d\mathrm{R})$ and is denoted here as $f_{d\mathrm{R}|\mathrm{C}_i}(x, y)$. The integral expression in (7.76) can be approximated by a summation. One is led to the formulation

$$f_{d\mathrm{R}}(x, y) = \sum_{i=1}^{N} \frac{1}{N} f_{d\mathrm{R}|\mathrm{C}_i}(x, y) \tag{7.78}$$

for the unconditional density function where the summation ranges over the draws on the geometry and $N$ is the number of geometries evaluated. In this expression, the unconditional density is represented as the average of the conditional density functions determined by making random draws on the geometry.

The covariance of $d\mathrm{R}$ is obtained from the density by evaluating the integral

$$\mathrm{cov}(d\mathrm{R}) = \iint \begin{pmatrix} x^2 & xy \\ xy & y^2 \end{pmatrix} f_{d\mathrm{R}}(x, y)dxdy \tag{7.79}$$

Substituting from (7.78) and simplifying yields

$$\begin{aligned}\mathrm{cov}(d\mathrm{R}) &= \iint \begin{pmatrix} x^2 & xy \\ xy & y^2 \end{pmatrix} \sum_{i=1}^{N} \frac{1}{N} f_{d\mathrm{R}|\mathrm{C}_i}(x, y)\,dx\,dy \\ &= \frac{1}{N}\sum_{i=1}^{N} \iint \begin{pmatrix} x^2 & xy \\ xy & y^2 \end{pmatrix} f_{d\mathrm{R}|\mathrm{C}_i}(x, y)\,dx\,dy \\ &= \frac{1}{N}\sum_{i=1}^{N} \mathrm{C}_i \end{aligned} \qquad (7.80)$$

Thus, the covariance of $d\mathrm{R}$ is obtained as the average of the conditional covariance matrices determined from the draws on the geometry.

An expression for the unconditional drms is obtained by forming a trace operation on (7.80) followed by a square root,

$$\mathrm{drms} = \sqrt{\sigma_x^2 + \sigma_y^2} = \left(\frac{1}{N}\sum_{i=1}^{N}(\sigma_x^2 + \sigma_y^2)_i\right)^{1/2} \qquad (7.81)$$

The expression $(\sigma_x^2 + \sigma_y^2)_i$ is the trace of the conditional covariance matrix given a specific draw on the geometry. Using (7.43), it can be expressed in terms of the conditional HDOP and $\sigma_{\mathrm{UERE}}$. Substitution into (7.81) yields

$$\mathrm{drms} = \left(\frac{1}{N}\sum_{i=1}^{N}\mathrm{HDOP}_i^2\right)^{1/2} \sigma_{\mathrm{UERE}} \qquad (7.82)$$

The radical expression is just the rms of the HDOP values. Hence, one obtains the simplified result

$$\mathrm{drms} = \mathrm{HDOP}_{\mathrm{rms}}\, \sigma_{\mathrm{UERE}} \qquad (7.83)$$

expressing the unconditional drms as the product of the rms of the HDOP distribution and the standard deviation of UERE. This formula is analogous to (7.71) for the case of horizontal error when the geometry is considered fixed. It is analogous to (7.52) and (7.56), which apply to the analysis of vertical errors.

The question remains as to how the drms and multiples of it relate to circular probability values. In Section 7.1.4.3, it was shown that when the geometry is considered fixed and the horizontal error has a two-dimensional Gaussian distribution, the approximation formulas in Table 7.4 relate multiples of the drms to CEP values. When the geometry is considered to vary, the aggregate distribution of the horizontal error is no longer Gaussian. However, the formulas in Table 7.4 still

provide useful estimates of the CEP values if the HDOP is replaced by the rms of the HDOP distribution.

As an illustration of these ideas, the distribution of horizontal error was investigated for Boston, MA, for a 24-hr period. A satellite simulation program stepped in 6-min intervals over the course of a day and tabulated the conditional covariance matrix as given in (7.77). The simulation was done for a mask angle of 5° and a receiver algorithm that selected the four satellites that minimized GDOP. The joint distribution of HDOP and the ratio $\sigma_S/\sigma_L$ for the $1\sigma$ ellipse is illustrated in Figure 7.19. This distribution was converted to a distribution of radial error using an integrated version of (7.78). Figure 7.20 illustrates the resulting distribution of radial error. The probability that $|dR| \le k$ drms is plotted as a function of $k$. The drms value is that for the aggregate distribution and is related to $HDOP_{rms}$ and $\sigma_{UERE}$ by (7.83). Also illustrated are the cumulative distribution for a two-dimensional Gaussian variable for a $\sigma_S/\sigma_L$ ratio of zero and one.

A comparison of the unconditional distribution of the radial error to that of the Gaussian cases and to the curves in Figure 7.20 show that the formulas in Table 7.4 give a good approximation for the radial error if HDOP is replaced by $HDOP_{rms}$. In the particular case in hand, $HDOP_{rms}$ evaluated to 1.5. For a $\sigma_{UERE}$ of 33.3m, the 50, 80, and 95% points for the radial error are estimated as follows:

$$CEP_{50} \approx 0.75\ HDOP_{rms}\ \sigma_{UERE} = 0.75 \times 1.5 \times 33.3 = 37.5 \text{ meters}$$

$$CEP_{80} \approx 1.28\ HDOP_{rms}\ \sigma_{UERE} = 1.28 \times 1.5 \times 33.3 = 63.9 \text{ meters}$$

$$CEP_{95} \approx 2.0\ HDOP_{rms}\ \sigma_{UERE} = 2.0 \times 1.5 \times 33.3 = 99.9 \text{ meters}$$




**Figure 7.19** Joint distribution of HDOP and $\sigma_S/\sigma_L$ for a 24-hr period in Boston, MA.




Figure 7.20 Cumulative distribution of radial error over a 24-hr period for Boston, MA.

## 7.2 GPS AVAILABILITY

Availability of a navigation system is the percentage of time that the services of the system are usable. Further, availability is an indication of the ability of the system to provide a usable navigation service within a specified coverage area [25].

As discussed above, GPS accuracy is generally expressed by

$$\sigma_p = \text{DOP}\ \sigma_{\text{UERE}}$$

where $\sigma_p$ is the standard deviation of the positioning accuracy and $\sigma_{\text{UERE}}$ is the standard deviation of the satellite pseudorange measurement error. For the C/A-code, $\sigma_{\text{UERE}}$ is estimated to be 33.3m. The DOP factor could be HDOP, VDOP, PDOP, and so forth, depending on the dimension for which GPS accuracy is to be determined. The availability of the GPS navigation function to provide a given accuracy level is therefore dependent on the geometry of the satellites for a specific location and time of day.

In order to determine the availability of GPS for a specific location and time, the number of visible satellites, as well as the geometry of those satellites, must first be determined. GPS almanac data, which contains the positions of all satellites in the constellation at a reference epoch, can easily be obtained from the U.S. Coast Guard Navigation Center bulletin board system or as an output from some GPS receivers. Since the orbit of the GPS satellites is well known, the position of the satellites at any given point in time can then be predicted. The process of determining the satellite positions at a particular point in time is not intuitive, however, and a computer program is needed in order to perform the calculations.

### 7.2.1 Predicted GPS Availability Using the Full Operational Capability GPS Constellation

This section examines the availability of the GPS full operational capability (FOC) constellation. The FOC constellation is defined in Section 3.1.1. Worldwide GPS coverage is evaluated from 90° N to 90° S latitude with sample points spaced every 5° (in latitude) and for a band in longitude circling the globe spaced every 5°. This grid is sampled every 5 min in time over a 12-hr period.

Since the GPS constellation has approximately a 12-hr orbit, the satellite coverage will then repeat itself on the opposite side of the world during the next 12 hours. (The Earth rotates 180° in the 12-hr period and the satellite coverage areas will be interchanged.) A total of 386,280 space/time points are evaluated in this analysis.

GPS availability is also dependent on the mask angle used by the receiver. By lowering the mask angle, more satellites are visible; hence, a higher availability can be obtained. However, there are problems with reducing the mask angle, which are discussed later in this section. The availability obtained by applying the following mask angles is examined: 7.5°, 5°, 2.5°, and 0°.

Figure 7.21 demonstrates the GPS availability based on HDOP using an all-in-view solution. This figure provides the cumulative distribution of HDOP for each of the mask angles considered. The maximum value of HDOP is 2.55 for a mask angle less than or equal to 5°.

Figure 7.22 provides the availability of GPS based on PDOP for the same mask angles. This availability is lower than that for HDOP since unavailability in the vertical dimension is taken into consideration in the calculation of PDOP. The maximum value of PDOP for a 5° mask angle is 5.15, at 2.5° it is 4.7, and for a 0° mask angle the maximum value is 3.1.

Although these graphs demonstrate the improvement in availability that can be obtained when the mask angle is lowered, there is a danger in lowering it too far. During the mission planning process, signal blockage from buildings or other objects that extend higher than the set mask angle must be taken into consideration. Also, as stated above, there is a greater potential for atmospheric delay and multipath problems at a lower mask angle.

The threshold for the maximum acceptable DOP value is dependent on the desired accuracy level according to (4.2.1). The availability of GPS, therefore, will depend on the stringency of the accuracy requirement. For this analysis, availability of GPS is chosen to be defined as PDOP ≤ 6.

As shown in Figure 7.22, with all 24 GPS satellites operational, the value of PDOP is less than 6.0 for every location and time point analyzed at 0°, 2.5°, and 5° mask angles. Since the analysis grid is sampled every 5 min, there could be occurrences where PDOP is greater than 6.0 for a period of less than 5 min that would not be detected. Only with a 7.5° mask angle (or higher) does the GPS constellation have outages based on PDOP exceeding 6.0. At a 7.5° mask angle,




**Figure 7.21** Cumulative Distribution of HDOP with 7.5°, 5°, 2.5°, and 0° mask angles.

the GPS constellation provides an availability of 99.98%. Figure 7.23 displays the locations and duration of the outages that occur. The maximum outage duration is 10 min. The GPS constellation is designed to provide optimal worldwide coverage. As a result, when outages do occur, they are concentrated in very high and very low latitudes (above 60°N and below 60°S).

### 7.2.2 Effects of Satellite Outages on GPS Availability

The previous figures have demonstrated the availability of GPS when all 24 satellites are operational. However, satellites need to be taken out of service for maintenance, and unscheduled outages will occur from time to time. In fact, 24 satellites may only be available 72% of the time, while 21 or more satellites are expected to be operational at least 98% of the time [26].

In order to examine the effect that a reduced constellation of satellites has on the availability of GPS, the analysis is now repeated using the same worldwide grid, but removing one, two, and three satellites from the FOC constellation. Since a 5° mask angle is most commonly used, it is the only one considered for this portion of the analysis.

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 56 of 87. PageID #: 1835






**Figure 7.22** Cumulative distribution of PDOP with 7.5°, 5°, 2.5°, and 0° mask angles.

The availability of GPS when satellites are removed from the constellation is very much dependent on which satellites, or combinations of satellites, are taken out of service. The Aerospace Corporation has performed a study that determined cases of one, two, and three satellite failures that resulted in the least, average, and greatest impact on availability [27]. The choices for satellites to be removed in this analysis were based on those satellites that caused an "average" impact on GPS availability.

The orbital positions of the GPS satellites removed from the constellation are given in the following list:

- Average one satellite—SV A3;
- Average two satellites—SVs A1 and F3;
- Average three satellites—SVs A2, E3, and F2.

(Refer to Sections 3.1.1 and 3.2.1 for satellite identification and orbital location information.)

Figures 7.24 and 7.25 display the cumulative distribution of HDOP and PDOP with up to three satellites removed from the constellation and applying a 5° mask




1 to 5 Minute Outages

6 to 10 Minute Outages

**Figure 7.23** Availability of the GPS Constellation (PDOP ≤ 6) with a 7.5° mask angle.




**Figure 7.24** Cumulative distribution of HDOP with 5° mask angle cases of 24, 23, 22, and 21 satellites.

angle. These plots demonstrate the increasing degradation in system performance as more satellites are removed from the constellation.

The availability of GPS, based on PDOP $\leq 6$ and a 5° mask angle, is 99.969% with one satellite out of service. The location and duration of the resulting outages are displayed in Figure 7.26. The maximum outage duration that occurs is 15 min. With the satellite that was selected to be removed from the constellation, the outages are concentrated in two areas and, fortunately, none of the outages occur over the Americas. This scenario could be different, however, had a different satellite been selected.

The effects of two satellites out of service are shown in Figure 7.27. Outages now last up to 25 min in several locations, but there are only a couple of occurrences of these during the day. The majority of the outages are 10 min or less. This constellation provides an availability of 99.903%.

With three satellites out of service, the overall availability of the GPS constellation drops to 99.197%. The number of outage occurrences increases dramatically and outages now last up to 65 min. The locations and corresponding duration of these outages are shown in Figure 7.28.




Figure 7.25 Cumulative distribution of PDOP with 5° mask angle cases of 24, 23, 22, and 21 satellites.

The scenario of having three satellites out of service at the same time should be a very rare occurrence. However, if it were to happen, the user could examine the predicted availability over the course of the day and plan the use of GPS accordingly. The following section discusses the capabilities of GPS mission planning software.

### 7.2.3 Off-the-Shelf Coverage Prediction Software

As mentioned previously, the determination of satellite positions and the resulting GPS availability for any location and point in time is not intuitive and requires a computer to perform the calculations. GPS prediction software is commercially available that allows a user to determine GPS coverage for a single location or for multiple locations. Some GPS receiver manufacturers also include prediction software with the purchase of a receiver. There are several GPS prediction software packages available, some with advanced capabilities such as modeling the integration of GPS with other systems (such as inertial navigation systems). This section will just cover the basic features provided by GPS mission planning software.




Figure 7.26 Availability of the GPS constellation with a 5° mask angle with one satellite removed from the constellation.

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 61 of 87. PageID #: 1840






Figure 7.27 Availability of the GPS constellation with a 5° mask angle with two satellites removed from the constellation.




**Figure 7.28** Availability of the GPS constellation with a 5° mask angle with three satellites removed from the constellation.

Although GPS has a very high availability, mission planning is important, especially if satellites have been taken out of service or if the location has terrain features which may block the visibility of satellites.

The typical input parameters used to perform GPS mission planning are as follows.

- *GPS Almanac Data:* The position of the satellites at a reference epoch may be obtained from several different sources: the U.S. Coast Guard Navigation Center BBS, a GPS receiver that outputs almanac data, or the software provider may provide its own BBS. The user needs to make sure that the almanac data is in the correct format for use with the software package.
- *Location:* Latitude, longitude, and altitude of the location for which the prediction is to be performed. Software packages may allow the user to perform predictions for multiple locations.
- *Date of Prediction:* The date for which the prediction is to be performed. The GPS almanac can be used to accurately predict up to seven days in the future.
- *Mask Angle:* The elevation angle above the horizon at which satellites are considered visible by the GPS receiver.
- *Terrain Mask:* The azimuth and elevation of terrain (buildings, mountains, etc.) that may block the satellite signal can be entered into the program to ensure an accurate prediction.
- *Satellite Failures:* If any satellites are currently out of service, their status will be reflected in the almanac data. However, if satellites are scheduled for maintenance for a prediction date in the future, the software allows the user to mark those satellites unusable. This data also can be obtained from the U.S. Coast Guard Navigation Center.
- *Maximum DOP:* As discussed previously, in order to determine availability, a maximum DOP threshold must be set (e.g., PDOP = 6). If the DOP exceeds that value, the software will declare GPS to be unusable.

Once these parameters have been input into the software, the prediction can be performed. The user then has several options for displaying GPS coverage and availability. A prediction was performed for Boston (42.35°N 71.08°W) on Dec. 23, 1994. Several of the plots available from Global Satellite Software (GSS) are presented in the following figures.

Figure 7.29 shows the location of the GPS satellites and the satellite horizon line for the selected location at a snapshot in time (12:10 UTC[USNO]). The satellites with squares next to them (17, 23, 26, and 27) are the four used to form the navigation solution. The corresponding HDOP and PDOP for that point in time also are displayed.

Figure 7.30 is an azimuth and elevation plot that gives the position of the satellites from the perspective of looking at the sky directly overhead from the selected location. The user is at the center of the concentric circles, with the outermost

Case: 4:10-cv-02567-LW Doc #: 138-34 Filed: 04/30/10 64 of 87. PageID #: 1843




Figure 7.29 Locations of satellites worldwide.




Figure 7.30 Azimuth/elevation plot.

circle representing 0° elevation, or the horizon. The second circle is at 7° elevation, which was the selected mask angle for this portion of the analysis. The third is at 10°, and each circle increases by 10°. The azimuth is 0° at North and increases in the clockwise direction.

Figure 7.31 displays the rise and set time for the 25 GPS satellites at the selected location over a 24-hr period. (The reason that there are 25 satellites in the constellation is that one of the Block I prototype satellites was still operational at the time of this evaluation, adding to the 24 Block II/IIA satellites). This graph can be very useful for a researcher who wants to plan an experiment with a particular set of satellites and doesn't want the satellite geometry to change significantly due to a rising or setting satellite.

The solid line at the bottom of the graph indicates that GPS is available for the entire day (PDOP ≤ 6). Gaps in this line would indicate that GPS is unavailable. This unavailability is demonstrated in Figure 7.32 when satellites 16, 25, and 26 are removed (by the author) from the constellation. As shown in this figure, removing three satellites from the GPS constellation results in two outage periods during the day for Boston.

Another feature of mission planning software involves determining the number of satellites that will be visible at a location over the course of a day. This information is useful for applications that may require the maximum number of visible satellites. Figure 7.33 displays the number of visible satellites over a 24-hr period with all of the satellites operational. As shown in this figure, the minimum number of satellites available is 6 and the maximum is 10 for this location. At lower latitudes (near the equator), it is possible to have as many as 12 GPS satellites visible at a time.

A profile of PDOP over 24 hr is given in Figure 7.34. On the right-hand side of the figure, plots of GDOP, HDOP, and VDOP are shown. The software allows the user to toggle between these graphs and display the one of primary interest.

Figure 7.35 displays PDOP after three satellites have been removed from the constellation. Notice that the spikes in the PDOP correspond to the outages shown in Figure 7.32. Mission planning software such as GSS is very useful, especially if the user has flexibility to schedule data collection or GPS operations around periods of poor satellite geometry.

## 7.3 GPS INTEGRITY

In addition to providing a navigation function, a navigation system must have the ability to provide timely warnings to users when the system should not be used. This capability is known as the integrity of the system.

### 7.3.1 Discussion of Criticality

Anomalies can occur, caused by either the satellite or the MCS, which result in unpredictable range errors above the operational tolerance. These errors are different




Figure 7.31 Satellite visibility/availability over a 24-hr period.




Figure 7.32 Satellite visibility/availability over a 24-hr period with satellites 16, 25, and 26 removed from the constellation.




Figure 7.33 Number of visible GPS satellites over a 24-hr period.




Figure 7.34 PDOP profile over a 24-hr period.




Figure 7.35 PDOP profile over a 24-hr period with satellites 16, 25, and 26 removed from the constellation.

from the predictable degraded accuracy resulting from poor satellite geometry, which was discussed in the previous section. Integrity anomalies should be rare, occurring only a few times per year [28], but can be critical, especially for air navigation.

### 7.3.2 Sources of Integrity Anomalies

There are four main sources that can cause integrity problems: the satellite clock, the satellite ephemeris, problems specific to the Block I satellites, and the MCS [28]. Satellite clock anomalies are due to frequency standard problems such as random run-off, a large jump, or a combination of both. The MCS has reported clock jumps when the beam current or temperature of the frequency standard vary greatly.

Block I satellites are subject to ephemeris anomalies that occur when the satellite exits the Earth's shadow after eclipse season and the solar panels attempt to reacquire sun tracking. (During the eclipse period, the satellite is blocked from the sun and must rely on internal power for operation. As the satellites age, however, they can no longer sustain operation without additional power from the sun collected by the solar panels.) The satellites will fire thrusters to adjust the attitude, which can result in large ranging errors. This capability has been disabled on succeeding satellite versions. Also, Block I satellites did not have the radiation hardening against the space environment that has been built into the Block II/IIA/IIR satellites. Consequently, Block I satellites are subject to "bit hits," which affect the navigation message, as well as C-field tuning "word hits." The C-field tuning register that aligns the cesium beam is affected by solar radiation. Changing the bits that account for the alignment/direction of the cesium beam results in ranging errors of thousands of meters in only a few minutes. Block I satellites also are subject to P-code slips that cause loss of the P-code tracking, resulting in errors in the order of thousands of meters. At the time of this writing, there is only one Block I satellite left in orbit, thus, these problems should be minimal.

Most MCS problems are due to hardware, software, or human error. One past problem involved an error in the covariance estimate of the MCS's Kalman filter. As a result of these anomalies, errors of several thousands of meters can occur before the problem is detected. The GPS ground monitoring network currently does not provide coverage for all satellites 24 hours a day [28]. Therefore, if an integrity problem were to occur, it may not be detected immediately.

The MCS is continuously working to minimize integrity anomalies as much as possible by installing redundant hardware, robust software, and providing training to prevent human error. The best response time, however, may still be several minutes, which is insufficient for aviation applications. There are methods, however, by which the user is independently able to detect a satellite anomaly if it does occur.

### 7.3.3 Integrity Enhancement Techniques

The integrity problem is crucial for aviation since the user is traveling at high speeds and can quickly deviate from the flight path. The integrity function becomes especially critical if GPS is to be used as a primary navigation system. RTCA Special Committee 159 (SC-159), a Federal advisory committee to the Federal Aviation Administration, has devoted much effort to developing techniques to provide integrity for airborne use of GPS. The two methods used for GPS integrity monitoring are receiver autonomous integrity monitoring (RAIM) and the wide area augmentation system (WAAS).

#### *7.3.3.1 RAIM*

RAIM is a technique that uses an overdetermined solution to perform a consistency check. The RAIM algorithm is contained within the receiver and hence the term "autonomous" monitoring. Five satellites are used in the navigation solution to detect a satellite anomaly. This function is sufficient for supplemental airborne use of GPS. If a problem is detected, the pilot switches over to the primary onboard navigation system. For GPS to be used as a primary means of navigation, however, the system must not only be able to detect the presence of an anomaly, but it also must be able to remove the faulty satellite from the navigation solution. This can be done by identifying which satellite is causing the problem (referred to as isolation) or, alternatively, selecting another set of satellites that does include the anomalous satellite (denoted as exclusion). This capability is known as fault detection and isolation (FDI) or fault detection and exclusion (FDE).

For use of GPS as a primary navigation system, the RAIM algorithm works with six or more visible satellites. If an integrity problem is detected, the algorithm then forms $n$ solutions of $n - 1$ satellites each, in order to isolate which satellite contains the anomaly and remove it from the navigation solution. As stated above, an alternative process is that the algorithm may work with a set of six satellites, even if more are visible. If a detection occurs, the algorithm searches for another set of six satellites with an HPL below the alert limit, thereby excluding the faulty satellite from the navigation solution, but not isolating which satellite caused the detection. This section discusses the basics of a "snapshot" RAIM algorithm that has been developed in support of RTCA SC-159 [29].

The linearized GPS measurement equation is given as

$$y = Hx + \epsilon \tag{7.84}$$

where

x is the $4 \times 1$ vector whose elements are incremental deviations from the nominal state about which the linearization takes place. The first three elements are the

east, north, and up aircraft position components, and the fourth element is the aircraft receiver clock bias.
y is the $n \times 1$ vector whose elements are the differences between the noisy measured pseudoranges and the predicted ones based on the nominal position and clock bias (i.e., the linearization point). The value $n$ is the number of visible satellites (number of measurements).
H is the $n \times 4$ linear connection matrix between x and y. It consists of three columns of direction cosines and a fourth column containing the value 1, which corresponds to the receiver clock state.
$\epsilon$ is the $n \times 1$ measurement error vector. It may contain both random and deterministic (bias) terms.

GPS RAIM is based on the self-consistency of measurements, where the number of measurements, $n$, is greater than or equal to 5. One measure of consistency is to work out the least squares estimate for x, substitute it into the right-hand side of (7.84), and then compare the result with the empirical measurements in y. The difference between them is called the range residual vector, w. In mathematical terms,

$$\hat{\mathbf{x}}_{LS} = (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T\mathbf{y} \text{ (least squares estimate)}$$

$$\hat{\mathbf{y}}_{LS} = \mathbf{H}\hat{\mathbf{x}}_{LS}$$

$$\begin{aligned} \mathbf{w} &= \mathbf{y} - \hat{\mathbf{y}}_{LS} = \mathbf{y} - \mathbf{H}(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T\mathbf{y} = [\mathbf{I}_n - \mathbf{H}(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T]\mathbf{y} \\ &= [\mathbf{I}_n - \mathbf{H}(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T](\mathbf{H}\mathbf{x} + \boldsymbol{\epsilon}) = [\mathbf{I}_n - \mathbf{H}(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T]\boldsymbol{\epsilon} \end{aligned} \quad (7.85)$$

Since $\boldsymbol{\epsilon}$ is not known to the user aircraft, (7.85) is only used in simulations. Let

$$\mathbf{S} \equiv \mathbf{I}_n - \mathbf{H}(\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T \quad (7.86)$$

where $\mathbf{I}_n$ is the $n \times n$ unit matrix. Then, the $n \times 1$ range residual vector, w, is given as

$$\mathbf{w} = \mathbf{S}\mathbf{y}, \text{ (used by aircraft)}$$

or

$$\mathbf{w} = \mathbf{S}\boldsymbol{\epsilon}, \text{ (used in the simulations)}$$

The range residual vector, w, could be used as a measure of consistency. This is not ideal, however, because there are four constraints (associated with the four

unknown components of the vector x) among the $n$ elements of w, which obscure some of the aspects of the inconsistency that are of interest. Therefore, it is useful to perform a transformation that eliminates the constraints and transforms the information contained in w into another vector known as the parity vector, p. Performing a transformation on y,

$$\mathbf{p} = \mathbf{P}\mathbf{y}$$

where the parity transformation matrix P is defined as an $(n - 4) \times n$ matrix, which can be obtained by QR factorization of the H matrix [30]. The rows of P are: mutually orthogonal, unity in magnitude, and mutually orthogonal to the columns of H. Due to these defining properties, the resultant p has special properties, especially with respect to the noise [29]. If $\epsilon$ has independent random elements that are all $N(0, \sigma^2)$, then

$$\mathbf{p} = \mathbf{P}\mathbf{w} \tag{7.87(a)}$$

$$\mathbf{p} = \mathbf{P}\epsilon \tag{7.87(b)}$$

$$\mathbf{p}^T\mathbf{p} = \mathbf{w}^T\mathbf{w} \tag{7.87(c)}$$

These equations state that the same transformation matrix P that takes y into the parity vector, p, also takes either w or $\epsilon$ into p. The sum of the squared residuals is the same in both range space and parity space. In performing failure detection, it is much easier to work with p than with w.

Using a case of six visible satellites as an example, the following analysis demonstrates how the parity transformation affects a deterministic error in one of the range measurements. Suppose there is a range bias error, $b$, in satellite 3. From (7.87(b)),

$$\mathbf{p} = \begin{bmatrix} P_{11} & P_{12} & P_{13} & \cdots & P_{16} \\ P_{21} & P_{22} & P_{23} & \cdots & P_{26} \end{bmatrix} \begin{bmatrix} 0 \\ 0 \\ b \\ 0 \\ 0 \\ 0 \end{bmatrix} \quad \text{or}$$

$$\mathbf{p} = b \times (\text{3rd column of P})$$

The third column of P defines a line in parity space called the characteristic bias line associated with satellite 3. Each satellite has its own characteristic bias line. The magnitude of the parity bias vector induced by the range bias $b$, is given by

$$|\text{parity bias vector}| = b \cdot |(P_{13}\ P_{23})^T|, \text{ (bias on satellite 3, assuming } b > 0)$$

where $|(P_{13}\ P_{23})^T| = \sqrt{P_{13}^2 + P_{23}^2}$. In general,

(range bias, $b$, on $i$th satellite) =
(norm of parity bias vector)/(norm of $i$th column of **P**)

The position error vector **e** is defined as: $\mathbf{e} = \hat{\mathbf{x}}_{LS} - \mathbf{x}$

$$\begin{aligned} \mathbf{e} &= (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T\mathbf{y} - \mathbf{x} \\ &= (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T(\mathbf{H}\mathbf{x} + \boldsymbol{\epsilon}) - \mathbf{x} \\ &= (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T\boldsymbol{\epsilon} \text{ (Vector position error)} \end{aligned}$$

$$\text{(position error vector)} = (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T \begin{bmatrix} 0 \\ 0 \\ b \\ 0 \\ 0 \\ 0 \end{bmatrix}$$

These equations provide a means of getting back and forth from a bias in parity space to the corresponding bias in range space, and finally to the corresponding position error. The norm of the first two components of the position error vector provide the horizontal radial position error.

The objective is to protect against excessive horizontal position error. The RAIM algorithm must detect if the horizontal error goes beyond a certain threshold within a specified level of confidence. Since the position error cannot be observed directly, something must be inferred from the quantity that can be observed, which in this case is the parity vector.

The magnitude of the parity vector is used as the test statistic (mathematical indicator) for detection of a satellite failure. The inputs to the parity space algorithm are the standard deviation of the measurement noise, the measurement geometry, as well as the maximum allowable probabilities for a false alarm and a missed detection. The output of the algorithm is the horizontal protection level (HPL), which defines the smallest horizontal radial position error that can be detected for the specified false alarm and missed detection probabilities.

The parity space method is based on modeling the test statistic using a chi distribution with $n - 4$ degrees of freedom for six or more visible satellites. The sum of the squared measurement residuals has a chi-square distribution. A Gaussian

distribution is used for the case where five satellites are in view. The general formulas for the chi-square density functions are provided below.

For a central chi-square,

$$f_{\text{cent}}(x) = \frac{x^{k/2-1}e^{-x/2}}{2^{k/2}\Gamma(k/2)} \quad \text{defined for } x > 0$$
$$= 0 \qquad x \le 0$$

where Γ is the gamma function.

For a noncentral chi-square,

$$f_{\text{n.c.}}(x) = \frac{e^{-(x+\lambda)/2}}{2^{k/2}} \sum_{j=0}^{\infty} \frac{\lambda^j x^{k/2+j-1}}{\Gamma(k/2+j)2^{2j}j!} \quad \text{defined for } x > 0$$
$$= 0 \qquad x \le 0$$

where $\lambda$ is the noncentrality parameter. It is defined in terms of the normalized mean $m$ and the number of degrees of freedom $k$, as $\lambda = km^2$.

The chi-square density functions for a case of six visible satellites (2 degrees of freedom) are shown in Figure 7.36. These density functions are used to define the detection threshold to satisfy the false alarm and missed detection probabilities.

For supplemental navigation, the maximum allowable false alarm rate is one alarm per 15,000 samples or 0.002/hr. One sample is considered to be a 2-min interval based on the correlation time of SA. The maximum false alarm rate for GPS primary means navigation is $0.333 \times 10^{-6}$ per sample. The minimum detection




Figure 7.36 Chi-square density functions for 2 degrees of freedom.

probability for both supplemental and primary means of navigation is 0.999, or a missed detection rate of $10^{-3}$ [31].

Figure 7.37 displays a linear no-noise model of the estimated horizontal position error versus the test statistic, forming a characteristic slope line for each visible satellite. These slopes are a function of the linear connection, or geometry matrix, H, and vary slowly with time as the satellites move about their orbits. The slope associated with each satellite is given by

$$\text{SLOPE}(i) = \frac{\sqrt{A_{1i}^2 + A_{2i}^2}}{\sqrt{S_{ii}}} \text{ for } i = 1, 2, 3, \ldots, n$$

where

$$A \equiv (\mathbf{H}^T\mathbf{H})^{-1}\mathbf{H}^T$$

and S was defined previously in (7.86), but also can be computed directly from **P** as

$$\mathbf{S} = \mathbf{P}^T\mathbf{P}$$




Figure 7.37 Characteristic slopes for six visible satellites.

For a given position error, the satellite with the largest slope has the smallest test statistic and will be the most difficult to detect. Therefore, there is a poor coupling between the position error to be protected and the magnitude of the parity vector that can be observed when a bias actually occurs in the satellite with the maximum slope.

The oval-shaped "cloud of data" shown in Figure 7.38 is a depiction of the scatter that would occur if there were a bias on the satellite with the maximum slope. This bias is such that the fraction of data to the left of the detection threshold is equal to the missed detection rate. Any bias smaller than this value will move the data cloud to the left, increasing the missed detection rate beyond the allowable limit. This critical bias value in parity space is denoted as pbias. The pbias term is completely deterministic, but it is dependent on the number of visible satellites [29]:

$$\text{pbias} = \sigma_{\text{UERE}}\sqrt{\lambda}$$

where $\lambda$ is the noncentrality parameter of the noncentral chi-square density function and $\sigma_{\text{UERE}}$ is the standard deviation of the satellite pseudorange measurement error.

The HPL is determined by

$$\text{HPL} = \text{Slope}_{\max} \times \text{pbias}$$




Figure 7.38 Scatter plot with critical bias on $\text{Slope}_{\max}$ satellite.

The HPL is then compared to the maximum alert limit for the appropriate phase of flight (see Table 7.5).

If the HPL is below the alert limit, RAIM is said to be available for that phase of flight. Since the HPL is dependent on the satellite geometry, it must computed for each location and point in time. The RAIM algorithm works with a minimum of five visible satellites to calculate the HPL. If the HPL exceeds the alert limit when GPS is being used as a supplemental airborne NAVAID, the pilot switches over to the primary navigation system.

### *Availability of RAIM*

Since RAIM requires a minimum of five visible satellites in order to perform fault detection and a minimum of six for fault detection and isolation/exclusion, it will have a lower availability than the navigation function. An analysis of the 24 satellites has been performed to evaluate the availability of RAIM over the Conterminous U.S. (CONUS) [32–35].

At a 7.5° mask angle, the availability of RAIM fault detection is well above 99% for the en route and terminal phases of flight and 94.4% for nonprecision approaches. In order to improve availability, the barometric altimeter can be included as an additional measurement in the RAIM solution. With baro aiding, availability improves to nearly 100% for en route navigation and 99.9% for the terminal phase of flight. The maximum outage durations are decreased by a factor of two, to 5 min for en route and 10 min during terminal navigation. Availability also increases to greater than 99% for nonprecision approaches as well, with a maximum outage duration of 40 min.

The availability of fault detection and isolation with baro aiding ranges from 68.3% during nonprecision approaches to 98.16% for en route navigation (FDI without baro aiding isn't considered in this analysis due to its low availability). For a nonprecision approach, FDI outages can last almost 2 hours at a location. These results are summarized in Tables 7.6 and 7.7.

Worldwide RAIM fault detection availability for a nonprecision approach at a 7.5° mask angle is displayed in Figure 7.39. This availability includes augmentation

**Table 7.5**
GPS Integrity Performance Requirements

| *Phase of Flight* | *Horizontal Alert Limit* |
|---|---|
| En route | 2 nmi |
| Terminal | 1 nmi |
| NPA | 0.3 nmi |

*Source*: [31].

Table 7.6
RAIM Availability Over CONUS With a 7.5° Mask Angle

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 99.83% | 99.65% | 94.40% |
| Fault detection with baro aiding | 99.993% | 99.90% | 99.20% |
| Fault detection and isolation with baro aiding | 98.16% | 91.70% | 68.30% |

Table 7.7
Maximum Duration of RAIM Outages Over CONUS With 7.5° Mask Angle

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 10 min | 20 min | 55 min |
| Fault detection with baro aiding | 5 min | 10 min | 40 min |
| Fault detection and isolation with baro aiding | 40 min | 70 min | 115 min |

with the barometric altimeter. As shown in this figure, outages can last up to 50 min in several locations, but there is virtually 100% coverage near the equator. This high availability of RAIM near the equator is due to the increased number of visible satellites.

As discussed in Section 7.2, availability can be improved by lowering the mask angle. Tables 7.8 and 7.9 demonstrate the significant improvement in availability and reduction of outage duration when the mask angle is lowered to 5°.

### *Wide Area Augmentation System (WAAS)*

As the results in the previous section demonstrate, GPS alone will not be able to provide the integrity of a primary means navigation system for most phases of flight. GPS must be augmented in order to improve the availability of integrity. The primary augmentation to GPS that the FAA is developing is the wide area augmentation system (WAAS). WAAS will provide additional ranging capability, integrity information, and differential corrections at the L1 frequency, which is broadcast from geostationary satellites. RAIM will provide system integrity when the aircraft is outside the WAAS coverage region or a catastrophic failure occurs. Elaboration on WAAS is provided in Chapter 11.

The initial four INMARSAT satellites that will broadcast the WAAS signal as an augmentation to GPS can be included in a similar analysis to that performed in Section 7.2 to determine the distribution of HDOP and PDOP. The same analysis




**Figure 7.39** RAIM fault detection availability for NPA with baro aiding at a 7.5° mask angle.

**Table 7.8**
RAIM Availability Over CONUS With a 5° Mask Angle

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 99.98% | 99.94% | 97.26% |
| Fault detection with baro aiding | 100% | 99.991% | 99.92% |
| Fault detection and isolation with baro aiding | 99.73% | 97.11% | 81.40% |

**Table 7.9**
Maximum Duration of RAIM Outages Over CONUS With 5° Mask Angle

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 5 min | 10 min | 35 min |
| Fault detection with baro aiding | 0 min | 5 min | 15 min |
| Fault detection and isolation with baro aiding | 25 min | 55 min | 100 min |

was performed as before with a 5° mask angle and up to three satellites removed from the constellation in order to investigate the overall improvement in the availability of GPS. The locations of the ranging geostationary satellites are Pacific Ocean region (POR) at 180°, Indian Ocean region (IOR) at 64.5° E, Atlantic Ocean region west (AORW) at 55.5° W, and Atlantic Ocean region east (AORE) at 15.5° W.

The cumulative distributions of HDOP and PDOP augmented with the four geostationary satellites are displayed in Figures 7.40 and 7.41, respectively. Again applying a PDOP threshold of 6.0 to determine the availability of these satellite constellations, it can be seen that both the 24- and 23-satellite constellations provide coverage 100% of the time. With two satellites removed from the constellation, the availability is 99.97%, and with 21 satellites the constellation provides an availability of 99.65%. This is an improvement from an availability of 99.9% and 99.2% that the 22 and 21 satellite constellations respectively provided without the aiding of the geostationary satellites.

Next, the improvement in the availability of RAIM over the CONUS is examined when the constellation is augmented by geostationary satellites. The three geostationary satellites visible from the CONUS (POR, AORW, and AORE) are used to augment the constellation. As shown in Tables 7.10 and 7.11, there is a significant improvement in availability when the geostationary satellites are used to augment the constellation. There is 100% availability of fault detection if baro aiding also is included. The availability of FDI increases from 68.3% to 94.6% for




**Figure 7.40** Cumulative distribution of HDOP with four geostationary satellites.

nonprecision approach when the geostationary satellites are added. Outage durations also are significantly reduced for all phases of flight.

When the mask angle is reduced to 5°, there is 100% availability of fault detection for the en route and terminal phases of flight. The availability for a nonprecision approach increases to 99.88% with a maximum outage duration of 15 min. There also is 100% availability of FDI for en route navigation when baro aiding is applied in conjunction with the geostationary satellites. The effect of reducing the mask angle is illustrated in Tables 7.12 and 7.13.

**Table 7.10**
RAIM Availability Over CONUS With a 7.5° Mask Angle and Three Geostationary Satellites

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 99.997% | 99.98% | 99.32% |
| Fault detection and isolation | 99.43% | 98.12% | 77.20% |
| Fault detection and isolation with baro aiding | 99.98% | 99.47% | 94.60% |




**Figure 7.41** Cumulative distribution of PDOP with four geostationary satellites.

**Table 7.11**
Maximum Duration of RAIM Outages Over CONUS With a 7.5° Mask Angle and Three Geostationary Satellites

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 5 min | 15 min | 30 min |
| Fault detection and isolation | 25 min | 60 min | 190 min |
| Fault detection and isolation with baro aiding | 15 min | 40 min | 85 min |

**Table 7.12**
RAIM Availability Over CONUS With a 5° Mask Angle and Three Geostationary Satellites

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 100% | 100% | 99.88% |
| Fault detection and isolation | 99.90% | 99.52% | 89.37% |
| Fault detection and isolation with baro aiding | 100% | 99.91% | 98.13% |

Table 7.13
Maximum Duration of RAIM Outages Over CONUS With a 5° Mask Angle and Three Geostationary Satellites

| *RAIM Function* | *En Route* | *Terminal* | *Nonprecision Approach* |
|---|---|---|---|
| Fault detection | 0 min | 0 min | 15 min |
| Fault detection and isolation | 10 min | 30 min | 120 min |
| Fault detection and isolation with baro aiding | 0 min | 15 min | 45 min |

## References


[1] Ward, P., "An Inside View of Pseudorange and Delta Pseudorange Measurements in a Digital NAVSTAR GPS Receiver," *International Telemetering Conference, GPS-Military and Civil Applications*, San Diego, CA, Oct. 14, 1981, pp. 63–69.

[2] Spilker, J. Jr., *GPS Signal Structure and Performance Characteristics*, GPS Papers in Navigation, Vol. 1, Institute of Navigation, 1980.

[3] DOD, *NAVSTAR GPS User Equipment Introduction (Public Release Version)*, GPS Joint Program Office, Feb. 1991.

[4] ARINC Research Corporation, *NAVSTAR GPS Space Segment/Navigation User Interfaces, Interface Control Document (ICD), NAVSTAR GPS, ICD-GPS-200, Rev. B-PR (Public Release Version)*, ARINC Research Corporation, Fountain Valley, California, 1991.

[5] Seeber, G., *Satellite Geodesy*, Berlin, Germany: Walter de Gruyter, 1993.

[6] Braasch, M. S., et al., "Improved Modeling Of GPS Selective Availability," *Proc. of the 1993 ION National Technical Meeting*, San Francisco, CA, Jan. 20–22, 1993, pp. 121–130.

[7] Doucet, K., and Y. Georgiadou, "The Issue of Selective Availability," *GPS World Magazine*, Advanstar Communications, Sept./Oct. 1990, pp. 53–56.

[8] Lear, W., M. Montez, L.Rater, and L. Zyla, "The Effect Of Selective Availability On Orbit Space Vehicles With SPS GPS Receivers," *ION GPS-92*, Albuquerque, NM, Sept. 16–18, 1992. pp. 825–840.

[9] Hatch, R., "Relativity and GPS-I," *Galilean Electrodynamics*, Vol. 6, No. 3, May/June 1995, pp. 52–57.

[10] Diggle, D., "An Investigation Into the Use of Satellite-Based Positioning Systems for Flight Reference/Autoland Operations," Ph.D. Dissertation, Department of Electrical and Computer Engineering, Ohio University, Athens, Ohio, 1994.

[11] Hofmann-Wellenhof, B., H. Lichtenegger, and J. Collins, *GPS Theory and Practice*, New York, NY: Springer-Verlag, 1993.

[12] Jorgensen, P. S., "An Assessment of Ionospheric Effects on the User," *NAVIGATION: Journal of the Institute of Navigation*, Vol. 36, No. 2, Summer 1989.

[13] Uijt de Haag, M., and M. S. Braasch, *DGPS Signal Model, Vol. I, Reference: DGPS And Its Error Sources*, Athens, OH, Ohio University/Delft University of Technology, 1994.

[14] Smith, E. Jr., and S. Weintraub, "The Constants in the Equation for Atmospheric refractive Index at Radio Frequencies," *Proc. of the Institute of Radio Engineers*, No. 41, 1953.

[15] Remondi, B., "Using the Global Positioning System (GPS) Phase Observable for Relative Geodesy: Modeling, Processing, and Results," Ph.D. Dissertation, Center for Space Research, University of Austin, Austin, Texas, (1984).

[16] Goad, C., and L. Goodman, "A Modified Hopfield Tropospheric Refraction Correction Model," Paper presented at the Fall Annual Meeting of the American Geophysical Union, San Fransisco, California, 1974.

[17] Hopfield, H., "Two-quartic Tropospheric Refractivity Profile for Correcting Satellite Data," *Journal of Geophysical Research*, Vol. 74, No. 18, 1969.

[18] Saastomoinen, J., "Atmospheric Correction for the Troposphere and Stratosphere in Radio Ranging of Satellites," Use of Artificial Satellites for Geodesy, Geophysical Monograph 15, American Geophysical Union, Washington, DC, 1972.

[19] van Nee, R.D.J., "Spread-Spectrum Code and Carrier Synchronization Errors Caused by Multipath and Interference," *IEEE Transactions On Aerospace And Electronic Systems*, Vol. 29, No. 4, Oct. 1993.

[20] Breeuwer, E. J., "Modeling and Measuring GPS Multipath Effects," M.Sc. Thesis, Faculty of Electrical Engineering, Telecommunications and traffic Control Systems Group, Delft University of Technology, Delft, The Netherlands, 1991.

[21] Braasch, M. S., "On The Characterization Of Multipath Errors In Satellite-Based Precision Approach And Landing Systems," Ph.D. Dissertation, Department of Electrical and Computer Engineering, Ohio University, Athens, OH, 1992.

[22] Braasch, M. S., "Optimum Antenna Design for DGPS Ground Reference Stations," *Proc. of ION GPS-94, Seventh International Meeting of the Satellite Division of the Institute of Navigation*, Sept. 20–23, 1994, pp. 1291–1297.

[23] Leva, J. L., "Relationship between Navigation Vertical Error, VDOP, and Pseudo-range Error in GPS," *IEEE Transactions On Aerospace And Electronic Systems*, Vol. 30, No. 4, Oct. 1994, pp. 1138–1142.

[24] Nelson, W., "Use of Circular Error Probability in Target Detection," United States Air Force Hanscom Air Force Base, ESD-TR-88-109, May 1988.

[25] DOD/DOT, 1994 *Federal Radionavigation Plan*, DOT-VNTSC-RSPA-95-1 DOD-4650.5, May 1994.

[26] Ananda, M., J. Leung, P. Munjal, and B. Siegel, "RAIM Detection and Isolation Integrity Availability With and Without CAG," *Proc. of ION GPS-94, Seventh International Meeting of the Satellite Division of the Institute of Navigation*, Salt Lake City, UT, Sept. 20–23, 1994, pp. 619–630.

[27] Sotolongo, G. L., "Proposed Analysis Requirements for the Statistical Characterization of the Performance of the GPSSU RAIM Algorithm for Appendix A of the MOPS," RTCA 308-94/SC159-544, July 20, 1994.

[28] Shank, C., and J. Lavrakas, "GPS Integrity: An MCS Perspective," *Proc. of ION GPS-93, Sixth International Technical Meeting of the Satellite Division of the Institute of Navigation*, Salt Lake City, UT, Sept. 22–24, 1993, pp. 465–474.

[29] Brown, R. G., "GPS RAIM: Calculation of Thresholds and Protection Radius Using Chi-Square Methods-A Geometric Approach," RTCA 491-94/SC159-584, Dec. 1994.

[30] van Graas, F., P. A. Kline, "Hybrid GPS/LORAN-C," OU/AEC92-3TM00006/46+46A-1, July 1992.

[31] RTCA, "Minimum Operational Performance Standards for Airborne Supplemental Navigation Equipment Using Global Positioning System (GPS)," Document No. RTCA/DO-208, Prepared by: SC-159, July 1991.

[32] Van Dyke, K. L., "Analysis of Worldwide RAIM Availability for Supplemental GPS Navigation," DOT-VNTSC-FA360-PM-93-4, May 1993.

[33] Brown, R. G., G. Y. Chin, J. H. Kraemer, G. C. Nim, and K. L. Van Dyke, "ARP Fault Detection and Isolation: Method and Results," DOT-VNTSC-FA460-PM-93-21, Dec. 1993.

[34] Van Dyke, K. L., "RAIM Availability for Supplemental GPS Navigation," *NAVIGATION, Journal of the Institute of Navigation*, Vol. 39 No. 4, Winter 1992–93, pp. 429–443.

[35] Van Dyke, K. L., "Fault Detection and Exclusion Performance Using GPS and GLONASS," *Proc. of the ION National Technical Meeting*, Anaheim, CA, Jan. 18–20, 1995, pp. 241–250.