# Exhibit 35

# ELECTRONIC SURVEYING AND NAVIGATION

**SIMO H. LAURILA**
*Professor of Geodesy*
*University of Hawaii*
*Honolulu, Hawaii*

**A WILEY-INTERSCIENCE PUBLICATION**

**JOHN WILEY & SONS, New York—London—Sydney—Toronto**

Copyright © 1976 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

No part of this book may be reproduced by any means, nor transmitted, nor translated into a machine language without the written permission of the publisher.

**Library of Congress Cataloging in Publication Data**

Laurila, Simo.
Electronic surveying and navigation.

"A Wiley-Interscience publication."
Includes bibliographical references and index.
1. Electronics in surveying. 2. Electronics in navigation. I. Title.

QB301.L33 526'.028 75-41461
ISBN 0-471-51865-4

Printed in the United States of America

9 8 7 6 5 4




**Figure 2.21** Ionospheric refraction (courtesy Cubic Corp.).

layers. This bending, which is highly dependent on the wavelength use is illustrated in Fig. 2.21, referring to the satellite tracking system Sec described in detail in Chapter 20. There are three different fr quencies involved, termed the interrogation signal, the HF retur signal, and the LF return signal. All frequencies are within the lim of about 225 and 450 MHz, and LF and HF are only symbols c signals and bear no connection to the classification given in Table 2.4. is advantageous to use *two* different returning frequencies from th satellite because the magnitude of bending of the two beams is differe and from this difference the ionospheric correction to the measur distance can be computed.

Chapter

THREE

# ELECTRONIC SURVEYING SYSTEMS AND BASIC COMPONENTS

## 3.1 RADIO WAVE TRANSMISSION

In this section we discuss the radio wave spectrum of electromagnetic radiation. As was learned in the previous chapter, modern electronic surveying equipment occupies all radio bands. However, the ways the bands are used and techniques applied vary greatly. Classification here is made along the following lines: *pulse-type* transmissions, *continuous wave* transmissions, and *microwave modulation*. All these systems are in use today.

### 3.1.1 Pulse-Type Transmission

lectronic surveying systems that utilize pulse-type transmission, the t from which the transmitted pulses are returned can be either ive or active. In the former case the target is either a natural or made reflecting surface as in the PPI-radar, linescan radar, or altimeter applications. In the latter case the target is a transceiver-econdary instrument similar to the primary instrument that origi- the pulse transmission. The basic concept in determining the e is to observe the time $t$ needed for pulses to travel from the y instrument to the secondary instrument and back. If the average

velocity $c$ of the electromagnetic propagation is known, the distance will be

$$D = \frac{ct}{2} \tag{3.1}$$

A skeleton-type layout of a pulse transmitter and receiver station is presented in Fig. 3.1. The bare essentials of the transmitting unit consist of a *pulse modulator*, an *oscillator*, and the *transmitting antenna*. The receiving unit consists basically of *limiter*, *triggering circuit*, *time base generator*, *cathode ray tube* (CRT), and *receiving antenna*.

The transmitter emits a stream of short pulses, whose duration is of the order of one microsecond, having a period of recurrence of about 1000 μs. When a pulse leaves the transmitting antenna, a small *synchronizing pulse* passes at the same instant through a short length of cable to the receiving circuit, where it is extended to correspond to the maximum time the transmitted pulse will need to travel to a target and back. The pulse is then applied to the *time base generator.* As the time base is drawn on the face of the CRT by the time base generator, starting with the dispatch of the pulse from the transmitter, the transmitted pulse has traveled out to the target, undergone reflection, and returned to the receiving antenna. The received pulse is first amplified and then applied to the CRT, where its intersection with the time base becomes a visible indication of the distance from the antenna to the target.

### 3.1.1.1. *Transmitter*

The transmitter produces a continuous train of short pulses, each pulse having an extremely sharp onset (i.e., a steep wave front) and a




**Figure 3.1** Simplified block diagram of pulse transmitter and receiver.



...ately abrupt end. To employ these pulses, a considerable amount ...power is required. This power is the *peak power*, and even though pulse ...ansmission calls for a great deal of it, the system is still economical ...power when compared with systems involving the continuous radiation ...energy. Power is radiated only during the pulse periods, and these ...upy an extremely small fraction of the total time of operation.

...he oscillator stages of pulse transmitters vary considerably according ...the physical size, output power, and working potentials of the equip...nt. In some applications a simple vacuum tube circuit as described in ...tion 2.8 is acceptable, but in applications such as PPI-radar, line-scan ...dar, or radioaltimeters, the wavelength can be of the order of centime...r or millimeters, and vacuum tubes must be replaced by other devices. ...addition to the influence of transit time on electrons, capacitance and ...ductances must be made small; thus the capacitance and inductance of ...e connecting wires and the electrodes themself cannot be neglected. ...pecial tubes such as acorns, magnetrons, or klystrons are then utilized.

...here are different methods available for *pulse modulation*, but what...er approach is used, the oscillator tubes must not draw any current ...tween pulses. Otherwise there will be a steady dissipation of power at ...anodes, and the continuous oscillation of the oscillation stage in the ...ansmitter might affect the receiver by direct radiation, rendering impos...ble the detection of weak signals.

### ...1.1.2. *Receiver*

...t the same time the transmitted pulse is radiated toward the target, a ...nchronizing pulse goes to the receiver and is first fed to a simple ...*iter-limiter* circuit from which it appears as a unidirectional negative ...pulse. The synchronizing pulse is directed to the two circuits that form the ...me base, namely, the triggering circuit and the time base generator. The ...xtension" action of the synchronizing pulse is established in the trigger...circuit, which for all practical purposes has an infinite resistance until ...voltage across its terminal reaches a certain predetermined value. ...uring this period a capacitor $C$ in the time base circuit (Fig. 3.2) charges, ...d the illuminated spot of an electron beam on the face of the CRT ...oves and traces out the time base. The triggering circuit $T$ then ...riggers" and presents a short-circuit path across the capacitor, which ...pidly discharges and allows the spot to fly quickly back to the original ...ition. This periodic movement is repeated with a so-called *timing* ...quency, which can be altered according to the group of ranges to be ...ured.




**Figure 3.2** Basic time base generator circuit.

CATHODE RAY TUBE AND TIME BASES. *The cathode ray tube* translates the range information obtained from the transmitted and reference pulses into a visual presentation, the time base, which is a visible trace of electrons on the fluorescent screen of the tube. The process of this translation consists of the following steps:

1. Focusing the electron beam.
2. Deflecting the electron beam.
3. Forming the time base.

The *focusing* of electrons into a concentrated, narrow beam can be effected by either electrostatic or electromagnetic means. In the former type the focusing is accomplished by the application of suitable potentials




**Figure 3.3** Electrostatic focusing (Laurila, 1960).



to the various internal electrodes, while in the latter type the focusing is produced by the action of a direct current flowing through coils mounted externally, through which the electron beam passes. The first type is presented here as an example. In Fig. 3.3 a heated cathode $C$ forms a cloud of electrons around itself, and a cylindrical grid $G$ with slightly negative potential is placed in front of and around the cathode, causing the repulsion of electrons from the grid wall. If an anode $A_1$ having high positive potential is placed in front of the grid, the electrons emerge through the grid toward the anode but in the form of disorganized bundles. By placing in front of the first anode a second anode $A_2$, which is also applied by positive potential, an effect similar to that of a lens system is achieved, and the focusing of the electron beam emerging through the second anode can be controlled by altering the ratio of the two positive anode voltages. The assembly consisting of the cathode $C$, the grid $G$, and the anodes $A_1$ and $A_2$ is called the *electron gun.*

The *deflection* of the electron beam focused as a spot on the screen of the CRT can be accomplished by using either an electrostatic or electromagnetic deflection system from which the electrostatic deflection is presented as an example. In this case, two small metal plates are mounted in the tube parallel to each other and connected by wires to an external source of potential difference so that one plate is made positive with respect to the other. An electric field then exists between the plates in a direction at right angles to the axis of the tube. When electrons leave the electron gun and enter that field in the form of a converging beam, they are repelled by the negative plate and attracted by the positive plate (Fig. 3.4). On leaving the field, the electrons continue in a straight line that makes an instantaneous angle with the axis of the tube; the angle is directly proportional to the voltage difference applied to the plates and inversely




**Figure 3.4** Electrostatic deflecting system (Laurila, 1960).

proportional to the spacing between them. There are two such pairs of plates in the tube. One pair, generally known as the $X$-deflection plates, is mounted vertically and causes horizontal deflection of the beam, the other pair, the $Y$-deflection plates, is mounted horizontally and causes a vertical deflection.

To make the sweep of the electron beam or *time base* visible, the inside of the large end of the CRT is coated with a thin layer of fluorescent material that emits visible light when its surface is subjected to the impact of the electron stream. Thus the focused beam of electrons striking the end of the tube or screen forms a luminous spot. If the electron stream is suddenly cut off, the spot of light does not immediately disappear but continues for a while. This effect is known as the *afterglow*, and its duration is a function of the type of the fluorescent material used. To produce a *linear time base* across the screen, the voltage $V_c$ applied across the capacitor (Fig. 3.2) must change linearly with time. That condition is obtained when the differential $dV_c/dt$ is equal to a constant $K$.

The capacitance $C$ is obtained as a function of the voltage $V_c$ and the charge $Q$ in the following way:

$$C = \frac{Q}{V_c} \tag{3.2}$$

where $C$ is in farads, $V_c$ in volts, and $Q$ in coulombs. By application of the constant condition stated previously into Eq. 3.2, and by appreciation that the capacitance for the particular capacitor is constant, the following expression is obtained:

$$\frac{dV_c}{dt} = \frac{dQ}{dt}\frac{1}{C} = K \tag{3.3}$$

Since the charge $Q$ is defined as product of electric current $I$ and time $t$ differentiation of the product with respect to time yields

$$\frac{dQ}{dt} = I$$

which, when substituted into Eq. 3.3, gives the desired condition:

$$I = CK \tag{3.4}$$

This means that to produce a linear time base, the current $I$ must be constant and the resistance in Fig. 3.2 must be replaced by a constant-current device, such as a saturated diode described in Chapter 2. A linear time base is used in the *Loran-A* navigation receiver, for example.

If two alternating voltages are applied simultaneously to the $X$- and $Y$-plates, which are situated at right angles to each other, the trace of the






Figure 3.5 Generation of circular time base (Laurila, 1960).

...t on the screen forms a pattern known as a *Lissajous figure*. When the ... voltages alternate at exactly the same frequency, the spot will ... ribe a stationary figure, which may be a straight line, an ellipse, or a ... Which of these figures is generated depends only on the phase ...onship of the two voltages applied to the deflecting plates, assuming ... their amplitudes are equal. A *circular time base* is obtained by ...plying equal amplitude voltages 90° or 270° out of phase to the $X$- and ... deflection plates. The generation of a circle by these so-called quadra- ... components of same-frequency sinusoidal voltage is schematized in ... Instruments that use the circular time bases include the Shoran, ... and Tellurometer models MRA-1 and MRA-2.

## Continuous Wave Transmission

...nuous wave (CW) transmission is mostly applied in electronic posi-...ning involving land-to-sea hydrographic surveying or navigation. In ...ase the system is mutually active, which means that active instru-... (transmitters or receivers or both) are located on ground-based

stations and on shipboard. Both circular and hyperbolic modes (Chapte 4) of location are used according to the grouping of the units. As general rule, when the circular mode is applied both the transmitter an the receiver are located on the survey vessel, whereas with the hyperboli mode, usually only the receiver is on shipboard and the transmitters (an receivers) are placed on shore.

The basic concept of CW transmission relies on the condition that al measurements at point $P$ ultimately are made by phase compariso between signals transmitted by stations $A$ and $B$ (Fig. 3.6), where $D_A$ i the distance between $A$ and $P$, and $D_B$ is the distance between $B$ and $P$ If the instantaneous phase values at $A$ and $B$ are designated $\phi_A$ and $\phi$ respectively, then at point $P$, after the signals have propagated over th distances $D_A$ and $D_B$, the phase values of these two signals are

$$\phi_{AP} = \phi_A + \frac{2\pi D_A}{\lambda} \quad \text{and} \quad \phi_{BP} = \phi_B + \frac{2\pi D_B}{\lambda} \qquad (3.5)$$

where $\lambda$ is the common wavelength. From Eq. 3.5 the phase differenc between the two signals at point $P$ is obtained as follows:

$$\Delta\phi_P = \phi_A - \phi_B + \frac{2\pi}{\lambda}(D_A - D_B) \qquad (3.6)$$

The basic equation 3.6 cannot be solved as such for two reasons. First the equation assumes that both base stations are transmitting with th




**Figure 3.6** Phase comparison in CW transmission. In this simplified case $D_A$ = $D_B$, $\Phi_A = 90°$, $\Phi_B = 0°$; thus $\Delta\Phi_P = 90°$.



frequency; thus distinctions cannot be made between the receptions on the two base stations without further arrangements of the transmis- sions. Second, since the initial phase values $\phi_A$ and $\phi_B$ are seldom known, must be "locked" to some standard or their influence on the final measurement must be eliminated. There are several systems availa- that meet the two conditions just stated. They are presented in detail Section 20.2 (Land-to-Sea Survey) and in Part III (Electronic Naviga- but a review is beneficial at this stage.

The transmission frequencies from two (or three) ground-based stations may be different, but they are harmonically related to a basic quency. When received in the survey vessel, the frequencies (which in case are distinguishable from each other) are further multiplied by a of harmonic numbers to produce a pair or two pairs of so-called *parison frequencies*. The phase comparison is done and the lattice is drawn with respect to the comparison waves, which are signific- tly longer than the original transmission waves. In this type of arrange- the instantaneous phase values of the ground-based "side" stations *locked* to the phasing of the "main" station. Therefore, in the monly used vocabulary, the side stations are termed the *slave stations* the main station is termed the *master station* (e.g., *Survey Decca*, rating with transmission frequencies of about 100 kHz).

The transmission frequencies from the ground-based master and slave ions may have exactly the same frequency, but they are sent on a sharing basis to the survey receiver to achieve distinction. Phase parison is made between the original transmitted waves, whose antaneous phase values are phase locked to the master phasing with of an accurate and very stable storage circuit (e.g., *Decca Hi-Fix* operating with transmission frequencies of about 2 MHz).

The transmission frequencies from the ground-based master and slave ions may differ by a small amount, say a few hundred hertz in the band. These transmissions are received in the survey receiver and terodyned down to form a low frequency beat signal or beat note. fixed reference station on shore, the same transmissions are also ed and heterodyned down to the same beat frequency. The beat from the reference station is then sent to the survey receiver by way FM link. In the survey receiver the phases of the two beat notes are ed, and this phase difference is equal to the corresponding phase nce between the original transmissions. Because of the reference the measured phase difference in the survey receiver is indepen- of the instantaneous phase values at the ground stations (e.g., N, operating with transmission frequencies of about 1.5 MHz).

We present a simplified example of the use of the *single sideband* (SSB) transmission technique, which in this case refers to the circular mode. A transmitter onboard a survey vessel transmits continuous waves with the same frequency to two ground-based stations. In the ground stations the transmission is heterodyned down to an intermediate frequency (IF) which is about one-half the received frequency. One base station transmitter is tuned a few hundred hertz above and the other about the same amount below the IF frequency, thus producing beat notes. The beat note from the first ground station is returned to the survey receiver in the form of single sideband (i.e., the upper sideband), and the corresponding beat note from the second ground station is returned to the survey receiver in the form of the lower sideband. In the survey receiver heterodyning similar to that done in the ground stations is performed between the received carriers and the locally generated carrier to produce the reference beat note for purposes of phase comparison. The single sidebands obtained by filtering out the opposite sides of a fully modulated AM signal in this type of application serve two purposes: they establish the distinction between the signals, and they make the transmission more effective, allowing the available transmitter power to be used to greater advantage (e.g., Raydist DR-S).

In the worldwide navigation system (Omega, which operates with a frequency band of about 10 kHz), each of eight existing stations transmits with the same frequency on a time-sharing basis for about one second in turn, every 10 sec, providing station identification. In each station the transmission is locked to the system's frequency and phase by a station *cesium standard* or *atomic clock*; thus any shift in phase measured in a vessel is due only to the change in distance from the vessel to any pair of stations.

There is also a system available that combines continuous wave (carrier wave) and pulse-type transmissions. Pulses are used to determine the coarse distance difference from the survey vessel to two ground stations by measuring the difference in time of arrival of synchronized, pulsed signals from the ground stations. Phase differences are measured between synchronized carriers within the pulses to determine the fine distance difference from the vessel to the same two ground stations (e.g., Loran-C, which operates with a carrier frequency band of about 100 kHz).

### 3.1.3. Microwave Modulation

Since the introduction of the Tellurometer system by T. L. Wadley in the late 1950's instruments utilizing microwave modulation have seen much



in land, sea, and air surveying. The system is composed of two units called the *master* and the *remote*; in most cases the units are interchangeable in that the *distances* between them can be measured by either unit as the master where the measurements are made. The frequencies used vary within the *S*- and *X*-bands. These bands are suitable for all weather operations but are rather vulnerable to ground reflection. To reduce the effect of ground reflection, quite large parabolic antennas produce beamwidths between 2° and 20°, depending on the carrier frequencies used. Also, in the focal point of the antennas two wave dipoles are located at right angles to each other, one for transmission and the other for reception. Both dipoles form 45° angles with the vertical, thus giving better polarizations to reduce the reflection from the ground. Distances to about 150 km can be reached in land surveying with accuracies of a few centimeters. In sea or air applications distances may be much longer but with reduced accuracies of around one meter.

The basic principle in the microwave surveying technique is to *frequency modulate* the carrier wave to form the *modulation* or *pattern frequencies*. The modulation waves are then used in a way similar to that characterizing continuous wave transmissions. Since microwave instruments always measure distances, we can say that the distance is obtained by comparing the phases of the transmitted modulation waves in the master unit to those of the modulation waves returned by the remote unit. The concept of this type of arrangement can be written in the following simple form:

$$D = \tfrac{1}{2}(n\lambda + \Delta\lambda) \tag{3.7}$$

where $\lambda$ is the modulation wavelength, $n$ is an integer amount of whole wavelengths included in the distance, and $\Delta\lambda$ is the fractional part of the last wavelength, obtained from the phase difference between the transmitted and received modulation waves. Because modulation frequencies and wavelengths serve as "yardsticks" in measurements, they are often called *measuring frequencies* and *measuring wavelengths*.

From Eq. 3.7 it is seen that to solve the distance $D$, $\Delta\lambda$ and $n$ must be determined. A detailed analysis of phase propagation is given in Section 3.4, but a simplified outline can be summarized at this stage. A highly stabilized oscillator in the master unit generates the modulation signal which is then applied to the reflector of a klystron. The transmitted carrier is received at the remote unit, which is tuned to a carrier frequency slightly higher than that of the master transmission, to produce an IF frequency. Also in the remote unit a high precision oscillator

generates a modulation signal having a frequency 1.0 or 1.5 kHz (depending on the make of the instrument) lower than the modulation frequency of the master signal, and this signal is applied to the reflector of the remote klystron. The resulting heterodyned 1 kHz beat note now possesses "information" about the phase difference between the two modulation signals *at the remote station*. The phase information is sent to the master station by means of a subcarrier, for example, and is compared there to a similarly heterodyned 1 kHz beat note that possesses information about the phase difference between the two modulation signals *at the master station*. This method of comparing "differences" yields the final phase difference between the transmitted and received *master* modulation waves and is independent of the remote modulation frequency. Depending on the type of equipment used, CRT, resolver, or digital methods can be chosen for phase comparison.

To understand better the determination of $n$ in Eq. 3.7, let us assume that the master modulation frequency is a round number, 10 MHz. The fractional part of the wavelength then can vary between 0 and 15 m presented in distance $D$. This means that only a distance to 15 m could be measured unambiguously or, if any longer distance is measured, its approximate length should be known within 15 m and the last significant digits would be obtained from the fractional part of the wavelength (phase difference). If another round number—say 10 kHz—had been chosen as the modulation frequency, the fractional part of the wavelength would vary between 0 and 15,000 m. In this case distances up to 15 km could be measured unambiguously, but because of the limited possibilities of measuring phase angles accurately, the last few digits would be in error or doubtful. Therefore, more modulation frequencies are needed between these two extreme samples, spaced at intervals of multiples of tens, so that only the first significant digits from each "yardstick" need be used. This would lead to a complicated design of circuitry, capable of handling such a variety of modulation frequencies. The same result, however, can be obtained by utilizing *differences* of modulation frequencies that are close to each other. For example, the difference between 10.000 and 9.990 MHz modulation frequencies would yield the 10 kHz "simulated" modulation frequency. This example represents the method used by all microwave distance measuring instruments to determine the whole, unambiguous length of a line. The selection of modulation frequencies may vary, but a common conclusion in each case is that $n$ in Eq. 3.7 can be regarded purely as a symbol of theoretical consideration, having no practical meaning.



### Cesium Standard; Atomic Clock

...modern electronic surveying and navigation, especially when land-...d transmitting stations are separated by large distances, it is of great ...portance to use methods that allow the transmitting stations to operate ...dependent of each other but in strict synchronization with the "system" ... Omega, Loran-C). In this case the stations are tied to a common ...standard to regulate the frequency and phase. A popular standard today ... the *cesium standard*.

The quantum theory, developed by Planck, Einstein and Bohr in the ... twentieth century, proves that an atom can exist in various quantum ... and that each of these states has a discrete energy $E_i$. With the ...ition of an atom from a higher level to a lower level, electromagnetic ...gy is radiated and has the frequency of

$$f = \frac{E_1 - E_2}{h} \tag{3.8}$$

...here $E_1$ is the energy at the initial level, $E_2$ is the energy at the final ...l and $h$ is Planck's constant. A cesium atom is an atom of alkali ...tal that has a single valence electron. This electron may spin in the ... direction as the nucleus or in the opposite direction creating energy ...ls which are dependent on the direction of the spin. The frequency of ... transition of a cesium atom between these two energy levels, called ... *hyperfine levels*, is 9,192,631,770 Hz, which is the cesium frequency ...andard.

To understand how the cesium frequency standard is used as a refer-... frequency, let us consider that each atom behaves like a small ...magnet in an external magnetic field, where quantum theory requires the ...oms to be polarized into two allowed states, the magnetic moments ...ther "up" or "down." When the beam of cesium atoms leaves the oven ... Fig. 3.7), it is first assumed to propagate through a uniform magnetic ...ld (not shown); thus the plane of the spin is maintained perpendicular ... the direction of travel of the beam. The beam then crosses through a ... *nonuniform* magnetic field caused by the magnet $B_1$, and the atoms ... the beam are deflected in the plane to opposite directions, depending ... the direction of spin of their valence electron. The deflected atoms ... pass through an alternating magnetic field generated by a crystal-...trolled RF oscillator, for example. If the applied radio frequency is in ... resonance with the cesium frequency, a change of polarization ...tion of the atoms occurs, and the atoms have undergone the




**Figure 3.7** Principle of propagation of cesium beam.

transition. Therefore, when the atoms pass through a second nonuniform magnetic field, caused by a similar magnet $B_2$, they are reflected back toward the axis of the beam and they reach the detector *D*. If the applied radio frequency had not been in resonance with the cesium frequency, the atoms could not have undergone the transition and would have been reflected further in the same direction as in the first nonuniform magnetic field (i.e., toward points *P* and *P'*, Fig. 3.7).

In the detector, which is a hot wire of tungsten or platinum-iridium, the atoms are ionized and drawn to a collector plate as an electric current. The current is at its maximum when the number of atoms undergoing the transition is greatest, thus providing means to tune the applied RF in resonance with the cesium frequency by maximizing the current. From this basic frequency other desired frequencies (e.g., transmission frequencies in electronic distance measurements) can be derived by scaling down; the frequencies then can be maintained in synchronization with the cesium standard with an accuracy of about $\pm 5 \times 10^{-12}$.

Because of its high stability, the cesium frequency has been chosen to secure the closest possible agreement with the basic astronomic definition of the unit of time, *the second*. The second of ephemeris time (ET), defined by the International Astronomical Union (IAU) in 1955 as 1/31,566,925.9747 of the tropical year for 1900 January 0 at 12 hr ET, was adopted by the International Committee of Weights and Measures in 1956. The resolution was ratified by the General Conference of Weights and Measures in 1960. Without changing the definition of the second just given, the General Conference defined an *atomic second* in 1964 as



...llows: "The second is the duration of 9,192,631,770 periods of the ...liation corresponding to the transition between the two hyperfine levels ... the ground state of the cesium-133 atom." In 1967 this definition ...ame the standard definition of the second in the International System ... Units (SI). This definition of the second, which is dependent on the ...ium frequency, makes all cesium beam oscillators act as *atomic clocks* ...it can be transported to synchronize clocks far from each other. The ...curacy figure of $\pm 5 \times 10^{-12}$ in maintaining the resonant frequency is ...quivalent to a discrepancy in time of ±1 sec in 15,000 years.

## ...1.5. Antennas

The strength of an electromagnetic energy radiated by an antenna is ...rmed the *field strength;* it refers to a value of the electric field at a given ...oint and is measured in terms of volts per meter. One volt per meter is ...quivalent to a potential of one volt induced in an antenna wire one ...eter long. The variation of the field strength around the antenna system ...n be shown graphically by so-called *polar diagrams*, which indicate both ...agnitude and direction of the field strength for a given distance from the ...tenna.

In low frequency transmissions, tubular antenna masts or towers are ...ed. The height of the antenna assembly, together with an extensively ...ilt ground system, is of prime importance in achieving the most ...ffective transmission output power. The *polarization* of such a transmis-...sion is vertical; that is, the antenna radiates vertically polarized waves, ...ually *omnidirectionally* (i.e., radiation in horizontal plane covers 360°). I... high frequency or microwave transmission it is important to concen-...ate the largest possible part of the radiated energy on the receiving ...tenna of the secondary equipment or on a reflector at the target. A ...ic form of antenna that serves to radiate electromagnetic waves at the ...quency bands stated earlier is the half-wave *dipole*, from which many ... the more complex antennas are constructed. Such an antenna operates ...dependently of the ground and therefore may be installed far above the ...rface of the earth. The directional effects are obtained by phasing and ...cing two or more dipoles so that their resultant polar diagram gives ...ximum value in the desired direction. Such arrays of dipoles may be ...rmed the *plane antennas*. Directional effects are also produced by using ...*rabolic* reflection surfaces, which focus the radiation much as light is ...used in an ordinary automobile headlight.

Although the basic element in short- and microwave antennas is called the half-wave dipole, in practice its physical length is slightly shorter than half a wavelength. This is because the velocity of electromagnetic propagation along the conductor (dipole) is always less than that in the surrounding air (space); also, the dipole is not absolutely isolated from surrounding objects. The physical length of a half-wave dipole can be obtained from the following expression:

$$L = \frac{150}{f} K \tag{3.9}$$

where $L$ is the length in meters, $f$ is the frequency in megahertz, and $K$ is the "velocity coefficient," which is dependent on the wavelength and the thickness of the conductor.

### 3.1.5.1. *Plane Antennas*

Two main dipole assembly types are used in connection with VHF transmissions, namely, the *end-fire* system and the *collinear* system. In the end-fire system two identical dipoles are placed parallel to each other, spaced one-quarter wavelength (90°) apart and driven with equal currents having a phase difference of 90°. The radiation pattern is *unidirectional,*




**Figure 3.8** Polar diagram of end fire antenna system (Laurila, 1960).






**Figure 3.9** Polar diagram of collinear antenna system (Laurila, 1960).

and at point $Q$ (Fig. 3.8), the field strength resulting from the currents in the two dipoles is double the field strength resulting from either of them alone, since by the time the electromagnetic wave leaving dipole $A$ reaches dipole $B$, the wave leaving dipole $B$ will have the same phase; thus the two waves add to produce maximum radiation to the right. By the time the electromagnetic wave leaving dipole $B$ reaches dipole $A$, however, the wave leaving dipole $A$ will be 180° out of phase, causing complete cancellation to the left. The polar diagram is a *cardioid,* where the field strength at the point $P$, at right angles to the line of dipoles is $\sqrt{2}$ times that due to either of the dipoles acting alone. In the end-fire system, maximum directivity is given in the plane formed by the dipoles and along a line normal to their length. An application of the end-fire directivity system is the so-called *Yagi* antenna, where only one dipole is excited. Behind this dipole is placed a *parasitic reflector* dipole, and in front there are several *parasitic director* dipoles.

The basic form of collinear antenna system consists of two horizontal dipoles $A$ and $B$ (Fig. 3.9), separated by distance equal to one-half wavelength and erected to ensure that they are in line, with their free ends directly opposite. Both dipoles are fed in-phase RF currents. The field strength at points $Q$ and $Q'$, which are situated in the line at right angles to the line of dipoles, is double the field strength resulting from either of the dipoles alone, since the currents are in phase, thus additive. At points $P$ and $P'$, which are situated in the plane of dipoles, the field strength is zero, for currents in dipoles $A$ and $B$ are opposite in phase along both extensions of the line $AB$. An application of the collinear system is the so-called *broadside* antenna, where collinear elements are stacked above and below another set of similar elements on the same




**Figure 3.10** Parabolic reflector (Laurila, 1960).

plane, each dipole being spaced one-half wavelength from the adjacent dipole. The directivity of the broadside antenna is perpendicular to the plane formed by the collinear elements.

### 3.1.5.2. *Parabolic Antennas*

Applications of the microwave technique in distance measurements feature reflectors that have the basic shape of a parabola. If a half-wave dipole is placed at the focal point *A* of a parabolic reflector (Fig. 3.10), the reflector concentrates the radiation into a beam parallel to the central axis of the parabola, just as a searchlight reflector focuses a light beam. The transmitted radio beam produced by the parabolic reflector does, however, diverge much more rapidly than an equivalent light beam. It can be shown that the energy transmitted is directly proportional to the area of the reflector "opening" and inversely proportional to the square of the wavelength. The directivity achieved is directly proportional to the diameter of the paraboloid and inversely proportional to the wavelength used. Thus a large reflector and a short wavelength are necessary to obtain a narrow, concentrated beam. Mathematically the directivity—the *beamwidth* in radians—is obtained by the following expression:

$$\alpha = \frac{\lambda}{D} \tag{3.10}$$



re $\lambda$ is the wavelength and $D$ is the diameter of the parabola, both n in the same units. By definition, the beamwidth is the apex angle of one containing one-half the transmitted power and therefore often led the 3 dB beamwidth. For example, the Tellurometer MRA-1 and MRA-4 both use a parabolic reflector with 30 cm diameter. The carrier velength of the former is $\lambda = 10$ cm and that of the latter is $\lambda = 0.8$ cm. The corresponding beamwidths are then approximately 17° and 1.5°, pectively. There are several modifications of parabolic reflectors depending on the need of particular beamwidths in vertical and horizontal nes. Figure 20.36 is a photograph of the rectangular parabolic reflector the Tellurometer MRB-201, which produces a vertical beamwidth of out 20° and a horizontal beamwidth of about 24°. The figure illustrates arrangement of the transmitting and receiving dipoles, which are at ht angles to each others and at 45° angles to the vertical. The larization principle is presented in Fig. 3.11, where horizontal polarization is used as an example.

### 1.5.3. *Effect Factors of Antennas*

If the transmitting antenna were a point source of energy radiating ctromagnetic energy *isotropically* (i.e., uniformly in all directions), the ower flow through a unit area at a distance $R$ from the antenna could be ound by dividing the total radiated power $P$ by $4\pi R^2$. A *directive* antenna, however, concentrates energy in a certain direction, and the ifference observed at some distant point between the power radiated otropically and the same original power radiated by a directive antenna times the *effect factor* of the antenna or the *antenna gain*. The effect ctor $G$ is obtained from the following expression:

$$G = \frac{4\pi(kA)}{\lambda^2} \tag{3.11}$$




**Figure 3.11** Polarization principle.

where $A$ is the geometric opening surface or "aperture" of an antenna, stated in the same units as the wavelength $\lambda$, and $k$ is a dimensionless factor that equals 1.0 when the excitation is uniform in both phase and intensity over the whole aperture of the antenna. The magnitude of the $k$-factor in most parabolic antennas is about $k = 0.65$. The product $(kA)$ is called the *effective surface* of an antenna, $A_e$. If the gain of an antenna is known, the effective surface can be obtained from Eq. 3.11 as follows:

$$A_e = \frac{G\lambda^2}{4\pi} \tag{3.12}$$

To illustrate the magnitude of the effect factor or gain of different parabolic antennas fed by different radio frequencies, let us examine some typical cases.

1. *NASA/JPL/DNS:** Frequency $f = 8450$ MHz, wavelength $\lambda = 0.0355$ m, antenna diameter $D = 9.15$ m. By utilizing the factor $k = 0.65$ and substituting the data into Eq. 3.11, we find the antenna gain to be 425,150 times the isotropic radiation or $G = 56$ dB.
2. *Tellurometer*, MRA-1: Frequency $f = 3000$ MHz, wavelength $\lambda = 0.10$ m, antenna diameter $D = 0.3$ m. The resulting antenna gain is 58 times the isotropic radiation or $G = 8$ dB.
3. *Tellurometer*, MRA-4: Frequency $f = 35{,}000$ MHz, wavelength $\lambda = 0.008$ m, antenna diameter $D = 0.3$ m. The resulting antenna gain is 9020 times the isotropic radiation or $G = 39$ dB.

### 3.1.5.4. *Passive Reflectors; Corner Reflector*

In many radar applications, such as harbor surveys, navigation through narrow waterways, and artificial satellite and lunar tracking operations, passive reflectors play an important role. They may be natural reflecting surfaces or parts of man-made structures, or they may have been built into special form to collect the maximum amount of radiated energy to reflect it back to the energy source. In each of these cases the reflectors absorb the electromagnetic energy and after absorption act in turn as a radiating energy source. The radiation also has a gain compared to the isotropic radiation, as was the case in the original transmitting antenna,

* A worldwide lunar radar time synchronization system, Jet Propulsion Laboratory, Pasadena, Calif. Baumgartner, W. S. and M. F. Easterling. "A World-Wide Lunar Radar Time Synchronization System." *AGARD Conference Proc.* No. 28. Advanced Navigational Techniques (Ed. W. T. Blackband), Technivision Services, Slough, England, 1970.



and this gain is often expressed as the *absorbing* or *electric surface* which is related to the geometric surface of the object by its shape and the wavelength used.

For solid objects whose dimensions are large compared with the wavelength, good approximate values of absorbing surfaces have been computed (*Ridenour*, 1947), and are given below.

1. For a flat sheet with geometric surface $A_p$ perpendicular to the incident beam, an absorbing surface is obtained as

$$\delta_p = \frac{4\pi A_p^2}{\lambda^2} \tag{3.13}$$

2. For a cylinder of radius $R$ and length $l$, an absorbing surface is obtained as

$$\delta_c = \frac{2\pi R l^2}{\lambda} \tag{3.14}$$

3. For spherical surfaces very large compared to the wavelength, the following expression can be used to obtain the absorbing surface;

$$\delta_s = \pi R^2 \tag{3.15}$$

where $R$ is the radius of the sphere.

The gain may be considered as a factor stating how many times the electric surface is larger than the corresponding geometric surface. If the object is either cylindrical or spherical, the geometric surface is that of the cross section, whereas in the case of a plane the geometric surface is the plane surface $A_p$ itself. Thus the gains in the three cases just given will be

$$\Delta_p = \frac{4\pi A_p}{\lambda^2} \tag{3.16}$$

$$\Delta_c = \frac{\pi l}{\lambda} \tag{3.17}$$

$$\Delta_s = 1 \tag{3.18}$$

From Eqs. 3.16 to 3.18 it will be seen first that a sphere reradiates isotropically. Second, if all three geometric surfaces are equal to the same unit area, say one square meter, and the wavelength is given the value of 0.1 m, for example, the gain for the reradiating plane is 1257 compared to 1 for the sphere. The gain for the cylinder depends on the shape of cylinder (length $l$).

This amazing gain for the plane is more or less theoretical, however since it can be achieved in practice only when the incident beam is exactly

perpendicular to the plane. To obtain the high gain of the plane in practice, so that strong reflection is obtained even when the direction of the incident beam deviates greatly from the normal to the plane, a special reflector called a *corner reflector* is used. A corner reflector consists of three mutually perpendicular intersecting metallic plates (Fig. 3.12). If a beam is directed into the corner reflector, triple reflection occurs and sends the beam in the direction from which it came. The maximum geometric surface *BDE* for triple reflection is achieved when the incident beam coincides with the axis of symmetry of the reflector, that is, along the line that makes equal angles with each of the edges. Geometrically speaking, the maximum aperture $BDE = A_r$ is obtained by projecting a regular cube onto a plane perpendicular to its diagonal. If the edge of the corner reflector (i.e., the side of the cube) is symbolized as $a$, the aperture will be

$$A_r = \frac{a^2\sqrt{3}}{2} \tag{3.19}$$

When substituted into Eq. 3.13, this yields the maximum electric surface of a corner reflector with edge of $a$:

$$\delta_r = \frac{3\pi a^4}{\lambda^2} \tag{3.20}$$

To illustrate the effectiveness of a corner reflector, let us take the example of a harbor survey or narrow-water navigation. If the targets are




**Figure 3.12** Corner reflector.



n buoys of rods with 0.1 m diameter sticking up vertically 2.2 m from surface, their geometric surfaces (cross-sections) $A$ will be $0.22\ m^2$. scanning them with a radar that utilizes 3 cm microwaves, we find that electric surfaces of the buoys, according to Eq. 3.14, are $51\ m^2$. If the rods are replaced with corner reflectors having edges $a = 0.5$ m, the maximum geometric surfaces $A$ of the reflectors will be also $0.22\ m^2$, according to Eq. 3.19.

Substitution of the $a$-value, together with the wavelength $\lambda$, into Eq. 3.20 yields the electric surface of the corner reflectors $\delta_r = 655\ m^2$, which shows that by using corner reflectors instead of rods, more than 10 times stronger reflection is produced. However, it should be noted that the direction from which the buoy rods are scanned is of no importance. The direction in scanning the corner reflectors is not very critical either. Simple geometry indicates that the reduction of the electric surface is directly proportional to the square of the cosine of the angle between the incident beam and the normal to the plane *BCD* (Fig. 3.12). Also, to reduce to a minimum the loss of electric surface caused by the erroneous orientation of the reflector, *clusters* of corner reflectors are used, making the target a good reflector in all directions.

### 3.1.5. Radar Equation

Now that we need to measure distances to objects far in space, such as artificial satellites and the moon, solution of the free-space distance problem is gaining ever-increasing importance. To analyze the problem, we consider such elements as the quantitative relations between transmitted and received powers, the design of transmitting and receiving antennas, the target characteristics, and the distance between the transmitter and the target. The equation that expresses the solution as function of these factors is called the *radar equation.*

If we consider a transmitter that transmits a peak power of $P_t$ isotropically, the power is radiated equally in all directions, filling a sphere of constantly increasing radius. As was pointed out in the previous section, the power per unit area at a distance $R$ is equal to the radiated power divided by an area $4\pi R^2$ of the sphere of radius $R$. If the gain of the transmitting antenna is denoted $G_t$, the power per unit area intercepted by the target will be

$$P_t' = \frac{P_t G_t}{4\pi R^2} \tag{3.21}$$

The radiation received in the target or reflector energizes it, and the target will reradiate an amount of power equal to the arriving power per

unit area multiplied by the electric surface $\delta$ of the target; thus the reradiated power will be

$$P_r'' = \frac{P_r G_t \delta}{4\pi R^2} \tag{3.22}$$

This energy has to travel back to the original transmitting antenna over the same distance $R$, and if the effective surface of this antenna is $A_e$, the receiver input power will be

$$P_r = \frac{P_t G_t A_e \delta}{(4\pi)^2 R^4} \tag{3.23}$$

If the transmitting and the receiving antennas are the same, Eq. 3.23 may also be written in another form by substituting $G_t$ from Eq. 3.11 as follows:

$$P_r = \frac{P_t A_e^2 \delta}{(4\pi)\lambda^2 R^4} \tag{3.24}$$

If in lunar applications, where $R$ is large compared to distances on earth, a signal is sent to the moon to be reflected back to another receiving antenna, the effective surface $A_e$ in Eq. 3.23 refers to that of the receiving antenna. Also, when a signal is sent to the moon, the simple expression for $\delta_s$, Eq. 3.15, cannot be used as such in Eq. 3.24. Because of the dielectric characteristics of the moon, $\delta_s$ must be multiplied by a reduction factor $K$, which also depends on the wavelength. For example, in using the wavelength $\lambda = 2.7$ m, the reduction factor is $K = 0.177$ (*Mofenson*, 1946).

## 3.2. LIGHT WAVE TRANSMISSION

The way light is used as a carrier does not have the variety of applications found in the case in radio wave transmission. All today's instruments use amplitude or intensity modulation for distance measurements. The measurements are made by comparing the phases of transmitted and received modulation signals with techniques similar to those described for the microwave applications. For many years the light source for the carrier was the tungsten lamp, which emits a fairly steady and homogeneous white light; the relatively small amounts of power required can be obtained from regular car batteries. The disadvantage of this light source is the small light density in the visible, incoherent region, allowing daytime measurement of distances of only about one kilometer. The next improvement was the use of mercury vapor lamps, which have a light



nsity about 20 times larger than that of the tungsten lamp. Distances to about 10 km could be measured during the daytime, but the power quirement was large and portable generators were needed as a source power.

Emphasis in this section is placed on the description of modern light sources, modulation, and detection of light signals.

### 3.2.1. Lasers

As proposed by Max Planck in 1900, quantum theory stated that radiant energy, such as light waves, consists of definite, elemental quanta of energy. Planck also considered the electron to be an electric oscillator that can emit only whole quanta. This theory was expounded in 1905 by Albert Einstein, who showed that light quanta also are absorbed as entire units, and no fraction of a quantum can be emitted. Einstein gave the radiation quantum the name *photon*, to which he attributed properties of a particle with zero rest mass. At about the same time Niels Bohr proved that only in jumping from one energy level to another does the atom absorb or emit a Planck quantum of radiation. The quantum theory explains the meaning of *luminescence*, which is light emission that cannot be considered to be caused merely by the temperature of the emitting body.

In association with the description of the cesium standard (Section 3.1.1), it was stated that with the transition of an atom from a higher energy level to a lower energy level, electromagnetic energy is radiated. We can now amplify the statement by saying that if electrons in atoms are excited to any higher level, the ultimately occurring return of the electrons to their original energy level is called the *transition*, and it produces the emission of photons with the energy obtained from Eq. 3.8 as follows:

$$E_2 - E_1 = \Delta E = hf \tag{3.25}$$

"natural," nonstimulated fall of electrons from an excited level $E_2$ to lower level $E_1$ causes an emission of photons called *spontaneous emission*. There can be several energy levels where the photons absorbed, and the rate at which the electrons fall to a lower depends on the *lifetime* of the higher level. With reference to level system, this means that the intensity of the emitted light is proportional to the population of electrons on that level and also the of the population, which is exponential (i.e., more photons are




**Figure 3.13** Principle of coherency. (*a*) Coherent light, (*b*) noncoherent light.

emitted at the beginning than later on). This slow process of spontaneous emission can be stimulated by allowing electrons in $E_2$ level, waiting for the spontaneous drop to level $E_1$, to be affected by a field of photons having an energy equal to $E_2 - E_1$. The phases and directions of the stimulating photons are the same as those of the photons of spontaneous emission. As a result of these induced transitions, new photons are produced, and by continuation of the process of the induced transitions, it is possible to build up a large radiation field. The summary-type description of stimulated emission may help to make the acronym "laser" (*l*ight *a*mplification by *s*timulated *e*mission of *r*adiation) easier to understand. Since each photon in the process just explained has an energy of exactly $hf_{12} = E_2 - E_1$, thus the same wavelength and frequency, the photons are said to have *temporal coherency*. Also, because of their exact phasing, the photons are said to have *spatial coherency*. Given this combined coherency, the laser emission is able to radiate very narrow, concentrated beams over large distances. Figure 3.13 illustrates the difference between additive coherent waves and nonadditive waves of ordinary light.

The ratio of the number of electrons at levels $E_1$ and $E_2$ for a system in *thermal equilibrium* is given by

$$\frac{n_2}{n_1} = e^{-(E_2 - E_1)/kT} \qquad (3.26)$$

where $n_2$ is the number of electrons at level $E_2$, $n_1$ is the number of electrons at level $E_1$, $E_2$ and $E_1$ are the corresponding energies, $k$ is the Boltzmann factor, and $T$ is the temperature. The equilibrium is established (*a*) by spontaneous emissions from level $E_2$ to level $E_1$ (*b*) by delivering the energy from these transitions to the system and by using



the resulting electromagnetic field to cause transitions from level $E_1$ to level $E_2$, resulting in absorption at level $E_2$, and (*c*) by stimulated emission from level $E_2$ back to level $E_1$. Thus in thermal equilibrium the absorption equals the sum of the spontaneous and stimulated emissions, the contribution of the latter being negligible. The foregoing summary and Eq. 3.26 indicate that two conditions must be fulfilled to build up an effective laser system. First, the photon density that affects the stimulation of emissions must be increased by causing the photons to undergo several multireflections between two solid surfaces in the laser. Second, the stimulated emission must be made greater than the absorption. In thermal equilibrium, $n_2 < n_1$ if temperature $T$ is assigned any positive value: it means that there are more electrons at level $E_1$ than at $E_2$, thus the absorption is greater than the stimulated emission. To fulfill the second condition, the population in levels $E_1$ and $E_2$ must be changed, making $n_2 > n_1$. This is called the *population inversion*, and it is established by pumping either optical or electrical energy to the atoms at level $E_1$ to excite them into the $E_2$ energy level. Population inversion is often called "negative temperature state" because according to Eq. 3.26 it is possible only when $T$ is given a negative value. In practice, however, this odd-looking phenomenon has little importance, since Eq. 3.26 simply is no longer valid when the equilibrium is disturbed by an outside energy excitation (pumping).

All practical lasers involve more than two energy levels. In the three-level system presented in Fig. 3.14, $E_2$ is the upper laser level and $E_1$ the lower laser level, in this case the ground level. The desired laser radiation operates with the frequency of $f_{21} = (E_2 - E_1)/h$; thus the condition $n_2 > n_1$ must be achieved, and this can be done by proper arrangement of the lifetimes of different levels. First the electrons are excited to the level $E_3$




**Figure 3.14** Energy levels in three-level laser.

by some pumping process but since this level has a very short lifetime for transitions to level $E_2$, however, electrons fall very rapidly to that level without radiating light but giving up the energy difference $E_3 - E_2$ of this transition in the form of heat, for example. If the lifetime of level $E_2$ is long, electrons are reluctant to leave it; therefore this level is called the *metastable level*. The importance of this level becomes quite obvious if the rate of decay from $E_2$ to $E_1$ is smaller than the rate of transition from $E_1$ to $E_3$, because the electrons tend to accumulate into level $E_2$, thus producing a large population inversion in that metastable level.

### 3.2.1.1. *Ruby Laser*

The ruby laser is a *solid state laser*, first demonstrated by *Maiman* (1960). Ruby is crystalline aluminum oxide, in which a small fraction of the aluminum atoms is replaced by chromium atoms. It is a three-level laser, and the stimulated chromium atoms through the transition between the metastable and ground levels emit red light with a wavelength of $\lambda =$ 6943 Å. The ruby crystal is used in a form of a rod that is cut so that the ends are parallel to each other and perpendicular to the axis of the rod. The ends are polished and coated with highly reflective material acting as mirrors, but one of the mirrors is made semitransparent, letting a fraction of the light leak out of the system as the laser output. Inside the ruby rod, which functions as a solid cavity, the stimulating photons reflect between the end surfaces and cause the induced transition to the electrons in the metastable level. Spatial coherency is always achieved when an integer number of half-wavelengths are included in the distance separating the mirrors. Because of the shortness of the wavelengths, the mechanical spacing of the mirrors is not critical: there are always some portions of the spacing that satisfy the above-mentioned condition.

Population inversion in a ruby laser is obtained by utilizing *optical pumping*, which in this case means that the atoms at ground level are illuminated by light with a wavelength shorter than that of chromium emission. Light used for the pumping is in the green part of the spectrum. If the levels are numbered 1, 3, and 2 (Fig. 3.14), the energy difference $E_3 - E_1$ refers to the green light, and electrons are raised from ground level (state) $E_1$ to level $E_3$, which is very unstable. The lifetime of this level is extremely short, and electrons decay rapidly to the metastable level $E_2$, giving out the energy difference $E_3 - E_2$ as heat. The mean lifetime of the metastable level is about 5 msec, and great population inversion occurs.

In practice optical pumping is arranged by wrapping a xenon flash tube around the ruby rod; a pulse of very intense light is created by discharging a capacitor through the tube. We have been discussing the desirability



stimulated emission in general, but in the case of the ruby laser an important phenomenon should be observed. During the xenon flash, which has a sharp onset and a more slowly diminishing tail, stimulated emission from the metastable level to the ground level occurs every time the flash intensity is large enough to create population inversion. The level of this occurrence is called the *threshold pumping level*, and the resulting laser outputs consisting of intense short spikes have amplitudes that follow closely the intensity of the flash. The spikes occur in high frequency throughout the flash exposure, exceeding the threshold level. During the formation of these spikes, the population of the metastable level diminishes, thus the creation of controlled, large laser pulses becomes impossible because of lack of large population concentration in the metastable level. Therefore, a means of "spoiling" or preventing the stimulated emission temporarily is required. It is obvious that the discontinuation of the stimulated emission and the continued pumping of more energy into the system creates a giant population inversion, that when released for transition, causes a giant controlled pulse. This process is called the *Q-spoiling* or *Q-switching*, where $Q$ is the quality factor of the resonant structure. The $Q$-switching effect can be achieved in several ways. Mechanically it is possible if one replaces the back-end mirror of the ruby by a mirror that can be rotated at high speed around an axis perpendicular to the axis of the ruby. By controlling the speed of rotation of the mirror, the ruby can be made to act as a cavity resonator during a desired period only. The same effect is also produced by using a fast electro-optical shutter, such as the *Kerr cell* described in Section 3.2.3.

### 3.2.1.2. *He–Ne Laser*

Whereas the ruby laser, a high-powered pulsing-type laser, is used mainly in space applications, many other surveying operations require low powered continuous wave lasers, whose beams can be modulated like any other steady light source. The solution is the gaseous laser, in which the excitation of atoms is established by electric discharges. This discharge in a *plasma tube* containing mixture of gases can be produced either by a high frequency (RF) voltage or by applying a DC between two electrodes within the plasma tube, the latter method being more popular electronic distance measuring equipment today. The processes involved the desired population inversions in the gas to build up the population densities at the different levels necessary for oscillation.

In the *He–Ne laser*, helium and neon gases are mixed, usually in a ratio about 10:1. The electric discharge creates in the gas electrons that

excite the atoms from the ground state to the metastable levels. Helium atoms in the excited state have a long lifetime, and once they are excited to the metastable level they lose their energy not by spontaneous radiation, but by a process of collisions with neon atoms. With reference to Fig. 3.15, let us consider that through the electrical pumping process the helium atoms are excited to level $2s$, which has nearly the same energy as level $3s$ of neon. Energy is transferred from level $2s$ to level $3s$ by collision of the helium and neon atoms, and because of the long lifetime of level $2s$ and its proximity to level $3s$, large population inversion occurs at level $3s$ especially because $2p$ is not a ground state but a relatively quickly decaying excited state. The inversion condition $n_{3s} > n_{2p}$ is therefore easy to obtain. We omit other levels and transitions in this description, emphasizing only the transition between levels $3s$ and $2p$ of neon atoms giving off stimulated emission at a wavelength of 0.6328 $\mu$m or 6328 Å in the visible red spectrum, which is used in modern electronic surveying equipment. Gas lasers are able to operate in the continuous wave mode, the population of the $3s$ level being created at the same rate that the stimulated emission depopulates it. Thus the desired laser emission is produced by transitions in the Ne atoms, whereas the primary purpose of the He atoms in the mixture is to intensify the excitation process. The average energy output of a high-powered gas laser ranks among the best obtained so far.

The He–Ne laser consists of a glass or plasma tube filled with the gas mixture, the electrodes or other means for creating a discharge in the gas




**Figure 3.15** Energy levels in He–Ne laser.






**Figure 3.16** He–Ne laser.

ture, and an electromagnetic resonant system, built by placing mirrors both ends of the tube. The mirrors may be either plane or spherical d are usually placed outside the tube. The photons inside the tube lect from mirror to mirror until a certain level in coherency is reached; n about 0.5% of the photons hitting one of the mirrors pass through, viding output beam energy of the laser. This condition is achieved by uring that one of the mirrors has a finite transmission. Because the sma tube is a gas-filled closed tube, the photons must pass through its d windows, and to minimize the reflection of photons from them, the ndows are placed at a certain angle called the *Brewster angle* with the of the tube. At this angle only plane polarized light is transmitted rough the Brewster window and reflected back to gas from the end rrors (Fig. 3.16). This property can be used in advance in light dulation (Section 3.2.3).

## 3.2.2. Luminescent Diodes

the recombination of electrons and holes in a semiconductor or by the excitation of carriers from higher impurity levels to the equilibrium tes, light is given off by the material. This light emission is called *minescence*, and it is created independently of heating the material. If excitation source is current passing through the material, the phenomen is called *electroluminescence*. When carriers are injected across a ward-biased *p-n* semiconductor junction, the electrons and holes ombine, electrons drop from the conduction band to the valence band, d emission of photons monochromatic within the band width occurs m the junction. The material used to fabricate the semiconductor, thus energy gap ($E_2 - E_1$), determines the wavelength of the radiation. In electronic distance measuring equipment designed for short dis-ces, gallium arsenide alloy (Ga–As) in the luminescent diodes pro-es the necessary light source for transmission. Since the wavelength of

Ga–As emission is in the infrared region ($\lambda$ – ca 0.9 $\mu$m), the diodes are referred to by the instrument manufacturers as *infrared diodes* or simply *Ga–As diodes.* The emission of such diodes is spontaneous, thus spatially incoherent, and to produce a narrow beam the diode must be placed in the focal point of the optical system of the transmitting instrument. The great advantage in using Ga–As diodes in distance measuring equipment lies in the rapid variation in the intensity of emission in accordance with the applied voltage. Therefore, no separate light modulator is needed because the desired intensity or pattern modulation is obtained directly from the diode by RF-controlled voltage.

The spontaneous recombination radiation of the Ga–As diode also can be made temporally coherent, and diode then acts like a laser—the *semiconductor laser.* To make this possible, population inversion is needed at the junction, and a resonant system must be built within the semiconductor. The first requirement is satisfied by applying a bias current large enough to build up large concentrations of electrons within the conduction band and of holes within the valence band: minority carriers become majority carriers, and population inversion results over an *inversion region.* The second condition can be fulfilled by constructing a (solid) resonant cavity in the junction region by polishing the faces perpendicular to the crystal plane, thus forming a thin (ca. 1 $\mu$m) depletion layer, where the photons cause stimulation.

Ga–As diodes emit light in the invisible infrared region of the spectrum suitable for distance measurements even during daytime, but through the proper selection of various impurities, it is possible to construct light-emitting diodes (LED) giving off light in the visible band. These diodes are important as "electronic dials" in pocket and desk calculators and most of all as distance displays in electronic distance measuring equipment. Arrays of LEDs can be used to form letters and numbers that can be switched on and off in nanoseconds and require very little power.

### 3.2.3. Light Modulation

All electronic distance measuring equipment using light sources other than the infrared emission from the Ga–As diode need a modulator to form the sinusoidal light intensity variation to the light carrier. In instruments utilizing noncoherent, nonpolarized light, the *Kerr cell modulator* is a common component. In the operation of the Kerr cell modulator, sometimes also called an *electronic shutter*, three double refractions occur in sequence. The light beam emerging from the light source $L$ (Fig. 3.17$a$) passes through a *polarizer P.* Already in the early seventeenth






**Figure 3.17** Kerr cell as light modulator. ($a$) Principle of Kerr modulation, ($b$) ... intensity component leaving modulator.

century, *Bartholin* proved that a ray of light incident on a plate of calcide ... split into two rays, the *ordinary ray* and the *extraordinary ray*, which ...tter mainly in that the former ray obeys Snell's law of sines and the latter does not. This characteristic of double refraction will be observed ...ter in the construction of the polarizer, but the important result of Bartholin's discovery is that the light entering the polarizer vibrates in all ...nes containing the ray, but after leaving the polarizer the vibration ...urs only on two planes that are perpendicular to each other, namely, ...e defined by the ordinary and the extraordinary rays. The rays are ...id to be linearly or *plane polarized*. If the polarizer is to serve any ...ctical purpose, one of the polarization planes must be removed, thus ...ting plane polarization in one direction only, say vertical. *Nicol prisms* used as polarizers, and they are constructed by cutting two pieces of ...he crystal in a special way and cementing them together with silicone ... Because the critical angle for total reflection is less for the

ordinary ray than for the extraordinary ray, the cutting must ensure that the angles between the unpolarized ray and the incident surface of the prism and between the ordinary ray and the cemented surface of the prism cause a total reflection for the ordinary ray but pass through the extraordinary ray, which is vertically polarized.

Now let us assume that the light beam entering another similar Nicol prism $A$ has undergone double refraction and total reflection, making the prism a horizontally polarizing device called an *analyzer*. Because the polarization planes of prisms $P$ and $A$ are at right angles to each other, no light can emerge from prism $A$. Since the relationship between the light intensity that enters the prism and leaves it is a function of the angle between the *privileged directions* of prisms $P$ and $A$, theoretically the intensity could be controlled by rotating the prisms. This, of course, would lead to mechanical impossibilities; besides, a sinusoidal variation is needed for modulation.

In practical arrangement of the Kerr modulator, the Kerr cell $K$ is placed between the two Nicol prisms. The Kerr cell is a closed glass cylinder filled with purified nitrobenzene, which has a high refraction capability. If a strong electric field is applied in a direction perpendicular to the axis of the cylinder (beam) through parallel plates placed at an angle of 45° with the plane of polarization from the first prism, double refraction or birefringence occurs. As a result, the plane-polarized light beam is resolved into two components, one perpendicular and the other parallel to the electric field. In nitrobenzene the index of refraction, thus the velocity of light vibrating in the direction of the electric field, is slightly different from the velocity of light vibrating perpendicular to it. Therefore when the two components have traveled through the Kerr cell, a phase difference is produced, and the following conclusion can be made: if two light components with equal frequency but having a constant phase difference vibrate at planes perpendicular to each other, the combination of the vibrations results in an ellipse in the plane perpendicular to the direction of the light beam. The light is then said to be *elliptically polarized*. To produce sinusoidal modulation, an AC voltage is applied across the electrodes, and the voltage variation changes the characteristics of the ellipse (rotation and shape) analogously to those of the Lissajous figures. Variation of the applied voltage causes variation of the intensity of light passed by the analyzer prism, and the instantaneous intensity is the horizontal component of the elliptically polarized light, which is obtained as the projection $R$ of the ellipse on a horizontal axis (Fig. 3.17*b*).

The applied voltage $V = V_0 \sin \omega t$ includes the positive and negative



cycles, but since the intensity of the emitted light cannot have negative values, a bias voltage larger than $V_0$ can be applied to the electrodes.

Many instruments that utilize the He–Ne laser as the light source have a *Pockels* modulator, consisting of several crystals of potassium dideuterium phosphate (KDP). The velocity of light passing these crystals is different for the two perpendicular oscillation directions of the light when an electric field is applied across the crystal. This means that if linearly polarized light enters the crystal, one of the perpendicular components of light will be slowed down during its passage through the crystal. The polarization will therefore change to elliptical (circular), and if the delay corresponds to one-quarter wavelength, the polarization will be linear but with the direction of polarization rotated 90°. The delay of 90° is produced by placing a thin mica or quartz plate, known as the *quarter-wave plate*, in front of the light beam entering into the modulator. The analyzer has its polarization plane parallel to the linearly polarized beam emerging from the modulator and permits the light to pass through. The intensity of the modulated light follows the applied voltage, thus forming sinusoidal light intensity modulation. The first polarizer used in connection with the Kerr cell is not needed because of linear polarization of the laser beam caused by the Brewster effect. The Pockels modulator today is considered faster and more accurate than the Kerr modulator, which is slightly affected by impurities in the nitrobenzene.

## 3.4. Light Detection

The detection of modulated light signals in electronic distance measuring equipment in which visible light is a carrier is exclusively done by the *photomultiplier*. As the name suggests, the energy impinging on the photomultiplier in the form of photons is converted into energy of electrons and is multiplied enormously by using the energy source of the driving circuitry. But the energy needed to remove electrons from the metallic surface of the photomultiplier cathode is supplied by the incoming light signal, and the process is called *photoelectric emission*. The energy a photon can give to an electron in a solid when light strikes the surface of the solid is the already familiar value $W = hf$, where $h$ is Planck's constant ($6.63 \times 10^{-34}$ J/sec) and $f$ is the frequency of light. If electrons are to be removed from metal, a certain minimum energy must be given to the electrons to free them from the solid. This minimum energy is called the *work function*, $W_w$. Thus if the energy given to

electrons by photons is $W$ and the work function of that particular met[al] is $W_W$, the electrons escape from the metal with energy of

$$W_e = W - W_W \text{ joules} \tag{3.27}$$

The multiplication of energy in the photomultiplier is achieved by the so-called *secondary emission*. If energetic electrons strike a surface of a metal, they transmit energy to the metal through collision, and depending on whether the energy given by the *primary electron* to the *secondary electron* in the metal is greater than the work function, one or more secondary electrons may escape the metal. The multiplied number of electrons can then be accelerated to strike another surface, and the process is continued until the desired energy level is reached.

The construction of a photomultiplier consists of the cathode $C$ (Fig. 3.18) coated with a semitransparent layer of photoemissive material. When light impinges on the cathode the emitted electrons are focused on an electrode $D_1$ called a first *dynode*, which has a positive charge relative to the cathode. The dynode is usually a metal or an alloy having a low work function, such as cesium antimonide, potassium chloride, or silver oxide on silver; the silver alloy yields 8 to 10 secondary electrons for every primary electron (*Pederson et al.*, 1966). The most stable photomultiplication, however, is obtained by producing only 2 or 3 secondary electrons. The multiplied number of electrons is then directed to a second dynode $D_2$, where again multiplication occurs because the positive charge of the second dynode is larger than that of the first dynode. The total number of dynodes in a photomultiplier can be 9 or 10, and their shape and relative positioning depend on the type of photomultiplier used. The multiplied stream of electrons is finally collected by the collector plate $P$ at the end of the tube. The overall amplification of a photomultiplier is directly proportional to the expression $\delta^n$, where $\delta$ is the average number of




**Figure 3.18** Photomultiplier tube.



[sec]ondary electrons and $n$ is the number of dynodes, the total amplifica[tion] ultimately depending on efficiency factors between dynodes. In an [aver]age photomultiplier the total gain of an electron stream is of the order [of s]everal millions. Through the operation of a photomultiplier, very [smal]l light intensity variations are converted to relatively strong electric [sig]nals of the same variation frequency.

In electronic distance measuring equipment in which infrared radiation [is the c]arrier is produced by Ga–As diodes, the modulated light signals are [detec]ted by junction diodes called *photodiodes*. In Section 2.7.1 we [expla]ined how the electron-hole recombination process in a forward-biased [p-n] junction diode causes holes act as the majority carrier, the current [flow]ing through the junction from $p$ to $n$. Also, in Section 3.2.2 it was [show]n that in a forward-biased luminescent diode the recombination of [elec]trons and holes causes electrons to drop from the conduction band to [the] valence band, and photons are emitted. If the bias is reversed, the [lig]ht emitting diode becomes the photodiode. The principle of *photocon[duct]ivity*, which is the capability of a semiconductor to conduct light, is [disc]ussed briefly in the following paragraph.

In a $p$-$n$ junction diode there are very few minority carriers (holes) in [the] $n$ type material and very few minority carriers (electrons) in the [p] type material. If the diode is made reverse biased (i.e., if the positive [ter]minal of the DC power supply is connected to the $n$-side of the diode), [the] holes formed in the junction region itself or in the $n$-type material [clo]se to the junction will be attracted into the $p$-type material by the [ele]ctric field across the junction. Similar movement occurs among the [elec]trons in the $p$-type material, where they are the minority carriers but [in] the reverse direction. This movement of charge carriers, which is the [con]sequence of *electron-hole pair* (EHP) *production*, results in a flow of [cur]rent through the diode, which, however, is very small without the [pres]ence of an outside energization source because a very limited number [of e]lectron-hole pairs are generated. This current is called the "dark [cur]rent" of a photodiode. If light impinges on the $p$-$n$ junction, photons [hav]ing energy larger than that of the energy gap will produce charge [carr]iers. If the energy equation (Eq. 3.25) is satisfied, great concentration [of m]inority carriers occurs, and electrons are raised from the valence [ban]d to the conduction band. The current that now flows through the [pho]todiode in the $n \rightarrow p$ direction is the sum of the dark current and the [phot]o current. The increase of this current is proportional to the number [of p]hotons that produce EHPs; thus variation in the strength of the [out]put electric current follows the level of illumination or the intensity of [the r]eceived light.

The main characteristics of photodetectors can be summarized follows. Photomultipliers offer fast response, good stability, and ease designing circuitry, because no further amplification is needed. Photo diodes are compact in size and shape, and when equipped with a low noise preamplifier, they detect smaller signals than photomultipliers. They also have good efficiency in the infrared region.

# Part TWO

# ELECTRONIC SURVEYING

Chapter

FOUR

# EOMETRY OF ELECTRONIC URVEYING

geodetic sciences aim to measure the shape and size of the earth, to ablish a network of points correctly located on the reference ellipsoid, to fill this framework by producing a correctly scaled map that tains all the details and information needed for various purposes. The cution of these goals calls for teamwork among construction en- eers, land surveyors, geodesists, geophysicists, hydrographers, and igators. Before the development of modern electronic and electro- ical methods and instrumentation, the work was primarily based on surements of angles by theodolites and measurements of distances by s or wires.

In the use of a variety of instruments based on electromagnetic radia- n, *distance* can be considered to be the basic unit. Distances serve ineers in testing minute movements of constructions, surveyors in suring sides in traversing, geodesists in establishing calibration elines or in measuring the sides in trilateration networks, and physicists in observing lateral crustal movements. Distances observed m two known stations to determine the location of a new point can be med distance intersection and classified as a *circular* approach. This thodology is commonly used by surveyors, geodesists, and hydrog- phers to expand the number of known points in a surveyed area: in h applications the procedure is usually called *control point extension.* ally, *distance differences* can be measured to create two families of

hyperbolas for positioning new points. The *hyperbolic* approach is widely used by hydrographers operating off-shore and by navigators.

## 4.1. GEOMETRY OF HYPERBOLIC LOCATION

The geometry of hyperbolic location, the construction of hyperbolic lattice charts, and the analysis of the errors and variables involved differ essentially from those described in Section 4.2, where we study circular location. In hyperbolic location, three ground-based transmission stations are needed, compared with two in the circular case. Since the hyperbolic principle is primarily utilized in offshore hydrographic surveying and long-distance navigation, the better intersection angles that are obtained even at long distance from the ground stations, can be counted an advantage. To help the reader to follow more complicated computations and applications later, basic concepts about the characteristics of hyperbolic patterns are presented. A *hyperbola* is the locus of a point that moves so that the difference of its undirected distance from two fixed points is always equal to a constant. The use of this definition in hyperbolic surveying methods is illustrated in Fig. 4.1. Two stationary radio stations are situated at the fixed points $A$ and $B$, which are called the *foci*, and a mobile station is situated at point $P$. If the station moves from point $P$ to point $P'$ so that the distance differences $PA - PB \cdots P'A - P'B$ read at the mobile station are kept constant, we know that it has moved along a curve that is a hyperbola. The numbers and intervals of adjacent hyperbolas are dependent on the units preselected to establish the hyperbolic patterns. Usually these units are defined by the electronic characteristics of the systems employed.

In the case illustrated, the $AB$ hyperbolic pattern takes numbers from 10 to 18 and the coordinate value of point $P$ is $P_B = 11.00$. To get a definite location of point $P$, we need another pattern of hyperbolas. This means that another pair of fixed points must be established. In practice only one extra point $C$ is needed, since both patterns can have mutual point $A$. Numbering this new set of hyperbolas from 1 to 9, the coordinates of the point $P$ will be

$$P_B = 11.00$$
$$P_C = 3.00$$

It must be noticed, however, that ambiguity still exists in the definite location of point $P$, since the hyperbolas $B = 11.00$ and $C = 3.00$ also intersect each other at point $P''$ on the other side of the baselines $BAC$. In






**Figure 4.1** Principle of hyperbolic location (Laurila, 1960).

practice this is not a real problem, since the locations of points to be fixed usually are known with an accuracy that is rough, but sufficient to distinguish between these two opposite cases.

Hyperbolic location methods can be divided into two groups according to the electronic principles employed to find the distance differences. Distance differences can be determined either by pulse-type equipment such as Loran, or by comparing phase differences of continuous, unmodulated waves (Decca) or heterodyned signals (Raydist) at the point to be fixed. Figure 4.1 represents an application of control point extension.

Long line determinations by hyperbolic systems based on phase difference measurements are made in the following way. Aircraft or surface vessels carrying phasemeters travel around the base between two points at which the transmitting stations are situated; these points represent




**Figure 4.2** Long line measurement by hyperbolic method (Laurila, 1960).

terminals of the line to be measured. Observations are made along both extensions of the line (Fig. 4.2), and according to the general principle of phase difference measurements, a maximum value is obtained along one extension and a minimum value is obtained along the other extension of the baseline. Since the velocity of electromagnetic waves through the medium and the frequency used for transmission are known, the length of the baseline can be calculated. If pulse-type equipment is used, similar observations are made based on time difference measurements along both extensions of the baseline.

### 4.1.1. Derivation of Hyperbolic Coordinates

In hyperbolic location the center station in the configuration is called the master station because it controls the functioning of the two other stations, the slave stations. To distinguish the hyperbolic lattices appearing on the map or chart, one set is printed in green and the designated symbol for this slave station is *G*. The other set is printed in red, and that slave station is designated *R*. Because of the difference in electronic principles, continuous wave and pulse-type methods are treated separately.

In the continuous wave (and heterodyne) methods, the *hyperbolic coordinate* value *N* at any point *P* is the number of hyperbolas of zero phase difference that are numbered starting with a value of zero at the master station. The derivation of the hyperbolic coordinate $N_R$ at point *P* for the red family of hyperbolas is illustrated in Fig. 4.3, where $S_R$ is the length of the red baseline, $r_M$ is the distance between the master station and point *P*, and $r_R$ is the distance between the red slave station and point *P*. When the master transmission reaches points *P* and *R*, the phases lag






**re 4.3** Determination of hyperbolic coordinates (Laurila, 1960).

hind their values at the master station by

$$\Phi_{MP} = \frac{2\pi r_M}{\lambda_R} \quad \text{and} \quad \Phi_{MR} = \frac{2\pi S_R}{\lambda_R} \tag{4.1}$$

pectively, where $\lambda_R$ is the wavelength for the construction of the lattice arts. When the red slave transmission reaches point *P*, the phase lags hind its value at the slave station by

$$\Phi_{RP} = \frac{2\pi r_R}{\lambda_R} \tag{4.2}$$

e phase of the red slave transmission is phase locked to the master nsmission in the red slave station by $-\Phi_{MR}$, and the phase difference aster slave) at *P* is therefore

$$\Delta\Phi_R = \Phi_{MP} - (\Phi_{RP} - \Phi_{MR}) \tag{4.3}$$

, when values from Eqs. 4.1 and 4.2 have been substituted:

$$\Delta\Phi_R = \frac{2\pi}{\lambda_R}(S_R + r_M - r_R) \tag{4.4}$$

The phasemeter itself cannot distinguish phase differences that are ultiples of $2\pi$, but the phase-indicating pointer, which makes one evolution for a phase change of $2\pi$ rad, is geared to a second pointer at gives the total number of revolutions made. The fractional part of the st revolution is now obtained by dividing both sides of Eq. 4.4 by $2\pi$ as ollows:

$$\frac{\Delta\Phi_R}{2\pi} = N_R = \frac{1}{\lambda_R}(S_R + r_M - r_R) \tag{4.5}$$

or

$$N_R = \frac{f_R}{c}(S_R + r_M - r_R) \quad (4.6)$$

where $c$ is the propagation velocity of electromagnetic waves and $f_R$ is the frequency representing the wavelength $\lambda_R$.

In the case of the phase difference principle, the wavelength $\lambda_R$ used for constructing the hyperbolic lattices served as a "yardstick." If a pulse-type instrument is used, a predetermined *time difference* $dT$ is the "yardstick" that defines the interval between two adjacent hyperbolas. The hyperbolic coordinate in this case can be derived much as before. The time elapsed for the master transmission to reach point $P$ is

$$T_{MP} = \frac{r_M}{c} \quad (4.7)$$

where $c$ is the propagation velocity of electromagnetic radiation. The time elapsed for the master transmission to reach the slave station $R$ plus the fixed coding delay needed before the master signal triggers the slave transmitter into action is

$$T_{MR} = \frac{S_R}{c} + k \quad (4.8)$$

where $k$ is the coding delay in units of time. Finally, the time needed for the slave transmission to reach point $P$ is

$$T_{RP} = \frac{r_R}{c} \quad (4.9)$$

and the time difference at point $P$ will be

$$\Delta T_R = T_{MP} - (T_{RP} - T_{MR}) = \frac{1}{c}(S_R + r_M - r_R) + k \quad (4.10)$$

Since $dT$ defines the interval of adjacent hyperbolas, the following quotient yields the hyperbolic coordinate $N_R$:

$$\frac{\Delta T_R}{dT_R} = N_R = \frac{1}{dT_R c}(S_R + r_M - r_R) + \frac{k}{dT_R} \quad (4.11)$$

### 4.1.2. Lanewidth on the Baseline

The interval between two adjacent hyperbolas is called the *lane* and its value on the baseline is designated by a symbol $l'$. The number of lanes included in the base and the lanewidth on the baseline are obtained from Fig. 4.3 by assuming first that point $P$ is moved at the master station $M$. Then in the case of continuous wave applications $r_M = 0$ and $r_R = S_R$, and Eq. 4.5 is $N_{R\,\min} = 0$. If point $P$ is moved at slave station $R$, $r_M = S_R$ and $r_R = 0$, and Eq. 4.5 becomes



$$N_{R\,\max} = \frac{2S_R}{\lambda_R} \quad (4.12)$$

which indicates the number of lanes included in the baseline. The lanewidth on the baseline is obtained by dividing the length of the base $S_R$ by the number of lanes ($N_{R\,\max} - N_{R\,\min}$) as follows:

$$l' = \frac{\lambda_R}{2} \quad (4.13)$$

which means that the lanewidth on the baseline is equal to one-half the wavelength.

For a pulse-type instrument we use Eq. 4.11 and a procedure similar to the one just described to obtain the total number of lanes by

$$N_{R\,\max} = \frac{2S_R}{dT_R c} \quad (4.14)$$

The lanewidth on the baseline yields

$$l' = \frac{dT_R c}{2} = \frac{dS_R}{2} \quad (4.15)$$

From Eqs. 4.13 and 4.15 it is seen that the lanewidth on the baseline in all hyperbolic location methods is one-half the original yardstick applied to that particular method. From the derivations of Eqs. 4.12 and 4.14 it also becomes obvious that along the extension of the baseline at the master end, the hyperbolic coordinate $N$ remains as a minimum constant (or zero), and along the extension at the slave end it remains as a maximum constant.

### 4.1.3. Direction of Hyperbola

The direction of a hyperbola at any point $P$ (Fig. 4.4) is obtained by assuming that a receiver moves from point $P$ to point $P'$ so that both distances $r_M$ and $r_R$ from the point to the master and the slave stations change by an equal amount $dr_M = dr_R$. The lane reading will not change; thus the direction $PP'$ coincides with the direction of a hyperbola.




**Figure 4.4** Determination of direction and lanewidth of hyperbola at point P (Laurila, 1960).

Since the triangles $AAP'$ and $BPP'$ are symmetrically equal, the line $PP'$ bisects the angles $APB$ and $MPR = \beta_R$, hence the following definition can be set down: *the direction of a hyperbola at any point coincides with the bisector of the angle formed by the lines joining the point to the pair of stations.*

## 4.1.4. Lanewidth, General Case

To derive the formula for a lanewidth $l$ (Fig. 4.5) at any point in the hyperbolic system as a function of the lanewidth $l'$ on the baseline, Fig. 4.5 is used. This gives the number of a hyperbolic coordinate when the phase difference system is employed. The result of the derivation, however, is independent of the electronic features, thus is universally applicable to all hyperbolic systems, regardless of whether pulse-type or phase difference systems are used.

The pattern of hyperbolas formed by the master station and the red slave station is taken as the example used in the analysis. Suppose the






**Figure 4.5** Location of point $P$ by two intersecting hyperbolas (Laurila, 1960).

receiver at point $P$ is moved a small distance $l''$ to a point $Q$, where $PQ$ forms a right angle with the hyperbola $PP'$ (Fig. 4.4). Thus if lines are drawn from $Q$ perpendicular to $MB$ and $RA$, the following will be valid:

$$dr_M = l'' \sin \frac{\beta_R}{2} \quad \text{and} \quad dr_R = -l'' \sin \frac{\beta_R}{2} \tag{4.16}$$

Taking the total differential of Eq. 4.5, we have

$$dN_R = \frac{1}{\lambda_R}(dr_M - dr_R) \tag{4.17}$$

which, when the values of Eq. 4.16 have been substituted, yields

$$dN_R = \frac{1}{\lambda_R} 2l'' \sin \frac{\beta_R}{2} \tag{4.18}$$

If the differential $dN_R$ is assigned the value of one, and the corresponding distance $l''$ is symbolized as $l$ to represent the width of a lane at point $P$,

we can write

$$l = \frac{\lambda_R}{2} \frac{1}{\sin(\beta_R/2)} \qquad (4.19)$$

From Eq. 4.13 it is seen that the lanewidth $l'$ on the baseline is equal to one-half the wavelength; thus Eq. 4.19 can be written in general form as follows:

$$l = l' \frac{1}{\sin(\beta_R/2)} \quad \text{or} \quad l = l'G \qquad (4.20)$$

where $G = 1/[\sin(\beta_R/2)]$ is called the *lane expansion factor.*

### 4.1.5. Accuracy Considerations

In evaluating the potential of the hyperbolic principle in surveying and navigation, we must consider economy, accuracy and the general possibility of establishing a feasible fix at all. Especially in navigation, when continuous observations are made to keep a track of the vessel's position, deviations from this assumed position should be promptly available in the same system of coordinates found on the map or chart being used. In hyperbolic surveying and navigation, maps and charts consist of two sets of printed coordinate systems—rectangular or geographic, and hyperbolic. Therefore, two operational steps must be kept in mind when using hyperbolic charts. These are the fixing of points in relation to the hyperbolic system of coordinates and the location of this system or part of it in relation to the map coordinates being employed. Consequently, in checking the accuracy of hyperbolic surveying, the error cannot be expressed as an all over constant in metric units without first analyzing the geometric elements involved. Figure 4.5 indicates that the geometric factors affecting the accuracy of the location of point $P$ are the subtended angles $\beta_G$ and $\beta_R$ in which the bases can be seen from $P$. Accuracy also is affected by the station angle $\gamma$, formed by the two hyperbolas intersecting each other at point $P$.

#### 4.1.5.1. *Accuracy Factor*

If two hyperbolic patterns are generated with a common focus, a hyperbolic lattice is formed as shown in Fig. 4.5. At point $P$ let the baseline $S_R$ subtend an angle $\beta_R$, and the baseline $S_G$ an angle $\beta_G$. An enlarged view of the lattice around $P$ appears in Fig. 4.6, where the $R$- and $G$ hyperbolas intersect each other at point $P$ with an angle of $(\beta_R + \beta_G)/2 = \gamma$. By assuming that the standard errors of location of these hyperbolas at






**Figure 4.6** Error parallelogram around point $P$ (Laurila, 1960).

this point are $\pm m_R$ and $\pm m_G$ meters, respectively, an error parallelogram $P_1P_2P_3P_4$ is formed.

If the erroneous displacements of point $P$ along the hyperbolic lines $R$ and $G$ are symbolized as $e_G$ and $e_R$, respectively, their magnitudes are obtained directly from Fig. 4.6 as follows:

$$e_R = \frac{m_R}{\sin[(\beta_R + \beta_G)/2]} \quad \text{and} \quad e_G = \frac{m_G}{\sin[(\beta_R + \beta_G)/2]} \qquad (4.21)$$

Since the standard errors $m_R$ and $m_G$ can be stated as functions of the corresponding standard errors $m'_R$ and $m'_G$ of the hyperbolas on the baselines expressed in hyperbolic coordinates (Eqs. 4.21) can be written

$$e_R = \frac{m'_R \cdot l'_R}{\sin(\beta_R/2)\sin[(\beta_R + \beta_G)/2]}$$
$$e_G = \frac{m'_G \cdot l'_G}{\sin(\beta_G/2)\sin[(\beta_R + \beta_G)/2]} \qquad (4.22)$$

by the use of Eq. 4.20. The area of the error parallelogram $P_1P_2P_3P_4$ will be

$$Z = 4 \cdot e_R \cdot e_G \cdot \sin\frac{\beta_R + \beta_G}{2}$$

When the values of Eq. 4.22 have been applied, the foregoing expression

yields

$$Z = \frac{16 \cdot m'_G \cdot m'_R \cdot l'_G \cdot l'_R}{4 \cdot \sin(\beta_G/2) \cdot \sin(\beta_R/2) \cdot \sin[(\beta_R + \beta_G)/2]} \quad (4.2\ldots)$$

where the denominator is called the *accuracy factor* and is symbolized by $\Delta$. By a trigonometrical transformation, this factor can be written in a more convenient form:

$$\Delta = \sin \beta_R + \sin \beta_G - \sin(\beta_R + \beta_G) \quad (4.2\ldots)$$

A simple approximation for $\Delta$ may be derived if the point to be located is far from the ground stations. Subtended angles $\beta_R$ and $\beta_G$ then can be considered to be small and equal, which allows us to write

$$\Delta \simeq \beta^3 \quad (4.2\ldots)$$

The common subtended angle $\beta$ is approximately inversely proportional to the distance from the master station; thus $\Delta$ is inversely proportional to the cube of this distance. In other words, the area of the error parallelogram is directly proportional to the cube of the distance

### 4.1.5.2. *Lines of Zero Accuracy*

The accuracy factor is a useful indicator when investigating the regions in the hyperbolic network that fulfill prespecified standards of fixing accuracy. The area of the error parallelogram theoretically becomes infinite, and the system has no accuracy when $\Delta = 0$. It will be seen therefore, that the system cannot provide a fix under the following conditions:

$$\begin{aligned} &(a) \quad \text{when } \beta_R \text{ or } \beta_G = 0 \\ &(b) \quad \text{when } \beta_R + \beta_G = 0 \end{aligned} \quad (4.26)$$

In case ($a$) the point to be fixed is situated along any of the extensions of the baselines. This limitation is more theoretical than practical, since along these lines one pattern of hyperbolas degenerates into straight lines and fixes on either side of these lines are ambiguous, the instantaneous lanewidth, Eq. 4.20, becoming infinite. In practice, where the ambiguity can be solved from previous observations, the error is not great in the neighborhood of the stations, provided the angle between baselines does not too closely approach 180°.

In case ($b$) the point is situated along either of the extensions of the line joining the two slave stations. In these circumstances the angles $\beta_R$ and $\beta_G$ are equal in magnitude but have opposite signs. The extensions of the line joining the slave stations is the region where the hyperbolic lines run



parallel to each other, since the bisectors of angles $\beta_R$ and $\beta_G$ have a common direction.

In the initial stage in planning the hyperbolic network, sectors close to the lines of zero accuracy must be carefully inspected to ensure that they do not include any areas that later prove to be important for hydrographic surveying or navigation. Conveniences, such as ideal station locations and good supply roads, must be sacrificed to prevent expensive reerection of stations and redrafting of lattice charts.

### 4.1.5.3. *Error Components in the Direction of Rectangular Coordinate Axes*

If the metric errors made in determining the $R$ and $G$ hyperbolic coordinates are of different magnitude, or if the station angle between the hyperbolas deviates from 90°, the errors occurring in position fixing are oriented, thus elliptical. As demonstrated previously, the direction and dimensions of the error parallelogram vary greatly according to the several electronic and geometric parameters involved. For this reason it is difficult to establish a universally valid answer to the question "what is the error resulting from hyperbolic fixing?"

To obviate this ambiguity it is more desirable from the standpoint of surveying operations to state any error in relation to certain fixed directions. It is appropriate to choose the $X$- and $Y$-axes of the rectangular coordinate system superimposed on the hyperbolic chart as the stationary reference directions.

In Fig. 4.6 $e_G$ and $e_R$ represent standard errors of the located point $P$ along the hyperbolic coordinate axes $R$ and $G$, respectively. If an ellipse is inscribed within the parallelogram $P_1P_2P_3P_4$, it becomes the standard error ellipse for the fixed point $P$ with $e_R$ and $e_G$ as conjugate semiaxes (Fig. 4.7). If the error components $e_R$ and $e_G$ along the hyperbolic lines are mutually independent, the corresponding components along the $X$- and Y-axes are obtained by projecting $e_R$ and $e_G$ onto the said axes, and we have

$$\begin{aligned} e'_{R_y} &= e_R \cdot \sin \alpha_G & e'_{R_x} &= e_R \cdot \cos \alpha_G \\ e'_{G_y} &= e_G \cdot \sin \alpha_R & e'_{G_x} &= e_G \cdot \cos \alpha_R \end{aligned} \quad (4.27)$$

By adding the error components quadratically as follows, the metric standard errors are obtained:

$$\begin{aligned} m_X &= \pm\sqrt{(e_R \cos \alpha_G)^2 + (e_G \cos \alpha_R)^2} \\ m_Y &= \pm\sqrt{(e_R \sin \alpha_G)^2 + (e_G \sin \alpha_R)^2} \end{aligned} \quad (4.28)$$




**Figure 4.7** Standard error ellipse in hyperbolic location (Laurila, 1960).

where $\alpha_R$ is the angle between the direction of the $R$ hyperbola and th $X$-axis and $\alpha_G$ is the angle between the direction of the $G$ hyperbola an the $X$-axis (*Laurila*, 1953).

By substituting values of Eqs. 4.20 and 4.22 into Eqs. 4.28, the metri standard errors along the $X$- and $Y$-axes can be written as follows:

$$m_X = \pm\text{cosec}\,\gamma\sqrt{(m'_R l_R \cos\alpha_G)^2 + (m'_G l_G \cos\alpha_R)^2}$$
$$m_Y = \pm\text{cosec}\,\gamma\sqrt{(m'_R l_R \sin\alpha_G)^2 + (m'_G l_G \sin\alpha_R)^2} \qquad (4.29)$$

where $\gamma = (\beta_R + \beta_G)/2$ is the station angle, $l_R$ and $l_G$ are the lanewidths of the $R$ and $G$ lattices at point $P$, and $m'_R$ and $m'_G$ are the standard erro of the corresponding hyperbolas in the units of hyperbolic coordinate

## 4.1.6. Construction of Hyperbolic Lattice Charts on a Plane

In long-distance navigation (Loran-C and Omega), hyperbolic latti charts are constructed with reference to an ellipsoidal surface as function of geographic latitudes and longitudes. Since this requires lon



al complex computations, lattice charts drawn on certain projection anes with $X$- and $Y$-coordinates are preferred in offshore hydrographic rveys and medium distance navigation. In this chapter the *universal ansverse Mercator* (UTM) projection is the reference plane for the red mily of hyperbolas as example, based on the phase difference principle. ven if the final lattice chart is presented on the projection plane, the lipsoidal parameters must be taken into consideration since, after all, e propagation of long waves follows closely the geodetic line. To nstruct hyperbolas in areas close to the ground stations where their rvature is highest, a graphical method is fast and sufficiently accurate. t longer distances the physical dimensions of the drafting device sets nitations, and since the curvature of the hyperbolas there is smoother, a merical interpolation method is preferred.

### 1.6.1. *Graphical Method*

the coordinates of the master station $M$ and the slave station $R$ are ven as $X_M$, $Y_M$ and $X_R$, $Y_R$, the length of the baseline on plane is tained from the following equation:

$$S_R = \sqrt{(X_M - X_R)^2 + (Y_M - Y_R)^2} \qquad (4.30)$$

To find out the integer amount of wavelengths, and especially the last ctional value included in the baseline, the length of Eq. 4.30 must be duced to the ellipsoid by

$$s_R = S_R\left(\frac{1}{0.9996} - \frac{X_M^2 + X_M X_R + X_R^2}{6MN}\right) \qquad (4.31)$$

ere $s_R$ is the ellipsoidal distance, $X_M$ the distance of the master station from the central meridian, $X_R$ the distance of the slave station $R$ from e central meridian, $M$ the meridian curvature radius at the midpoint of e baseline, and $N$ the curvature radius in prime vertical at the midpoint the baseline.

Master station $M$ as the center concentric circles are drawn at intervals $\lambda$, $2\lambda$, $3\lambda$, etc. If the fractional value of $\lambda$, radiated from the master ation at the slave station, is $n\lambda$ (where $n < 1$), concentric circles are awn at intervals of $n\lambda$, $(1+n)\lambda$, $(2+n)\lambda$, etc., indicating slave station $R$ the center. In the case illustrated in Fig. 4.8, $n = \frac{7}{8}$ and the correspond- g intervals will be $\frac{7}{8}\lambda$, $1\frac{7}{8}\lambda$, $2\frac{7}{8}\lambda$, etc. All circles drawn from both stations w represent loci of phase angles $\Phi_{(M,R)} = 0°$. At the intersections of all ese circles, the phase angles of both $M$- and $R$-waves are zero; nsequently their *phase differences* are also zero.




**Figure 4.8** Construction of hyperbolas by graphical interpolation.

If smooth curves are drawn through the intersections of the circles, it is obvious that these curves of constant phase difference are hyperbolas since the difference in distances from any point along the curves to the M and R stations is constant. This graphical presentation (Fig. 4.8) reveals that the lanewidth on the baseline equals one-half the wavelength, as shown in Eq. 4.13.

Since all ground stations and hyperbolas are located on the UTM projection, radii of the circles must be corrected to fit that projection. Equation 4.42 may be used without causing any significant error, although the distances of points along the circles to the central meridian vary.

The drawing device can be about 4 m long, made of duraluminum or invar, pivoted at one end to the stations concerned, and having a sliding vernier with a stylus at the other end. The reading and drawing accura...



...uld be about 0.1 mm. If the map to be plotted is small compared to ... length of the drawing bar (e.g., the ground station lies outside the ...p), the distances and directions from the ground station to at least two ...nts on the map must be known, to orient the map with respect to the ...und station.

## ...6.2. *Numerical Interpolation Method*

...working with numerical interpolation, it is best to divide the survey ... into, say, $50\times50$ km squares, each provided with the UTM rectan...r grid. Using the known plane coordinates of the ground stations $M$ ... $R$, distances are computed from the ground stations to each point ...re the $X$- and $Y$-axes intersect each other at 5 km intervals within the ...× 50 km worksheet.

These distances, together with the baseline $S_R$, are reduced to the ...oid by Eq. 4.31, and the hyperbolic coordinates $N_R$ for the points of ...rsection are computed by Eq. 4.6. The computed hyperbolic coordi...es obviously are not integer; therefore an interpolation is necessary to ... out the coordinates $X_n$ or $Y_n$, where a hyperbola with integer value ...rsects either the $X$- or the $Y$-axis. The selection of the reference axis ...ends on the incident angle of the hyperbola with that axis. In Fig. 4.9 ... directions of the hyperbolas are close to right angle with the $Y$-axis, ... $N_{-2}$, $N_{-1}$, $N_0$, $N_{+1}$, and $N_{+2}$ are computed hyperbolic coordinates in ...red pattern of hyperbolas with reference to the corresponding coordi...es $Y_{-2}$, $Y_{-1}$, $Y_0$, $Y_{+1}$, and $Y_{+2}$. By interpolation, $Y_n$ is found where the ...t integer-numbered hyperbola beyond $N_0$ intersects the $Y$-axis.

The following interpolation formula by *Bessel* may be used:

$$N_n - N_0 = n\Delta^{I}_{1/2} + B^{II}(\Delta^{II}_0 + \Delta^{II}_1) + B^{III}\Delta^{III}_{1/2} + B^{IV}(\Delta^{IV}_0 + \Delta^{IV}_1) + \cdots \quad (4.32)$$

...ere $\Delta^{I}$, $\Delta^{II}$, $\Delta^{III}$, and $\Delta^{IV}$ are the first, second, third, and fourth ...ferences of the computed $N_0$-values, and $B^{II}$, $B^{III}$, and $B^{IV}$ are interpo...ion coefficients that can be found from tables such as *Nautical Al...nac* (1974) as a function of $n$. In Eq. 4.32

$$n = \frac{Y_n - Y_0}{Y_1 - Y_0} \quad (4.33)$$

...ich means that the so-called inverse interpolation must be utilized to ...lly obtain $Y_n$. Since the coefficients $B$ are functions of $n$, an iteration ...cedure must be performed in Eq. 4.32. After $n$ has been determined, ... is computed by

$$Y_n = Y_0 + 5000n \text{ meters} \quad (4.34)$$




**Figure 4.9** Construction of hyperbolas by numerical interpolation.

because in our example, the intervals between points along the Y-axis ... 5 km. The locations of the four intermediate hyperbolas along the Y ... (short lines in Fig. 4.9) are obtained by direct interpolation

$$Y_m = Y_n + m\Delta^{I}_{1/2} + B^{II}(\Delta^{II}_0 + \Delta^{II}_1) + B^{III}\Delta_{1/2} + B^{IV}(\Delta^{IV}_0 + \Delta^{IV}_1) + \cdots \quad (4.3$$

where the differences $\Delta$ are now differences of the computed $Y$ val... and the coefficients $B$ are functions of $m$ and in this case have valu...



... 0.4, 0.6, and 0.8. The hyperbola itself can be constructed by drawing a smooth line through all points where the hyperbola is computed to intersect the adjacent $Y$-axes, spaced 5 km apart.

The practical procedure for computing the integer $N$-value by using numerical interpolation is as follows. For any hyperbolic application in hydrographic surveying or navigation, a drafting accuracy of about 0.005 lane is sufficient. Therefore, the fourth term in Eq. 4.32 can be neglected and the third term need be used only for checking the iteration level. The differences of $\Delta$ can be found directly from the computed $N$ values by the following scheme:

| Computed $N$-Value | Differences: First | Second | Third | |
|---|---|---|---|---|
| $N_{-1}$ | | | | |
| | $\Delta^{I}_{-1/2}$ | | | |
| $N_0$ | | $\Delta^{II}_0$ | | |
| | $\Delta^{I}_{+1/2}$ | | $\Delta^{III}_{+1/2}$ | (4.36) |
| $N_{+1}$ | | $\Delta^{II}_{+1}$ | | |
| | $\Delta^{I}_{+1\,1/2}$ | | | |
| $N_{+2}$ | | | | |

which yields

$$\begin{aligned}
\Delta^{I}_{+1/2} &= N_{+1} - N_0 \\
\Delta^{I}_{-1/2} &= N_0 - N_{-1} \\
\Delta^{II}_0 &= \Delta^{I}_{+1/2} - \Delta^{I}_{-1/2} = N_{+1} - 2N_0 + N_{-1} \\
\Delta^{II}_{+1} &= \Delta^{I}_{+1\,1/2} - \Delta^{I}_{+1/2} = N_{+2} - 2N_{+1} + N_0 \\
\Delta^{III}_{+1/2} &= \Delta^{II}_{+1} - \Delta^{II}_0 = N_{+2} - 3N_{+1} + 3N_0 - N_{-1}
\end{aligned} \quad (4.37)$$

The first iteration of $n$ is now obtained from Eq. 4.32

$$n_1 = \frac{N_n - N_0}{\Delta^{I}_{+1/2}} \quad (4.38)$$

and the coefficient $B^{II}$ is found from Table 4.1 as a function of $n_1$. If the product $B\Delta^{III}_{+1/2}$ is larger than 0.005, it can be included in the second iteration. Otherwise, the second iterated value of $n$ can be considered to be the final one; it is computed by

$$n_2 = \frac{(N_n - N_0) - B^{II}(\Delta^{II}_0 + \Delta^{II}_{+1})}{\Delta^{I}_{+1/2}} \quad (4.39)$$

**TABLE 4.1**[a]

| *n* | *B* | *n* | *B* | *n* | *B* | *n* | *B* | *n* | *B* | *n* | *B* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.0000 | | 0.1101 | | 0.2719 | | 0.7280 | | 0.8898 | | 0.0 | 0.000 |
| | 0.000 | | 0.025 | | 0.050 | | 0.049 | | 0.024 | | |
| 0.0020 | | 0.1152 | | 0.2809 | | 0.7366 | | 0.8949 | | 0.1 | +0.006 |
| | 0.001 | | 0.026 | | 0.051 | | 0.048 | | 0.023 | | |
| 0.0060 | | 0.1205 | | 0.2902 | | 0.7449 | | 0.9000 | | 0.2 | 0.008 |
| | 0.002 | | 0.207 | | 0.052 | | 0.047 | | 0.022 | | |
| 0.0101 | | 0.1258 | | 0.3000 | | 0.7529 | | 0.9049 | | 0.3 | 0.007 |
| | 0.003 | | 0.028 | | 0.053 | | 0.046 | | 0.021 | | |
| 0.0142 | | 0.1312 | | 0.3102 | | 0.7607 | | 0.9098 | | 0.4 | +0.004 |
| | 0.004 | | 0.029 | | 0.054 | | 0.045 | | 0.020 | | |
| 0.0183 | | 0.1366 | | 0.3211 | | 0.7683 | | 0.9147 | | 0.5 | 0.000 |
| | 0.005 | | 0.030 | | 0.055 | | 0.044 | | 0.019 | | |
| 0.0225 | | 0.1422 | | 0.3326 | | 0.7756 | | 0.9195 | | | |
| | 0.006 | | 0.031 | | 0.056 | | 0.043 | | 0.018 | | |
| 0.0267 | | 0.1478 | | 0.3450 | | 0.7828 | | 0.9242 | | 0.6 | −0.004 |
| | 0.007 | | 0.032 | | 0.057 | | 0.042 | | 0.017 | | |
| 0.0309 | | 0.1535 | | 0.3585 | | 0.7898 | | 0.9289 | | 0.7 | 0.007 |
| | 0.008 | | 0.033 | | 0.058 | | 0.041 | | 0.016 | | |
| 0.0352 | | 0.1594 | | 0.3735 | | 0.7966 | | 0.9335 | | 0.8 | 0.008 |
| | 0.009 | | 0.034 | | 0.059 | | 0.040 | | 0.015 | | |
| 0.0395 | | 0.1653 | | 0.3904 | | 0.8033 | | 0.9381 | | 0.9 | −0.006 |
| | 0.010 | | 0.035 | | 0.060 | | 0.039 | | 0.014 | | |
| 0.0439 | | 0.1713 | | 0.4105 | | 0.8098 | | 0.9427 | | 1.0 | 0.000 |
| | 0.011 | | 0.036 | | 0.061 | | 0.038 | | 0.013 | | |
| [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | | |
| 0.0527 | | 0.1837 | | 0.5632 | | **0.8224** | | **0.9516** | | *n* | *B* |
| | 0.013 | | 0.038 | | 0.061 | | 0.036 | | 0.011 | | |
| 0.0572 | | 0.1901 | | 0.5894 | | 0.8286 | | 0.9560 | | 0.0 | 0.000 |
| | 0.014 | | 0.039 | | 0.060 | | 0.035 | | 0.010 | | |
| 0.0618 | | 0.1966 | | 0.6095 | | 0.8346 | | 0.9604 | | 0.1 | +0.004 |
| | 0.015 | | 0.040 | | 0.059 | | 0.034 | | 0.009 | | |
| 0.0664 | | 0.2033 | | 0.6264 | | 0.8405 | | 0.9647 | | 0.2 | 0.007 |
| | 0.016 | | 0.041 | | 0.058 | | 0.033 | | 0.008 | | |
| 0.0710 | | 0.2101 | | 0.6414 | | 0.8464 | | 0.9690 | | 0.3 | 0.010 |
| | 0.017 | | 0.042 | | 0.057 | | 0.032 | | 0.007 | | |
| 0.0757 | | 0.2171 | | 0.6549 | | 0.8521 | | 0.9732 | | 0.4 | 0.011 |
| | 0.018 | | 0.043 | | 0.056 | | 0.031 | | 0.006 | | |
| 0.0804 | | 0.2243 | | 0.6673 | | 0.8577 | | 0.9774 | | 0.5 | +0.012 |
| | 0.019 | | 0.044 | | 0.055 | | 0.030 | | 0.005 | | |
| 0.0852 | | 0.2316 | | 0.6788 | | 0.8633 | | 0.9816 | | | |
| | 0.020 | | 0.045 | | 0.054 | | 0.029 | | 0.004 | 0.6 | −0.011 |
| 0.0901 | | 0.2392 | | 0.6897 | | 0.8687 | | 0.9857 | | | |
| | 0.021 | | 0.046 | | 0.053 | | 0.028 | | 0.003 | 0.7 | 0.010 |
| 0.0950 | | 0.2470 | | 0.7000 | | 0.8741 | | 0.9898 | | | |
| | 0.022 | | 0.047 | | 0.052 | | 0.027 | | 0.002 | 0.8 | 0.007 |
| 0.1000 | | 0.2550 | | 0.7097 | | 0.8794 | | 0.9939 | | | |
| | 0.023 | | 0.048 | | 0.051 | | 0.026 | | 0.001 | 0.9 | +0.004 |
| 0.1050 | | 0.2633 | | 0.7190 | | 0.8847 | | 0.9979 | | | |
| | 0.024 | | 0.049 | | 0.050 | | 0.025 | | 0.000 | 1.0 | 0.000 |
| 0.1101 | | 0.2719 | | 0.7280 | | 0.8898 | | 1.0000 | | | |

[a] From *The American Ephemeris and Nautical Almanac for the Year* 1976, Government Printing Office, Washington, D.C., 1974, Table XIII, page 524.

The following numerical example illustrates the procedure ju... scribed. On a rectangular plane coordinate system, the coordinates of master and red slave stations are given in kilometers as follows:

| Axis | Master Station | Slave Station |
|---|---|---|
| X | 280.000 | 180.000 |
| Y | 140.000 | 290.000 |

Along the $Y$-axis, with $X = 50.000$, four points $P$ were selected at intervals of 5000 m.

The length of the red baseline computed from the given coordinates of the master and the red slave stations is $S_R = 180.277$ km. In this example we use a Survey Decca instrument having a comparison wavelength of $\lambda_R = 846.45$ meters. By the use of Eq. 4.5, the $N$-values for the ... selected points $P$ were computed and are given in Table 4.2 together with other pertinent data ($Q = S_R + r_M - r_R$).

The problem is to find the coordinate $Y_n$, where the integer ... hyperbola $N_n = 396.000$ intersects the $Y$-axis, by interpolating upward from the computed value $N_0 = 395.480$. The differences are found from Eq. 4.37 and Table 4.2 as follows:

$$\Delta^{I}_{+1/2} = 2.536 \qquad \Delta^{II}_{0} = -0.154 \qquad \Delta^{II}_{+1} = -0.150 \qquad \Delta^{III}_{1/2} = +0.004$$

The first approximation for $n$ will be obtained from Eq. 4.38:

$$n_1 = \frac{0.520}{2.536} = 0.2050$$

The coefficient $B^{II}$, which is always negative, is now found from Table ... as $B^{II} = -0.041$, and the second iteration will be

$$n_2 = \frac{0.520 + 0.041(-0.154 - 0.150)}{2.536} = 0.2001$$

Since the product $B^{III}\Delta^{III}_{+1/2}$ is only +0.000032, it is neglected, and $Y$ ...

**TABLE 4.2**

| P | Y (km) | $r_R$ (km) | $r_M$ (km) | Q (km) | N |
|---|---|---|---|---|---|
| −1 | 305.000 | 130.863 | 283.064 | 332.478 | 392.790 |
| 0 | 310.000 | 131.529 | 286.007 | 334.755 | 395.480 |
| +1 | 315.000 | 132.382 | 289.007 | 336.902 | 398.016 |
| +2 | 320.000 | 133.417 | 292.062 | 338.922 | 400.402 |



...ned from Eq. 4.34:

$$Y_n = 310.000 + 0.2001 \times 5.000 = 311.001 \text{ km}$$

...o check the validity of the interpolation, the red hyperbolic coordi... $N_n$ of the new point $P_n$ ($X_{P_n} = 50.000$, $Y_{P_n} = 311.001$) can be com... by Eq. 4.5. As a result, the values

$$r_R = 131.685 \text{ km}$$
$$r_M = 286.603 \text{ km}$$
$$Q = 335.195 \text{ km}$$
$$N_n = 395.9994$$

... obtained, and the computed $N_n$-value proves that the choice of ... 39 is fully justified.

...lthough the original hyperbolic charts are usually produced by pro...mming electronic plotters, the method described through Eqs. 4.32 to ... is useful in field operations where a survey area not included in the ...rbolic chart must be supplied with hyperbolic coordinates. Similarly ... hyperbolic grid denser than that provided by the available chart is ...ed, Eq. 4.35 can be employed.

...he numerical interpolation method also can be applied in the reverse ...lem in hyperbolic location, that is, when rectangular coordinates $X$ ... $Y$ of point $P$ are to be computed from hyperbolic coordinates $N_R$ ... $N_G$. In this case, two $Y$-axes with the known values of $X_1$ and $X_2$, ...ctively, are selected on both sides of point $P$. The $Y$-coordinates are ...d from Eqs. 4.32 and 4.33, where the red and green hyperbolas ...ect the preselected $Y$-axes. If these axes are close together, the ...rbolas between them may be considered as straight lines, defined by ... pairs of coordinates, $R(X_{1_R}, Y_{1_R}$ and $X_{2_R}, Y_{2_R})$ and $G(X_{1_G}, Y_{1_G}$, and ... $Y_{2_G})$. The rectangular coordinates of point $P$ are now obtained as the ...ection of the lines $R$ and $G$ in the following way.

...he equations for the two lines are

$$Y = Y_{1_R} + \frac{Y_{2_R} - Y_{1_R}}{X_{2_R} - X_{1_R}} X$$
$$Y = Y_{1_G} + \frac{Y_{2_G} - Y_{1_G}}{X_{2_G} - X_{1_G}} X \qquad (4.40)$$

...n solved for $X$, these equations yield

$$X = \frac{Y_{1_G} - Y_{1_R}}{(Y_{2_R} - Y_{1_R})(X_{2_G} - X_{1_G}) - (Y_{2_G} - Y_{1_G})(X_{2_R} - X_{1_R})} \qquad (4.41)$$

...lly, $Y$ can be solved from either of the expressions in Eq. 4.40.

superimposed on an existing topographic map or sea chart. Although th method is less accurate than the separate computation of the coordina of points, it serves its purpose within the limits of the drafting accurac any map.

If the scale of the map is small enough to allow the use of a draw device (described previously), the procedure is very simple. With ground stations as the centers, concentric circles are drawn at interv representing the desired grid density. The actual propagation of t electromagnetic energy used (microwave, medium, or long waves) eith traverses approximately along the ellipsoidal surface or is reduced onto Therefore, since the ground stations and the drawn distance circles a located on a projection plane or map, radii of the circles must b corrected to fit that projection.

If again the UTM is the reference projection, the following expressi can be used:

$$S = s\left(0.9996 + \frac{X_1^2 + X_1X_2 + X_2^2}{6MN}\right) \qquad (4.4$$

where $S$ is the length of the radius on the projection plane and $s$ is th length on the ellipsoid, $X_1$ and $X_2$ are the distances of the terminals of th radius from the central meridian, $M$ is the meridian curvature radius, and $N$ is the curvature radius in prime vertical at the midpoint of the radius.

If the distance from the survey area to the ground stations is too long t permit the use of any mechanical drawing devices, another procedure ca be followed to construct the concentric circles: an arbitrarily chosen poi $P'$ (Fig. 4.11) having known coordinates $X'$ and $Y'$ is selected as the poin of reference, and the line connecting $P$ to the ground station is con structed by using

$$Y = \frac{Y' - Y_1}{X' - X_1}(X - X') + Y' \qquad (4.4$$

where $X_1$ and $Y_1$ are the coordinates of the ground station $G$.

The distance between point $P'$ and the ground station $G$ is determin as follows:

$$D'_G = \sqrt{(\Delta X)^2 + (\Delta Y)^2} \qquad (4.4$$

This distance is not an integer number, and the line $GP'$ is extended by a amount of $\Delta D'_G$ to obtain the desired integer value $D_G$ at point $P$. A point $P$ a normal to the line $GP$ is drawn either graphically or b resorting to the following expression:

$$Y = -\frac{X_2 - X_1}{Y_2 - Y_1}(X - X_2) + Y_2 \qquad (4.4$$






**Figure 4.11** Construction of circles in circular grid.

is normal is tangent to the reference circle at point $P$ and by the use of e well-known formula

$$n = \frac{t^2}{2D_G} + \frac{t^4}{8D_G^3} \qquad (4.46)$$

e reference circle can be drawn, taking the parameter $n$ as a function of e parameter $t$. All additional circles can then be constructed by applying e desired distance values to $D_G$.

2.1.2. *Error Components in the Direction of Rectangular Coordi- ates*

e procedure for computing standard error components in the direction rectangular coordinates in the case of the circular approach is similar to e one described in Section 4.1.5.3, featuring hyperbolic coordinates. e main difference is in the direction of the original input errors. In the perbolic case the original errors were considered to be lateral errors ound the hyperbolas, as is the case, for example, in observing directions




**Figure 4.12** Standard error ellipse in circular location.

by theodolites whereas in the circular case the original errors may be deemed longitudinal errors along the radii of the circles.

In Fig. 4.12, $\alpha_A$ and $\alpha_B$ are angles formed by the radii from $P$ to stations $A$ and $B$ with the $X$-axis, and $\gamma$ is the station angle at point $P$. The original error components along the axes are $\pm m_A$ and $\pm m_B$ in meters. Obviously, these error components are not the conjugate semiaxes needed for the solution, but rather $e_A$ and $e_B$, which are obtained by drawing lines parallel to $P_2P_3$ and $P_1P_2$ through point $P$. The lengths of these conjugate axes are

$$e_A = \frac{m_A}{\sin \gamma} \quad \text{and} \quad e_B = \frac{m_B}{\sin \gamma} \qquad (4.47)$$

The projections of $e_A$ and $e_B$ on the $Y$-axis are

$$e'_{AY} = -e_A \cos \alpha_B \quad \text{and} \quad e'_{BY} = e_B \cos \alpha_A \qquad (4.48)$$



Similarly on the $X$-axis, we have

$$e'_{AX} = e_A \sin \alpha_B \quad \text{and} \quad e'_{BX} = e_B \sin \alpha_A \qquad (4.49)$$

By the substitution of Eqs. 4.47 into Eqs. 4.48 and 4.49 we finally have

$$m_Y = \pm\text{cosec}\ \gamma \sqrt{(m_A \cos \alpha_B)^2 + (m_B \cos \alpha_A)^2}$$
$$m_X = \pm\text{cosec}\ \gamma \sqrt{(m_A \sin \alpha_B)^2 + (m_B \sin \alpha_A)^2} \qquad (4.50)$$

## 2.2. Long Line Measurement by Line-Crossing Procedure

Long line measurement is a special case of the control point extension in that the station angle $\gamma$ between the radii from two ground stations is 90°. The outline of this method, which is widely used in establishing long lines for trilateration networks, is illustrated in Fig. 4.13. This approach is




**Figure 4.13** Long line measurement by line crossing (Laurila, 1960).

called the line-crossing method because an aircraft crosses the line sev... times at a constant altitude with a path shaped like a figure eight (8). I... shape can eliminate any backlash error from the readings if certain ol... instruments are used, in which servo or mechanical devices are conne... to distance dials. If the figure-eight shaped path is selected when ... proaching the line, reverse readings will not occur at the crossing p... because the partial distance to one ground station continues to incr... and the partial distance to the other station continues to decrease. I... more modern instruments, which have electronically controlled read... systems, the approach to the line is made at right angles.

While nearing the line, the aircraft starts measuring continuously at short intervals and in strict synchronization the partial distances $D_A$ and $D_B$ to the two ground stations $A$ and $B$. After crossing the line, the aircraft continues the measurements for a little while, and a set of summations $(D_A + D_B)$ is obtained. These summations obviously reach the minimum value when the aircraft is exactly above the line bei... measured. Since the flying height $H$ is small compared with the distan... $D$, the minimum sum $(D_A + D_B)_{min}$ can be assumed to be the minimum point of a parabola.

If $\Delta Y$ (Fig. 4.14) designates the difference between a measured and an approximate sum distance $\bar{Y}$, selected so that the values of $\Delta Y$ are all




**Figure 4.14** Determination of shortest sum distance.



...all but positive, and $X$ designates the time at which measurements are ...ded, the following expression can be written:

$$\Delta Y = AX^2 - BX + C \qquad (4.51)$$

...re $A$, $B$, and $C$ are constants that can be determined by a least squares ...ve fitting adjustment.

The value of $X$ that causes the function $\Delta Y$, Eq. 4.51, to be a minimum ...ound by forming the first derivative of this function and setting it equal ...ero

$$\frac{d\Delta Y}{dX} = 2AX - B = 0 \qquad (4.52)$$

...en solved for $X$, Eq. 4.52 yields

$$X = \frac{B}{2A} \qquad (4.53)$$

... minimum value of $\Delta Y$ is now found by substituting the value $X$ of ... (4.53) into Eq. 4.51:

$$\Delta Y_{min} = -\frac{B^2}{4A} + C \qquad (4.54)$$

To find the values of $A$, $B$, and $C$ the equation of observations (Eq. ...1) can be used, and the error equations will have the form

$$v = AX^2 - BX + C - \Delta Y \qquad (4.55)$$

...om these error equations we can form the following normal equations:

$$\begin{array}{ll} (A) & [X^4]-[X^3]+[X^2]-[X^2\,\Delta Y]=0 \\ (B) & [X^2]-[X] + [X\,\Delta Y]=0 \\ (C) & n - [\Delta Y]=0 \\ (\Delta Y) & [\Delta Y^2] \end{array} \qquad (4.56)$$

...ere $n$ is the number of observations.

Designating the approximate sum distance as $\bar{Y}$, the final minimum sum ...ance is

$$Y_{min} = \bar{Y} + \Delta Y_{min} \qquad (4.57)$$

Before we can calculate the final ellipsoidal distance $d$ (Fig. 4.13), ...veral reductions for the partial arc distances $D_A$ and $D_B$ must be ...plied separately. The following is a summary of the steps to be taken to ...ke these reductions possible.

1. Tabulate the recorded distances $D_A$ and $D_B$ from the aircraft to the two ground stations.

2. Compute the sums $(D_A + D_B)$ from these tabulated distances.
3. Compute the minimum sum, $Y_{min}$, by Eq. 4.57.
4. Select from step 2 the sum $(D_{A_i} + D_{B_i})$ whose value is closest to that of $Y_{min}$.
5. Use the partial distance $D_{A_i}$ from step 4 and compute the other partial distance $D'_B$, without changing the adjusted $Y_{min}$ value. In the following expression:

$$D'_B = Y_{min} - D_{A_i}$$

6. By the use of $D_{A_i}$ and $D'_B$, make geometric corrections to find the partial ellipsoidal distances $d_A$ and $d_B$, from which the total ellipsoidal distance between the ground points $A$ and $B$ can be obtained:

$$d = d_A + d_B \tag{4.58}$$

A nongeometric velocity correction due to the refraction of atmosphere is common to both applications and is discussed at length in Chapters 6 and 7.

### 4.2.3. Reduction of Arc Distance to Chord Distance

The reduction of an arc distance to a chord distance is significant in handling the data obtained from electronic surveying instruments. Especially in applications of the circular approach, featuring primarily the light spectrum, microwaves, or short waves, the selection of the proper formula (see next chapter) is essential to reach the most accurate results possible.

In the following, purely geometric aspects are considered in the derivation of the basic formula. A circular arc $D_A$ between points $P_1$ and $P_2$ is drawn with $O$ as the center and $R$ as the radius (Fig. 4.15). From $O$ a line is drawn perpendicular to the chord $D_C$ at point $P_3$. We call the central angle $\Phi$ and express it as a function of the arc $D_A$ and the radius $R$ as follows:

$$\Phi = \frac{D_A}{R} \tag{4.59}$$

From the triangle $OP_1P_3$

$$D_C = 2R \sin \frac{\Phi}{2} \tag{4.60}$$






re 4.15 Reduction of arc distance to chord distance.

d by substituting Eq. 4.59 into Eq. 4.60:

$$D_C = 2R \sin \frac{D_A}{2R} \tag{4.61}$$

ow, if $\sin (D_A/2R)$ is expressed as a series expansion

$$\sin \frac{D_A}{2R} = \frac{D_A}{2R} - \frac{D_A^3}{48R^3} + \cdots \tag{4.62}$$

d only the first two terms are used from this series expansion, Eq. 4.61 n be rewritten

$$D_C = 2R\left(\frac{D_A}{2R} - \frac{D_A^3}{48R^3}\right) \tag{4.63}$$

e chord distance can then be expressed as

$$D_C = D_A - \frac{D_A^3}{24R^2} \tag{4.64}$$

d the arc-chord correction $\Delta D$ is thus

$$\Delta D = D_A - D_C = \frac{D_A^3}{24R^2} \tag{4.65}$$

ich is always negative.

applying the integration

$$-\bar{Q} = \frac{1}{D_A}\int_0^{D_A} Q\,dD$$ (5.2

and collecting terms as follows:

$$-\bar{Q} = B + C(H+K) - \frac{CD_A^2}{6}\left[\frac{1}{R} + B + C(H+K)\right]$$ (5.2

Consequently, the average curvature radius of the ray path found as result of this method will be

$$R' = \frac{1}{\bar{Q}}$$ (5.2

from which the value of the coefficient of refraction $k$ can be obtained Eq. 5.2. To get an idea of the magnitude of the ray path arc-cho correction $\Delta D_1$ and also the expected error $d\Delta D_1$ when the const value $k = 0.25$ is used instead of the value based on actual atmo pheric conditions, the following example is given. A reference line 65 long, whose difference in elevation between the terminal points is 2799 m was chosen (see Section 7.1.3). With the aid of *U.S. Standa Atmosphere 1962* values of temperature, pressure, and humidity, coefficients $B$ and $C$ were computed and applied to Eq. 5.22, wh yielded

$$\bar{Q} = 0.0000247$$

The coefficient $k$ was then obtained from Eq. 5.2

$$k = 0.157$$

and when substituted into Eq. 5.3, $k$ gave the arc-chord correction

$$\Delta D_1 = -0.7 \text{ cm}$$

If the commonly accepted value $k = 0.25$ had been used, the arc-cho correction would have been

$$\Delta D_1 = -1.8 \text{ cm}$$

with the difference (error) $d\,\Delta D_1 = 1.1$ cm, or $2 \times 10^{-7}$. In high precisi geodetic or geophysical surveying, this magnitude of error is big enou to disturb the ultimate accuracy.

In the final reduction of the observed distance onto the ellipsoid, addition to the correction $\Delta D_4$, geometric corrections to reduce the lin to horizontal and to ellipsoidal level are needed. These are discussed detail in Chapter 15.

Chapter

SIX

# PROPAGATION VELOCITY OF ELECTROMAGNETIC RADIATION

...utilizing electromagnetic energy in surveying or navigation, a thorough ...dge of the propagation velocity of emitted radiation is most ...tant. This velocity is constant *in vacuo* (at the speed of light) but ...ffected by the atmosphere it is retarded in direct proportion to the ...ty of air. When radiation propagates through the infinite "layers" of ...mosphere, it changes its direction and speed because of refractivity, ...is expressed by the so-called *refractive index*, usually symbolized as ...d is related to the *dielectric constant* $\mu$ of the air in the following ...

$$n = \sqrt{\mu} \qquad (6.1)$$

...instantaneous velocity $c$ of the radiation at any point (altitude) ...the atmosphere is a function of the speed of light $c_0$ and the ...tive index $n$; it can be given as

$$c = \frac{c_0}{n} \qquad (6.2)$$

... is constant. Since measurements are made through variable ...pheric layers, a mean refractive index must be found to obtain the ...elocity over the entire line to be measured (Chapter 7).

...*cuo*, $n$ has the constant value of 1.000000, but inside the atmos- ...it increases as the altitude decreases. The refractive index is also ...d by the frequency of radiation in that within the radio band it is ...constant but within the light spectrum it varies. With reference

to the *U.S. Standard Atmosphere 1962*, the sea level values for $n$ wh utilizing radio waves and ruby laser radiation, respectively, are as follo

$$n_1 = 1.000321$$
$$n_2 = 1.000282 \quad (6.$$

To avoid large numbers in computations, the sixth decimal of $n$ designated $N$. Thus $N = (n-1) \times 10^6$ and from Eq. 6.3 we have $N_1$ - and $N_2 = 2.0$.

During the past decade sophistication of instrument design and m ufacture has forced scientists and practical users of the multitude available instruments to develop methods of computing the velocity electromagnetic radiation to an accuracy that will match that alre achieved by instrumentation. Until recent years the absolute velocity w not known accurately enough to measure true distances to the moon artificial satellites, or to establish calibration baselines exceeding t accuracy obtainable by "classical" methods. On the other hand, u such as construction engineers do not need to know the absolute dista in measuring minute changes caused by strain on dams or bridges. Al in most geophysical applications such as fault measurements or long-te observations of lateral crustal movements, knowledge of absolute distan is not essential. In these cases the precision or long-term stability of t instrumentation is of prime importance. However in geodetic or sp science applications, the "true velocity" is material to keep the scale the survey in accordance with the existing definition of the standard length. Therefore it is equally important to know the absolute and t ambient propagation velocities of electromagnetic radiation.

## 6.1. PROPAGATION VELOCITY *IN VACUO*

To discuss the speed of light, which is stated in kilometers per second, w must define the international standard of length, the meter. In 1960 th Eleventh General Conference of Weights and Measures declared th meter to be equal to 1,650,763.73 vacuum wavelengths of the oran radiation emitted by the krypton atom of mass 86. Krypton is a gaseou element belonging to the helium family of the periodic system and $^{86}$Kr a pure isotope having highly monochromatic emission. The small fraction of a meter frequently used in the terminology of electronic surveying are micrometer ($\mu$m) = $10^{-6}$ m; nanometer (nm) = $10^{-9}$ m, and angstrom unit (Å) = $10^{-10}$ m.

It is a long way from the first attempt to determine the speed of light



the late seventeenth century to the present sophisticated methods, an accuracy figure on the order of $10^{-9}$. Understandably, the first in this problem was shown by astronomers (*Kondraschkow*, In 1676 a Danish astronomer *Römer* obtained the value $c_0$ = km/sec by observing the lunar eclipse of one of the Jupiter In 1728 an English astronomer *Bradley* used the observations to mine the annual parallax of stars. With the help of aberration tants, he obtained the value $c_0 = 303{,}000$ km/sec.

The first attempt to determine the speed of light along the earth's face was made in 1849 by the French physicist *Fizeau*, using a tating toothed wheel. A light beam was sent through the cogs of the to a distant mirror and, after reflection, it was observed through the again. At a certain angular speed of the wheel, the reflected light was eclipsed and the observer could not see it. Thus the velocity of could be computed by knowing the distance to the mirror, the ular speed of the wheel, and the dimensions of the cogs. This riment yielded a result of $c_0 = 315{,}000$ km/sec.

The French physicist *Foucault* in 1862 developed a method to deter- the speed of light by way of rotating mirrors, which yielded 298,000 ± 500 km/sec. Then in 1879 *Michelson* obtained 299,910 ± km/sec and in 1882 *Newcomb* reported 299,860 ± 30 km/sec. In 1926 *Michelson* with his light interferometer obtained $c_0 = 299{,}796 \pm 4$ km/sec, which is surprisingly close to the presently accepted value $c_0$ = 299,792.5 km/sec.

During the 1920s electronic or electro-optical principles were de- loped to measure the speed of light. Since that time the Kerr cell and Kerr cell–photo cell combination (e.g., the Geodimeter and the NASM 1) have been designed. Cavity resonators and microwave inter- ferometers are often used to measure wavelength $\lambda$. By knowing fre- quency $f$, the speed of light can be obtained as $c_0 = f\lambda$. Microwave meters such as Tellurometers and VHF systems such as Hiran (Shoran) also used for direct measurement of $c_0$. A sample of the results of different methods used to determine the speed of light is given in Table in chronological order rather than in order of values compared to the probable value. The listing is by no means complete.

One of the most accurate determinations of the speed of light made in field conditions was carried out by the Finnish Geodetic Institute in 1971 (Kukkamäki, 1973). The instrument chosen was the Helium-Neon Laser Geodimeter model 8 as modified by the manufacturer AGA, so that only frequency, 29,970,000 Hz can be used. This causes a higher con- for the crystal. Measurements were carried out over a Niinisalo

**TABLE 6.1**

| Year | Investigator | Method | Speed of Light (km/sec) | Standard Deviation (km/sec) |
|---|---|---|---|---|
| 1929 | Mittelstaed | Kerr cell | 299,786.0 | ±20.0 |
| 1941 | Anderson | Kerr cell–photo cell | 299,786.0 | 14.0 |
| 1946 | Bergstrand | Geodimeter | 299,793.0 | 2.0 |
| 1947 | Essen, Gordon-Smith | Cavity resonator | 299,792.0 | 3.0 |
| 1949 | Aslakson | Hiran | 299,792.0 | 2.4 |
| 1950 | Essen | Cavity resonator | 299,792.5 | 1.0 |
| 1950 | Hansen, Bol | Cavity resonator | 299,789.3 | 0.4 |
| 1950 | Bergstrand | Geodimeter | 299,793.0 | 0.3 |
| 1951 | Aslakson | Hiran | 299,794.2 | 1.4 |
| 1952 | Bergstrand | Geodimeter | 299,793.1 | 0.3 |
| 1952 | Froome | Microwave interferometer | 299,792.6 | 0.7 |
| 1952 | Froome | Microwave interferometer | 299,793.0 | 0.3 |
| 1953 | Mackenzie | Kerr cell–photo cell | 299,792.3 | 0.5 |
| 1954 | Welitschko, Wassiljew | SWW-1 | 299,793.9 | 1.0 |
| 1955 | Florman | Microwave interferometer | 299,796.1 | 3.1 |
| 1955 | Schöldström | Geodimeter | 299,792.4 | 0.4 |
| 1956 | Wadley | Tellurometer | 299,792.5 | 0.3 |
| 1957 | Bergstrand | Geodimeter | 299,792.85 | 0.16 |
| 1958 | Froome | Microwave interferometer | 299,792.50 | 0.1 |

calibration baseline 22.2 km long. In addition to the terminal towers, two extra towers were built for meteorological observations at 10.7 and 16.8 km from the initial point. The observation height of each tower was determined to follow the actual ray path by the formula for trigonometric leveling using the observed vertical angles and the known heights. The modulation frequency of the geodimeter was measured with a counter Beckman Eput and Timer Model 6146, which was compared before and after the field period to a Hewlett-Packard quartz clock.

The mean of 138 determinations yielded

$$c_0 = 299{,}792.479 \pm 0.010 \text{ km/sec} \tag{6.4}$$



tandard error of the mean, ±0.010 km/sec, is an indication of preci- rather than accuracy. Therefore, a detailed analysis was made, and by ing such error sources as the error caused by the refractive index mula and the error of the reference baseline itself, a conservative value ±0.050 km/sec was published.

The latest development in computing the speed of light is based on urement of both wavelength and frequency with extremely high uracy. The capability of modern technique to count frequencies up 10 (*Evenson et al.*, 1972) in the light spectrum has opened up vistas in the finding of the "absolute" velocity of light. *Bay, Luther,* d *White* (1972) reported that the frequency of the 633 nm red laser allowed them to determine the corresponding wavelength 632.99147 ± $10^{-5}$ nm. Using the actual value of $f =$ 612,166 ± 29 MHz (*Evenson et al.*, 1973), the speed of light was und to be

$$c_0 = 299{,}792.462 \pm 0.018 \text{ km/sec} \tag{6.5}$$

In addition *Barger* and *Hall* (1972) reported the determination of the avelength of the 3.39-$\mu$m line of methane, which was measured with spect to the $^{86}$Kr 6057 Å standard, using a frequency-controlled erferometer. The frequency of the 3.39 $\mu$m line from a He–Ne laser illating at the methane absorption frequency has been found to be 88.376,181,627 ± $5 \times 10^{-8}$ THz (*Evenson et al.*, 1972). The reported asured wavelength was $\lambda = 3.392{,}231{,}404 \pm 1.2 \times 10^{-8}$ $\mu$m; which gave

$$c_0 = 299{,}792.4587 \pm 0.0011 \text{ km/sec} \tag{6.6}$$

for the speed of light. This is equivalent to a standard error of ±3.7×

All these experiments have been carried on in the Quantum Electronics Division and Laboratory Astrophysics Division, National Bureau of Standards, in cooperation with the Joint Institute for Laboratory Astrophysics, Boulder, Colorado.

After the definition of "meter" was adopted in 1960, an intrinsic ymmetry of the krypton emission line was discovered. This anomaly uses confusion about whether the defined krypton wavelength should applied to the maximum intensity point or to the center of gravity point. In (6.6) reference is made to the maximum intensity point. To avoid this uncertainty the Comité Consultatif pour la Définition du Métre *Terrien*, 1974) backed by the *International Astronomical Union* (1974) commended that the following value be adopted as a constant for the opagation velocity of light *in vacuo*:

$$c_0 = 299{,}792{,}458 \text{ m/sec} \tag{6.7}$$

with an uncertainty of $\pm 4 \times 10^{-9}$, and that the meter be redefined accordingly. With such accuracy and the present definition of the meter, absolute distance to the moon could be measured to within $\pm 1.5$ m.

## 6.2. REFRACTIVE INDEX FROM ATMOSPHERIC DATA

After the refractive index $n$ has been determined, the ambient velocity of electromagnetic radiation can be obtained from Eq. 6.2. The refractive index is a function of temperature, pressure, and humidity, which usually are observed on the ground along the ray path or are obtained from meteorological soundings. Depending on the system used and the formula adopted to compute $n$, the unit of these three parameters can be selected in one of several ways. Temperature $T$ can be given in centigrade (C), Fahrenheit (F), or in absolute or Kelvin (K) units. The relationship between these units is as follows:

$$°C = \tfrac{5}{9}(°F - 32)$$
$$°F = \tfrac{9}{5}°C + 32$$
$$°K = °C + 273.15 \qquad (6.8)$$

Pressure $P$ is stated in millibars (mb) or in millimeters of mercury (mm Hg). The relationship of these units with reference to standard atmosphere is as follows:

$$\text{standard atmosphere} = 1013.25 \text{ mb} = 760 \text{ mm Hg} = 760 \text{ torr} \qquad (6.9)$$

Torr refers to the unit stated in millimeters of mercury, and often a smaller unit, millitorr (mtorr $= 0.760$ mm Hg) is used.

In all formulas humidity is given as the partial pressure of the water vapor of air. In field observations it is almost always obtained by the simultaneous observations of wet and dry bulb readings of a psychrometer. These readings and the observed pressure permit the use of Eqs. 6.10 and 6.11. (*Smithsonian Meteorological Tables*, 1966):

*Temperature (Centigrade)*

$$e = e' - 0.00066(1 + 0.00115T')P(T - T') \qquad (6.10)$$

*Temperature (Fahrenheit)*

$$e = e' - 0.000367\left(1 + \frac{T' - 32}{1571}\right)P(T - T') \qquad (6.11)$$



... is the wet bulb temperature and $e'$ is the saturation vapor ... The pressures $P$, $e$, and $e'$ are in the same units. The saturation pressure $e'$ can be computed by a lengthy logarithmic formula not ... for field use. In practice it is obtained from Smithsonian ...ological Tables (1966) or similar tables as a function of wet bulb ...ature. If humidity is given in terms of relative humidity, as is the ... meteorological soundings, $e$ can be obtained from

$$e = \frac{Ue''}{100} \qquad (6.12)$$

... $U$ is the relative humidity and $e''$ is the saturation vapor pressure at ... bulb temperature.

... the refractive index has different characteristics depending on ... light or radio frequencies are used, its determination in each case ...alyzed separately in subsequent chapters.

### ... Propagation of Light Emission

...tro-optical instruments the light forms groups of waves of slightly ... lengths, even if it is monochromatically filtered. Since the ... of such a group waves differs a little from the velocity of the ...valent or effective wave, a special group index of refraction must be ...mined. *International Association of Geodesy General Assembly* ... recommended that the *Barrell* and *Sears* (1939) formula be ...pted with the following constants:

$$(n_g - 1)10^{-7} = N_g \times 10 = 2876.04 + \frac{3 \times 16.288}{\lambda^2} + \frac{5 \times 0.136}{\lambda^4} \qquad (6.13)$$

... $n_g$ is the group index of refraction and $\lambda$ is the equivalent or ...tive wavelength of the radiation in micrometers. These constants ... been computed for dry air at 0°C, 760 mm Hg, and 0.03% $CO_2$. For ... laser with $\lambda = 6943$ Å, the group refractive index will be $N_g =$ ... and correspondingly for the He–Ne laser with $\lambda = 6328$ Å, $N_g =$ ...

... compute the ambient refractive index for light waves, the *Barrell* ... *Sears* (1939) formula is usually applied as follows:

$$N = \left[\frac{n_g - 1}{1 + \alpha t}\frac{P}{760} - \frac{5.5 \times 10^{-8}}{1 + \alpha t}e\right]10^6 \qquad (6.14)$$

... $P$ is the total pressure and $e$ is the partial pressure of water vapor

in millimeters of mercury, $\alpha$ is the heat expansion coefficient of 0.00367, and $t$ is the temperature in degrees centigrade. Since meteorological soundings the total pressure is given in millibars, *Laur*… (1968, 1969) has shown that to make Eq. 6.14 more suitable for c… culator use or computer programming, it can be modified as follows.

By expressing $P$ and $e$ in millibars, utilizing the conversion formul… 6.8 and 6.9, and writing $\alpha = 1/T_0$, where $T_0 = 273.15°K$, Eq. 6.14 can b… rewritten as

$$N = \frac{N_g}{1+\alpha(T-T_0)}\frac{P}{1013.25} - \frac{5.5\times10^{-2}\times760}{1+\alpha(T-T_0)}\frac{e}{1013.25} \qquad (6.15)$$

and

$$N = \frac{N_g P}{\alpha T 1013.25} - \frac{5.5\times10^{-2}\times760e}{\alpha T 1013.25} \qquad (6.16)$$

and finally

$$N = \frac{N_g P - 41.8e}{3.709T} \qquad (6.17)$$

where $T$ is the temperature in Kelvin units. In the derivation of Eq. 6.1… $T_0$ was assigned the standard value of 273.15°K, which yields the he… expansion coefficient $\alpha = 0.003661$.

### 6.2.1.1. *Sensitivity of the Atmospheric Parameters*

To investigate the sensitivity of the atmospheric parameters $T$, $P$, and … or their partial effect on $N$ when the light wave propagation is concern… Eq. 6.17 is differentiated as follows:

$$dN_T = \frac{1}{T^2}\left(-\frac{N_g}{3.709}P + \frac{41.8}{3.709}e\right)dT$$

$$dN_P = \frac{N_g}{3.709T}dP$$

$$dN_e = -\frac{41.8}{3.709T}de \qquad (6.18)$$

For example, if the He–Ne laser having a group index of refractio… $N_g = 300.2$ is used at sea level, where the standard values of the parame… ters are $T = 288.15°K$, $P = 1013.25$ mb, and $e = 10.87$ mb, Eq. 6.18 gives

$$dN_T = -0.998\,dT$$

$$dN_P = 0.280\,dP$$

$$dN_e = -0.039\,de \qquad (6.19)$$



…ne part per million (ppm) is set as the reference criterion …ing most of the surveying applications, the allowable standard …in observing $T$, $P$, and $e$ are

$$m_T = \pm1.0°C$$

$$m_P = \pm3.6\text{ mb} \qquad (6.20)$$

$$m_e = \pm25.6\text{ mb}$$

…om Eq. 6.20 it is seen that uncertainty in observing humidity has a …mall effect in the determination of $N$. Since the average humidity, …pt in tropical regions, is usually less than its allowable standard error …it can be neglected in most applications of Eq. 6.17, which then …omes

$$N = \frac{N_g}{3.709}\frac{P}{T} \qquad (6.21)$$

…or the He–Ne laser, for example:

$$N = 80.9\left(\frac{P}{T}\right) \qquad (6.22)$$

## … Propagation of Emission in the Radio Spectrum

…n the radio spectrum the refractive index is independent on the …elength except near 60 GHz (*Liebe* and *Welch*, 1973) and around …GHz (*Liebe*, 1969), where there is dispersion similar to that of the light …ersion. Also, by the use of LF and VLF bands ($\lambda$ = 1000–30,000 m), …mputation of variation of the refractive index becomes almost irrele…ant because of the great influence of soil conductivity on velocity (see Chapter 10). In all other bands the procedure for computing the refrac…tive index is similar to that for light waves.

The three formulas used to determine the refractive index as a function of $T$, $P$, and $e$ are

*…sen formula*

$$N = \frac{77.62}{T}P - \left(\frac{12.92}{T} - \frac{37.19\times10^4}{T^2}\right)e \qquad (6.23)$$

*…mith-Weintraub formula*

$$N = \frac{77.6}{T}\left(P + 4.81\times10^3\frac{e}{T}\right) \qquad (6.24)$$

*…sen-Froome formula*

$$N = \frac{103.49}{T}(P-e) + \frac{86.26}{T}\left(1+\frac{5748}{T}\right)e \qquad (6.25)$$

**TABLE 6.2**

| Altitude (km) | Essen N-value | Smith-Weintraub N-value | Difference, $\Delta N$ |
|---|---|---|---|
| 0 | 321.0 | 321.6 | −0.6 |
| 1 | 285.6 | 286.1 | −0.5 |
| 2 | 253.0 | 253.3 | −0.3 |
| 3 | 223.0 | 223.2 | −0.2 |
| 4 | 195.7 | 195.9 | −0.2 |
| 5 | 171.1 | 171.2 | −0.1 |

In Essen and Smith-Weintraub formulas, $T$ is in Kelvin units, and and $e$ are in millibars. The Essen-Froome formula is actually the Es formula obtained by rearranging terms and stating pressures in millim ters of mercury instead of millibars. At the meeting of the Internation Union of Geodesy and Geophysics (1960), it was recommended that th Essen-Froome formula be used to achieve uniformity in calculations electronic distance measurements.

The Essen and Smith-Weintraub formulas were compared by applyi to each formula standard $T$, $P$, and $e$ values (*Laurila*, 1968) as in Tab 6.2. The largest difference at sea level was $6\times10^{-7}$. Consequently, the u of either formula is justified in all measurements involving radio freque cies.

### 6.2.2.1. *Sensitivity of the Atmospheric Parameters*

To investigate the sensitivity of the atmospheric parameters where rad wave propagation is concerned, the Essen formula (Eq. 6.23) is differe tiated as follows:

$$dN_T=\left[-\frac{KP}{T^2}+\left(\frac{L}{T^2}-\frac{2M10^4}{T^3}\right)e\right]dT$$

$$dN_P=\frac{K}{T}\,dP \qquad (6.26)$$

$$dN_e=\left(-\frac{L}{T}+\frac{M10^4}{T^2}\right)de$$

where $K=77.62$, $L=12.92$, and $M=37.19$.



the application of the same standard $T$, $P$, and $e$ values used in the light wave propagation, the following relationships are obtained:

$$dN_t=-1.282\,dT$$

$$dN_P=0.269\,dP \qquad (6.27)$$

$$dN_e=4.434\,de$$

Again, if ppm is set as reference criterion, the following allowable ...dard errors of each parameter are valid:

$$m_t=\pm0.8^\circ\mathrm{C}$$

$$m_P=\pm3.7\ \mathrm{mb} \qquad (6.28)$$

$$m_e=\pm0.23\ \mathrm{mb}$$

From Eqs. 6.20 and 6.28 it becomes fairly obvious that the allowable ...tainty in observing temperature and pressure is of the same mag- ...ude in each case. Humidity is the most critical parameter to be ...ived in connection with measurements made by using radio waves. The required accuracy by which humidity must be known is about 100 ... greater in radio wave applications than it is when light emission is ...lized. In high precision geodetic or geophysical applications, therefore, light is the carrying agent of preference.

The large dispersion in the refractive index caused by water vapor has ...ntly been used to determine the integrated vapor refractivity directly. ... the purpose a refractometer has been designed (*Thompson* and ... *al.*, 1969) that transmits a radio signal simultaneously with an optical ...nal over a related propagation path. At the far end of the path these ...nals are received and the differences in their arrival times are meas- ...d. The time difference is used to determine the average or integrated ...tribution of water vapor to the refractive index of a selected radio ...pagation path.

In addition to this radio-optical combination, a two-wavelength techni- ... has been developed within the light spectrum. Because of the ...ferences in group refractive indexes under standard conditions, the ...ual refractive indexes in nonstandard conditions also vary. When the ...th is measured using two different wavelengths of light, different optical ...ances will be obtained because of the dispersion. From these dis- ...nces, the average refractive index can be computed (*Thompson* and ... *al.*, 1965).

## 6.3. MODEL ATMOSPHERES

In Sections 6.2.1 and 6.2.2 formulas were given to compute the refractive index $n$ at any point (altitude) at which $T$, $P$, and $e$ were observed. In practice, however, the average refractive index along the whole ray path is needed to obtain the distance $D$. Based on the well-known practice in air physics of expressing $n$ as a parabolic approximation, we can write the following equation for the refractive index as a function of elevation:

$$N=(n-1)10^6=A+Bh+Ch^2 \tag{6.29}$$

where $h$ is the altitude of the ray path at a given point, and $A$, $B$, and $C$ are meteorological constants.

The mean refractive index then becomes

$$\bar{N}=\frac{1}{h}\int_0^h n\,dn \tag{6.30}$$

or

$$\bar{N}=A+\frac{h}{2}B+\frac{h^2}{3}C \tag{6.31}$$

The coefficients $A$, $B$, and $C$ for any standard or empirical atmospheric conditions are computed by curve-fitting least squares adjustment. The observed or given (standard) values of $K$, $P$, and $e$ at various altitudes are placed in Eqs. 6.17 or 6.23, for example, and the observed values of $N_0=l$ are used in the error equations as follows:

$$v_i=A+h_iB+h_i^2C-l_i \tag{6.32}$$

which yields the simple form of normal equations

$$\begin{aligned} &(A)\quad n+[h]+[h^2]-\ \ [l]=0\\ &(B)\qquad\ [h^2]+[h^3]-[hl]=0\\ &(C)\qquad\qquad\ [h^4]-[h^2l]=0\\ &(l)\qquad\qquad\qquad [l^2] \end{aligned} \tag{6.33}$$

In comparing the strength of $\bar{N}$ obtained from different model atmospheres, the most realistic criterion is the computation of the standard error of the function (Eq. 6.31). According to the general error propagation, this will be

$$M_{\bar{N}}=\pm\mu\sqrt{[FF]} \tag{6.34}$$



where $\mu$ is the standard error of the weight unit and

$$[FF]=[\alpha\alpha]+h[\alpha\beta]+\tfrac{2}{3}h^2[\alpha\gamma]+\frac{h^2}{4}[\beta\beta]+\frac{h^3}{3}[\beta\gamma]+\frac{h^4}{9}[\gamma\gamma] \tag{6.35}$$

The bracketed terms in Eq. 6.35 are the weight and correlation numbers of the unknowns $A$, $B$, and $C$.

Several model atmospheres can be computed or created which are characterized by different $A$, $B$, and $C$, and, ultimately, $\bar{N}$-values.

### 6.3.1. Standard Atmosphere

The modern standard atmosphere was first developed in the 1920s in the United States and in Europe to satisfy a need for standardization of aircraft instruments and air performance. At the present the standard atmosphere, which is based on theoretical aspects of the physics of air, is very suitable for reference when testing empirical model atmospheres based on actual observations and soundings. This is especially important in land-to-air or land-to-space applications.

The United States standard atmosphere was generated by the National Advisory Committee for Aeronautics (NACA); and the European standard atmosphere was produced by the International Commission for Aerial Navigation (ICAN). There were slight differences between the independently developed ICAN and NACA standards. These differences were reconciled and international uniformity was achieved through adoption of a new standard atmosphere by the International Civil Aviation Organization (ICAO) on November 7, 1952. The computed tables extended from 5 km below to 20 km above mean sea level. The U.S. Committee on Extension to the Standard Atmosphere (COESA) was organized in 1953, and in Janaury 1961 a Working Group was convened to develop a new standard atmosphere up to an altitude of 700 km. The U.S. *Standard Atmosphere 1962* agrees for all practical purposes with the ICAO standard atmosphere and is used in this text.

The standard atmosphere is fundamentally defined in terms of an ideal gas obeying the perfect gas law and by assumption that the atmosphere is at rest with respect to the earth. It is based on acceptance standard values of air density, temperature, and pressure at sea level as follows:

$$\begin{aligned} \text{density } \rho_0&=1.2250\ \text{kg/m}^3\\ \text{temperature } T_0&=288.15°\text{K}\\ \text{pressure } P_0&=1013.25\ \text{mb} \end{aligned} \tag{6.36}$$

The density for tabulated altitudes is obtained from

$$\rho = \frac{MP}{RT} \tag{6.37}$$

where $M = 28.9644$ is the molecular weight of air and is considered to be a constant up to an altitude of 90 km, $P$ is the pressure, $R$ is the universal gas constant, and $T$ is the absolute temperature.

The temperature variation is defined as a series of connected segments linear in altitude. The general formula for each linear segment is

$$T = T_n + L(H - H_n) \tag{6.38}$$

where $L$ is the gradient of the temperature with altitude, $dT/dH$, and $T_n$ and $H_n$ are values at the initial point of each segment. Within the altitude segments 0 to 11 km, $L = -6.5°K/km$; for 11 to 20 km, $L = 0.0°K/km$; for 20 to 30 km, $L = +1.0°K/km$; for 32 to 47 km, $L = +2.8°K/km$.

Within an atmospheric layer through which $T$ is a linear function of $H$, the pressure is computed by the following formula when $L \neq 0$;

$$\log_e P = \log_e P_n - \frac{g_0 M}{LR} \log_e \frac{L(H - H_n) + T}{T} \tag{6.39}$$

where $g_0 = 9.80665\ \text{m/sec}^2$ and $P_n$ is the pressure at the initial point of each altitude range. If $L = 0$, the following expression for $P$ is used:

$$\log_e P = \log_e P_n - \frac{g_0 M}{RT}(H - H_n) \tag{6.40}$$

To determine partial pressure of water vapor, which is not readily obtainable from the U.S. Standard Atmosphere, constants $A$, $B$, and $C$ must be taken from an available empirical atmosphere, placed in Eq. 6.29, and solved simultaneously for $e$ with Eq. 6.17 or 6.23 (*Laurila*, 1968).

If $T$, $P$, and $e$ are taken from the U.S. Standard Atmosphere tables through the troposphere from the mean sea level to an altitude of 9 km at 0.5-km intervals, 19 "observations" are available to compute the three unknowns $A$, $B$, and $C$. Let us assume that a ruby laser with a wavelength $\lambda = 6943$ Å is used for radiation. The point-to-point $N$-values are then computed with Eq. 6.17, where $N_g = 298.0$. By the curve-fitting least squares adjustment, the coefficients representing this particular model atmosphere will be

$$A = 281.8$$
$$B = -26.4 \tag{6.41}$$
$$C = 0.79$$



...coefficients, when substituted into Eq. 6.31, yield the following ...refractive index over the 0–9 km altitude range:

$$\bar{N} = 184.3 \tag{6.42}$$

...any model atmosphere can be tabulated to include temperature, ...ure, and humidity, which in electronic surveying applications may be ...lied as the basis for computing the coefficients $A$, $B$, and $C$ and ...s yields the mean refractive index $\bar{N}$. Such standard values are very ...d when analyzing the feasibility of new methods or approaches. ... coefficients can be used as such in surveying, where the required ...acy can be achieved without knowledge of the local atmospheric ...litions.

## Supplementary Atmospheres

...standard atmosphere is based solely on theoretical air physics, and ...ual conditions may differ from those described by *U.S. Standard ...osphere 1962*. Day-by-day changes and latitudinal differences can be ...ected by a family of supplementary atmospheres. From such sup-...mentary atmospheres and the *U.S. Standard Atmosphere 1962*, a set of ...lified atmospheres has been computed by AFCRL, the Air Force ...mbridge Research Laboratory (*Cole* and *Kantor*, 1965; *Cole*, *Court*, ...d *Kantor*, 1965).

These atmospheres represent conditions in the tropics, in the sub-...pics, at midlatitudes, and in the Arctic for summer and winter climates. Table 6.3 summarizes the summer and winter models at the latitudes ...N and 45°N through the troposphere from sea level to 9 km ...*hmelzer*, 1972).

It is interesting to note that in spite of the relatively widely scattered ...ues of the regional and seasonal refractive indexes, their arithmetic

**TABLE 6.3**
**AFCRL MODEL ATMOSPHERES**

| Latitude | Season | $A$ | $B$ | $C$ | $\bar{N}$ |
|---|---|---|---|---|---|
| 30°N | July | 270.0 | −24.5 | 0.73 | 179.4 |
| 30°N | January | 283.0 | −27.6 | 0.92 | 183.7 |
| 45°N | July | 275.0 | −25.9 | 0.82 | 180.5 |
| 45°N | January | 299.0 | −31.4 | 1.13 | 188.2 |

**TABLE 6.4**

| Altitude (km) | Lihue July | Lihue, February | Fairbanks, July | Fairbanks, February | *U.S. Standard* 62 |
|---|---|---|---|---|---|
| 0.5 | 21 | 17 | 23 | −8 | 12 |
| 5.0 | 0 | −5 | −15 | −30 | −17 |
| 10.0 | −38 | −35 | −43 | −54 | −50 |
| 15.0 | −69 | −71 | −45 | −46 | −57 |
| 17.0 | −69 | −75 | −45 | −47 | −57 |

mean $\bar{N} = 183.0$ differs only by $d\bar{N} = 1.3$ from the value (Eq. 6.41) obtained from the *U.S. Standard Atmosphere 1962*. This is equivalent to $1.3 \times 10^{-6}$.

### 6.3.3. Empirical Atmosphere

Since the troposphere is not stable, best results are attainable, especially in land-to-air and land-to-space applications, when actual meterological soundings in the vicinity or proximity of the survey site are used. To investigate this phenomenon, four widely separated climatological samples were selected. Sounding data were obtained from the National Weather Service stations located at Fairbanks, Alaska (65°N), and Lihue, Hawaii (22°N), on two dates, February 3 and July 2, 1966, at 00.00 Greenwich time (*Laurila*, 1968).

These samples represented hot and humid, cool and dry, and cold and dry conditions, with a rather anomalous thermal distribution given in degrees centigrade and extended to 17 km as in Table 6.4.

Table 6.5 gives the parameters *A*, *B*, *C*, and $\bar{N}$ for these empirical sample atmospheres from sea level to 9 km.

**TABLE 6.5**

| Location | Season | *A* | *B* | *C* | $\bar{N}$ |
|---|---|---|---|---|---|
| Lihue | July | 274.4 | −26.3 | 0.89 | 180.1 |
| Lihue | February | 276.7 | −26.7 | 0.88 | 180.6 |
| Fairbanks | July | 268.9 | −22.0 | 0.41 | 181.0 |
| Fairbanks | February | 307.1 | −33.8 | 1.34 | 191.1 |



…ll values except the last one computed from the Fairbanks data in …mary agree fairly well with the U.S. Standard values. The …malous change in $\bar{N}$ from Fairbanks data is due to strong thermal inver-…n in the lower troposphere as seen from the following actual …ndings:

| Altitude (km) | T (°K) |
|---|---|
| 0.146 | 254.1 |
| 0.539 | 266.6 |
| 0.960 | 267.9 |
| 1.406 | 265.6 |
| 1.877 | 263.3 |
| 2.376 | 259.9 |

(6.43)

In Section 6.3, the values of *A*, *B*, *C*, and $\bar{N}$ are based on the particular …velength emitted by a ruby laser. Other wavelengths in the light …ctrum yield slightly different values, but if radio waves are used a …nificant change occurs.

Chapter

SEVEN

# VELOCITY APPLICATIONS TO SURVEYING

The basic theory presented in the last two chapters yields a variety of modifications, combinations, and practical arrangements depending on the task at hand. Instrumentations operating with wavelengths ranging from the light spectrum to 30 km are manufactured, to serve surveying best under land-to-land, land-to-sea, land-to-air, and land-to-space conditions. In each case, of course, methods and approaches are bound to be different.

## 7.1. LAND-TO-LAND SURVEY

When measurements are made over solid land, the propagation characteristics of electromagnetic radiation must be viewed in the light of the purpose of the survey, the identity of the user of the instruments, and the kind of instrumentation.

### 7.1.1. Construction Survey

Engineers involved in high precision building of bridges, open cast mines, dams, and other massive projects are also in charge of detecting any minute changes in such structures caused by strain or structural settlement. This work calls for high precision instruments with long-term stability. To achieve the ultimate in accuracy, instruments whose radiation source is a gallium-arsenide diode or a helium-neon laser are selected. The error independent of distance (instrument error) can be of





...order of ±1 mm, which suggests the need for extreme care in ...mining the refractive index. However, the distances involved are ...ally relatively short, about 500 to 1000 m. The instrument error at the ... limit equals $2\times10^{-6}$, which is easily matched by observing the ...perature and pressure at both ends of the line before and after the ... an inexpensive aneroid barometer and a mercury-filled tubular ...mometer serve this purpose. Because light emission is used, Eq. 6.21 ... be applied, neglecting the influence of the humidity (see results of the ...alysis, Eq. 6.20).

### ... Land Survey

...al surveys including land division, cadastral survey, highway layouts, ... small trilateration configurations can be performed with equal effi...ency with microwave or light wave techniques. The instruments have an ...uracy of the order of a few centimetres, but the range varies from a ... hundred meters up to 30 km. Since the accuracy requirement in this ...d of survey rarely exceeds $5\times10^{-6}$, a procedure similar to the con...ction survey can be applied. If microwave technique is used, humidity ... must be observed. One of the simplest ways to obtain dry and wet ... readings calls for two tubular thermometers, one provided with a ... wick around the receptacle. When the wet bulb thermometer is ...aled in a sling, aspiration occurs and both dry and wet bulb tempera...s can be read simultaneously.

More expensive but better suited for field use are aspirated psychrome... such as the Bendix Psychron. Two tubular thermometers, one having ... wet wick, are housed parallel and horizontally in the same chassis. To ...maintain constant aspiration, a battery-operated fan draws air through ... removable air intake at the rate of about 5 m/sec. The Psychron has a ...t in illumination system and a special thermal shield to avoid the ...liation effects of sunlight.

In all practical field surveying work, the pressure and dry and wet bulb ...peratures are read at both ends of the line before and after the ...asurements, and then the mean is used to compute the refractive ...ex.

### ... Geodetic and Geophysical Survey

...odetic survey by electronic means consists of first-order trilatera... checking the scale of existing first-order triangulations, and estab...ing highly accurate reference calibration baselines. A geophysical

survey supplies measurements over faults and long-term observations lateral crustal movements. High precision stability of the measurements essential in both these applications. To achieve the goals stated, the precision of the measurements must be of the order of $10^{-7}$. The He–Ne lasers presently available are able to satisfy this requirement which means that great care must be taken to determine the mean refractive index.

Since the refractive number $N$ is not linear but rather a parabolic function of height, only in rare cases is ultimate accuracy obtained observing temperature, pressure, and humidity at several points along the line and taking the arithmetic mean of the computed $N$-values. The requirements for obtaining highly accurate results (*Parm*, 1973) are follows: the line must be level, observations must be made at altitudes equivalent to the height of the ray path, and proper weighting must applied to the computed values. A parabolic approach should be chosen especially for sloped lines.

Equation 6.31 refers to the vertical propagation of electromagnetic radiation (i.e., when the zenith angle $\psi = 0$). It does not take into account the elevations of the terminal points of the line, the length of the line, and the average curvature of the ray path. For the general case, *Jacobs* (1951) derived the following formula:

$$\bar{N} = A + \frac{B(H+K)}{2} + \frac{C}{3}[(H+K)^2 - HK] - \frac{D_A^2}{12}\left[\frac{1}{R} - \bar{Q}\right] \times \left[B + C(H+K) - \frac{CD_A^2}{10}\left(\frac{1}{R} - \bar{Q}\right)\right] \qquad (7.1)$$

where $K$ is the elevation of the initial point of the line, $H$ is the elevation of the terminal point of the line, $D_A$ is the measured arc length, $R$ is the curvature radius of the earth, $\bar{Q}$ is the average curvature of the ray path and $A$, $B$, and $C$ are the meteorological constants discussed in Chapter This formula was derived primarily for long lines (ca. 300–400 km) to be measured by land-to-air instrumentation such as Hiran or Shiran. For the land-to-land survey, where distances seldom exceed 70 km, the last term in Eq. 7.1 can be neglected because at that distance it never has a larger effect on $\bar{N}$ than $10^{-8}$. The equation then yields the following form:

$$\bar{N} = A + \frac{B(H+K)}{2} + \frac{C}{3}[(H+K)^2 - HK] - \frac{D_A^2}{12}\left[\frac{1}{R} - \bar{Q}\right] \times [B + C(H+K)] \qquad (7.2)$$

The average curvature $\bar{Q}$ of the ray path can be taken from any of the



Eqs. 5.8, 5.19, or 5.22—depending on the length of the line and accuracy required.

To summarize the procedures used in obtaining the mean refractive ... over a high precision laser reference line, the following steps must ... taken.

1. Temperature, pressure, and humidity are observed at several points with known elevation, simultaneously with the making of distance observations. The points must be located in proximity to the line, to avoid the influence of lateral temperature inversions and tilting of the isobaric surface.
2. By the use of Eq. 6.17, the refractive indexes at these points are computed.
3. Based on the least squares curve-fitting principle, the coefficients $A$, $B$, and $C$ are computed.
4. The curvature $\bar{Q}$ of the ray path is computed by Eq. 5.22.
5. The mean refractive index $\bar{N}$ is computed by Eq. 7.2.

This method is particularly suitable for lines having high elevation differences between their terminals. Good results have been obtained also ... flying a small airplane along the line and observing the atmospheric parameters (*Meade*, 1969).

A simplified but still accurate method is appropriate for lines whose terminal elevations are approximately of the same order. Only three points ... needed for meteorological observations—namely, the terminal points ... one point with a known elevation close to the middle of the line. The altitude $h$ of any point along the ray path is obtained from Eq. 5.17 as follows:

$$h = K + D\left[\frac{H-K}{D_A} - \frac{D_A}{2}\left(\frac{1}{R} - \bar{\bar{Q}}\right)\right] + \frac{D^2}{2}\left(\frac{1}{R} - \bar{\bar{Q}}\right)$$

where $\bar{\bar{Q}}$ is the approximate curvature of the ray path at an altitude $h$, and ... the distance from the initial terminal. Since in this application the ... point altitude is needed, $D = D_A/2$ and Eq. 5.17 can be rewritten

$$h_m = K + \frac{H-K}{2} - \frac{D_A^2}{8}\left(\frac{1}{R} - \bar{\bar{Q}}\right) \qquad (7.3)$$

... the coefficients $A$, $B$, and $C$ are not known in this application, $\bar{\bar{Q}}$ ... be assigned the standard value $\bar{\bar{Q}} = 0.0000392$ from Eq. 5.8, and ... 3 will be

$$h_m = K + \frac{H-K}{2} - \frac{D_A^2}{8} 0.000118 \qquad (7.4)$$

... $R$ has been assigned the value of 6371 km.

The temperature, pressure, and humidity values observed on the ground proximal to the midpoint of the line are now elevated exactly the midpoint of the ray path. This is done with the aid of $h_m$, Eq. 7.4 the elevation $h_p$ of the ground point by using the proper gradient temperature and proper scales for pressure and humidity, which can obtained from the observed differences between the three points.

Given the proper equation, the refractive indexes $N_1$ and $N_2$ at the terminal points and $N_m$ at the elevated midpoint can be computed placed into *Simpson's* formula as follows:

$$\bar{N} = \tfrac{1}{6}(N_1 + 4N_m + N_2) \qquad (7.$$

To illustrate the validity of the two methods specified by Eqs. 7.2 and 7.5, the following example of test calculations is given. The test analyzes how big an error the uncertainty in determining the atmospheric refraction brings to the measurement of a calibration line *A*, 65 km long (Fig. 7.1). Lines *A* to *F* are planned to be used to investigate the lateral crustal movements within the principal islands of Hawaii.

Temperature, pressure, and humidity are assumed to be observed simultaneously at a benchmark on top of Haleakala, Maui, and at




**Figure 7.1** Proposed calibration lines in Hawaii.






**Figure 7.2** Maui-Molokai test line.

...ulation point, Puu Mano, Molokai. In addition, similar observations ...uld be made at six other points II to VII on the ground along the line ... 7.2). Since the primary intention of this experimental calculation is ... heck the strength of the mathematics involved in these methods, ... orological data are taken from the *U.S. Standard Atmosphere 1962* ... given in Table 7.1.

**TABLE 7.1**

| int | Elevation (km) | $T$ (°K) | $P$ (mb) | $e$ (mb) | $N$ | Residuals, $\Delta N$ |
|---|---|---|---|---|---|---|
| | 3.085 | 268.12 | 693.67 | 4.0 | 215.09 | +0.02 |
| I | 2.088 | 274.59 | 786.38 | 5.9 | 238.04 | −0.03 |
| II | 0.914 | 282.21 | 908.17 | 8.3 | 267.42 | ±0.00 |
| [illegible] | 0.272 | 286.38 | 981.01 | 10.1 | 284.63 | ±0.00 |
| | 0.103 | 287.48 | 1000.93 | 10.6 | 289.28 | +0.01 |
| I | 0.041 | 287.88 | 1008.34 | 10.8 | 291.01 | ±0.00 |
| II | 0.000 | 288.15 | 1013.25 | 10.9 | 292.15 | ±0.00 |
| III | 0.286 | 286.29 | 979.36 | 10.1 | 284.23 | +0.01 |

The $N$-values for each observation point were computed by the use of Eq. 6.17, where $N_g$ was assigned the value of 308.6; they are tabulated in Table 7.1. The least squares adjustment to obtain $A$, $B$, $C$ was performed according to Eq. 6.33, yielding

$$A = 292.153$$
$$B = -27.938 \qquad (7.6)$$
$$C = 0.961$$

The average curvature of the ray path was then computed by Eq. 5.2 and proved to be

$$\bar{Q} = 0.0000247 \qquad (7.7)$$

The final mean refractive index $\bar{N}$ and its standard error were computed by Eqs. 7.2 and 6.34, giving the following values:

$$\bar{N} = 249.57 \pm 0.02 \qquad (7.8)$$

After adjustment, the standard error of the mean (which represents a proportional error as small as $2\times10^{-8}$) together with the residuals (Table 7.1) suggest that the parabolic assumption is extremely strong and can be used in any high precision survey.

The validity of the use of Simpson's rule can be tested by comparing its result to the value of $\bar{N}$ (Eq. 7.8). The substitution of the elevations of the terminal points, $K = 3.085$ km and $H = 0.286$ km from Table 7.1, together with $D_A = 65$ km into Eq. 7.4, yields the elevation at the midpoint of the line:

$$h = 1.623 \text{ km} \qquad (7.9)$$

The sea level values of $T$, $P$, and $e$, after being elevated to the height $h$ become

$$T = 277.61°\text{K}$$
$$P = 833.03 \text{ mb}$$
$$e = 6.3 \text{ mb}$$

which, when applied to Eq. 6.17, give the refractive index at that point:

$$N_m = 249.41 \qquad (7.10)$$

The substitution of $N_I$ and $N_{VIII}$ from Table 7.1, together with $N_m$ into Eq. 7.5, finally yields the mean refractive index:

$$\bar{N}_S = 249.47 \qquad (7.11)$$



[It is] interesting to note that the difference between the two $N$-values of [Eq. 7.]8 and 7.11 is only 0.10 or $10^{-7}$. If the constant value of $\bar{Q} =$ [0.0000]302 had been replaced by the actual local value of $\bar{Q} = 0.0000247$ [in Eq.] 7.3, the elevation of the midpoint of the line would have been [1.]616 km. The influence of the elevation change on the refractive [index] is obtained by differentiating Eq. 6.29 as follows:

$$dN = (B + 2Ch)\,dh \qquad (7.12)$$

[In] our case $dh = -0.007$ km; if we place $B$ and $C$ from Eq. 7.6 into [Eq. 7.]12, the $N$ value at the midpoint of the line becomes $N_m = 249.58$. [After] the application of the Simpson's rule, the final mean refractive [index] yields the value

$$\bar{N}_S = 249.61 \qquad (7.13)$$

[This] indicates that the most critical error source in sloped lines when [using] this approximate method is the determination of the elevation of [the] midpoint. From Eq. 7.12 it is seen that an error of $\pm4$ m in [deter]mining the elevation of the midpoint of the line yields a proportional [error] in $N$ as great as $\pm10^{-7}$. An improvement in accuracy may be [expe]cted if $\bar{Q}$ is assigned a value based on any known model atmosphere.

[The] results of our test calculations reflect the validity of the mathema[tical model] only. The ultimate accuracy depends on the quality of the instruments [and] the care maintained in observing the meteorological data. In geodetic [and] geophysical surveys, precision instruments such as the Assman Aspi[rate]d Psychrometer and a digital aneroid barometer should be used. [Base]d on the analysis of Eq. 6.20, it seems possible that an overall [accu]racy of about $10^{-7}$ is attainable.

In a land-to-land survey, the light wave spectrum or the microwave [fr]equency band are used almost exclusively as the carrying agent. In some [appl]ications for which lower order accuracy is acceptable (e.g., reconnais[sance] surveys), medium or long radio waves can be chosen.

## [7.2] LAND-TO-SEA SURVEY

[The] modern land-to-sea survey offers a large variety of instrumentation [and] frequencies for various applications. The wavelengths vary from 3 cm to [...] m, and the electronic principles involved include almost all known [syst]ems in electronic surveying. Circular and hyperbolic geometries are [use]d equally. Factors other than atmospheric refraction, such as soil

conductivity and ionospheric reflection, affect the velocity of the electromagnetic radiation. Also, when high frequencies are used, the distances are restricted by line-of-sight limitations. Therefore, grouping according to the purpose of operations is preferred.

### 7.2.1. Close-to-Shore Hydrographic Survey

Microwave modulation techniques employing frequencies of $f = 3$ GHz or $f = 10$ GHz ($\lambda = 10$ cm or $\lambda = 3$ cm) have become very popular in recent years for close-to-shore hydrographic or harbor survey. Instrumentation (e.g., Cubic Corporation and Tellurometer Pty. Ltd.) has an effective range of about 100 km, although longer distances can be reached depending on the antenna installations. The accuracy of the survey is of the order of $\pm 1$ m which is equivalent to $10^{-5}$ at that distance. The instruments have been designed so that the readings are referenced to a "built-in" refractive index, usually $n = 1.000321$, which is the standard sea level value. If local conditions vary greatly from standard conditions, temperature, pressure, and humidity are observed simultaneously on land and aboard ship, and the mean values thus obtained are used to find the correction from simple templates or graphs.

The use of medium-long waves with frequencies of around 2 MHz ($\lambda = 150$ m) is a classic procedure in close-to-shore hydrographic survey. It sometimes has the form of a continuous wave technique (e.g., Decca Hi-Fix), or it may be based on a heterodyne principle (e.g., Raydist). The line-of-sight limitation does not exist in this wave band and at an average distance of 200 km from a ground station, a standard error of several meters can be anticipated. Therefore it is customary to use a constant value for the propagation velocity of the radio waves in constructing hyperbolic charts or computing distances. This value may be computed with the aid of the proper equation, corresponding to the average atmospheric conditions in the area concerned. In this case, seasonal changes are ignored.

### 7.2.2. Offshore Hydrographic Survey

Distances of up to 400 km can be reached in offshore hydrographic surveys. Heterodyne principles are used as before, but greater output power is supplied. The Decca Survey System has long been acknowledged to be one of the leading systems featuring the continuous wave technique



... distance range. Its low frequency band of around 100 kHz ($\lambda =$ ... is very vulnerable to such external factors as sky wave reflection ... soil conductivity, which can cause the actual velocity to vary as much ... 100 km/sec when measurements are made over water and land. *Pressey et al.* (1952) obtained an average velocity over typical geological structures in England of $c = 299{,}230$ km/sec, and *Laurila* (1956) reported 299,696 km/sec as a result of extensive tests made over the seawater of the Gulf of Bothnia. Because of the magnitude of the external factors ... ting the velocity of electromagnetic waves at this band, it is useless to ... to observe any change in the velocity. Best results are obtained by ... mining a constant velocity for a particular area from direct observations using the least squares principle (Section 7.2.4).

### 7.3. Long-Distance Navigation

... long-distance navigation equipment are based on hyperbolic geometry. ... as described previously but with greater output power, can operate at distances up to 1000 km. *Loran-C*, which is a pulse-type instrument ... lizing the same low frequency band as Decca, can operate at distances up to 2000 km using ground waves and up to about 4000 to 5000 km ... sky waves. In both methods a worldwide constant of the velocity of electromagnetic waves is applied.

*Omega* is a VLF radio navigation network that when fully implemented (ca. 1976) will offer continuous, all-weather, worldwide position information. Transmitters from eight locations will broadcast time-... phenced 10.2, 13.6, and 11.33 kHz electromagnetic radiation with an average wavelength of $\lambda = 30$ km. The Omega signals are propagated in ... wave guide formed between the earth and the ionospheric $D$-region. ... transmissions are modeled as transverse magnetic (TM) modes. The $TM_1$ mode propagates with a basic phase velocity

$$c_p = \frac{c_0}{0.9974} \tag{7.14}$$

... which yields

$$c_p = 300{,}574 \text{ km/sec} \tag{7.15}$$

... more than the speed of light.

Inhomogeneities exist in the modeled wave guide; thus a propagation correction table is published to correct the charted lines of position for variations in phase velocity from this nominal value. To compute the

corrections, such geophysical path characteristics as ground conductivi magnetic dip angle, ionospheric conditions, and the azimuth of propagation path must be considered. For more detailed information Omega, see Chapter 26.

In offshore survey and long-distance naviagation applications, a fix station called the monitor "forces" the location results to be correct that station and also prevents any variations at the same location.

### 7.2.4. Computation of Velocity from Direct Observations

The best condition for computing velocity directly from observed hyper bolic coordinates is obtained when a test survey is made over a gulf or narrow sea. Transmitting stations are placed on one shoreline and loc tions are made close to the opposite shore, where each hyperbolic fix ca also be determined simultaneously from known points on shore by way angular resections. In this case, the distances $r_M$ and $r_S$ from the observ points to the master and slave stations are known; the sum expressio $(S+r_M-r_S)$, where $S$ is the base between the master and slave stations, also known and can be symbolized as $Q$ (Chapter 4). If we assume the the hyperbolic location is based on a phase-measuring technique, general equation for the hyperbolic coordinate can be written:

$$N=\frac{f}{c}Q \qquad (7.16)$$

Since the frequency $f$ used in the computation of the hyperbolic coordi nates is assumed to be a known constant and the hyperbolic coordinate value $N$ is an observed value, the velocity based on observations can be expressed as

$$c_O=\frac{fQ}{N} \qquad (7.17)$$

which is referred to as the observed velocity.

The true velocity to be determined is the observed velocity plus a small velocity correction $dc_0$ caused by a constant instrument error $dN$ (error in phase locking of Decca system, e.g.). The value of $dc_0$ is obtained by differentiating Eq. 7.17 with respect to $c_0$ and $N$ as follows:

$$dc_0=-\frac{fQ}{N^2}dN=-\frac{c_0}{N}dN \qquad (7.18)$$



quation of observations thus can be written as

$$c_T=c_0-\frac{c_0}{N}dN \qquad (7.19)$$

oid large numerical values in the adjustment process, an approxi- value $\bar{c}$ is added to both sides of Eq. 7.19. The error equations then written as follows:

$$v=\frac{c_0}{N}dN+\Delta c-l \qquad (7.20)$$

$\Delta c=c_T-\bar{c}$ and $l=c_0-\bar{c}$.

hyperbolic location is an intersection of two hyperbolas and if these bolas are defined as red and green, the following double-error tions can be written:

$$v_R=\frac{c_{OR}}{N_R}dN_R+\Delta c-p$$
$$v_G=\frac{c_OG}{N_G}dN_G+\Delta c-q \qquad (7.21)$$

$p=c_{OR}-\bar{c}$ and $q=c_{OG}-\bar{c}$.

The normal equations in this case will then be

$$\left[\frac{c_{OR}^2}{N_R^2}\right]+0+\left[\frac{c_{OR}}{N_R}\right]-\left[\frac{c_{OR}}{N_R}p\right]=0$$
$$\left[\frac{c_{OG}^2}{N_G^2}\right]+\left[\frac{c_{OG}}{N_G}\right]-\left[\frac{c_{OG}}{N_G}q\right]=0$$
$$2n-[p+q]=0$$
$$[p^2+q^2] \qquad (7.22)$$

where $n$ is the number of points observed.

Let us consider a sample computation of the velocity of electromag- radiation over seawater with 0.5% salinity, using the Decca system rating on the frequency band around 100 kHz (*Laurila*, 1953). The vey was carried out over open stretches of water in the Gulf of hnia between Sweden and Finland. The transmission stations were ated along the eastern shoreline in Sweden; the survey ship, with the eivers on board, fixed its position at 12 points off the western shore in land. The average distance to the ground stations was 220 km. The ment data used for the least squares adjustment appear in Table 7.2.

**TABLE 7.2**

| No. | Red | | | | Green | | |
|---|---|---|---|---|---|---|---|
| | $Q$ | $N$ | $c_0$ | $p$ | $Q$ | $N$ | $c_0$ |
| 1 | 63.507 | 75.049 | 299,612 | −54 | 133.617 | 118.398 | 299,682 |
| 2 | 67.025 | 79.214 | 299,583 | −83 | 132.037 | 117.002 | 299,671 |
| 3 | 72.378 | 85.540 | 299,585 | −81 | 129.167 | 114.447 | 299,702 |
| 4 | 79.794 | 94.298 | 299,606 | −60 | 124.490 | 110.309 | 299,686 |
| 5 | 86.844 | 102.605 | 299,677 | +11 | 119.835 | 106.174 | 299,715 |
| 6 | 93.190 | 110.111 | 299,655 | −11 | 115.901 | 102.700 | 299,681 |
| 7 | 99.535 | 117.607 | 299,658 | −8 | 111.434 | 98.737 | 299,696 |
| 8 | 104.861 | 123.908 | 299,639 | −27 | 106.926 | 94.750 | 299,673 |
| 9 | 110.006 | 129.983 | 299,649 | −17 | 103.745 | 91.933 | 299,667 |
| 10 | 115.842 | 136.878 | 299,651 | −15 | 99.059 | 87.766 | 299,716 |
| 11 | 120.417 | 142.282 | 299,655 | −11 | 95.541 | 84.645 | 299,731 |
| 12 | 124.781 | 147.440 | 299,651 | −15 | 92.053 | 81.554 | 299,733 |

The approximate value $\bar{c} = 299{,}666$ km/sec used in Eq. 7.21 was the arithmetic mean of all observed $c_0$ values. As the result, the values of the unknowns $dN_R$, $dN_G$, and $\Delta c$ were

$$dN_R = -0.022 \text{ lane}$$
$$dN_G = +0.001 \text{ lane} \tag{7.23}$$
$$\Delta c = +30 \text{ km/sec}$$

with standard errors of

$$m_{NR} = \pm 0.009 \text{ lane}$$
$$m_{NG} = \pm 0.009 \text{ lane} \tag{7.24}$$
$$mc = \pm 26 \text{ km/sec}$$

The propagation velocity thus determined was

$$c = 299{,}696 \pm 26 \text{ km/sec} \tag{7.25}$$

This value agrees very closely with the propagation velocity for electromagnetic radiation of the 100 kHz frequency band over seawater, which is generally accepted to be $c = 299{,}700$ km/sec by the International Hydrographic Survey Office, Monaco.



## LAND-TO-AIR SURVEY

...d to air surveys almost exclusively use circular geometry. The task ... be either ascertaining the control point extension, which means ...ablishing controlled photography, or measuring long lines for trilateration purposes (Chapter 4). Grouping the instrumentation according to the ...rational distance ranges, two categories can be anticipated.

...r distances usually not exceeding a total of 100 km, having two legs ...h approximately 50 km long, the microwave modulation technique is ...d at the carrier frequency of about 3 GHz and $\lambda = 10$ cm (e.g., *...urometer*). In Tellurometer's model MRB-301, the primary pattern fre...ncy of $f = 1.498470$ MHz is chosen to give a direct range readout in ...ers at an atmospheric refractive index of $n = 1.000330$. In practice, ...teorological observations are made both in the aircraft and on the ...ound at the beginning and end of each survey. To achieve better ...uracy, observations can also be made at specific intervals during the ...rvey. The mean of the refractive index obtained from these observa...ns is used to correct the range readout.

In long line measurements made with line crossing techniques, *Hiran* (...h accurate Shoran) was used until 1966. Hiran is a pulse-type instru...nt operating in the VHF frequency band, having a wavelength around ...10 m. It was replaced by *Shiran* (*S*-band Hiran: *Cubic Corporation*), ...ch is a microwave modulation instrument whose wavelength is around 10 cm. Depending on the altitude of the aircraft, the maximum ...tance obtainable is about 1400 km, with two 700 km legs. Because of ...e long distances involved, the electromagnetic radiation must travel ...rough the troposphere, where almost all the humidity of the atmosphere is concentrated. Therefore, special care must be taken in computing ...e mean refractive index.

The procedure is as follows. The airplane carrying out the line crossing ...ion acts as a sounding device. Before the mission starts, the aircraft ...s off at an altitude of about 200 m above the one ground station. ...mperature, pressure, and humidity are then observed. By ascending to ...mission altitude at the middle of the line, the plane levels off at ...tain intervals at least 3 minutes apart before a new set of observations ...made. The same procedure is repeated during the descent to the other ...tion after the mission is completed. Also, while the actual line crossings ...taking place, observations are made at the constant operational ...itude. Employing least squares adjustment (Eq. 6.33), the meteorological constants $A$, $B$, and $C$ are computed for that particular line crossing.

The average curvature of the ray path is then computed from Eq. 5.2 and the mean refractive index $\bar{N}$ is finally obtained from Eq. 7.1. Th elevations $h$ of the observation points are obtained from a barometr altimeter that is calibrated before and after the mission against a rad altimeter over known terrain, usually seawater level. The weakness of th method is that the elevation $h$ is derived from barometric pressure whi in turn, is one of the factors involved in computing the coefficients $A$, and $C$. This is true for all meteorological soundings in general.

## 7.4. LAND-TO-SPACE SURVEY

Land-to-space survey is the newest application in the field of electro surveying. The tracking of artificial earth satellites relies on either coh ent light or VHF radio transmission. Lunar ranging through retrorefle tive prism systems placed on the surface of the moon by the Apollo cre is accomplished exclusively by the use of coherent light. In both applic tions the electromagnetic radiation propagates through the entire atmo phere. The methods of computing the mean refractive index differ esse tially from those described in the previous sections. There is only o terminal of the line inside the atmosphere, the tracking station on th earth. The other terminal is the "edge" of the atmosphere, which is function of the already familiar parameters $T$, $P$, and $e$. In addition, th deviation of the sighting to the moon or to the satellite from the vertic must be considered; this is known as the zenith angle or zenith distan and is designated $\psi$.

The retardation of the velocity of electromagnetic propagation d minishes rapidly at an altitude of about 36 km. The total range correcti due to the atmosphere from sea level to that altitude is about 240 c From 36 to 72 km the range correction (*Schnelzer*, 1972) is only 1.2 c and beyond that altitude it is a fraction of a millimeter. Because of th different propagation characteristics, light waves and radio waves ar treated separately in the following sections.

### 7.4.1. Utilization of Light Waves

The atmosphere up to 36 km consists of two parts, the troposphere fro sea level to about 9 km and the stratosphere from 9 to 36 km. A mentioned earlier, most of the humidity of the total atmosphere i concentrated in the troposphere. In the stratosphere, the temperatur



…ient changes its magnitude and direction at intervals of approximately … Therefore, for the computation of the mean refractive index … ugh the entire atmosphere, it is advisable to divide the atmosphere … zones rather than assuming it to be a continuous medium. *Bean* (1960) … esses the refractive index through the atmosphere as a three-part … el. He assumes a linear decrease in $N$ for the first kilometer above … ation:

$$N_1 = N_S + \Delta N(h - h_S), \qquad h_S \leqq h \leqq (h_S + 1) \tag{7.26}$$

… re $N_S$ is the observed surface value, $\Delta N$ is an empirically derived … ctivity gradient, and $h_S$ is the elevation of the station in kilometers. … om $(h_S + 1)$ to 9 km, Bean uses the exponential function

$$N = N_1 e^{-c(h-h_S-1)}, \qquad (h_S + 1) \leqq h \leqq 9 \tag{7.27}$$

… re

$$c = [1/(8 - h_S)] \ln (N_1/105)$$

… ove 9 km, the following formula reflecting the exponential decay of … ospheric density is used:

$$N = 105e^{-0.1424(h-9)}, \qquad h \geqq 9 \tag{7.28}$$

… $N$ values in Eqs. 7.26 to 7.28 are point-to-point values with refer… to given altitudes $h$.

… o give full benefit to the discontinuity of the stratosphere due to the … nges of the temperature gradients, *Laurila* (1968) recommended the … of a four-part model through the atmosphere up to 36 km. The … ond-order parabolic development (Eq. 6.29) of the basic exponential … tion is applied as one altitude range through the troposphere and as … e separate altitude ranges through the stratosphere. From those four … es of 9 km each, the mean refractive indexes can be computed.

… he strength of this approach was again tested by the use of data from … U.S. *Standard Atmosphere 1962* at the zenith distance of $\psi = 0°$. The … lts are given in Table 7.3, where $\bar{N}$ is the mean refractive index … ugh one altitude range and $m_{\bar{N}}$ is its standard error, $\Delta S = 237.69$ cm is … total negative range correction from sea level to the altitude of 36 km, … $m_{\Delta S} = \pm 0.12$ cm is its standard error. The small standard error over … total altitude range suggests that the method of adding separate … bolic adjustments on top of each other is valid.

… o investigate the feasibility of this method under actual meteorologi… onditions, the sounding data (Section 6.3.3) from approximately sea … l to about 33 km were studied. The final results are listed in Table

**TABLE 7.3**

| Altitude Range (km) | $\bar{N}$ | $m_{\bar{N}}$ | $\Delta S$ (cm) | $m_{\Delta S}$ (cm) |
|---|---|---|---|---|
| 0–9 | 184.5 | ±0.04 | 166.05 | ±0.04 |
| 9–18 | 61.0 | 0.11 | 54.90 | 0.10 |
| 18–27 | 15.0 | 0.05 | 13.50 | 0.05 |
| 27–36 | 3.6 | 0.02 | 3.24 | 0.02 |
| 0–36 | — | — | 237.69 | 0.12 |

Since the results of these sample computations agreed so well with each other and with the U.S. Standard (U.S. 62) value, the research was continued by *Schnelzer* (1972) to find an empirical "standard" value for $\Delta S$ applicable to the continental United States. The eight observation sites that provided radiosonde data were chosen for their proximity to the United States triangulation points of the proposed North American geodetic satellite observation program (Fig. 7.3). To obtain representative coverage, radiosonde data were collected from each site twice each quarter—January, April, July, and October, 1969. One set of data was taken at the beginning and the other during the middle of the month, totaling 64 complete soundings through all four altitude ranges.

Based on the standard errors in computing $\bar{N}$ at each site and through each altitude range, the weights were determined to obtain the weighted mean values $\bar{N}_w$ and their standard errors $m_{\bar{N}_w}$. The results, together with the corresponding range corrections and their standard errors, are given in Table 7.5.

The value $\Delta S = 238.5 \pm 0.5$ cm thus can be considered to be a year-round standard for the continental United States in measurements made at sea level and at the zenith distance $\psi = 0$.

**TABLE 7.4**

| Altitude Range (km) | Location | Season | $\Delta S$ (cm) | $m_{\Delta S}$ (cm) |
|---|---|---|---|---|
| 0–36 | Lihue | February | 238.1 | ±0.3 |
| | Lihue | July | 239.2 | 0.5 |
| | Fairbanks | February | 239.0 | 1.5 |
| | Fairbanks | July | 235.3 | 0.4 |






**Figure 7.3** Radiosonde observation sites.

Similar computations were made also from the Air Force Cambridge Research Laboratory Model Atmospheres and the summarized results of the computations can be found in Table 7.6, with the difference from the empirical standard value. As Table 7.6 indicates, the empirical standard value represents the mean of all the given samples fairly well if the July Fairbanks value is disregarded. If we add the 1.2 cm that accumulated between the altitude ranges 36 and 72 km to the computed empirical standard value $\Delta S = 238.5$, the range correction through the entire atmosphere seems to be a constant within the continental United States at sea level:

$$\Delta S_0 = 239.7 \pm 0.5 \text{ cm} \tag{7.29}$$

**TABLE 7.5**

| Altitude Range (km) | $\bar{N}_w$ | $m_{\bar{N}_w}$ | $\Delta S$ (cm) | $m_{\Delta S}$ (cm) |
|---|---|---|---|---|
| 0–9 | 181.98 | ±0.43 | 163.76 | ±0.39 |
| 9–18 | 63.73 | 0.28 | 57.36 | 0.25 |
| 18–27 | 15.58 | 0.05 | 14.02 | 0.05 |
| 27–36 | 3.37 | 0.01 | 3.38 | 0.01 |
| 0–36 | — | — | 238.52 | 0.46 |

**TABLE 7.6**

| | U.S. 62 | AFCRL July (30°N) | AFCRL January (30°N) | AFCRL July (45°N) | AFCRL January (45°N) | Lihue July | Lihue February | Fairbanks July | Fairbanks February |
|---|---|---|---|---|---|---|---|---|---|
| $\Delta S$ | 237.7 | 238.2 | 240.0 | 237.8 | 238.9 | 239.2 | 238.1 | 235.3 | 239.0 |
| $d\,\Delta S$ | −0.8 | −0.3 | +1.5 | −0.7 | +0.4 | +0.7 | −0.4 | −3.2 | +0.5 |

Since tracking of the moon or artificial earth satellites very seldom is made at altitudes higher than 3000 m, an additional set of least squares adjustments can be made at certain intervals from sea level to 3 km to obtain the corresponding total corrections. Results can be tabulated and the needed $\Delta S$ values are obtained by interpolation from the table. In practice, measurements are made at various zenith angles; and Eq. 7.29 can be expressed in the following general form:

$$\Delta S = (\Delta S_h) \sec \psi \tag{7.30}$$

where $\Delta S_h$ is the vertical range correction obtained from the table with reference to the station height $h$ and $\psi$ is the zenith angle. In Eq. 7.30, earth and its atmosphere are assumed to be parallel planes, and the slight bending of light rays due to reflection is neglected. These approximations yield an error of less than 1.0 cm up to the zenith angle of $\psi = 50°$.

In all radiosonde data, altitudes are given as geopotential heights, whereas in Eq. 7.29, geometric heights are used. Following is the conversion formula from geopotential height to geometric height:

$$H = \frac{MZ}{g_\psi M/9.8 - Z} \tag{7.31}$$

where $Z$ is the geopotential height, $g_\psi$ is the actual acceleration of gravity at latitude $\psi$, and $M$ is the meridian curvature radius of the ellipsoid at that latitude. The conversion is also tabulated in the *Smithsonian Meteorological Tables* (1966).

**TABLE 7.7**

| Station Height Above Sea Level (km) | $B$ (mb) | Station Height Above Sea Level (km) | $B$ (mb) |
|---|---|---|---|
| 0 | 1.156 | 2.0 | 0.874 |
| 0.5 | 1.079 | 2.5 | 0.813 |
| 1.0 | 1.006 | 3.0 | 0.757 |
| 1.5 | 0.938 | 4.0 | 0.654 |



**TABLE 7.8 VALUES OF $\delta_L$ (m)**

| Apparent Zenith Distance | Station Height Above Sea Level (km) 0 | 0.5 | 1.0 | 1.5 | 2.0 | 3.0 | 4.0 |
|---|---|---|---|---|---|---|---|
| | +0.003 | +0.003 | +0.002 | +0.002 | +0.002 | +0.002 | +0.001 |
| | +0.006 | +0.006 | +0.005 | +0.005 | +0.004 | +0.003 | +0.003 |
| | +0.012 | +0.011 | +0.010 | +0.009 | +0.008 | +0.006 | +0.005 |

Based on an extensive study, *Saastamoinen* (1973) has derived a standard formula for the atmospheric range correction through the troposphere and stratosphere as a function of pressure and humidity observed at the station height:

$$\Delta S = 0.002357 \sec \psi (P + 0.06e - B \tan^2 \psi) + \delta_L \tag{7.32}$$

where $\psi$ is the apparent zenith distance of the satellite or the moon, $P$ is the total barometric pressure in millibars, $e$ is the partial pressure of water vapor in millibars, $T$ is the absolute temperature in degrees Kelvin, $B$ is a correction factor due to the curvature of earth and its atmosphere, and $\delta_L$ is a correction term due to the curvature of the ray path.

Tables 7.7 and 7.8 present standard values of the correction factor $B$ and the correction term $\delta_L$, respectively.

To compare the validity of the method based on the four-layer parabolic adjustment to the one given in Eq. 7.32, standard values of $P = 1013.25$ mb, $e = 10.86$ mb, and $h = 0$ km were placed into Eq. 7.32 and Tables 7.7 and 7.8 for zenith distances $\psi = 0°$, $\psi = 50°$, and $\psi = 60°$. When compared with values obtained from Eq. 7.30 and Table 7.3, the results were as follows:

| Eq. 7.32 | Eq. 7.30 | Differences (cm) |
|---|---|---|
| $\Delta S_0 = 238.98$ cm | $\Delta S_0 = 238.89$ cm | +0.09 |
| $\Delta S_{50} = 371.18$ cm | $\Delta S_{50} = 371.65$ cm | −0.47 |
| $\Delta S_{60} = 476.63$ cm | $\Delta S_{60} = 477.78$ cm | −1.15 |

If the station height had been above sea level, the differences would have been even smaller. The close agreement at the zenith distance $\psi = 0°$

was anticipated, since Saastamoinen's formula (Eq. 7.32) is equivalent to the numerical integration of the refractive index from given data.

The Smithsonian Astrophysical Observatory (SAO) uses the following formula, based on the observed temperature and pressure at the tracking site altitude but neglecting the influence of humidity (*Lehr et al.*, 1969):

$$\Delta S = \frac{2.238 + 0.0414PT^{-1} - 0.23h_S}{\sin a + 10^{-3} \cot a} \qquad (7.33)$$

where $P$ is the total barometric pressure in millibars, $T$ is the temperature in degrees Kelvin, $h_S$ is the station height from sea level in kilometers, and $a$ is the elevation angle of the sighting ($a = 90° - \psi$). If the standard data ($T = 288.15$ °K, $P = 1013.25$ mb, and $h_S = 0$ km) are placed into Eq. 7.33, the SAO results for zenith angles $\psi = 0°$, $\psi = 50°$, and $\psi = 60°$ are:

$$\Delta S_0 = 238.4 \text{ cm}$$

$$\Delta S_{50} = 370.2 \text{ cm}$$

$$\Delta S_{60} = 475.2 \text{ cm}$$

In this section all coefficients and constants dependent on wavelength are based on the utilization of a ruby laser with $\lambda = 6943$ Å.

### 7.4.2. Utilization of Radio Waves

In radio wave instrumentation, Secor (sequential collation of range), manufactured by Cubic Corporation, is used in satellite triangulations. It operates with two carrier frequencies, $f_1 = 499$ MHz and $f_2 = 225$ MHz, which are phase modulated at four transmitting stations on ground. The principle for determining the average refractive index is similar to the one for light wave propagation but the vulnerability of humidity in lower atmosphere renders the overall accuracy poorer and gives the range correction wider spread. On the other hand, the instrument accuracy is of the order of meters rather than centimeters, as in the case of laser applications.

The sample radiosonde data of the previous section were used to compute the range corrections and their standard errors and differences from the U.S. 62 standard value. For the curve-fitting adjustment Essen formula, Eq. 6.23 was utilized to compute the $N$-values. The results from sea level to an altitude of 72 km are given in Table 7.9 (*Laurila*, 1968).



**TABLE 7.9**

| Location | Season | $\Delta S$ (cm) | $m_{\Delta S}$ (cm) | $d\,\Delta S$ (cm) |
|---|---|---|---|---|
| U.S. 62 | — | 244.2 | ±0.2 | 0 |
| Lihue | February | 241.1 | 1.9 | 3.1 |
| Lihue | July | 248.3 | 1.9 | +4.1 |
| Fairbanks | February | 232.5 | 0.9 | 11.7 |
| Fairbanks | July | 234.6 | 0.4 | 9.6 |

*Saastamoinen* (1973) derived the following formula for the range correction when radio waves are employed:

$$\Delta S = 0.002277 \sec\psi \left[P + \left(\frac{1225}{T} + 0.05\right) e\right] - B \tan^2\psi + \delta_R \qquad (7.34)$$

where $T$ is the temperature in degrees Kelvin and the other symbols have the same meaning as in Eq. 7.32.

If the standard values of $P$ and $e$ are placed in Eq. 7.34 at the zenith distance $\psi = 0°$, the corresponding range correction is $\Delta S = 241.6$ cm, which is 2.6 cm smaller than the corresponding standard value in Table

Chapt[er]

EIGHT

# MAXIMUM MEASURABLE DISTANCE

In working with medium or long wave transmission the maximu[m] measurable distance is not limited by geometric or atmospheric consid[er]ations but by the transmitter power. The ray path in this case follo[ws] approximately the curvature of earth. In the use of short waves, m[ic]rowaves, or light waves, the maximum distance depends on the curvatu[re] of the earth, which is always greater than that of the ray path, and [on] obstructions along the ray path.

When planning to measure new lines it is always advisable to check th[at] there is enough clearance for the ray path to propagate between t[he] terminal points of the line. In Fig. 8.1 the earth is assumed to be [a] "rectified" plane, and the ray path then contains the effects of bo[th] refraction and the curvature of the earth. The problem of determining t[he] maximum range can be divided into two categories with respect to th[e] characteristics of the terrain—that is, cases for flat terrain or wat[er] surface and cases for mountainous areas. In the former case, the ma[x]imum distance $D_{max}$, is a function of the *minimum elevation* $G$ of the r[ay] path from sea level. In the latter case it is a function of the elevation h[of] of a terrain obstruction above the sea level and of its distance $D_h$ fro[m] the initial terminal of the line.

To solve the problem stated in the first case, the following expressio[n] can be used (*Wilson*, 1950; *Laurila*, 1960):

$$D_{max} = 4.0(\sqrt{K-G}+\sqrt{H-G}) \tag{8.1}$$

where $D_{max}$ is the maximum measurable distance in kilometers, $K$ and $H$








Figure 8.1 Ray path over earth, assumed to be a plane (Laurila, 1960).

[are] the elevations of the terminal points of a line in meters, and $G$ is the [min]imum elevation in meters. The constant 4.0 is computed to represent [Na]tional Advisory Committee for Aeronautics (NACA) moist atmos[phere] at lower troposphere. If measurements are made over water at sea [leve]l $G$ is zero. Otherwise, its value must be estimated or taken from an [exis]ting contour map.

To illustrate the computation of the measurable maximum distance [ove]r seawater where $G = 0$, let $K = 286$ m and $H = 3085$ m. Substituting [the]se values into Eq. 8.1, we find the maximum distance to be $D_{max}$ = [illegible] km.

In the case of mountainous terrain, the length of a line to be measured [an]d the elevations of the terminal points are usually known accurately [eno]ugh to permit a "reconnaissance" type of computation of the survey [pos]sibilities over that line. An atmospheric model at lower troposphere is [kno]wn or may be determined to compute the average curvature of the ray [pa]th $\bar{Q}$, from Eq. 5.22. The usual problem is to learn whether an [obs]truction, such as a mountain top, is cutting off the free passage of the [ra]y path between the terminal points. To determine the actual clearance [be]tween the ray path and the top of an obstruction, Eq. 5.17 can be used:

$$h = K + D_h\left[\frac{H-K}{D_A} - \frac{D_A}{2}\left(\frac{1}{R}-\bar{Q}\right)\right] + \frac{D_h^2}{2}\left(\frac{1}{R}-\bar{Q}\right)$$

[whe]re $h$ is the sea level elevation of the ray path above the obstruction, $K$ [an]d $H$ are the elevations of the terminal points of the line, $D_A$ is the total [len]gth of the line, $D_h$ is the distance from the initial terminal of the line to [the] obstruction, $R$ is the curvature radius of earth, and $\bar{Q}$ is the average [cur]vature of the ray path. All distances are in kilometers.

To illustrate this case, a reference line is chosen for the sample

Case: 4:10-cv-02567-LW Doc #: 138-35 Filed: 04/30/10 61 of 74. PageID #: 1927

computation (Section 7.1.3), where $D_A = 65$ km, $K = 0.286$ km, $H$ 3.085 km, $R = 6371$ km, and $\bar{Q} = 0.0000247$. Let us assume that there a mountain top along the line, having an elevation of $h_{D_h} = 1.640$ km an located at a distance of $D_h = 40$ km from the initial terminal point. Th substitution of these values, except $h_{D_h}$, into Eq. 5.17 yields

$$h = 1.656 \text{ km}$$

which shows that there is a clearance between the ray path and th mountain top, $h - h_{D_h} = 16$ m.

A fast overall check to solve problems of the two classes mentioned, o any combination of possibilities, can be obtained by graphical means. Th parabola, (Eq. 5.17) is constructed on a transparent sheet of paper, whic is moved parallel to the rectangular axes of a graph, where positions an elevations of the terminal points and possible obstructions are plotted. I two of these elements are known, the third can be found when th parabola is made to pass through the two known points.

Chapter

NINE

# INFLUENCE OF IONOSPHERIC REFLECTION ON THE LOW FREQUENCY PHASE–MEASURING TECHNIQUE

The propagation of electromagnetic radiation in low frequency bands, such as utilized by Decca with a wavelength of $\lambda = 3000$ m, is divided into two components. The component that propagates along the earth's surface or in the atmosphere close to it is called *ground wave* propagation. The other component propagates upward and is reflected back from a highly conductive layer of free electrons known as the *E-layer*. The altitude of this layer varies from 70 to 100 km, followed by the *F*-layer, which extends up to 400 km. The reflected waves from the *E*-layer are called the *sky waves*, and they interfere with the ground waves in the receiver at the point of location. This interference causes erroneous phase displacement in a phasemeter where phases of two ground wave signals are being observed. The erroneous phase displacement is directly proportional to the field strength of the sky waves and inversely proportional to the field strength of the ground waves when they reach the measuring receiver.

The field strength of the sky waves is dependent on three factors, namely, the distance of the measuring point from the transmitting stations, the height of the reflecting layer, and the reflection or absorption coefficient of the reflected waves. According to the studies of *Williams* (1951) and *Weekes* and *Stuart* (1952), the average height of the *E*-layer 70 km in the daytime and 90 km at night. The reflection coefficient

varies greatly according to the distance from the ground transmitter to the receiver, thus is dependent on the incident angle that the wave path forms with the $E$-layer. The magnitude of the reflection coefficient increases when the distance increases; it is approximately 0.001–0.05 in the daytime and considerably more at night. To avoid the influence of sky wave interference, any precision survey should be made in the daytime and at distances of, say, less than 200 km. The erroneous phase displacement cannot be corrected, but its magnitude can be analyzed.

The field strength, stated in volts per unit length of a vertical antenna of the reflected waves as a function of the aforementioned factors, may be computed as follows (*Williams*, 1951):

$$E_r = \frac{2E_0}{D}\psi \cos^2\left(\arc\tan\frac{2h}{D}\right) \tag{9.1}$$

where $E_0$ denotes the field strength of the radiation of the transmitter antenna, $D$ is the distance between the transmitter and the receiver along the ellipsoid, $\psi$ is the reflection coefficient, and $h$ is the height of the reflecting layer.

The field strength of the ground waves, stated in volts per unit length of a vertical antenna, is obtained from the following standard formula:

$$E_g = 120\pi\frac{Ih_e}{\lambda D}k \tag{9.2}$$

where $I$ is the antenna current, $h_e$ is the effective height of the transmitting antenna, $\lambda$ is the wavelength, $D$ is the distance between the transmitter and the receiver along the ellipsoid, and $k$ is an attenuation coefficient dependent on the electrical characteristics of the ground.

The phase difference between the direct and reflected waves (Fig. 9.1) obviously is

$$\alpha = 2\pi\frac{d}{\lambda} \tag{9.3}$$

where $d$ denotes the difference in the distances traveled by the ground waves and the reflected waves and $\lambda$ is the wavelength. Since the distance $d$, usually is longer than $\lambda$, $\alpha$ may yield any values between 0° and 360° but still has relatively small influence to the actual phase displacement. If we take $E_r$ as the field strength component of the reflected waves at a distance $D$ and $E_g$ as the field strength component of the ground waves, it can be seen from Fig. 9.1 that the maximum phase displacement $\Theta_{max}$ between the ground and the resultant waves occurs when the resultant component $E'_g$ is tangential to the circle whose radius is $E_r$.






**Figure 9.1** Phase relationship between ground waves and reflected waves (Laurila, 1960).

To obtain the phase displacement $\Theta$ as a function of any value of $\alpha$, it may be stated, without making any significant error, that

$$\Theta = \frac{x}{E_g} \tag{9.4}$$

where $x$ is obtained from Fig. 9.1 as follows:

$$x = E_r \sin\alpha \tag{9.5}$$

The phase displacement in Eq. 9.4 is given in radians, but to express it in terms of a fractional phase displacement equivalent to a hyperbolic coordinate, it must be divided by $2\pi$. Thus when Eq. 9.5 is substituted into Eq. 9.4, we have

$$\Phi = \frac{E_r}{E_g}\frac{\sin\alpha}{2\pi} \tag{9.6}$$

The phase difference $\alpha$ is not known, except that it can have valu between 0° and 360° with equal probability. Therefore, it may be re placed by the standard error of the periodic function of sin $\alpha$, which $m_{\sin\alpha} = \pm(1/\sqrt{2})$. With this substitution, Eq. 9.6 can be rewritten

$$m_\Phi = \pm \frac{E_r}{E_g} \frac{1}{2\pi\sqrt{2}} \tag{9.}$$

or, approximately

$$m_\Phi = \pm \frac{E_r}{E_g} \frac{1}{9} \tag{9.}$$

Equation 9.8 gives the standard error caused by the phase displaceme of the *transmitted* ground waves when affected by reflected sky waves. I Decca surveying, the phasemeters or decometers indicate phase differ ences between so-called *comparison* waves, which are certain harmoni related to the transmitting frequencies by the factors $k_R = 3$, $k_{MR}$ - $k_G = 2$, and $k_{MG} = 3$ (see Section 20.2.2.1). Thus the standard errors caus by phase displacements of comparison waves at the receiver will be, fo the red pattern

$$m_{\Phi_M} = \pm k_{MR} m_\Phi$$
$$m_{\Phi_R} = \pm k_R m_\Phi \tag{9.9}$$

and for the green pattern

$$m_{\Phi_M} = \pm k_{MG} m_\Phi$$
$$m_{\Phi_G} = \pm k_G m_\Phi \tag{9.10}$$

Since the hyperbolic lanes are determined by the phase differences o comparison waves, to obtain the final standard errors of phasemete readings stated in lanes, values in Eq. 9.9 must be added togethe quadratically for the red phasemeter error and values in Eq. 9.10 must be added together in similar way for the green phasemeter error. The errors thus will be

$$m_{N_R} = \pm m_\Phi \sqrt{k_{MR}^2 + k_R^2}$$
$$m_{N_G} = \pm m_\Phi \sqrt{k_{MG}^2 + k_G^2} \tag{9.11}$$

or, if the numerical values of the coefficients $k$ are substituted:

$$m_{N_R} = \pm 5.0 m_\Phi$$
$$m_{N_G} = \pm 3.6 m_\Phi \tag{9.12}$$



... give an idea of the magnitude of the errors caused by sky wave ... tion, the following examples are presented. If 100 km is considered ... an average distance between the ground stations and the survey ... ver, one might select $\psi = 0.005$ as the reflection coefficient to corres- ... to that distance (*Weekes* and *Stuart*, 1952). The substitution into ... of this value together with $D = 100$ km, $h = 70$ km, and $E_0 =$ ... mV, corresponding to 1 kW output power yields the field strength of ... flected waves:

$$E_r = 10\ \mu\text{V/m}$$

... rding to *Sanderson* (1952), the field strength of the ground waves at ... distance will be $E_g = 3000\ \mu$V/m. By substituting the values of $E_r$ ... into Eq. 9.8, the standard error caused by the phase displacement ... the transmitted waves is found to be

$$m_\Phi = \pm 0.00037$$

... applied to Eq. 9.12, this yields

$$m_{N_R} = \pm 0.002 \text{ lane} \quad \text{and} \quad m_{N_G} = \pm 0.001 \text{ lane} \tag{9.13}$$

... is to be emphasized that an exact evaluation of the sky wave effect is ... difficult to make because its magnitude varies greatly as the elevation ... the E-layer and the reflection coefficient vary. In particular, the sky ... effect increases greatly at night, making accurate survey operations ... impossible between sunset and sunrise. The rapid increase of the ... wave error as a function of increased distance has been illustrated by ... nsive field tests using an error elimination system (*Laurila*, 1953). ... results, which showed an average value of $m_N = \pm 0.007$ lane at a ... ance of 220 km, were supported by the work of *Sanderson* (1952): ... ±0.004, and *Mendoza* (1947): $m_N = \pm 0.007$.

Chapte

TEN

# INFLUENCE OF SOIL CONDUCTIVITY ON THE LOW FREQUENCY PHASE-MEASURING TECHNIQUE

The effects of soil conductivity on the propagation velocity of el tromagnetic radiation have been extensively studied by *Norton* (193 over flat earth and by *Bremmer* (1949) over the spherical earth. Nort also investigated the effects of transmission frequency. In applications the low frequency phase-measuring technique, as in the case of Dec the influence of these phenomena must be considered when computi the propagation velocity over various soils of differing conductivities.

Based on the Norton-Bremmer theory, *Verstelle* (1957) developed practical procedure for the computation. By taking $\delta_W = 5 \times 10^{-11}$ ele tromagnetic unit (emu) to represent the conductivity of average seawat and $\delta_l = 10^{-14}$ emu to represent the conductivity of soil with dry sand, computed ratios $c_W/c_l$ for intermediate values of $\delta$. In these ratios $c_W$ the propagation velocity of low frequency transmission over seawater an $c_l$ is the velocity over land. When the $\delta$ value for a given type of groun is estimated, the ratio $c_W/c_l$ can be found from Fig. 10.1. Since th velocity over seawater, $c_W = 299{,}700$ km/sec, may be considered a con stant, $c_l$ can easily be computed.

To achieve the best geometric configuration of the ground stations hydrographic surveying, it is sometimes necessary to erect the transmit ting stations inland, at some distance from the shoreline. In this case, th electromagnetic waves are transmitted over both land and sea. Accordin








Figure 10.1 Ratio of propagation velocity over sea and land as function of soil conductivity, assuming $c$ to be equal for master, red, and green stations. (Laurila, 1960)

the theoretical work of *Verstelle* and practical test surveys made by ... *et al.* and *Laurila* (Section 7.2.2), the difference between the sea and land velocities may be as large as 466 km/sec. A good way to eliminate the effects of this discrepancy is to use the sea velocity in the computation of the lattice charts and to derive a correction factor as a function of land velocity and land distances. The correction factor permits ... to draw correction lines on the chart and apply them to the observed ... hyperbolic coordinates. *Larsson* (1954) derived such a method of ... tions, which is presented next with respect to one master-slave pair ... tions.

... the propagation velocity over land in Fig. 10.2 is $c_l$ and $c_w$ is the ... over water, the comparison wavelengths will be

$$\lambda_l = \frac{c_l}{f} \qquad \text{and} \qquad \lambda_W = \frac{c_W}{f} \tag{10.1}$$




**Figure 10.2** Determination of land correction (Laurila, 1960).

where $f$ is the comparison frequency corresponding to the pattern concerned. Let us assume that the phase angles at the master and slave stations at a given time are $\Phi_M$ and $\Phi_S$, respectively. The phase angle of the master transmission when it arrives at point $P$ is thus

$$\Phi_{PM} = \Phi_M - \frac{2\pi l_M}{\lambda_l} - \frac{2\pi W_M}{\lambda_W} = \Phi_M - 2\pi f\left(\frac{l_M}{c_l} + \frac{W_M}{c_W}\right) \qquad (10.2)$$

Similarly, the phase angle of the slave transmission at point $P$ is

$$\Phi_{PS} = \Phi_S - \frac{2\pi l_S}{\lambda_l} - \frac{2\pi W_S}{\lambda_W} = \Phi_S - 2\pi f\left(\frac{l_S}{c_l} + \frac{W_S}{c_W}\right) \qquad (10.3)$$

In these formulas, $l_M$ and $l_S$, and $W_M$ and $W_S$, are the distances the wave traverse over land and water, separately, from the master and slave stations, to point $P$.

The difference in phase angle at point $P$ is thus

$$\Delta\Phi'_P = \Phi_M - \Phi_S - 2\pi f\left(\frac{l_M - l_S}{c_l} + \frac{W_M - W_S}{c_W}\right) \qquad (10.4)$$

Since the lattice chart is computed by using the velocity over water, the



ponding difference in phase angle at point $P$ when $c_l = c_W$ will be:

$$\Delta\Phi''_P = \Phi_M - \Phi_S - 2\pi f\left(\frac{l_M - l_R}{c_W} + \frac{W_M - W_S}{c_W}\right) \qquad (10.5)$$

...orrection to be applied to the observed phase difference is obtained ...he difference between values of Eqs. 10.4 and 10.5 as follows:

$$\Delta\Phi_P = 2\pi f\left(\frac{l_M - l_S}{c_W} - \frac{l_M - l_S}{c_l}\right) \qquad (10.6)$$

...accept the notations $c_l - c_W = \Delta c$ and $l_M - l_S = \Delta l$, Eq. 10.6 can be ...en as

$$\Delta\Phi_P = 2\pi f \frac{\Delta c\, \Delta l}{c_W(c_W + \Delta c)} \qquad (10.7)$$

... the term $\Delta c$ is small compared to $c_W$, a good approximation of Eq. ...is

$$\Delta\Phi_P = \frac{2\pi f\, \Delta l\, \Delta c}{c_W^2} \qquad (10.8)$$

...ransform Eq. 10.8 to be stated in units of lanewidth rather than phase ...ence, it is necessary to divide by $2\pi$, and the so-called land correc- ...finally yields

$$\Delta N = k\, \Delta l \qquad (10.9)$$

... $k$ ... $f\, \Delta c/c_W^2$.

...he following example illustrates the entire procedure of determining ...land correction for a hypothetical pair of master and red slave ...ons.

...he average soil conductivity is $\delta = 6 \times 10^{-14}$ emu. From Fig. 10.1, the ...between the sea and land velocities is obtained as $c_W/c_l = 1.00073$. ...velocity over water is assigned the value $c_W$ = 299,700 km/sec, the ...ty over land will be $c_l$ = 299,448 km/sec and the difference $\Delta c$ = ...m/sec. The comparison frequency in the Survey Decca System for ...d pair of stations is $f_R$ = 354,065 Hz. The master station is assumed ...0 km inland in the direction of the point to be located, and the red ...station is 5 km in the corresponding direction. If the difference ...5 km, together with the foregoing values of $f$, $\Delta c$, and $c_W$, is placed ...Eq. 10.9, we find the land correction for the red hyperbola at the ...to be located:

$$\Delta N_R = +0.015 \text{ lane}$$

Case: 4:10-cv-02567-LW Doc #: 138-35 Filed: 04/30/10 66 of 74. PageID #: 1932



ranging were found to be less than 15 km in the worst location on the test line connecting Shannon, Ireland, to Gander, Newfoundland. The major source of errors is the anomalies in the propagation velocity of electromagnetic radiation. This is not a critical factor from the standpoint of air safety, since all aircraft flying in mutual proximity are affected by this source of errors, and the relative positioning between the aircraft can be determined accurately. When approaching either terminal of the route, the absolute accuracy naturally increases.



# TWENTY-FOUR

## LORAN-A

Loran is a pulse-type hyperbolic-hyperbolic navigation system veloped during World War II. *Loran-A*, still used today, is the decessor of the more accurate and efficient Loran-C described in the t chapter. During the early 1940s tests were made to find the band of quencies that gives the best ground and sky wave propagation for use th a system like Loran, which relies on both direct waves and reflected ves from the ionospheric layers. It was found that the lower frequen- produced the most stable sky wave signals at night, whereas the her frequencies gave more stable sky wave reflections by day. These ts made it obvious that the medium frequencies offered the best mpromise solution for long-range navigation performed both at night d in the daytime.

At present Loran-A transmitters employ radio frequencies between 00 and 2000 kHz; this range of frequencies is known as the *Standard an band*. Transmitters radiate pulses 50 $\mu$sec long, with a peak power 100 kW, which gives a ground wave range over seawater of about 00 km, the corresponding range over land at the earth's surface being ly about 200 km. At night the range can be increased by employing the lected waves from the ionospheric *E*- and *F*-layers. Since the *F*-layer ries greatly in thickness and density of ionization, only the sky waves lected from the *E*-layer are reliable enough in their persistence and ing to be used in Standard Loran. When the sky wave technique is d, the distance traveled by the reflected waves is clearly longer than corresponding ground wave distance; thus the sky wave transmission

time is longer than the ground wave transmission time. The single pulse transmitted by the ground station transmitter consequently is received at the surveying vessel as two pulses, the sky wave component coming after the ground wave component by an interval of time called the *sky wave transmission delay*. If the elevation of the $E$-layer is considered to be constant, the sky wave transmission delay is a function of the "ground wave distance" between the transmitter and the receiver.

The greater the ground wave distance, the less the sky wave distance exceeds it. This phenomenon means that the standard error caused at longer distances by erroneous estimation of the elevation of the $E$-layer for the determination of the sky wave transmission delay is smaller than at shorter distances. At night the range obtained by using the sky wave over seawater can be as great as about 2500 km. Although it is helpful to be able to measure long distances with a reasonable accuracy using sky waves, the technique has the following disadvantages. The use of sky waves requires corrections to the precomputed ground wave charts and tables. The useful pulse reflected from the $E$-layer is followed by several useless and anomalous pulses (reflections from $F$-layer and multiple reflections from both of the layers), which introduce uncertainty into the identification of the desired pulse. Furthermore, the inhomogeneity of the $E$-layer distorts the shapes of the reflected pulses, making them difficult to match.

Loran-A stations are often installed as a chain consisting of several stations along a coastline. The optimum baseline length when stations are separated by seawater is found to be about 500 km. If stations are separated by land, the maximum baseline length is about 200 km. Since Loran-A is primarily designed for long-range navigation to cover large areas (e.g., the oceans), the network along the coastlines must be extended over several thousand kilometers. Therefore several independent pairs of stations must operate simultaneously, and means for unambiguous pair identification must be provided. Although all Loran-A stations operate in the same band of radio frequencies, between 1700 and 2000 kHz, they do not use the same frequency. Four different frequencies or channels are used, as follows: channel 1, 1950 kHz; channel 2, 1850 kHz; channel 3, 1900 kHz; and channel 4, 1750 kHz. Each channel consists of eight pairs of stations, which are identifiable by a special arrangement of pulse recurrence rates (timing frequencies). Four of the pairs operate at a so-called *low basic rate* (about 25 Hz) and the other four at a *high basic rate*, (about 33.3 Hz). The four pairs operating with the same basic rate are, in turn, separated from each other by the so-called *specific rates*. Under this arrangement one of the four pairs



operates exactly at the basic rate and the other three pairs operate with specific rates differing from each other by about 0.25% in the low rate group and about 0.33% in the high rate group.

The shipboard Loran-A operator first selects the channel that gives the best geometric properties. This calls for a special chart made for Loran-A navigation systems and used by tuning the receiver. He next selects the most suitable pairs of stations by synchronizing the timing frequency of the time base of the CRT to correspond to the basic and specific recurrence rates of the pairs in question. The pulse coming in at the correct recurrence rate appears stationary on the time base, while the pulse coming in at a different basic rate can easily be identified and ignored because it makes fast jumps over the time base. Pulses coming in at the same basic rate but at different specific rates drift slowly to the right or to the left along the time base, depending on whether the wrong specific rates are lower or higher than the correct specific rate. Pulses coming in at the same basic and specific rates appear stationary and are moved only by the movement of the vessel.

Since all pairs of stations operate with different specific recurrence rates, it is obvious that special arrangements must be made for the master station, which is a mutual member of two pairs of stations. This is done by making the master station transmit in a so-called *double pulsing* fashion, which means that the master station sends out two independent sequences of pulses, one slightly more closely spaced than the other. The pulses must be triggered by different timers but may be sent out by the same transmitter.

The average position error close to the baselines in daytime when using ground waves is about ±270 m, reaching the value of about ±2 km at a distance of 1200 km. At night, using sky wave propagation at distances between 500 and 2500 km, the average position error ranges between [illegible]5 and ±14 km, respectively.

Chapter

TWENTY-FIVE

# LORAN-C

**Walter J. Senus**

Loran-C is a highly accurate position-determining system that uses the difference in the time of arrival of radio frequency pulses broadcast by three or more transmitting stations. In the 35 years since work began on long-range pulsed navigation systems, major changes have taken place.

In 1940 the U.S. National Defense Research Committee was assigned to develop a long-range precision navigation system to fill the need for all-weather trans-Atlantic convoy navigation (*Hall*, 1947). This initial effort produced the current Loran-A navigation system, which operates in the 1700–2000 kHz frequency band and provides time difference information by means of pulse envelope matching techniques. It was recognized early in the initial Loran program that a low frequency (LF) Loran system would provide greater accuracy and extended navigation coverage. This development fostered the experimental system (LF Loran), which was placed in operation in 1945 (*Jansky* and *Bailey*, 1962). This system used a pulsed signal at 180 kHz to derive navigation fixes. Early experience with this system was good, but testing of the system was terminated at the close of World War II with the cessation of immediate military requirements (*Hefley*, 1972).

A later system, *Cyclan*, appeared shortly thereafter and featured the added sophistication of automatic cycle matching within the pulse envelope. The system provided a two-frequency environment at 160 and 180 kHz. Further development of the Cyclan system stopped when the





Atlantic City Radio Conference (1947) designated the 90–110 kHz band for the development of long-range navigation systems; Cyclan required a total bandwidth of some 40 kHz.

In 1952 work began on the *Cytac* system, which was an automatic long-range bombing system (*Dean et al.*, 1956). The radio navigation portion of the system operated in the 90–110 kHz frequency band and provided time difference information through radio frequency (RF) cycle detection. Tests on Cytac continued until 1955 and demonstrated highly accurate fix information over a very large geographic area.

With the advent of strong military requirements in 1957, the Cytac navigational subsystem was resurrected and renamed Loran-C. This is the system available today, in a much expanded configuration.

## 25.1. GENERAL DESCRIPTION

The Loran-C navigation system is a low frequency, pulsed signal, hyperbolic position-fixing system; it operates at 100 kHz. The system is composed of a series of chains, each one consisting of a master station and two or more secondary stations separated by distances of up to 2000 km. Currently there are three operational chains in the United States, one on the eastern Atlantic Coast, one in Alaska, and one in Hawaii. Additional chains are located in the northwestern Pacific Ocean, the Mediterranean Sea, the Norwegian Sea, the northern Atlantic Ocean, the central Pacific Ocean, and in Southeast Asia (*Hefley*, 1972). To complement these already established Loran-C chains, the Coast Guard is actively engaged in establishing chains on the west coast of the United States and the Gulfs of Alaska and Mexico *Polhemus*, 1972). These chains will be operational in the late 1970s. Figure 25.1 shows the location of the current and proposed Loran-C chains. Table 25.1 contains salient characteristics for all the existing Loran-C transmitting stations.

A Loran-C line of position is determined by measuring (*a*) the difference in time of arrival of synchronized pulsed signals from a master and secondary transmitting station, and (*b*) the difference in phase of the synchronized 100 kHz carrier within the master and secondary pulses. Figure 25.2 describes a typical Loran-C pulse. The transmission format consists of a group of eight pulses (the master station has nine) transmitted in sequence from all stations in the chain. Figure 25.3 is an example of a typical chain's transmission format. Within the Loran-C receiver, LOP determination is done in two steps. First a coarse determination of position is obtained by establishing a sampling point on the envelope of




**Figure 25.1** Current and proposed Loran-C coverage. (courtesy United States Coast Guard).

each pulse and measuring the time difference between sampling points. Second, a fine indication of position is obtained by measuring the difference in phase of the 100 kHz signals at the sampling point. The final time difference reading is formed by adding the fine cycle reading to the coarse envelope reading.

At the transmission frequency of 100 kHz, one cycle of RF energy represents 10 μsec; this cycle ambiguity results in baseline lanewidths of approximately 1.46 km. However, the ambiguity is resolved automatically by the receiver as long as the envelope reading is correct to within ±5 μsec. This technique of determining the proper cycle for the fine measurement is referred to as envelope derivation (*Dean et al.*, 1956). The user does not have to count lanes or know his initial position, as in other phase-measuring systems. Herein lies one of the major advantages of Loran-C over other electronic navigation aids.

Loran-C is primarily a ground wave system, and since it is a pulsed system, the sky wave is easily separated in time from the ground wave. By sampling near the beginning of the received pulse (the third cycle crossing



| Station | Coordinates: Latitude and Longitude | Station Function | Coding Delay and Baseline Length (μsec) | Radiated Peak Power |
|---|---|---|---|---|
| **U.S. East Coast Chain—Rate 9930 [old rate SS7 (99,300 μsec)]** | | | | |
| Carolina Beach, N.C. | 34-03-46.50N 77-54-47.29W | Master | | 1.0 MW |
| Jupiter, Fla | 27-01-58.85N 80-06-53.59W | W Secondary | 11,000 2695.51 | 400 kW |
| Cape Race, Newfoundland | 46-46-31.88N 53-10-29.16W | X Secondary | 28,000 8389.57 | 2.0 MW |
| Nantucket, Mass. | 41-15-12.29N 69-58-39.10W | Y Secondary | 49,000 3541.33 | 400 kW |
| Dana, Ind. | 39-51-08.30N 87-29-12.75W | Z Secondary | 65,000 3560.73 | 400 kW |
| Electronics Engineering Center, Wildwood, N.J. | 38-56-58.59N 74-52-01.94W | T Secondary | 82,000 2026.19 | 200–400 kW |
| **North Atlantic Chain—Rate 7930 [old rate SL7 (79,300 μsec)]** | | | | |
| Angissoq, Greenland | 59-59-17.19N 45-10-27.47W | Master | | 1.0 MW |
| Sandur, Iceland | 64-54-26.07N 23-55-20.41W | W Secondary | 11,000 4068.07 | 1.5 MW |
| Ejde, Faroe Islands | 62-17-59.64N 07-04-26.55W | X Secondary | 21,000 6803.77 | 400 kW |
| Cape Race, Newfoundland | 46-46-31.88N 53-10-29.16W | Z Secondary | 43,000 5212.24 | 2.0 MW |
| **Mediterranean Sea Chain—Rate 7990 [old rate SL1 (79,900 μsec)]** | | | | |
| Simeri Chichi, Italy | 38-52-20.23N 16-43-06.39E | Master | | 250 kW |
| Lampedusa, Italy | 35-31-20.80N 12-31-29.96E | X Secondary | 11,000 1755.98 | 400 kW |
| Kargabarun, Turkey | 40-58-20.22N 27-52-01.07E | Y Secondary | 29,000 3273.23 | 250 kW |
| Estartit, Spain | 42-03-36.15N 03-12-15.46E | Z Secondary | 47,000 3999.76 | 250 kW |

**TABLE 25.1 Continued**

| Station | Coordinates: Latitude and Longitude | Station Function | Coding Delay and Baseline Length (μsec) | Radiated Peak Power |
|---|---|---|---|---|
| Norwegian Sea Chain—Rate 7970 [old rate SL3 (79,700 μsec)] | | | | |
| Ejde, Faroe Islands | 62-17-59.64N 07-04-26.55W | Master | | 400 kW |
| Bo, Norway | 68-38-06.55N 14-27-48.46E | X Secondary | 11,000 4048.16 | 250 kW |
| Sylt, Germany | 54-48-29.24N 08-17-36.82E | W Secondary | 26,000 4065.69 | 400 kW |
| Sandur, Iceland | 64-54-26.07N 23-55-20.41W | Y Secondary | 46,000 2944.47 | 1.5 MW |
| Jan Mayen, Norway | 70-54-51.63N 08-43-56.57W | Z Secondary | 60,000 3216.20 | 250 kW |
| Southeast Asia Chain—Rate 5970 [old rate SH3 (59,700 μsec)] | | | | |
| Sattahip, Thailand | 12-37-06.91N 100-57-36.58E | Master | | 400 kW |
| Lampang, Thailand | 18-19-34.19N 99-22-44.31E | X Secondary | 11,000 2183.11 | 400 kW |
| Con Son, Republic of Vietnam | 08-43-20.18N 106-37-57.39E | Y Secondary | 27,000 2522.07 | 400 kW |
| Tan My, Republic of Vietnam | 16-32-43.13N 107-38-35.39E | Z Secondary | 41,000 2807.28 | 400 kW |
| North Pacific Chain—Rate 5930 [old rate SH7 (59,300 μsec)] | | | | |
| St. Paul, Pribiloff Is., Alaska | 57-09-12.10N 170-15-07.44W | Master | | 400 kW |
| Attu, Alaska | 52-49-44.40N 173-10-49.40E | X Secondary | 11,000 3875.17 | 400 kW |
| Port Clarence, Alaska | 65-14-40.35N 166-53-12.95W | Y Secondary | 28,000 3068.97 | 1.8 MW |
| Sitkinak, Alaska | 56-32-19.71N 154-07-46.32W | Z Secondary | 42,000 3284.83 | 400 kW |
| Northwest Pacific Chain—Rate 9970 [old rate SS3 (99,700 μsec)] | | | | |
| Iwo Jima, Bonin Is. | 24-48-04.22N 141-19-29.44E | Master | | 3.0 MW |



**TABLE 25.1 Continued**

| Station | Coordinates: Latitude and Longitude | Station Function | Coding Delay and Baseline Length (μsec) | Radiated Peak Power |
|---|---|---|---|---|
| Marcus Is. | 24-17-07.79N 153-58-53.72E | W Secondary | 11,000 4284.11 | 3.0 MW |
| Hokkaido, Japan | 42-44-37.08N 143-43-10.50E | X Secondary | 30,000 6685.12 | 400 kW |
| Gesashi, Okinawa, | 26-36-24.79N 128-08-55.99E | Y Secondary | 55,000 4463.24 | 400 kW |
| Yap, Caroline Is. | 09-32-45.84N 138-09-55.05E | Z Secondary | 75,000 5746.79 | 3.0 MW |
| Central Pacific Chain—Rate 4990 [old rate S1 (49,900 μsec)] | | | | |
| Johnston Is. | 16-44-43.85N 169-30-31.63W | Master | | 300 kW |
| Upolo Points, Hawaii | 20-14-50.24N 155-53-08.78W | X Secondary | 11,000 4972.38 | 300 kW |
| Kure, Midway Is. | 28-23-41.11N 178-17-29.83W | Y Secondary | 29,000 5253.08 | 300 kW |




**Figure 25.2** The Loran-C pulse. (courtesy United States Coast Guard).




**Figure 25.3** Loran-C chain transmission format. (courtesy United States Coast Guard).

point or the 30 $\mu$sec point) the Loran-C receiver is able to resolve the delayed sky wave energy from the ground wave energy, allowing navigation solely on the stable uncontaminated ground wave to distances of approximately 2000 km (*Jansky* and *Bailey*, 1962).

To reduce sky wave contamination, within each of the multipulse groups from the master and secondary stations the phase of the RF carrier is changed systematically with respect to the pulse envelope from pulse to pulse. The phase of each pulse in an eight- or nine-pulse group is changed in accordance with a prescribed code and is either in phase 0° or out of phase +180° with respect to the stable transmitter reference oscillator signal. The phase code used at a master station is different from the code used at a secondary.

To minimize simultaneous reception of signals from all transmitters in a Loran-C chain, the groups of similarly shaped RF pulses from the paired stations are time spaced. The spacing is achieved by making the secondary stations wait a prescribed time after the master station transmits its signal. This minimum time, the "coding delay," is predetermined by system propagation times and equipment characteristics. With all the foregoing considerations, the equation for time difference *TD* becomes

$$TDA = \frac{D_A - D_M}{c_p} + CDA + T_c \qquad (25.1)$$

where $c_P$ = 100 kHz phase velocity
$D_A$ = distance to transmitter *A* (secondary)
$D_M$ = distance to transmitter *M* (master)
*CDA* = coding delay for secondary *A*
$T_c$ = propagation prediction error



Particular groups of stations are identified by providing a different group repetition interval or rate for each chain group. Chains are selected by their group repetition intervals (GRIs); for example, one chain transmits a pulse recurrence interval of 9990 $\mu$sec and another transmits at 9970 $\mu$sec. To select a particular chain, the operator sets a receiver to synchronize on the desired pulse repetition frequency (PRF). This kind of inherent Loran interference is referred to as cross-rate interference.

In addition to the information contained in Table 25.1, other facts are fundamental to understanding and using the Loran-C system. For chart preparation, signals are assumed to propagate with a phase velocity of $2.997942 \times 10^8$ m/sec and in an index of refraction $n = 1.000338$ for standard atmosphere. The phase of the ground wave is discussed in a later section. Seawater conductivity ($\sigma = 5.0$ ℧/m) is used in calculating baseline lengths. Geodetic distances are calculated with reference to the Fischer spheroid (1960), with an equatorial radius $a = 6{,}378{,}166.0$ m, a polar radius $b = 6{,}356{,}784.283$ m, and a flattening $f = (a - b)/a = 1/298.3$ (*Bomford*, 1962).

Inquiries pertaining to the Loran-C system can be addressed to:

Commandant (G-WAN/3)
U.S. Coast Guard
400 Seventh Street S.W.
Washington, D.C. 20590

## 25.2. ACCURACY

Position accuracies in the Loran-C system are functions of three parameters: (1) geometrical considerations, (2) our lack of total understanding of the 100 kHz ground wave propagation phenomena, and (3) instrumentation errors in the transmitting and receiving systems.

The geometrical considerations are identical to those discussed earlier for other baseline radio navigation systems such as Decca. The standard deviation $\sigma$ in microseconds is primarily determined by the instrumental and the prediction uncertainty factors. It varies from chain to chain and is further influenced by the signal-to-noise ratio in the service area.

In the construction of Loran-C charts, as well as in the automatic, self-contained, computerized Loran-C receiver, calculations are based on station location on the earth's surface and assumptions concerning ground conductivity. A later section deals only with the recent developments in the description and prediction of Loran-C ground waves. We simply state here that worst-case prediction inaccuracies can be up to 3 $\mu$sec in

magnitude. The ideal propagation conditions exist over all seawater paths, and the higher phase errors as specified earlier are normally experienced over irregular, inhomogeneous terrain propagation paths (*Johler*, 1975).

Instrumentation errors in transmitting stations and user receiving equipment provide a portion of the resultant time difference inaccuracy. In a radio frequency noise-free or low RF noise environment, these errors are $10^{-2}$ $\mu$sec in magnitude, therefore negligible. However, as the signal-to-noise ratio decreases below 0 dB, the standard deviation of cycle time difference will increase at least one order of magnitude. Transmitter stabilities for Loran-C chains are between $\pm 0.05$ and $\pm 0.2$ $\mu$sec. This parameter is a function of chain transmitting and timing equipments and the overall operational control of the chain (*Polhemus*, 1972).

## 25.3 INSTRUMENTATION

All Loran-C transmitting stations consist of a high power transmitter, a timer/synchronizer section, and an antenna subsystem. A simplified functional block diagram of a transmitting station appears in Fig. 25.4. An atomic oscillator (cesium) is the basic timing unit of most stations. The oscillator output is applied to a gated amplifier and then to the power amplifier and transmitting antenna.

The Coast Guard has recently initiated a program directed toward providing all existing and future Loran-C transmitting stations with the new solid state AN/FPN-54 Colac (combined *L*oran *A*, *C*) timer/synchronizer hardware. This will improve system stability at all chains having the equipment. The most common Loran-C transmitter is the AN/FPN-44, which is manufactured by the International Telephone and Telegraph Corporation. This transmitter provides 400 kW of radiated power from a 190 m top-loaded, vertical monopole antenna. Another transmitter, the AN/FPN-45, will provide in excess of 3 MW of radiated power when used in conjunction with a 411 m vertical monopole antenna system.

In future Loran-C stations the antenna system will be of a new design, the sectionalized Loran transmitting (SLT) antenna system. The prototype system is currently at the Carolina Beach master transmitting station. The system is composed of four 190 m towers arranged as support elements for the actual radiating elements. The radiating elements approximate an inverted pyramid whose apex is centered above the transmitter building, located at the center of the square formed with the




**Figure 25.4** Loran-C transmitting station (adapted from "The Loran-C System of Navigation," Atlantic Research Corporation, 1962).

towers in its corners. The AN/FPN-44 will provide more than 1 MW of radiated power when used with the SLT antenna (*Polhemus*, 1972).

Figure 25.5 is a basic block diagram of a hard limited Loran-C receiver. This very popular processing technique in modern Loran-C receiver design was prompted by the decreasing cost of the medium-scale integrated (MSI) circuit read-only memories (ROMs) used for processing control.

The signal received at the antenna is amplified at the antenna preamplifier and sent to the receiver RF section. Here it is processed by a notch filter group that eliminates harmful in- and near-band interference. The notch filter output is applied to a bandpass filter that eliminates RF noise.




**Figure 25.5** Hard limited Loran-C receiver.



At this point the signal is split into two channels, the envelope channel and the cycle channel. The processor takes the output of these two channels and measures the time difference between arrival of the master signal and each of the two or more desired secondaries. If needed, second-order phase-lock loops are provided to correct for vessel dynamics and oscillator drift.

Most Loran-C receivers can process signals that differ in amplitude by as much as 80 dB in a signal-to-noise environment of −10 dB and in the presence of sky waves with amplitudes four times greater than the desired ground wave signal (*Hassard*, 1973). Loran-C receivers have been built in varying degrees of complexity. The highly sophisticated units like the AN/ARN-92 automatic airborne receiver provide automatic pilot and range-range functions, whereas smaller units supply simple time difference digital displays. The user must choose the equipment best suited for his mission.

## 25.4. PROPAGATION OF LORAN-C ELECTROMAGNETIC ENERGY

The propagation of Loran-C-type signals has been the subject of extensive investigation ever since the initiation of the Cytac program. Most of the theoretical and experimental work in this field has been done by Johler and his associates at the Department of Commerce Laboratories in Boulder, Colorado (*Johler*, 1961, 1963, 1970). A fundamental paper in the field is NBS Circular 573 (*Johler*, 1956). The idealized model is one in which the omnidirectional radiation pattern from the transmitting station is propagated down the spherical wave guide formed by the earth's surface and the lower *E*- or *D*-region of the ionosphere. The propagating wave is modeled by the superposition of optical rays emanating from the transmitting source. The ground wave is of immediate interest and is easily separated from the sky waves by this type of solution, allowing detailed examination. At distances of up to 2000 km from the transmitter, the Loran-C wave is all ground wave (*Johler*, 1961). Since this physical reality exists, the resultant wave is sensitive to the geophysical parameters on the earth's surface over which it propagates. Among these are the earth's curvature and ground conductivity. On the other hand, the resultant radiation is rather insensitive to sunrise and sunset effects, which originate in the ionosphere. The ionosphere affects the sky wave, however, and this is why the sky wave is not used for precise navigation.

The computation of a Loran-C time difference grid is based on station locations on the earth and assumptions about ground conductivity and the index of refraction along the path. If stations were located on a perfect sphere having a surface of uniform conductivity, propagation time differences for arrival of signals at a point could be calculated with a high degree of accuracy. These ideal conditions are at best approximated when all propagation paths are entirely over seawater. In reality, propagation paths are either partially or entirely over irregular, inhomogeneous terrain. Computations based on seawater paths can lead to errors between observed and actual positions ranging up to 3 $\mu$sec in magnitude (*Johler*, 1975).

Loran-C signal phase prediction is further complicated by changes in index of refraction and ambient weather conditions. These sources of error generate small contributions to the overall error attributed to propagation prediction and are usually ignored in practice. To obtain complete insight into the theory of propagation of 100 kHz Loran C transmissions, the reader is referred to the references dealing with the subject. Of fundamental importance is NBS Circular 573, and anyone interested in detailed investigations in this area should become acquainted with this paper.

## 25.5 DIFFERENTIAL LORAN-C AND LORAN-D

The differential Loran-C technique is identical to that described for differential Omega. In differential Loran-C fixed-monitor receivers are located in the geographic areas in which accuracy improvement is desired. These monitor receivers measure any deviation in the time difference from the previously established long-term average time differences at their geodetic positions. Deviations in the readings are caused by variations in the transmission path characteristics and the transmitter timing stability. The amount of variation from the long-term average is used as a differential correction for a nearby area of interest. This differential correction is radio transmitted to all users in the nearby area and applied by the users to their respective receiver time difference readings. Tests conducted on the East Coast Loran-C chain showed fix accuracies of 12.2 m drms (95%) and 4.6 m cep* (50%) (*Goddard*, 1973). These extremely good results were demonstrated over separations of up to 140 km from the nearest monitor site.

* Circular error probable.



Loran-D is a lower power, shorter range, modified but compatible version of Loran-C, using transportable solid state transmitting equipment. By using shorter baselines (< 1000 km) and groups of 16 versus 8 pulses, the Loran-D system is able to attain accuracies of $\pm 0.04$ $\mu$sec rms in its grid stability (*Senus*, 1972). An excellent up-to-date description of the Loran-D system is given in a recent article (*Frank*, 1974). Although primarily a military system, Loran-D offers substantial potential for nonmilitary applications.