# Exhibit 36

Case: 4:10-cv-02567-LW Doc #: 138-36 Filed: 04/30/10 2 of 3. PageID #: 1942


# Experimentally Determined Accuracy and Stability of Loran C Signals for Land Vehicle Location

CLARE D. McGILLEM, FELLOW, IEEE, CHIN-LIN CHEN, MEMBER, IEEE, SIONGGO K. TARTONO, AND TIEN-CHU LEE

*Abstract*—**Measurements of the stability of loran C signals in a nonurban area were carried out to determine the suitability of these signals for land vehicle location. Measurements were made at a 25-point grid within a 400 square mile area in central Indiana and extended over a ten month period. It was found that root mean square (rms) time difference prediction errors were on the order of 200 ns or less and the rms position errors computed from three time-difference measurements were on the order of 45 m over the ten month test period. Methods of improving position estimates using least-squares and maximum likelihood procedures are discussed.**

## INTRODUCTION

LORAN C is a widely used navigation aid in which the position of an observer is determined by measuring the time differences in signals traveling from a master and two or more secondary stations. Although the system was designed primarily for marine usage, there has been considerable interest in recent years in its possible application to land vehicle location. In many ways the land environment is more hostile than the marine environment because of man-made noise sources, interference produced by man-made and natural obstructions, and the more stringent vehicle dynamics encountered. Leaving aside those problems, which relate primarily to the receiver performance, there is a more fundamental question as to the intrinsic accuracy and stability of the loran C signals themselves. These signals are radiated at the transmitters with great precision and the question is whether or not this precision is retained and can be capitalized upon to obtain accurate land vehicle positioning.

A series of experimental measurements extending over ten months was carried out to measure the stability and repeatability of loran C signals in a nonurban area. Measurements were made repetitively at a number of locations, and the data were used to compute empirical equations for time differences in the test area. It was found that data measured at one time could be used to predict measured quantities at different times. A composite empirically determined equation could predict time differences at individual locations with great accuracy over the entire ten month measurement interval. Accuracies of time difference predictions were in the range of 100-200 ns and accuracies of location prediction from time difference measurements were in the range of 40-70 m. The best performance in position estimation was obtained using a maximum likelihood estimator based on a simple combination of all measured time differences available.

Manuscript received July 31, 1981; revised October 5, 1981. This work was supported by the U.S. Department of Transportation under Contract DOT 92004.

The authors are with the School of Electrical Engineering, Purdue University, West Lafayette, IN 47907.

The arrival time differences between signals from the master and secondary stations are a function of the geographical locations of the stations and the observer, the propagation velocity of the radiated energy and the figure of the earth. Computational procedures have been developed for calculating time delays as a function of observer's position and for calculating observer's position as a function of measured time differences. Because of uncertainties inherent in the basic computation parameters, such as effects of intervening terrain on propagation velocity, there is some variance associated with the estimated position fixes in any given area. However, the relative positioning obtained from time difference measurements in a restricted area is not as strongly affected by these parameters and should be more stable. It is this phenomenon that suggests the utility of using loran C for precise location of land vehicles in a restricted area.

Over a small area it is possible to lump together most of the basic uncertainties in computing position such that they produce a bias that is constant for the region and does not vary significantly from position to position in the region. This is done by considering the signals from the master and secondary stations as spherical waves propagating through the region with time delays that incorporate all factors contributing to time delay such as coding delay, geographical position, and average (possibly unknown) propagation velocity. Assuming that the signals can be modeled as propagating through the region of interest in a uniform manner then an expression for the lines of constant time difference can be readily obtained.

Fig. 1 illustrates the coordinate system to be used. The origin of coordinates for the experimental measurements described in this paper will be based on the state plane coordinate system in the region of interest. These coordinates are measured linearly from specified reference lines within the region, and represent a Cartesian coordinate system that can be related to latitude and longitude if desired [1].

Let the coordinates of the master and secondary stations be such as to provide for the correct curvature of the wavefront over the region of interest and let these values be designated as $(x_m, y_m)$ and $(x_s, y_s)$, respectively. To incorporate some generality into the problem assume that the effective propagation velocity of radiation from the master is $V_m$ and that from the secondary is $V_s$. If it is assumed that the secondary station transmits $t_s$ seconds after the master (coding delay) then the time difference $t_d(x, y)$ for reception at the point

0018-9545/82/0200-0015$00.75 © 1982 IEEE

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on February 2, 2010 at 19:11 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-36 Filed: 04/30/10 3 of 3. PageID #: 1943




Fig. 6. Contours of constant TD of 8970 Y station pairs.

TABLE V
NOISE VARIANCES (RECIPROCAL SNR) FOR FEBRUARY 1981 MEASUREMENT SET

| Measured Observation Points (state plane coordinates) | | Noise Variance | | |
|---|---|---|---|---|
| x in km | y in km | 8970 W | 8970 X | 8970 Y |
| 156.4557 | 320.6042 | 0.251 | 0.050 | 0.398 |
| 158.7273 | 310.9748 | 3.162 | 0.100 | 0.398 |
| 158.7350 | 307.8826 | 2.512 | 0.079 | 0.316 |
| 152.3590 | 313.3859 | 0.794 | 0.199 | 1.259 |
| 173.9099 | 328.8107 | 2.512 | 0.199 | 0.794 |
| 177.6462 | 328.7924 | 1.585 | 0.251 | 1.000 |
| 180.1138 | 325.5487 | 0.316 | 0.040 | 2.511 |
| 175.8789 | 316.7369 | 0.398 | 0.050 | 0.501 |
| 169.2031 | 306.2662 | 1.000 | 0.126 | 1.585 |
| 161.1866 | 306.2976 | 0.794 | 0.199 | 1.000 |
| 161.5816 | 311.0378 | 0.398 | 0.079 | 0.398 |
| 167.6914 | 310.9987 | 0.501 | 0.126 | 0.794 |
| 167.6054 | 315.8527 | 0.794 | 0.251 | 0.794 |
| 161.5946 | 317.4139 | 0.631 | 0.199 | 1.585 |
| 177.9094 | 314.2506 | 1.259 | 0.199 | 0.794 |
| 179.0998 | 309.2321 | 1.000 | 0.158 | 1.000 |
| 179.0924 | 306.2165 | 3.162 | 1.000 | 1.995 |
| 153.1944 | 308.6605 | 0.794 | 0.126 | 0.794 |
| 172.5102 | 306.2790 | 0.501 | 0.100 | 2.512 |
| 161.2506 | 326.9873 | 1.260 | 0.199 | 1.000 |
| 155.6327 | 315.7851 | 1.258 | 0.316 | 0.794 |
| 154.3994 | 326.9872 | 0.398 | 0.199 | 1.995 |
| 169.2590 | 326.5848 | 0.501 | 0.251 | 1.585 |
| 149.4196 | 332.2871 | 0.631 | 0.100 | 0.794 |
| 179.2566 | 317.9584 | 2.512 | 0.316 | 0.794 |

ences to compute the coordinates of the observation points. This can be done using either the maximum likelihood estimate or the least-squares estimate as described earlier.

As an example consider the measurement set of February 1981. The measured positions of the observation points, the estimated positions of observation points, and the errors of position (defined as $\sqrt{\Delta_x^2 + \Delta_y^2}$) of the least-squares estimate are shown in Table IV. Note that the maximum error is 83.3 m while the overall rms error is 39.2 m. Before it is possible to obtain the maximum likelihood estimate it is necessary to determine the variance $\sigma_{ji}^2$ in order to use (22) and (23). The reciprocal of the receiver SNR readings for each measurement are used as the variance estimates. These quantities are tabulated in Table V for the measurement set of February 1981. The corresponding maximum likelihood estimates of observation position computed from the three time difference measurements are given in Table VI. It is seen by comparison with Table IV that the accuracy of position estimates has been improved. The largest error is 76.9 m. The rms errors in the $x$ and $y$ coordinates are 25.8 m and 27.5 m, respectively, and the overall rms error is 37.6 m.

Oftentimes in practice only two time differences readings are used to compute position. The two chosen are usually those corresponding to secondaries whose lines of constant time difference are most nearly orthogonal. In the present data set, this would correspond to 8970 W and 8970 Y pairs. The coordinates of the observation points from the February 1981 data computed using these two time differences are shown in Table VII. It is seen from this table that there is a significant increase in the error. The maximum error is 137.0 m. The rms error for the $x$ and $y$ coordinates is 50.3 m and 30.2 m, respectively, and the overall rms error is 58.7 m. This compares with overall rms errors of 39.2 m and 37.6 m for the least-squares and maximum likelihood estimates, respectively.

Table VIII shows the overall rms position errors for each of the eight monthly data sets using the least-squares estimation procedure. The rms error extends over the range of 36 to 66 m with an average of 45 m. The maximum errors in each data set range from 69 to 170 m.

In order to evaluate the stability and predictability of the empirically determined time difference equations, a set of coefficients for each of the three master-secondary pairs was computed using the data from all eight data sets. These coefficients were then used to compute the errors for each individual data set to see how they compared with the errors when only data from that set were used to compute the coefficients. The results are shown in Table IX. Comparison with Table VIII shows that there is an increase in rms error values and in maximum error values. The range of the rms errors using the composite coefficients is 44 to 79 m as compared to a range of 37 to 66 m, when the individual data set coefficients were used.

A further comparison is shown in Table X where the position errors at the individual observation points are given for the February 1981 data using both the composite coefficients and the February data set coefficients. It is seen that the errors are only slightly increased when the composite set of coefficients is used indicating that the coefficients are quite robust in predicting time differences throughout the set of test data. In Tables IX and X the least-squares estimation procedure was used.

## CONCLUSION

Experimental measurements of loran C time differences over the period from July 1980 to April 1981 have shown that remarkable accuracy and repeatability can be achieved when empirically determined expressions for time differences as a function of position are employed. Over a 400 square mile area it was found that rms time difference prediction errors

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on February 2, 2010 at 19:11 from IEEE Xplore. Restrictions apply.