# Exhibit 37

GSM

# The GSM System for Mobile Communications

Michel MOULY
Marie-Bernadette PAUTET

# The GSM System for Mobile Communications

## A comprehensive overview of the European Digital Cellular Systems

# The GSM System for Mobile Communications

Michel MOULY
Marie-Bernadette PAUTET

This book is published by the author's company, Cell & Sys. Correspondence, in particular for the orders, but also for comments, should be mailed to:

CELL & SYS
4, rue Elisée Reclus
F-91120 PALAISEAU
FRANCE

Telephone : + 33 1 69 31 03 18

Facsimile : + 33 1 69 31 03 38

Web site : http :/ /perso.wanadoo.fr/cell.sys/

Copyright © 1992, **Michel MOULY and Marie-Bernadette PAUTET**

All rights reserved. No part of this book may be reproduced, translated, or utilised in any form or any means, electronic or mechanical, including photocopying, recording, or any information storage or retrieval system, without permission in writing from the authors.

All drawings are original, and all corresponding rights reserved.

The name and logo GSM (and "Global System for Mobile communications") are registered.

**International Standard Book Number: 2-9507190-0-7**

subscribers. For all other call configurations, the PLMN relies on fixed networks to route the calls. Most of the time the service provided to the user is the combination of the access service provided by a GSM network, and of the service provided by some fixed network. This approach has an important impact on the *Specifications*: for example, no switch hierarchy is defined, and transport of information between GSM machines is based on the usual 64 kbit/s units multiplexed onto 2 Mbit/s links, or higher rate multiplexes. However, nothing in the technical choices really limits GSM to be an access network. One can imagine in the future, in some countries without extensive wireline-access infrastructure, that GSM, complemented with a suitable switch hierarchy, would be used as the basic telecommunication network.

Considering GSM as another "local-loop" leads us to compare its characteristics with wireline telecommunication access, highlighting two major differences:

- first, the wide-area mobility of subscribers leads them to change their point of access to the network; this poses a serious problem for the routing of calls toward subscribers; this is the realm of **mobility management**;
- second, the link between the subscriber terminal and the fixed infrastructure is not permanent and is subject to fluctuating transmission requirements; this is the realm of **radio resource management**.

The consequences of both aspects will now be described, after some preliminary considerations on the cellular coverage.

## 1.2.2. CELLULAR COVERAGE

The major problems with radio distribution arise from electromagnetic wave **propagation**. With a decreasing weight and an increasing autonomy, the mobile terminals have a limited transmission range. Every telecommunication engineer will remember that the power of radio waves decreases with the inverse of the squared distance ($d^{-2}$); however, it must be remembered that this applies only in empty space. Between two stations close to the ground, interference-creating reflections from the ground cannot be neglected, and it is very likely that obstacles intervene on the direct path between them. As a consequence, propagation at ground level in an urban environment is more difficult, and the received power varies typically with $d^{-4}$!

Case: 4:10-cv-02567-LW Doc #: 138-37 Filed: 04/30/10 7 of 13. PageID #: 1950





Figure 1.4 – Cellular coverage representation

Hexagons nicely pave the plane without overlapping and are commonly used for calculating theoretical frequency reuse in cellular systems.

A second problem is **spectrum scarcity**; the number of simultaneous radio communications supported by a single fixed station (a base station) is therefore limited.

Cellular coverage allows a high traffic density in a wide area despite both problems, at the expense of infrastructure cost and of complexity. Because of the limited transmission range of the terminals, cellular systems are based on a large number of reception and transmission devices on the infrastructure side (the base stations), scattered over the area to cover, and each one covering a fairly small geographical zone called a cell. The underlying image is the one of a membrane composed of epithelial cells. A minimum density of fixed stations allows low-power mobile stations to access the system anywhere within a wide area: they are never very far from a base station. Cells are often represented by hexagons, in order to model the system by paving the plane with a single geometrical figure (see figure 1.4). However, a typical coverage looks more like figure 1.1.

Spectrum scarcity is circumvented by the reuse of radio resources. Frequencies used in a given cell are reused a few cells away, at a distance sufficient so that the unavoidable interference created by the close use of the same spectrum has fallen to an acceptable level, which depends in particular on the transmission method. This concept of frequency reuse is the key to high capacity. As an example, if the same frequency may be

reused in every ninth cell, a spectrum allocation of N frequencies allows N/9 carriers to be used simultaneously in any given cell. The total system throughput, often expressed in number of simultaneous calls per km$^2$ per MHz, can therefore be increased by reducing the cell size, notwithstanding the limited spectrum available. In practice cell reduction has some other effects, and the design of a cellular system rarely copes for all cell sizes from 0 to infinity. In the case of GSM, the design was aimed at the beginning at medium-sized cells, of a diameter expressed in kilometres or tens of kilometres. Yet, the lower boundary is difficult to determine: cells of more than one kilometre radius should be no problem, whereas the system may not be fully suitable to cells with a radius below, say, 300 meters. One source of limitation is more economical than due to physical laws. The efficiency of the system decreases when cell size is reduced, and then the ratio between the expenditure and the traffic increases, and eventually reaches a point where economical considerations call for a halt. Another important point is the capacity of the system to move a communication from one cell to another rapidly, and GSM requires too long a time to prepare such a transfer to cope with fast moving users in very small cells. The cell size upper bound is more obvious: a first, non-absolute, limitation in GSM is a range of 35 kilometres. Cells of bigger size are possible, but require specially designed cell-site equipment and incur some loss in terms of maximum capacity.

The number of sites to cover a given area with a given high traffic density, and hence the cost of the infrastructure, is determined directly by the reuse factor and the number of traffic channels that can be extracted from the available spectrum. These two factors are compounded in what is called the spectral efficiency of the system. Not all systems allow the same performance in this domain: they depend in particular on the robustness of the radio transmission scheme against interference, but also on the use of a number of technical tricks, such as reducing transmission during the silences of a speech communication. The spectral efficiency, together with the constraints on the cell size, determines also the possible compromises between the capacity and the cost of the infrastructure. All this explains the importance given to spectral efficiency.

Many technical tricks to improve spectral efficiency were conceived during the system design and have been introduced in GSM. They increase the complexity, but this is balanced by the economical advantages of a better efficiency. The major points are the following:

- the **control of the transmitted power** on the radio path aims at minimising the average power broadcast by mobile stations as well as by base stations, whilst keeping transmission quality

Case: 4:10-cv-02567-LW Doc #: 138-37 Filed: 04/30/10 9 of 13. PageID #: 1952



above a given threshold. This reduces the level of interference caused to other communications;

- **frequency hopping** improves transmission quality at slow speeds through frequency diversity, and improves spectral efficiency through interferer diversity;
- **discontinuous transmission**, whereby transmission is suppressed when possible, allows a reduction in the interference level of other communications. Depending on the type of user information transmitted, it is possible to derive the need for effective transmission. In the case of speech, the mechanism called VAD (Voice Activity Detection) allows transmission requirements to be reduced by an important factor (typically, reduced by half);
- the **mobile assisted handover**, whereby the mobile station provides measurements concerning neighbouring cells, enables efficient handover decision algorithms aimed at minimising the interference generated by the call (whilst keeping the transmission quality above some threshold).

We will come back to this subject after the technical aspects of the standard have been described, in Chapter 9 concerned with the engineering of the system.

## 1.2.3. RADIO INTERFACE MANAGEMENT

Since the number of available radio channels is much smaller than the total number of potential users (a safe assumption!), channels enabling bi-directional communications are only assigned at need. This is a major difference with standard telephony, where each terminal is continuously linked to a switch, be there a call in progress or not. Such perenniality of the link allows rather simple call set-up procedures: some device in the switch continuously monitors the line for changes between the "on-hook" and "off-hook" status in order to detect outgoing calls, whereas the user terminal is always ready to detect a ringing tone carried by the subscriber line when an incoming call is received.

In a mobile network, radio channels must be allocated and released dynamically, on a call basis. This function is additional to the usual fixed network call handling procedures.

Moreover, reaching the subscriber is not an easy problem. In GSM as well as in most other cellular systems, the user, when not engaged in a call, learns about an incoming call by listening to a specific channel. This

Case: 4:10-cv-02567-LW Doc #: 138-37 Filed: 04/30/10 10 of 13. PageID #: 1953



only become effective if operators with a roaming agreement have an agreed IMEI checking policy. This is obtained for instance by an harmonisation at the level of the GSM MoU. Within this group, operators have agreed to use three levels for the status of the IMEI, and the *Specifications* define three corresponding "lists" to be stored in EIRs. The *white list* includes the ranges of IMEIs allocated to type approved mobile equipment. Consequently, an IMEI not in the white list does not correspond to a valid type-approved mobile station. The *black list* includes the list of the IMEIs for stations which need to be barred, either because they have been stolen or because of severe malfunctions. The *grey list*, as its name implies, is intermediate between the white and black lists, and includes the IMEIs of faulty stations whose fault is not important enough to justify plain barring. The grey list can also be used as a temporary buffer before authorities confirm or impose black-listing. The use of a grey listed mobile station is reported to the maintenance system, together with the IMSI of the subscriber which used it. This can be used to notify the subscriber, or to trace malfunctions in the network.

To detect *persona non grata* mobile stations the network has first to know the IMEI and then to check it in the EIR. A thorough IMEI checking is costly in signalling, because it must be applied at every establishment of an RR-session, since the user may change his equipment at any moment. The traffic within the network can be minimised by storing in the visited MSC/VLR the IMEI of the equipment in use with a given SIM, in order to interrogate the EIR less often.

The MAP protocol to support the exchanges between the EIR and the MSC/VLRs is called in this book the MAP/F protocol. This protocol consists in fact of a single request-response procedure, using the MAP/F CHECK IMEI message and its result.

## 9.4. SYSTEM ENGINEERING AND OPERATION

The architecture of GSM as presented in all the previous chapters is an abstract functional architecture. Now, a network in operation is composed of actual machines. The operator must choose how many of each machine type to order, with which capacity, where to install them, to which other equipments to connect them, etc. Similarly, the

Case: 4:10-cv-02567-LW Doc #: 138-37 Filed: 04/30/10 11 of 13. PageID #: 1954



telecommunication links between machines must be dimensioned and provided for. In addition, a number of parameters must be set, as for instance the radio channel configuration in each cell (including the frequencies used and the number of channels for each channel type), handover parameters, priority levels, and so on.

All these aspects are covered under the umbrella term "system engineering". Not only does system engineering aim at having a consistent and operational system, but also to obtain a cost-effective system providing an acceptable quality of service to subscribers.

The main issue of cost effectiveness is to adapt the network configuration to the traffic. The system must be dimensioned to support the expected traffic with the required quality of service (probability of call loss, of call establishment failure, etc.), but over-dimensioning must be avoided to avoid wasted cost. The right choice of equipment location, of equipment dimensioning and of link dimensioning are all interdependent. System engineering appears then as a gigantic optimisation problem, aiming at minimising costs under traffic and quality of service constraints.

The aim of the first of the following sections is to set down some basics for the system engineering of GSM. We will concentrate on two main issues. One of them is general to all telecommunications systems, and concerns switching equipments and links. The problem is of a topological nature. It consists in choosing sites, switching capacities and link capacities to support the traffic with a minimum cost. This issue will be dealt with in the next but one section, and not in a great level of detail. More emphasis will be put on the other facet of system engineering, **cellular planning**, which is specific to cellular radio, and concerns the radio coverage. This area deals with the choice of radio sites, with the attribution of frequencies in each cell and with many other parameters for cell selection and handover. The concept of spectral efficiency plays a key role in this domain, and we will present some of the engineering points which impact the spectral efficiency of GSM.

Yet even the system engineering view presented above is static, and a bit narrow. Another dimension must be added, which is time. For any system, and in particular during the initial ramp up, the traffic does not remain constant. An important subscriber growth at the start of the system leads to a steep increase in the traffic during the first years of operation. One aspect of cost is investment, and installing from the start a large capacity suitable for long-term traffic is not cost-effective. The problem is then to optimise the deployment of the system across time, in conjunction with the marketing policy. The aim is to minimise the overall

Case: 4:10-cv-02567-LW Doc #: 138-37 Filed: 04/30/10 12 of 13. PageID #: 1955



cost of the system (including investment costs and recurrent charges), while maintaining a balance between the traffic handling capacity at a given level of service quality and the number of subscribers. When all the uncertainties of market forecast are borne to mind, in particular when several operators are in competition, it will be agreed that this is no simple task!

A way out is to refine the system engineering while in operation. This requires first the means to monitor the system, to know if the level of performance is adequate. This is the **observation** function. The engineering of the system can then be re-assessed with the gathered data, and decisions to modify the network can be made accordingly. An important topic is then how to modify a network in operation. The is the subject of **network change control**. Observation and network change control involve actions of the traffic handling machines, and are to a large extent performed automatically. These implementation aspects will be dealt with together with the maintenance implementation, in the architecture and protocols section. The integration of the network engineering tasks with other operation tasks is not usual in telecommunications systems at the date of writing: many operating companies use separate teams and tools for these tasks. However, the complexity of these tasks in cellular networks will be an incentive for this integration, and we will see in the near future management networks handling the complete operation chain, from observation gathering to network reconfiguration through observation analysis.

## 9.4.1. Cellular Planning

GSM is aimed at cellular networks of wide but dense coverage, and operators typically design their networks to ultimately reach a continuous coverage over all inhabited areas of a country. The goal of cellular planning is to choose the cell sites and a number of system parameters such as the frequency allocation and the capacity of the cells, in order to provide economically such a continuous coverage, supporting the required traffic density. We will first examine more closely what is the problem, and then look at the different parameters to optimise.

### 9.4.1.1. Goals

In a cellular environment, the traffic to support is best presented as a function of the plane giving the local traffic density at each point. As a first approximation, this function matches the population density. An important factor is the population penetration, which gives the ratio of the

Case: 4:10-cv-02567-LW Doc #: 138-37 Filed: 04/30/10 13 of 13. PageID #: 1956



number of subscribers over the total population in an area. This value varies, being higher in big towns than in the countryside. The other intervening factor is the traffic per subscriber. Taking an average penetration factor of 5%, and a traffic of 0.05 Erlang per subscriber, the large scale traffic density varies between 0 (in non-populated areas) to, say, 100 Erlang per square kilometre. At smaller scales, the traffic density can reach much higher values. If we go too far, we can obtain a traffic density of 50000 Erlang per square kilometre, taking a square meter with one subscriber in it, whereas in the next square meter the density is 0 because there is nobody in it. The scale at which to measure the traffic density must be adapted to the size of the cells, and we assume here that with GSM technology, cells are not too small when, say, they are at least 0.2 square kilometre.

In reality, to complicate things even further, this traffic density varies with time. Even if we do not consider its long-term evolution, the traffic pattern experiences short-term variations, according to a daily and weekly cycle. Usually, telecommunication operators dimension their networks according to the "peak hour" traffic, when the system is closest to congestion. In a first approximation, a network supporting the peak hour traffic will support the traffic at any time. This is in fact not always true, since the geographical distribution of traffic may be substantially different from one hour to another. As an example, the traffic around sport fields may be much larger during week-ends than during the week, but this happens when the total traffic of the whole city is much smaller than during the rush hour of week days.

The first goal—or constraint—of cellular engineering is that each cell is able to support (for most of the time) the traffic from the corresponding geographical zone. Now, there are a lot of solutions to such a problem, and an obvious one consists in installing a very large number of cells. The other goal of cellular engineering makes the picture less simple, and asks that the cost of the radio infrastructure be minimised for a given traffic load.

This cost has two aspects, and it is important to differentiate them. Part of the cost depends directly on the traffic. For instance, the total number of installed speech channels can in a first approximation be derived directly from the total expected traffic, whatever the distribution over different sites. This part of the cost can then be considered as a fixed one for a given total traffic, and cannot be decreased otherwise than by reducing the cost of each equipment unit. Using the GSM terminology, it means for example that the cost of a TRX can be neglected in the first step towards optimisation of the system parameters. The number of traffic