# Exhibit 38

Case: 4:10-cv-02567-LW Doc #: 138-38 Filed: 04/30/10 2 of 8. PageID #: 1958



# Automatic Vehicle Location in Cellular Communications Systems

Han-Lee Song

***Abstract*—This paper presents a method of Automatic Vehicle Location (AVL). Signals are transmitted from base stations in a cellular communications system. A device is embedded into a cellular phone installed in a vehicle. When this vehicle is traveling through a cellular territory, the device receives those signals and calculates the attenuation of those signals to locate the current vehicle position. A preliminary study by using computer simulation shows that the error between the exact position and the estimated position is in the range from 0 to 575 m. This result is based on the assumptions that the base stations are separated from each other by 5 km and the point-to-area terrain configuration has a 3 dB standard deviation of a normal signal strength distribution. A further modification by employing fuzzy logic is under development. The goal is to keep the location accuracy within 200 m.**

## I. Introduction

THE value-added applications in cellular communications systems are booming recently. For example, the demand for the wireless packet data transmission service or the global personal communications network service is increasing rapidly. In this paper, we will present another possible way to take advantage of cellular communications systems—to locate a vehicle position. There have been several papers [1], [2] which showed that there are a lot of uncertainties in locating vehicle position by using a signal attenuation method in cellular communications systems. However, this proposed algorithm uses simple analytic geometry, a better propagation model, a unique AMPS system specification plus the assistance of a small portion of fuzzy logic theory to overcome the uncertainty phenomena.

The general idea of Automatic Vehicle Location was introduced 15 years ago [3]. In this algorithm, we only need a simple device, or eventually a single ASIC chip, to be embedded into a cellular phone installed in a vehicle. Then, we can use the whole existing cellular system's format, or specifications, to implement the location process. This paper is addressing the location technique only. The interface that shows how the algorithm obtains data or transmits information will not be discussed here. It could be a voice synthesizer sending back the vehicle position information or just a group of binary data relayed to a central control office for further manipulation.

This paper first introduces the system configuration, mathematics model, fuzzy logic membership function and industrial specifications we need to extract the data and implement the algorithm in Sections II, III, IV and V successively. The following section shows the computer simulation algorithm and the simulation result. The last section brings out conclusions and discusses certain possible applications.

Manuscript received August 28, 1992; revised January 12, 1993.
The author is with Siemens, Kuei-Shan Hsiang, Taoyuan, Hsien, Taiwan, R.O.C.
IEEE Log Number 9403306.




Fig. 1. An ideal cellular coverage area. A, B and C are three reference points. $\overline{PA}$, $\overline{PB}$ and $\overline{PC}$ are three exact distances. $d_{pa}$, $d_{pb}$ and $d_{pc}$ are three estimated distances.




Fig. 2. The block diagram of an AVL measurement device.

## II. Measurement Device and Function Description

An area which is covered by a cellular communications system is displayed in Fig. 1, where the region surrounded by a hexagon is the effective service area provided by a specific base station. In Fig. 1, A, B and C are three different base stations. P is the vehicle position. Given the three estimated distances $d_{pa}, d_{pb}, d_{pc}$ and the three reference points A, B and C, we should be able to locate the vehicle position.

The block diagram of a measurement device is shown in Fig. 2. The AVL device needs to be connected to the antenna and control function block of a cellular phone in a specific vehicle.

We can activate the AVL device by sending a password or control message to a cellular phone in the specific vehicle (e.g., having the cellular phone automatically switched to the AVL device after six times of ringing). Once the AVL device is activated, the Algorithm and Logic Unit (ALU) inside the AVL device will collect the three estimated distances and the three

0018-9545/94$04.00 © 1994 IEEE

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-38 Filed: 04/30/10 3 of 8. PageID #: 1959



reference point's information through the envelope detector and control block inside the AVL device (Figs. 1 and 2).

We can obtain the estimated distance data by using the method described in Sections III and IV. In Section V, we will introduce the format and logic to acquire the coordinates of base stations. Then, the ALU will figure out the approximate vehicle position. This outcome will be delivered to a destination which could be either a special phone number or some computer-controlled station for further handling. The mathematics formula to compute the approximate vehicle position can be derived as follows.

We assume all the points are lying on the same plane in a Cartesian coordinate. The coordinates for points A, B, C and P are $(x_a, y_a)$, $(x_b, y_b)$, $(x_c, y_c)$ and $(x_p, y_p)$. The estimated distances from point P to three different referent points A, B and C are $d_{pa}, d_{pb}, d_{pc}$, respectively.

Then,

$$(x - x_a)^2 + (y - y_a)^2 = d_{pa}^2 \tag{1}$$

$$(x - x_b)^2 + (y - y_b)^2 = d_{pb}^2 \tag{2}$$

$$(x - x_c)^2 + (y - y_c)^2 = d_{pc}^2. \tag{3}$$

Each of the above equations represents a circle; $x$ and $y$ are on the circumference of each circle.

By combining (1) and (2), we can eliminate the $x^2$ and $y^2$ terms and get an equation with a first order and two parameters. This is a function of a straight line and is perpendicular to the line connecting the two centers in (1) and (2)

$$(x_b - x_a)x + (y_b - y_a)y = \frac{d_{pa}^2 - d_{pb}^2 + x_b^2 - x_a^2 + y_b^2 - y_a^2}{2}. \tag{4}$$

With similar manipulation, we can combine (1) and (3), and (2) and (3) to get

$$(x_c - x_a)x + (y_c - y_a)y = \frac{d_{pa}^2 - d_{pc}^2 + x_c^2 - x_a^2 + y_c^2 - y_a^2}{2} \tag{5}$$

$$(x_c - x_b)x + (y_c - y_b)y = \frac{d_{pb}^2 - d_{pc}^2 + x_c^2 - x_b^2 + y_c^2 - y_b^2}{2}. \tag{6}$$

These three different straight lines will play important roles in locating the vehicle position. The three intersection points which come from the combinations of two straight lines out of these three straight lines will represent the three possible vehicle locations. We can combine (4) and (5), (4) and (6), and (5) and (6) to obtain these three possible vehicle locations, $(x_p', y_p')$, $(x_p'', y_p'')$ and $(x_p''', y_p''')$, respectively. Then, by taking the average from the three different outcomes above, we can get $(\hat{x}_p, \hat{y}_p)$ where

$$\hat{x}_p = \frac{x_p' + x_p'' + x_p'''}{3}, \hat{y}_p = \frac{y_p' + y_p'' + y_p'''}{3}.$$

$(\hat{x}_p, \hat{y}_p)$ is the best estimated position corresponding to $(x_p, y_p)$ by using this analytic geometry algorithm. The error between the estimated position and the exact position is shown in Fig. 14. If we get three parallel straight lines from (1), (2) and (3), which means three base stations are on the same straight line, we can use software to adjust this special situation. An example is provided as following.

If

$$\frac{x_b - x_a}{x_c - x_a} = \frac{y_b - y_a}{y_c - y_a} = \frac{d_{pa}^2 - d_{pb}^2 + x_b^2 - x_a^2 + y_b^2 - y_a^2}{d_{pa}^2 - d_{pc}^2 + x_c^2 - x_a^2 + y_c^2 - y_a^2},$$

then we can use $(x_a, y_a)$ and $(x_b, y_b)$ as two points to generate a straight line; combining with (4) or (5), we can get the estimated position $(\hat{x}_p, \hat{y}_p)$.

The advantages of using this simple analytic geometry are that it can be easily programmed and quickly executed, yet we can still obtain a reliable result.




Fig. 3. The received signal strength of a moving vehicle (distance in linear scale, waveform to sketch only).

## III. Electromagnetic Wave Propagation Model

The method by which we obtain the estimated distance is described in this section. The received signal strength of an electromagnetic wave for a moving vehicle in the cellular environment is shown in Figs. 3 and 4. We get a straight line in Fig. 4 by taking the logarithm of the distance in Fig. 3. There are three different phenomena in Figs. 3 and 4: the path loss slope [4], the local mean length [4], and the fading rate [4]. The path loss slope can be derived from the following formula:

$$P_r = K\frac{P_t}{d^n} \tag{7}$$

where $P_t$ is a transmitted power, $P_r$ is a received power, $d$ is the distance in km and $n$ is a power factor. In free space, $n$ is equal to 2. However, in some urban or suburban areas, $n$ could be in a range from 3 to 6. $K$ is the rest of all other factors which will affect the received power. It includes the antenna height and antenna gain at both transmission and reception sides.

Then, we take the logarithms on both sides of (7) and multiply each term by 10

$$10^* \log P_r = 10^* \log K + 10^* \log P_t - 10^* n^* \log d. \tag{8}$$

Now, the unit on left side of (8) becomes dBm. We combine the first two terms on the right side of (8) and define it as the intercept. We also define the term $10^*n$ in (8) as the path loss slope.

In reality, we can obtain the empirical intercept and path loss slope information for a specific base station by using the

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-38 Filed: 04/30/10 4 of 8. PageID #: 1960






Fig. 4. The received signal strength of a moving vehicle (distance in logarithm scale).




Fig. 5. Method of obtaining the empirical intercept and path loss slope value.

method shown in Fig. 5. We first measure eight points in eight different directions; each of them is 1 km away from the base station. We then take the average of these eight points. This mean value is the intercept value for this specific base station. This value includes the Effective Radiated Power (ERP) from the base station and the antenna height effect of this specific base station. Next, we take another eight points and average them. This time they are 10 km away from the base station. We can get the path loss slope value for this specific base station by solving (8). This slope shows the terrain characteristic in the surrounding area of the specific base station.

When a vehicle is moving within a cellular communications system, the received signal strength can be described by the following equation [4]:

$$s(t) = l(t)r(t) \text{ and } r(t') = \frac{s(t')}{l(t')} \tag{9}$$




Fig. 6. The received fading signal waveform with respect to time and distance.




Fig. 7. The received fading signal waveform with respect to distance.




Fig. 8. The received fading signal waveform with respect to time.

where $s(t)$ is the function of received signal strength with respect to time $t$ (Fig. 6), $l(t)$ is a local mean, long-term fading, or log-normal fading with respect to time $t$ (Figs. 6 and 7) and $r(t)$ is a short-term fading, or Rayleigh fading with respect to time $t$ (Fig. 8). The second half of (9) shows that $r(t)$ can also be declared as a normalized fading signal because it is defined as an instantaneously received signal strength divided by an estimated local mean at that instantaneous point.

We notice that when the vehicle is moving at a constant velocity, time and distance are linearly related. Therefore, the above three equations can also be expressed with respect to distance $x$ (see the abscissas in Fig. 6).

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-38 Filed: 04/30/10 5 of 8. PageID #: 1961



The estimated local mean value of $l(t)$ can be then expressed as

$$\bar{l}(t') = \frac{1}{2T}\int_{t'-T}^{t'+T} s(t)dt \quad \text{or}$$
$$\bar{l}(x') = \frac{1}{2L}\int_{x'-L}^{x'+L} s(x)dx = \frac{1}{2L}\int_{x'-L}^{x'+L} l(x)r(x)dx. \tag{10}$$

Since $l(x)$ is a local mean, it is a constant within the range from $x' - L$ to $x' + L$. Equation (10) can be rewritten as

$$\bar{l}(x') = l(x)\frac{1}{2L}\int_{x'-L}^{x'+L} r(x)dx. \tag{11}$$

The $2L$ on the right side of (11) is the sufficient distance to calculate the estimated local mean value. If the $2L$ is too long, the estimated local mean value will not describe the feature of log-normal distribution. If the $2L$ is too short, the estimated local mean value will still have some Rayleigh fading information.

Now, by the assumption that $r(x)$ is a normalized fading signal with a mean value equal to 1, we can let the estimated local mean value $\bar{l}(x')$ approach the true local mean value $l(x = x')$ by choosing an adequate length of $L$ such that

$$\frac{1}{2L}\int_{x'-L}^{x'+L} r(x)dx$$

approaches its mean value, 1. The adequate length for $2L$ has been decided within the range from 20 $\lambda$ to 40 $\lambda$. $\lambda$ is the carrier frequency wavelength, and 50 slightly correlated samples would be enough for us to obtain a useful result for a 40 $\lambda$ interval.

If a vehicle is traveling at a speed of 90 km/h, and the carrier frequency of a cellular network is 850 MHz, then the vehicle speed per second is 25 m and the carrier wavelength is 0.35 m.

If we take the sampling rate to be 100 samples/s, then every 50 samples will take a distance of 12.5 m, which is close to 35 wavelengths. This will be good enough for this experiment, and every two consecutive samples will be separated by $0.7\lambda$.

The fading rate can be expressed in another form [4], the level crossing rate (Fig. 9). The number of level crossings at a level of $S$ dB is

$$\overline{n}(S) = \frac{\beta v}{\sqrt{2\pi}} n_r \tag{12}$$

where $n_r$ is the normalized level crossing rate and is independent of the vehicle speed and the carrier wavelength; $\beta = 2\pi/\lambda$, and $\lambda$ is the carrier wavelength; $v$ is the vehicle speed in meters per second.

If we want to find the number of level crossings at level 0 dB, which means the signal strength threshold just equals the rms value during some period of time, for a carrier frequency of 850 MHz and a vehicle speed of 90 km/h, we get

$$\frac{\beta v}{\sqrt{2\pi}} \cong 177 \quad \text{and} \quad n_r \cong 0.38$$

and the $\overline{n}(0) = 67$ times/s. Each fading period occupies 0.37 m, or 1 wavelength roughly. Although the shape and period of a fading wave are irregular, it is still interesting to compare the difference between two slightly correlated samples and two Nyquist sampled points, a regular sinusoid wave with period equal 1 carrier wavelength sampled by a Nyquist rate which has half the wave frequency. The separation of two consecutive points for the former one is $0.7\lambda$ and $0.5\lambda$ for the latter.




Fig. 9. The level crossing rate with respect to the relative signal level in dB.




Fig. 10. The membership function of the received signal strength.

## IV. Introducing the Fuzzy Logic Membership Function

The distances we obtained from Section III are still too rough for the vehicle location calculation. These raw data must be further manipulated in order to get an acceptable accuracy. We use a fuzzy logic technique to approach this purpose.

The most important part in the fuzzy logic technique is the membership function. For this automatic vehicle location application, the membership function has been conducted through the computer simulation process. We generally summarize the simulation principles and plot the membership function in Fig. 10.

When a vehicle (point $P$) closes to any one of the three vertexes (A, B, or C in Fig. 1), the received signal strength

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.

(dBm) measured from that specific vertex is in the highest confidence level, which means the estimated distance is the most reliable. In the mean time, the other two distances measured from the other two far away vertexes are also in the highest confidence level. Therefore, we assign a value of 1 to both situations. On the other hand, if a vehicle is in the intermediate area of the equilateral triangle, all of the received signal strengths or the estimated distances are in the indistinguishable state, except for those in the center area. Therefore, we assign a lower value to the one in the intermediate area and a value of 1 to those in the center area.

After we finished this procedure, the next step was to use this membership function to fine-tune the received signal strength to get a more reliable distance. Some empirical algorithms are provided as follows:

If $d_{pa}$ and $d_{pb}$ are lengthy
Then $d_{pc}$ is short
.
.
If $d_{pa}$ and $d_{pb}$ are medium
Then $d_{pc}$ is also medium
.

The whole fine-tuning process is a tedious and trial-and-error circulation, and some of them still need further adjustment. As a result, we do not intend to list all of the algorithms here.

## V. Data Format of a Base-Station-Transmitted Signal

The technique that we used to obtain the reference point, or the base station position, in a cellular communications system is described in this section. The data format specifications of a signal stream transmitted from a base station are based on the AMPS (Advanced Mobile Phone Service) system. This system was developed by AT&T Bell Laboratories during the 1960's and 1970's and was released by the Federal Communications Commission (FCC) in 1981. The AMPS system, in general, is operated in the 800 and 900 MHz range with a total bandwidth of 40 MHz, and it is composed of base stations, or cell sites, and MTSO's (Mobile Telephone Switching Offices). The system has a number of different specifications to specify the different interfaces within the AMPS system. We are only interested in the forward control channel (FOCC) that is transmitted from a base station to the surrounding mobile stations, or vehicles [5].

All of the mobile stations inside the cellular network must initialize their system parameters by first scanning the forward control channel whenever the power of those mobile stations is turned on. The FOCC consists of dotting, word sync and five repeats of word A and word B (Fig. 11). The word A is monitored by mobile stations with an odd number in the least significant bit (LSB) of the mobile identification number (MIN). The word B is monitored by mobile stations with an even number in the LSB of the MIN. The busy-idle stream contains busy-idle bits, which are monitored by mobile stations, to decide the current status of the reverse control channel. A busy-idle bit is located at the beginning of each dotting sequence, at the beginning of each word sync sequence, at the beginning of the first repeat of word A and word B, and after every 10 information bits thereafter (shown in Fig. 11). The dotting sequence is used by mobile stations to synchronize the receiving bit rate of a forward control message stream. The "word sync" lets the mobile stations know that the following bit is the beginning of an information word.




Fig. 11. The forward control channel message format in the AMPS system.

A word is made by encoding 28 information bits into a (40, 28) BCH code, which has a Hamming distance of 5 (40, 28; 5). The generator polynomial for this (40, 28; 5) BCH code is

$$g(x) = x^{12} + x^{10} + x^8 + x^5 + x^4 + x^3 + x^0.$$

This is a shortened version of the primitive (63, 51; 5) BCH code, which means the shortened version could be any length as long as the 12 parity check bits are reserved.

The five repeats of word A or word B are a majority-vote code. The concatenated coding design, BCH code inside and majority-vote code outside, in the forward control message stream is used to combat the fading environment in the cellular communications systems.

This FOCC contains three different messages, the mobile station control message, the overhead message and the control-filler message. These different messages are distinguished by the first two bits of each word. Fig. 12 shows the data format of an overhead message. The overhead message includes a unique system identification number, SID, assigned by the FCC in the United States. Originally, it was used by mobile stations to determine whether they were in the home service area or in a roaming area. However, we can use this unique number to check with our database which is equipped with the base station information and installed inside the AVL device. We can use this clue to find out all of the base station's information, which could be the intercept and path loss slope data, as well as the coordinates of this base station. The hexadecimal number inside the SID field is the information we want to extract from the forward control message stream.

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-38 Filed: 04/30/10 7 of 8. PageID #: 1963



Word 1

| $T_1T_2$ (11) | DCC | SID | RSVD (000) | NAWC | OHD (110) | P |
|---|---|---|---|---|---|---|
| 2 | 2 | 14 | 3 | 4 | 3 | 12 |

$T_1T_2$ - Type Field, set to "11" to indicate an overhead word.
DCC - Digital Color Code Field.
* SID - System Identification Field.
RSVD - Reserved for future use.
NAWC - Number of Additional Words Coming Field.
OHD - Overhead message type Field. The OHD Field of word 1 is set to "110" to indicate the first word of the system parameter overhead message. The OHD Field of word 2 is set to "111" to indicate the second word of the system parameter overhead message (not shown in here).
P - Parity Field

* Note : This is an unique field assigned by FCC in the United States.

Fig. 12. The data format of an overhead message in FOCC.




Fig. 13. The flow diagram of the computer simulation program.

The transmitted power of a forward control channel is stable all the time for a fixed base station. The overhead message is sent every 0.8 ± 0.3 s. Now we can use an envelope detector inside the AVL device to measure the signal strength of this forward control channel. Combining it with the data extracted from the overhead message, then checking them with our database, we can obtain all of the information we need for processing our location algorithm from the existing cellular communications systems.

## VI. Computer Simulation

After understanding the general scheme we have used to locate the vehicle position in a cellular communications system from above discussions, we are now demonstrating the computer simulation result. This computer program is written in Turbo C++.

We first assume that the constellation of three base stations is an equilateral triangle. The distance between any two base stations is 5 km. In reality, it is similar to the case in the metropolitan service area of a cellular network system where every cell site has an effective service radius about 2.5 km.

We also assume the terrain configuration is a normal distribution with a 3 dB standard deviation. The magnitude of a standard deviation depends on the different propagation models we employed to determine the path loss slope, and has a great influence in the accuracy performance. There are two different ways to determine the path loss slope [4], an area-to-area propagation model, which makes a standard deviation of 8 dB, and a point-to-point propagation model, which has a standard deviation within 2–3 dB. The difference between these two models is that the point-to-point model takes the antenna height gain into account. Therefore, in our algorithm, we use the point-to-area terminology to describe how to determine the path loss slope. As long as we take the antenna height gain into account, we can use the assumption that the standard deviation is 3 dB. Based on our simulation




Fig. 14. The error distribution between the estimated and exact position in meters. Note: The error in the three vertex areas has been reduced from 700 m to 220 m by using a fuzzy logic technique.

result, a 1 dB increase in the standard deviation will generate an inaccuracy of about 100–200 m in the location process.

The intercept and path loss slope values we used in this simulation are −54 dBm and −38.4 dB/decade, respectively. The data we adopted are taken from [4] and used for simulation purposes only. These data represent the terrain configuration in the hilly and suburban areas. The program flow diagram is shown in Fig. 13, and the simulation result is shown in Fig. 14. We can see from the simulation result that the most accurate region is around the three vertex areas, with the help of using the fuzzy logic technique, and the least accurate region is in the intermediate area of the equilateral triangle. The accurate degree in the center area is between the two but close to that in the intermediate area.

By examining the simulation result, we found that it is possible to design a more accurate approaching algorithm to

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-38 Filed: 04/30/10 8 of 8. PageID #: 1964



locate the vehicle position by using the fuzzy logic technique. However, much time is needed to do these tedious trial-and-error works.

## VII. Conclusion

This proposed algorithm is just a system integration. It integrates the different features from different technologies. The geometrical calculation, the propagation model of a transmitted microwave, the unique specifications of AMPS system plus a small portion of fuzzy logic theory are all the essential elements to perform the operation of this proposed algorithm.

There are some applications that we may probe in the future. The first one is the intelligent car. If we combine the AVL device with a signpost technique, we can monitor those cars which have the AVL device installed to control or estimate the traffic flow during some rush hours. This AVL device can also tell a driver the optimum route to go to his destination from current position if it is connected to a database loaded with vicinity area maps. In addition, anti-carthief and fleet trucks control are the other possible areas to be explored.

## Acknowledgment

The author gratefully acknowledges the contributions of Dr. Joseph Hui and Dr. Hong-Shen Wang who provided encouragement and suggestions. The author also would like to thank Mr. Chih-Yuan Hsiao for his many grammatical contributions to this paper.

## References

[1] W. G. Figel, N. H. Shepherd and W. F. Trammell, "Vehicle location by a signal attenuation method," *IEEE Trans. Veh. Technol.*, vol. VT-18, pp. 105–109, Nov. 1969.

[2] G. D. Ott, "Vehicle location in cellular mobile radio systems," *IEEE Trans. Veh. Technol.*, vol. VT-26, pp. 43–46, Feb. 1977.

[3] S. Riter and J. McCoy, "Automatic vehicle location—An overview," *IEEE Trans. Veh. Technol.*, vol. VT-26, pp. 7–11, Feb. 1977.

[4] W. C. Y. Lee, *Mobile Communications Engineering*. New York: McGraw-Hill, 1982, ch. 1, 3, 6.

[5] EIA-553, "Mobile station–land station compatibility specification," 3.7.1.2 Overhead Message.



**Han-Lee Song** received the B.S. degree in physics from the Fu-Jen Catholic University, Taiwan, in 1979, and the M.S. degree in electrical engineering from Fairleigh Dickinson University, Teaneck, NJ, in 1987. He entered Rutgers University for the Ph.D. degree in 1987.

In 1989, he joined Bell Atlantic Mobile Systems and began his career in the wireless communication world. In 1991, he joined AT&T Bell Laboratories in Whippany, NJ, and left Rutgers University and Bell Atlantic Mobile Systems as well. One year later, he returned to Taiwan, and now he works at Siemens Telecommunication Systems Limited, a Siemens subsidiary company in Taiwan, R.O.C.

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 28, 2010 at 06:15 from IEEE Xplore. Restrictions apply.