# Exhibit 39

# SHORT RANGE PRECISION NAVIGATION AND TRACKING SYSTEM

W. I. Sternberger
Ocean Engineering Department
University of Rhode Island
Kingston, Rhode Island 02881

L. R. LeBlanc
Ocean Engineering Department
University of Rhode Island
Kingston, Rhode Island 02881

## Abstract

A navigation and tracking system using a phase locked loop has been investigated for high accuracy short range applications. Studies and laboratory experimentation indicate that an accuracy of 0.1 m. is within feasibility limits. The ranging system features continuous operation in an analog mode with high noise immunity, and all controls are TTL compatible.

Immediate applications include precision seismic profiling surveys, cable placement, narrow channel navigation, and precision location of open sea bench marks. System modularity and off the shelf parts minimize cost and maximize effectiveness. Operator interaction is minimal, and cost per meter of accuracy is far below other presently available systems.

## 1. Introduction

Current ocean engineering and oceanographic survey and data collection procedures require precision position location with a high degree of repeatability. This paper details the design development and implementation of a high resolution short range navigation and tracking system using phase lock technology.

Radio navigation in its present form nearly exclusively relies upon phase discrimination of various incoming signals and/or time measurements of round trip travel for a pulse or pulse series. Systems such as Loran C, Decca, and Omega are considered state-of-the-art for global navigation and more recently for estuary and confluence navigation.

Studies have noted serious limitations in all of the above systems. Errors appear to compound at a staggering rate from causes such as operator ineptness, receiver misalignment, synchronization errors, geodetic and geometric irregularities, and multipath signal reception. In all, these considerations provide for adequate open water navigation. However, operation becomes questionable in confined channel lanes and for high resolution surveys.

## 2. Design Theory

The concept upon which this system is based is that all frequencies (f), associated with electromagnetic wave propagation, have an associated wavelength ($\lambda$), given as a function of the velocity of propagation (c) of the signal in the medium: $f\lambda = c$. Knowing this, one can achieve distance measurements by means of measuring the frequency corresponding to a signal whose wavelength of modulation is exactly the same as the distance between an observer and a known point in space.

Pulsed carrier type ranging systems require extremely wide bandwidths in order to detect and reconstruct the transmitted pulses. An impulse in the time domain is composed of all frequencies in the frequency domain. Generally, the accuracy of these systems will be determined by the bandwidth of the components. In the case of transmitting a carrier modulated by a sine wave, all of the energy is concentrated at one frequency, thereby increasing effectiveness and noise immunity. Even though the modulation is at one frequency, this frequency covers a bandwidth determined by the system's range limits. Yet, this bandwidth is still considerably narrower than that required by the pulsed carrier systems.

One must note that the velocity of propagation, considered thus far, has been that of electromagnetic waveforms in a vacuum. In the real operational situation, this velocity will vary for reasons such as refraction and atmospheric density. For instance, the index of refraction of the visible spectrum approximates $4.1 \cdot 10^{-7}$ times the relative humidity in the atmosphere.

To apply the concept of this system it is necessary to use a master-slave configuration. By doing so, one can essentially "bend" or "fold" a waveform in the middle and have its end-points coincide. In this case, the slave unit becomes a simple repeater station. By adjusting the frequency of the outgoing signal one can change the phase relationship of the coincident end points in a static system. Conversely, in a dynamic system, where the repeater changes position relative to the master, adjustment of the frequency of the outgoing signal can achieve a constant phase



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 8, 2010 at 08:53 from IEEE Xplore. Restrictions apply.

5000 meters, an accuracy of $6.7 \cdot 10^{-1}$ meters, and a resolution of $3.35 \cdot 10^{-1}$ meters.

This very clearly illustrates the effect of the delays and phase shifts applied by the ranging circuitry and the telemetry components. It is, indeed, an advantageous result in that several orders of magnitude of range are capable of being measured with only one order of magnitude change in the accuracy and resolution.

## 6. Conclusions

The research and experimentation presented here has shown that a precision short range navigation and tracking system has been developed around a phase locked loop. The system clearly meets or exceeds all of the design criteria; resolvability to within 0.1 meters, and range limits determined only by allowable accuracy tolerance. Operator interaction has been minimized to the extent that once the system is locked, one need only record data. Flexibility is achieved via interchangeable components, portable repeater stations, and potential computer interfacing. Cost is minimized by use of standard off the shelf components which are readily available.

Calibration is a critical factor that enters into the use of this or any other instrument. One can not expect an initial calibration run to last a lifetime. Therefore, actual field use should be closely monitored and liberally documented so as to allow for the assessment of the most feasible maintenance and calibration timetable.

Immediate applications include precision seismic profiling surveys, cable placement operations, narrow channel navigation, and precision open sea bench mark location.

In a more "passive" mode, it is conceivable that a modulated laser beam could replace the telemetry repeater network. In this way, the laser's directional bearings are known and the range is determined by the PLL system.

If less accuracy is required, such as in the case of iceberg tracking, then the system can be implemented at a cost still far below others presently on the market. As in any effective operation, pre-engineering is the key.

The net result, in any case, is a highly functional scientific instrument that is easily adapted to the needs of research requiring range or position determinations.

## 7. References


Beck, G. E., ed. Navigation Systems, a Survey of Modern Electronics Aids. London: Van Nostrand Reinhold, 1971.

Cohen, Philip M. Bathymetric Navigation and Charting. Maryland: United States Naval Institute, 1970.

Klapper, Jacob, and Frankle, John T. Phase-Locked and Frequency Feedback Systems. New York: Academic Press, 1972.

Powell, C. The Relative Performance and Roles of the Hyperbolic Navigational Aids. Ninth International Conference on Lighthouses and Other Aids to Navigation. Ottawa, 1975.

Walker, James L., and Millan, Harold E., Jr. Evaluation of Loran C for Harbor and Estuary Navigation. Ninth International Conference on Lighthouses and other Aids to Navigation. Ottawa, 1975.

Signetics Applications Memos. California: Signetics Corporation, 1974.





FIGURE 1. System Block Diagram: PLL is enclosed in dashed box; all delays (component and propagation) are grouped in one unit.



Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on January 8, 2010 at 08:53 from IEEE Xplore. Restrictions apply.