# Exhibit 40

# Vehicle Location System Experiment

W. THOMAS WARREN, JAMES R. WHITTEN, MEMBER, IEEE, ROY E. ANDERSON, SENIOR MEMBER, IEEE, AND MIGUEL A. MERIGO

***Abstract*–A vehicle location system concept which utilizes narrow-band-radio trilateration has been developed for use in command and control systems designed to dispatch mobile vehicles.**

**A comprehensive system experiment was carried out in Schenectady, N.Y., designed to evaluate the system's performance in a severe radio multipath environment, and to evaluate the improvement in performance realized by system design options developed to improve performance degradation of multipath, that is, redundant receiving stations and space diversity antennas.**

**Experimental results from the system experiment show that although high instrumental precision can be realized by narrow-band-radio trilateration techniques, a severe multipath environment, such as the Schenectady area produces by surrounding hills and valleys, degrades the instrumental precision. The results also indicate that four receiving stations each having four space diversity antennas will improve performance yielding a total vehicle location error radius of 900 ft, which is standard deviation for the Schenectady area.**

## INTRODUCTION

IN THE PAST few years, there has been a rapid increase in utilization of radio channels allocated for land mobile service and an increase in the variety of their uses. Several types of command and control systems have evolved, and rapid and controlled dispatching of emergency vehicles has become a major need. In order to efficiently dispatch mobile vehicles through a command and control system, it is important to know the exact location of the vehicle. In view of these needs, the Institute of Public Administration held a conference sponsored by the U.S. Department of Housing and Urban Development [1] in which the technology of vehicle location was reviewed by the several participants.

One such technology involves the use of narrow-band-radio techniques which are compatible with the requirements of land mobile service. An RF carrier, modulated by a single audio frequency is transmitted. At a receiver, the audio phase is a measure of the propagation delay.

Engel [2] has derived the functional relationship for the phase of the demodulated composite signal as a function of the multipath structure of the channel when FM is employed.

Braun and Walker [3] have considered the system characteristics of law enforcement and transportation agencies and several vehicle location techniques. Their paper discusses the system parameters pertinent to the operation of the several location techniques. Turin *et al.* [4], [5] in companion papers, have measured propagation statistics, developed propagation models, and simulated performance of vehicle location systems. Staras and Honickman [6] have developed linearized formulas for treating multipath errors and have calculated location errors for certain multipath statistics.

The General Electric Company established a program to determine means of locating mobile vehicles. The initial studies in the program indicated that the following objectives should be realized: a) compatibility with land mobile service radio spectrum allocations; b) compatibility with existing land mobile service radio equipments; c) capability of implementation through incremental equipment installation rather than through modification or redesign of existing equipment; d) compatibility with the developing need for data transmission. A system concept has been developed as a result of that program. In addition, a comprehensive experiment demonstrating the system capabilities was inaugurated at the Research and Development Center in Schenectady in 1969 which evaluated the capabilities of the system concept as well as the capability of certain system design options in a severe multipath environment.

## AUTOMATIC VEHICLE LOCATION SYSTEM DESCRIPTION

The automatic vehicle location system uses a phase-measuring trilateration technique to locate vehicles from radio transmissions initiated by each vehicle. Each vehicle responds in sequence to commands from the base station to initiate the vehicle transmissions for determining the vehicle position, as well as the vehicle identification and status data.

The system requires a minimum of three position-monitoring stations, which are placed around the area of coverage as shown in Fig. 1. Additional position-monitoring stations may be provided to allow redundant position fixes to be obtained. One of the three position-monitoring station locations may coincide with the base station location. We adopt the term trilateration to describe this system in order to distinguish it from a system that would measure the range of the vehicle from each of two receiving stations. The base station includes the functions of addressing and polling vehicles, voice transmissions, data transmission and reception, position fix calculation, and position fix calibration.

Each position-monitoring station receives the vehicle-initiated signals and, by use of a correlation technique, determines the exact time of arrival of each signal with respect to a system clock. The time of arrival at each position-monitoring station, along with the vehicle identification and vehicle data, is relayed to the base station, where the position of each vehicle is calculated from the difference between each pair of time-of-arrival data. The time differences with the appropriate calibration data make possible the calculation of lines of position with respect to the position-monitoring stations. Each line of position is a hyperbola, two of which intersect at a point that is a position fix determined by the system.

Manuscript received September 1, 1971; revised April 8, 1972.
The authors are with the General Electric Corporate Research and Development Center, Schenectady, N.Y. 12345.

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on December 20, 2009 at 17:20 from IEEE Xplore. Restrictions apply.




Fig. 1. Illustration of vehicle location algorithm. (a) $R_0 < R_{opt}$. (b) $R_0 = R_{opt}$.




Fig. 2. Phase-shift-key modulation and tone recovery waveforms.

It is important to note the difference between a trilateration, or range difference, and a two-way ranging system. In the trilateration system the vehicle initiates a signal that is broadcast to the position-monitoring stations. This signal consists of a short burst of a tone; it is received at the position-monitoring station, and noise, interference, and multipath propagation effects are of consequence only for the position-monitoring station receivers. In contrast, a ranging system would employ signals transmitted in two directions, as in the more conventional radar transponder technique. In this case, noise, interference, and radio propagation effects occur at the receiver of the transponding station and also at the receiver of the initiating station. Therefore, a system employing transmissions of the location signal in one direction has an advantage with respect to these effects, as compared to a system that employs transmissions in two directions.

## Design Features and Options

### *Vehicle Location Computation*

The vehicle location is obtained for the trilateration system by solving hyperbolic equations that result from the time-of-arrival differences of the location sensor signal at each of the position-monitoring stations. The calculation procedure is simplified by formulating the equations in circular coordinates rather than hyperbolic coordinates. This is described in the Appendix.

### *Tone Modulation Technique for System Time Reference*

It is desirable that the signal transmitted to the vehicle for polling be capable of conveying the time reference to the position-monitoring stations in the system. A technique has been developed to modulate the time reference tone with data for this purpose. The modulation technique used is phase-shift key modulation. Fig. 2 shows typical waveforms. A binary-data waveform is assumed, and the resulting phase-modulating tone is shown. The tone, even though phase modulated, can be used at the receiver for determining the time reference. This is done by passing the received tone signal through a full-wave rectifier. The full-wave rectified signal is shown as the bottom trace in Fig. 2. It is apparent that the phase of the full-wave rectified signal is coherent with the phase of the modulating tone.




Fig. 3. Master station.

### *System Operation*

System operation may be understood by referring to Fig. 3, which shows a block diagram of the master station. A process computer subsystem controls the identification of the vehicles to be polled and also controls the rate at which vehicles are polled.

The command radio transmitter broadcasts an FM carrier to the vehicles in the area for polling and also to the position-monitoring stations in the system to convey the system time reference. The modulation technique employs a baseband signal with bandwidth and subcarrier frequencies compatible with the requirements of land mobile radio service. Periodically during the polling sequence, the process computer subsystem inserts a fictitious vehicle identification, which serves as a calibration signal. In this case, the master station operates as a fixed vehicle location and broadcasts a modulated tone that serves to calibrate the system.

The position-monitoring station is shown in block diagram form in Fig. 4. The command transmissions from the master station are received on carrier frequency $f_1$. In addition, the vehicle-initiated transmissions are received on frequency $f_2$ and, periodically, the calibration signals from the master station are also received on carrier frequency $f_2$. The command radio transmission consists of a modulated tone frequency, as previously described, which serves as the standard of comparison at each position-monitoring station for determining

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on December 20, 2009 at 17:20 from IEEE Xplore. Restrictions apply.

Case: 4:10-cv-02567-LW Doc #: 138-40 Filed: 04/30/10 4 of 5. PageID #: 1971




Fig. 4. Position-monitoring station.




Fig. 5. Time allocation for AVM command and sensor transmissions.




Fig. 6. Time allocations for polling. $N$ designates $N$th vehicle polled. (a) Duplex radio channel, half-duplex mobile. (b) Single radio channel, half-duplex mobile.

the time of arrival of vehicle transmissions. Therefore, the demodulated tone is applied to a phase comparator as a phase reference. The vehicle-initiated tone signals are received at the sensor radio receiver, demodulated, and applied to the phase comparator. The vehicle identification is decoded. The result of the phase comparison is encoded with the vehicle data and applied to a telephone modem for transmission to the master station. Sharing of the time used for command transmission and tone reference transmission ensures that a maximum poll rate may be employed. Similarly, the simultaneous transmission of the vehicle identification and the tone used for determining the time of arrival of the vehicle-initiated signal at the position-monitoring station ensures the maximum response rate for vehicle responses.

Fig. 5 shows allocation of time intervals for the various purposes of the command and sensor transmission; this figure illustrates the small portions of the total period available allocated to rise time, word synchronization, and decay and guard time functions. The major portion of the time period is available for the automatic vehicle monitoring (AVM) sensor tone and data. The phase-modulation technique described allows simultaneous transmission of the vehicle identification and of the vehicle-initiated tone used for determining the time of arrival of the vehicle-initiated tone at the position-monitoring station.

Operation of the master station and the position-monitoring stations has been described, based on the use of separate carrier frequencies for the command transmission and vehicle transmission functions. In this case, the polling sequence is shown in Fig. 6. Vehicles are polled at carrier frequency $f_1$, and vehicles transmit at carrier frequency $f_2$. Fig. 6(b) shows an alternative that would employ a single carrier channel for polling and for vehicle transmissions. In this case, the polling rate would be cut in half because simultaneous master station and vehicle transmissions are not possible.

Another characteristic of the system may be described with the aid of Fig. 6. In either case shown in Fig. 6, a time delay equal to $T_s$ is provided between the time the vehicle decodes its identification and the time that it responds with the vehicle transmission. This time is provided to allow the vehicle, which in each case is a half-duplex mobile, to switch from the receive to the transmit mode. It is expected that this switching interval does not affect the accuracy of the vehicle location. However, the switching interval does affect the rate at which vehicles may be polled. A portion of the transmission time interval is allocated as a guard band in order to allow some imprecision in the mobile transceiver switching interval.

It would be in order to provide some typical parameters for a practical system. A total transmission interval of 25 ms would allow polling of vehicles at a rate of 2400 vehicles per minute in the case where a full-duplex master station and a half-duplex mobile are provided.

The 25-ms transmission interval would provide 20 ms for tone transmission, which, with a tone frequency of 2400 Hz, would provide for averaging of 48 tone cycles in the phase-measuring process. Considering only thermal-noise effects and requiring that the resulting averaged imprecision in phase measurement be no more than 0.5 $\mu$s standard deviation, averaging over 48 tone cycles would require a received-signal level at the receiver terminals of no worse than 22.5 dB SINAD (signal plus noise and distortion to noise and distortion). This is a practical requirement.

Another aspect of these parameters is that data can be transmitted during the 20-ms time interval. Phase-shift key modulation of the 2400-Hz tone can be accomplished and the resulting spectrum can be fitted into the audio passband of mobile equipment by phase modulating at a rate which is two-thirds of the tone frequency, as shown by Pushman [7]. In this case the 2400-Hz tone frequency allows data to be transmitted at 1600 bit/s and the modulation technique results in a

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on December 20, 2009 at 17:20 from IEEE Xplore. Restrictions apply.

spectrum having zero levels at approximately 800 Hz and 4000 Hz. In the 20 ms of modulated tone transmission, 32 bit may be transmitted. Therefore, the technique allows adequate data transmission for status reporting as well as for vehicle identification.

*Multipath Propagation Errors*

Multipath propagation effects cause fading and other problems in mobile radio communications. Recent data by Rustako [8] and Lee [9] show that very substantial improvements are obtainable in signal-to-noise ratio, fading probability, and fading rates through the use of space-diversity equal-gain combining antennas. These data show that the use of such antennas at the mobile separated by as little as one-fourth wavelength result in significant improvement. However, the use of space-diversity reception at the position-monitoring stations would require wider antenna spacing for equivalent results.

It is estimated that for space-diversity reception to be used at a position-monitoring station the separation of the receiving antennas should be about 10 wavelengths. This results from the assumption that the scattering elements in the propagation path to the position-monitoring station will subtend an angle at the position-monitoring station that is small compared to that of the case considered by Rustako and Lee, where the scattering elements subtend a large angle.

The effects of multipath on propagation delay have been considered by Engel [2], who presents data on propagation delay errors of narrow-band and FM systems due to multipath impulse responses. Consideration of Engel's data and of the use of space-diversity antennas to preserve the mean value of the multipath response suggests increasing the vehicle location accuracy by using a hyperbolic system in which only range differences enter into the hyperbola specifications; the location error should be reduced by making the bias due to the mean value of the measurement at each of the receiving sites as nearly equal as possible.

The effectiveness of this approach depends upon preserving the contributions from as many scatterers as possible. Mobile transmitter movements change the phase relations between scatterers and can reduce the strength of or eliminate the signals from some of them through destructive interference. Because the interference effects are directive, they can be mitigated through proper combining of spatially separated antenna signals. This hypothesis was tested during the system experiments to be described.

A second technique for reducing multipath propagation error involves providing redundant position-monitoring stations. If more than the minimum of three position-monitoring stations required to make a vehicle fix are used and the additional station sites are selected to give low correlation between position errors made with the additional sets of stations, then appropriately combined measurements give a vehicle location with reduced error. Fig. 7 shows the error vector for the $n$th measurement. If the error vectors for $N$ measurements are uniformly distributed in angle and the amplitudes and angle are uncorrelated, the mean-square errors (mse) is as shown in Fig. 7. That is, the mse of $N$ measurements is $1/N$ times the




Fig. 7. Error vector for $N$th measurement.

error of a single measurement and the root-mean-square error (rmse) is $1/\sqrt{N}$ times the rmse of a single measurement. In general, provision for $N$ independent measurements of the error vector would require $3N$ receiving stations.

The hypothesis that a redundant position-monitoring station would improve the location accuracy was tested during the vehicle location system experiments described in the next section. Since the four-station case does not provide independent measurements of the error vector, the data-reduction program used in this experiment included the combinations of four stations taken three at a time. Thus four location error coordinates were calculated for each vehicle position and the output data consisted of mean and standard deviations of error.

## Vehicle Location System Experiments

An experimental vehicle location system that incorporated the desired system parameters was established at the General Electric Research and Development Center in Schenectady. Standard base-station transmitter–receiver equipment and standard mobile transceivers were used. The vehicle-initiated tone used for making one-way measurements was 3150 Hz, modulated onto the radio carrier using frequency modulation according to the standard design. Four receiving stations were used, one of which provided a redundant station. The RF carrier was approximately 150 MHz. Space-diversity antennas were provided at two of the receiving stations.

The objective of the experimental system test program was to provide a realistic environment, to evaluate multipath propagation effects on vehicle location accuracy, to evaluate the multipath improvement resulting from the use of space-diversity antennas, and to evaluate the multipath improvement obtained by a redundant position-monitoring station.

A system calibration procedure was provided for each of the position-monitoring stations. Equipment-caused errors were measured, and calibration of the system was accomplished to minimize instrumental errors in the vehicle location measurements to be obtained. System calibration was done before and after vehicle location data were obtained.

*Test Station Configuration*

Four position-monitoring stations were located in the Schenectady area, as shown in Fig. 8, at the General Electric Radio Optical Observatory, at the Schenectady County Air-

Authorized licensed use limited to: Worcester Polytechnic Institute. Downloaded on December 20, 2009 at 17:20 from IEEE Xplore. Restrictions apply.