# Exhibit 41

Docket No. LBSC-002DIV

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of:

**Everett Dennison, et al.**

**Serial No.:** 10/993,477

**Filed:** November 22, 2004

For: CELLULAR TELEPHONE SYSTEM THAT USES POSITION OF A MOBILE UNIT TO MAKE CALL MANAGEMENT DECISIONS

**Confirmation No.:** 2909

**Group Art Unit:** 2618

**Examiner:** Orgad, Edan

## SUPPLEMENTAL PRELIMINARY AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action, dated February 7, 2007, please amend the application as follows:

CERTIFICATE OF FACSIMILE

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being transmitted to the Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below via the USPTO EFS-Web filing system.

5/16/07
Date of Deposit

Jocelyn L. Lee

## CLAIMS AMENDMENT

1. (Original) A telecommunications system, comprising:

a data storage system for recording a geographic location associated with a communications identifier, and

an updating system responsive to an inaccuracy in the geographic location associated with a communications identifier that exceeds an interval defined by said updating system, and in response thereto updating said data storage system to identify an updated geographic location for said communications identifier.

2. (Original) The system of claim 1 wherein

said communication identified is associated with a mobile communication device, and

said updating system comprises a positioning system obtaining an exact geographic location for a mobile communication device, and comparing said exact geographic location to a previously determined exact geographic location and said interval.

3. (Original) The system of claim 2 wherein said mobile communication device is a cellular telephone.

4. (Original) The system of claim 1 wherein said interval requires updating at a present time interval.

5. (Original) The system of claim 1 wherein said interval requires updating according to a distance between the geographic location associated with an identifier and a correct geographic location.

6. (Original) The system of claim 1 wherein said interval requires updating upon approach or movement across a geographic boundary.

7. (Original) The system of claim 6 wherein said geographic boundary is a political boundary between two governmental authorities.

8. (Original) The system of claim 6 wherein said geographic boundary is a telecommunications boundary between territories allocated to a different telecommunications services providers.

9. (Original) A cellular communications system comprising:

A cellular communication network comprising a plurality of cell sites and a plurality of mobile units, for radio frequency communication between said cell sites and mobile units, at least one of said cell sites receiving an identification of a specific mobile unit, said cellular communication network communicating with said specific mobile unit via cell site chosen based upon signal strength,

a positioning system obtaining a position for said specific mobile unit identifying an exact geographic location of the specific mobile unit, and forwarding said exact geographic location and specific mobile unit identification for us in subsequent services.

10. (Original) The cellular communications systems of claim 9 wherein said specific mobile unit transmits a position signal.

11. (Original) The cellular communications systems of claim 10 wherein said specific mobile unit derives said position through the use of radio frequency positioning signals.

12. (Original) The cellular communications system of claim 11 wherein said specific mobile unit derives said position through the use of a global positioning satellite system.

13. (Original) The cellular communications system of claim 10 wherein said specific mobile unit comprises a GPS receiver connected to logic circuitry in said

specific mobile unit.

14. (Original) The cellular communications system of claim 13 wherein said specific mobile unit includes a duplexer.

15. (Original) The cellular communications system of claim 14 wherein said specific mobile unit includes a GPS receiver located between said duplexer and said logic circuitry.

16. (Original) The cellular communications system of claim 9 wherein said cellular communication network compares said exact geographic location to geographic locations of cell sites in the cellular communications network.

17. (Original) The cellular communications systems of claim 16 wherein said cellular communications network selects a chosen cell site for use by said specific mobile unit based on said comparison of said exact geographic location to geographic locations of cell sites, and establishes communication between said specific mobile unit and said chosen cell site based on the exact geographic location of the specific mobile unit.

18. (Original) The cellular communications system of claim 16 wherein said cellular communication network determines the geographic location of a cell site using a look-up table.

19. (Original) The cellular communications system of claim 9 wherein said positioning system receives said exact geographic location data from voice and data communication signals received by said cells sites.

20. (Original) The cellular communications system of claim 9 wherein said data storage system makes said exact geographic location information accessible for emergency services provisioning.

21. (Original) The cellular communications system of claim 9 wherein said data storage system makes said exact geographic location information available for one or more of rate, message unit, tax, billing or location services provisioning.

22. (Currently amended) The cellular communications system of claim 9 wherein said positioning system makes said exact geographic location information accessible to provide proper services for said location.

23. (New) A method of providing a location-based service comprising the steps of:

obtaining a unique mobile identification number from a mobile unit via a cellular communication system comprising a plurality of networked antennas, the mobile unit being in radio contact with at least one of the networked antennas;

receiving a request for a location-based service from the mobile unit;

acquiring positional data corresponding to an exact geographic location for the mobile unit via the cellular communication system;

comparing the positional data with stored geographic data for the location-based service; and

responding to the request for a location-based service based on the comparison.

24. (New) The method of claim 23, wherein the step of responding to the request comprises routing a communication involving the mobile unit based on the comparison.

25. (New) The method of claim 24, wherein the request is an emergency call.

26. (New) The method of claim 23, wherein the step of responding to the request comprises furnishing the positional data.

27. (New) The method of claim 26, wherein the request is an emergency call.

28. (New) The method of claim 23, wherein the positional data is acquired using a global positioning system.

29. (New) The method of claim 28, wherein the positional data is acquired using triangulation.

30. (New) The method of claim 23, wherein the positional data is acquired using triangulation.

31. (New) The method of claim 23, wherein the positional data is acquired using a system selected from the group consisting of a global positioning system and triangulation.

32. (New) The method of claim 23, further comprising the step of furnishing the positional data for use in the location-based service.

33. (New) A method of providing an emergency service comprising the steps of:

obtaining a mobile unit identification number for a mobile unit via a cellular communication system comprising a plurality of networked antennas in communication with a plurality of mobile units;

acquiring positional data for the mobile unit corresponding to an exact geographic location via the cellular communication system; and

providing an emergency service based on the mobile unit identification number and the positional data.

34. (New) The method of claim 33, wherein the step of providing the emergency service further comprises furnishing the positional data.

35. (New) The method of claim 33, further comprising the steps of:

storing geographical location data for the emergency service; and

comparing the positional data to the geographical location data as a basis to provide the emergency service.

36. (New) The method of claim 35, wherein the step of providing the emergency service further comprises furnishing the positional data.

37. (New) A method of providing an emergency service for a mobile unit in a cellular communication system comprising a plurality of networked antennas in communication with a plurality of mobile units, comprising the steps of:

acquiring an exact geographic location of a mobile unit in communication with at least one antenna;

designating a provider of an emergency service for the mobile unit based on the exact geographic location; and

routing the exact geographic location to the designated provider.

38. (New) The method of claim 37, wherein the exact geographic location is acquired using a global positioning system.

39. (New) The method of claim 37, wherein the exact geographic location is acquired using triangulation.

40. (New) The method of claim 37, further comprising the steps of:

storing geographical location data for providers of the emergency service; and

comparing the exact geographic location to the geographical location data as a basis to designate the provider of the emergency service.

## REMARKS

With entry of this amendment, claims 23-40 have been newly added. As result, claims 1-40 are pending in this application. Based on the foregoing amendment and following remarks, allowance of this application is respectfully requested.

Claim Rejections-Double Patenting

Claims 1-22 stand rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-20 of U.S. Patent No. 5,546,445. Applicant has submitted herewith a Terminal Disclaimer with respect to U.S. Patent 5,546,445, and as such, respectfully requests the withdrawal of the double patenting rejections of these claims.

New Claims

Newly added claims 23-40 find support in the specification, as follows:

Claim 23: at least at paragraphs 6, 7, 51-53, 79, 80, 97 and Figures 1, 2, 6, 7, 8, 9, 9A, 9B;

Claim 24: at least at paragraph 53, 80;

Claim 25: at least at paragraph 80, and Figures 8, 9B;

Claim 26: at least at paragraphs 80 and Figures 8, 9B;

Claim 27: at least at paragraph 80, and Figures 8, 9B;

Claim 28: at least at paragraph 52, 79 and Figure 9;

Claim 29: at least at paragraphs 52, 79, 97;

Claim 30: at least at paragraphs 52, 79, 97;

Claim 31: at least at paragraphs 52, 79, 80, 97 and Figures 9;

Claim 32: at least at paragraphs 80 and Figures 8, 9B;

Claim 33: at least at paragraphs 6, 7, 51-53, 79, 80, 97 and Figures 1, 2, 6, 7, 8, 9, 9A, 9B;

Claim 34: at least at paragraphs 80 and Figures 8, 9B;

Claim 35: at least at paragraphs 52 and Figures 8, 9A, 9B;

Claim 36: at least at paragraph 80 and Figures 8, 9B;

Claim 37: at least at paragraphs 6, 7, 51-53, 79, 80, 97 and Figures 1, 2, 6, 7, 8, 9, 9A, 9B;

Claim 38: at least at paragraphs 52, 79 and Figure 9;

Claim 39: at least at paragraphs 52, 79, 97;

Claim 40: at least at paragraph 52 and Figures 8, 9A, 9B.

Conclusion

Based on the foregoing, it is believed that all claims are allowable and a Notice of Allowance is respectfully requested. If the Examiner has any questions or comments regarding this amendment, the Examiner is respectfully requested to contact the undersigned at (949) 724-1849.

Respectfully submitted,

Dated: May 16, 2007

By: ____________________
Neal M. Cohen
Reg. No. 41,683

Customer No. 23410
Vista IP Law Group LLP
2040 Main Street, 9th Floor
Irvine, CA 92614