# Exhibit 43

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/813,494 | 12/26/91 | DENNISON | |

E

TERRY M. GERNSTEIN
1015 SALT MEADOW LANE
MC LEAN, VA 22101

| EXAMINER | |
|---|---|
| BOST, D | |
| ART UNIT | PAPER NUMBER |
| 2614 | 8 |

DATE MAILED: 11/03/92

# NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to amendment filed on 10-8-92.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS ~~(OR REMAINS)~~ CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are 1-15.
4. ☐ The drawings filed on ______ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ______, filed on ______.
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ______. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on ______ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☒ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**

- ✓ Examiner's Amendment
- ✓ Examiner Interview Summary Record, PTOL- 413
- ✓ Reasons for Allowance
- _ Notice of References Cited, PTO-892
- _ Information Disclosure Citation, PTO-1449
- _ Notice of Informal Application, PTO-152
- _ Notice re Patent Drawings, PTO-948
- ✓ Listing of Bonded Draftsmen
- ✓ Other Approved drawing corrections

CURTIS KUNTZ
SUPERVISORY PATENT EXAMINER
GROUP 2600

1. An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure consideration of such an amendment, it **MUST** be submitted no later than the payment of the Issue Fee.

First, approved drawing changes are indicated on the corrected drawings, corrections are shown in red.

Second, on page 4, line 11, delete "transver" and insert -- **transfer** --.

Third, on page 9, line 25, delete "Figure 11 is" and insert therefor -- **Figures 11A and 11B comprise** --.

Fourth, on page 10, line 23, after "figure 9," insert --

B1 **containing the geographic location of each cell site in the cellular system,** --.

Fifth, within the Abstract and third line from the bottom, delete "the initial" and insert thereat -- **an entrance** --.

Sixth, within claim 10, on line 5, after "unit;" insert -- **and** --; delete line 6 beginning with the word "means"; delete line 7; and on line 8, delete "C)".

Seventh, and final amendment, within claim 11, on line 3 and after "MTSO" and before "comprising:", insert -- **in which the**

B2 **geographic location of each cell site in the cellular telephone system has been stored, the method** --; after "comprising" and before ":" on line 3, insert -- **steps of** --; delete lines 5-7; on

line 8, ok delete "C)", and insert -- B) -- therefor; on line 11, delete "D)" and insert ok -- C) -- thereat; and finally, insert on line 9 after "cell site", -- geographic --.

2. Authorization for this Examiner's Amendment was given in a telephone interview with Terry Gernstein on 10-28-92.

3. Please note, in relation to the figures, the proposed correction to figure 4 filed on 10-8-92, will not be approved and entered since an additional correction is required to the figure as indicated above. Corrected drawings are enclosed which depict the agreed to changes, as well as the proposed change to figure 4.

4. The above Examiner's amendment was required such that the originally claimed phraseology with respect to the 'geographic location of the cell sites' found amble support within the specification (terminology is supported by original claims, and table within figure 9), to correct antecedent problems within the claims regarding the storing of the cell site's geographic location, and to advance the prosecution of the application to place the application in condition for allowance.

5. The following is an Examiner's Statement of Reasons for Allowance: A cellular communications system in which a mobile

telephone contains means for determining its exact geographic location, using the exact location information of the mobile unit (which must be received from the mobile unit) within an MTSO to match with cell site geographic locations, and selecting a cell site for handling calls associated with the mobile unit, has not been found or suggested within the cited prior art.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

6. Any inquiry concerning this communication or earlier communications from the Examiner should be directed to Dwayne Bost whose telephone number is (703) 305-4778.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-4750.

Dwayne Bost
Patent Examiner
Art Unit 2614
October 28, 1992

CURTIS KUNTZ
SUPERVISORY PATENT EXAMINER
GROUP 2600