# Exhibit 44

MAIL ROOM NOV 9 1995 PAT. & TRADEMARK OFF.

08/552486
#6
6-25-96
M.L.

INFORMATION DISCLOSURE STATEMENT

Copies of all the above-listed items are submitted herewith, along with the form PTO-1449 (Modified).

Concise Explanation of the Listed Items.

It being noted that the documents cited herein are cited to ensure that applicant satisfies his duty of disclosure, and are not to be construed as an admission against interest in any manner.

PCT Document Number WO 92/02105 to British Telecom is not a reference against the instant application, but is being included herewith in the interest of completeness. This document is a patent by a British applicant that was published on 6 February 1992, and thus is not a reference. However, this document discloses using signal strength to determine the path taken by a mobile unit. Therefore, even if this document is considered, it does not have disclosure rendering applicants' claimed invention unpatentable.

EP Serial Number 292,182 published on November 23, 1988 and listing Datatrak Limited as the applicant discloses only "location determining means" which does not teach the subject matter of applicants' claims.

George, US Patent 5,214,789 was issued on May 25, 1993 after applicants' filing date and thus is not a reference. However, even if it were considered a reference, which it is not, it does not have disclosure teaching applicants' claimed invention. This patent concerns a two-way radio system and is directed to a problem of limiting allocation of communication channels in a two-way radio system.

Carney, US Patent 5,222,249 discloses a system for ensuring seamless handoffs within a single system (intra-system). Specifically, this patent discloses a dynamic RF communication resource system which routes information of mobile unit locations provided by an external navigation source to a central processor which uses that location information to determine the next cell into which the mobile unit will pass. The equipment in the next cell is then "reserved" to prevent interruption of the call when the mobile unit passes out of one cell and into another. According to this patent, the route information may be derived from an external navigation system such as a LORAN-C global positioning system which typically communicates with the mobile unit which then communicates location information to the central processor. This patent does not have disclosure suggesting the subject matter of applicants' claims.

Japan Publication Number JP 2210923 (translation enclosed), published in Japan on August 22, 1990 discloses a system that uses geographic location of a mobile unit to confirm that it is in the zone of a terminal station. However, there is no disclosure suggesting the invention claimed by applicants. This document is fully discussed in the Preliminary Amendment submitted with the application.

US Patent No. 5,361,399 to Linquist et al is directed to an adaptive communication system which uses the level of RF energy received by a mobile unit from a geographic station containing transmitting and receiving antennas during transmission of a location request to the mobile unit. The highest RF energy is

determined as originating from the optimum one of the geographic stations.

US Patent No. 5,396,540 to Gooch is directed to a communications system in which long haul trucks can communicate with a central station. The Gooch patent discloses a system which uses satellites, such as GPS satellites, to locate the vehicle. When the central facility desired to initiate voice communications with the vehicle, it transmits a request by GPS satellite. The vehicle receives data from the position signal transmitter indicative of its current geographic location when it receives a request and transmits that information to the central dispatch unit. The central dispatch unit uses the location information to initiate land-line calls to the cell closest to the vehicle location and the call is then routed by cellular telephone from that point to the remote vehicle.

US Patent No. 5,390,339 to Bruckert et al is directed to a cell selection method for use with cellular telephones in which a cell is selected for serving a remote unit by estimating the location of the unit using information measured by the set of transceiving units receiving the communicated signal. The disclosed system then selects the cell transceiver which is closest to the remote unit by the closest coordinates to a first and second center of mass. The GPS is used only to synchronize the cell transceivers with each other.

The remaining references enclosed herewith are included for the purposes of completeness of disclosure. In many cases, the references actually teach against the use of a GPS or other type of

satellite positioning transceiver in a mobile vehicle or unit due to its cost and complexity. In other patents no cellular telephone system is utilized, and the transponders are not of the GPS or equivalent type.

Respectfully submitted,

Terry M. Gernstein