# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC <br><br> and <br><br> LOCATION BASED SERVICES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> METROPCS COMMUNICATIONS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 2:08cv381 <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Before the Court is Plaintiffs EMSAT Advanced Geo-Location Technology, LLC and Location Based Services LLC (collectively, "Plaintiffs") unopposed motion to establish a briefing schedule regarding Defendants' Motion for Summary Judgment of Invalidity [Dkt. No. 139]. The Court is of the opinion that the Motion should be **GRANTED.**

**IT IS, THEREFORE, ORDERED** that the Unopposed Motion to Establish Briefing Schedule is **GRANTED** and the briefing schedule is as follows:

| Date | Related Filing |
|---|---|
| April 30, 2010 | Defendants' Motion for Summary Judgment of Invalidity |
| May 24, 2010 | Plaintiffs' opposition to Motion for Summary Judgment of Invalidity |
| June 7, 2010 | Defendants' reply to Motion for Summary Judgment of Invalidity |

| June 17, 2010 | Plaintiffs' surreply to Motion for Summary Judgment of Invalidity |

SIGNED this 11th day of May, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE