**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC and LOCATION BASED SERVICES LLC, | ) ) ) ) | |
| Plaintiffs/Counterdefendants, | ) ) | CASE NO. 4:10-CV-02567 |
| v. | ) ) | |
| CENTENNIAL COMMUNICATIONS CORP., | ) ) ) | JUDGE LESLEY WELLS |
| Defendant/Counterclaimant. | ) ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT CENTENNIAL COMMUNICATIONS CORP.**

Pursuant to Fed. R. Civ. 41(a)(2) and (c), Plaintiffs EMSAT Advanced Geo-Location Technology, LLC and Location Based Services LLC ("Plaintiffs"), on the one hand, and Defendant Centennial Communications Corp. ("Centennial"), on the other hand, hereby stipulate that all claims asserted by Plaintiffs against Centennial in the above-entitled and numbered action, and all counterclaims asserted by Centennial against Plaintiffs in the above-entitled and

numbered action be, and hereby are, dismissed with prejudice to re-filing same. Each party shall bear its own costs and attorneys' fees.

**Dated:  March 9, 2011**              Respectfully submitted,

/s/ Edward R. Nelson, III
Edward R. Nelson, III (*pro hac vice*)
enelson@nbclaw.net
Texas State Bar No. 00797142
Christie B. Lindsey (*pro hac vice*)
clindsey@nbclaw.net
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

Anthony G. Simon (*pro hac vice*)
asimon@simonlawpc.com
Timothy E. Grochocinski (*pro hac vice*)
teg@simonlawpc.com
THE SIMON LAW FIRM, P.C.
800 Market Ste 1700
St. Louis MO 63101
Phone: (314) 241-2929
Fax:     (314) 241-2029

John F. Hill
jhill@hillhardmanoldfield.com
Ohio State Bar No.0039675
HILL HARDMAN OLDFIELD, LLC
One Cascade Plaza, Suite 2000
Akron, Ohio  44308
T. 330-253-4000
F. 330-253-3840

Attorneys for Plaintiffs Emsat
Advanced Geo-Location Technology, LLC
and Location Based Services LLC

/s/ *Bryant C. Boren*
Charles B. Lyon (0019668)
clyon@calfee.com
Colleen A. Conley (0073683)
cconley@calfee.com
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio 44114
Phone: (216) 622-8200
Fax: (216) 241-0816

Bryant C. Boren (*pro hac vice*)
bryant.c.boren@bakerbotts.com
Christopher W. Kennerly
chris.kennerly@bakerbotts.com
Kevin E. Cadwell (*pro hac vice*)
kevin.cadwell@bakerbotts.com
Joshua Parker (*pro hac vice*)
josh.parker@bakerbotts.com
Baker Botts L.L.P.
620 Hansen Way
Palo Alto, ca 94304
Phone: (650) 739-7500
Fax: (650) 739-7699

Russell Crain (*pro hac vice*)
russ.crain@bakerbotts.com
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Phone: (214) 953-6500
Fax: (214) 953-6503

*Attorneys for Defendant Centennial Communications Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2011 a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CENTENNIAL COMMUNICATIONS CORP. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Edward R. Nelson, III